**THE WESTERN UNION COMPANY (WU)**         **Lawrence Henry Smallen and
                                           Laura Anne Smallen Revocable Living Trust**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 1/17/2017 | Purchase | 5,000 | $22.1000 |