# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, Individually and on Behalf of All Other Similarly Situated,<br><br>    Plaintiff,<br>  v.<br><br>THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN, and RAJESH K. AGRAWAL,<br><br>    Defendants. | Civil Action No. 17-cv-00474-KLM |

## ENTRY OF APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

  I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

 Plaintiff, LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST

 DATED at New York, New York this 22nd day of February, 2017.

              */s/ J. Alexander Hood II*
              J. Alexander Hood II
              POMERANTZ LLP
              600 Third Avenue, Floor 20
              New York, New York 10016
              Phone: 212-661-1100
              Email: ahood@pomlaw.com