UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN, and RAJESH K. AGRAWAL,

    Defendants.

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## THE WESTERN UNION COMPANY

Defendant The Western Union Company ("Western Union"), by and through undersigned counsel, files this Corporate Disclosure pursuant to Fed. R. Civ. P. 7.1(a) and D.C.COLO.LCivR. 7.4 and states as follows: The nongovernmental corporate party, Western Union, in the above listed civil action does not have any parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

    DATED: March 15, 2017

                                            Respectfully submitted,

                                            */s/ Holly Stein Sollod*
                                            Holly Stein Sollod, #16221
                                            HOLLAND & HART LLP
                                            555 Seventeenth Street, Suite 3200
                                            Denver, Colorado 80202-3979
                                            Telephone: 303-295-8000
                                            Facsimile: 303-975-5395
                                            *hsteinsollod@hollandhart.com*

2

*Attorneys for Defendants The Western Union Company, Hikmet Ersek, and Rajesh K. Agrawal*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Joseph Alexander Hood, II
>Pomerantz LLP – New York
>600 Third Avenue, 20th Floor
>New York, NY  10016
>*ahood@pomlaw.com*
>
>Jeremy Alan Lieberman
>Pomerantz LLP – New York
>600 Third Avenue, 20th Floor
>New York, NY  10016
>*jalieberman@pomlaw.com*

                 */s/ Holly Stein Sollod*

9657174_1