UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN, and RAJESH K. AGRAWAL,

    Defendants.

## NOTICE OF RELATED CASES

Pursuant to D.C.Colo.LCivR 3.2, Defendants The Western Union Company, Hikmet Ersek and Rajesh K. Agrawal hereby inform the Court that the above-captioned case is related to the following cases:

(1) *UA Local 13 Pension Fund v. The Western Union Company, Hikmet Ersek, Scott T. Scheirman and Rajesh K. Agrawal*, Case No. 17-cv-00648-KMT, a purported securities class action suit raising the same claims, against the same defendants, over the same time period as the above-captioned case. This case was transferred from the United States District Court for the Middle District of Pennsylvania (Harrisburg) to this Court on March 13, 2017.

(2) *Martin Herman v. The Western Union Company, Hikmet Ersek, Scott T. Scheirman and Rajesh K. Agrawal,* Case No. 2:17-cv-00650-CBM-AJW (C.D. Cal.), a purported securities class action suit raising the same claims, against the same defendants, over the same time period as the above-captioned case, pending in the Central District of California and currently subject to

1

a contested motion to transfer to the District of Colorado.

These cases arise from common questions of fact and claims and have all parties in common.

DATED:  March 15, 2017

Respectfully submitted,

By:*/s/ Holly Stein Sollod*
Holly Stein Sollod, #16221
CiCi Cheng, #45229
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202-3979
Telephone: 303-295-8000
Facsimile:  303-975-5395
*hsteinsollod@hollandhart.com*
*ccheng@hollandhart.com*

*Attorneys for Defendants The Western Union Company, Hikmet Ersek, and Rajesh K. Agrawal*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Joseph Alexander Hood, II
> Pomerantz LLP – New York
> 600 Third Avenue, 20th Floor
> New York, NY  10016
> *ahood@pomlaw.com*
>
> Jeremy Alan Lieberman
> Pomerantz LLP – New York
> 600 Third Avenue, 20th Floor
> New York, NY  10016
> *jalieberman@pomlaw.com*

                                    */s/ Holly Stein Sollod*

9652758_2