**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN, and RAJESH K. AGRAWAL,

    Defendants.

## ENTRY OF APPEARANCE

    Chuan "CiCi" Cheng, of the firm Holland & Hart LLP, hereby enters her appearance on behalf of Defendants The Western Union Company, Hikmet Ersek, and Rajesh K. Agrawal.

    DATED: March 15, 2017

    Respectfully submitted,

*/s/ CiCi Cheng*
Chuan "CiCi" Cheng, #45229
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202-3979
Telephone: 303-295-8408
Facsimile:  720-545-9925
*ccheng@hollandhart.com*

*Attorneys for Defendants The Western Union Company, Hikmet Ersek, and Rajesh K. Agrawal*

1

# CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Joseph Alexander Hood, II
> Pomerantz LLP – New York
> 600 Third Avenue, 20th Floor
> New York, NY  10016
> *ahood@pomlaw.com*
>
> Jeremy Alan Lieberman
> Pomerantz LLP – New York
> 600 Third Avenue, 20th Floor
> New York, NY  10016
> *jalieberman@pomlaw.com*

                                                            */s/ CiCi Cheng*

9652676_1