IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND
LAURA ANNE SMALLEN REVOCABLE
LIVING TRUST, Individually and on Behalf
of Others Similarly Situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, SCOTT T. SCHEIRMAN,
and RAJESH K. AGRAWAL,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

The Western Union Company,

Hikmet Ersek, and

Rajesh K. Agrawal

1

2

DATED at Chicago, Illinois this 22nd day of March, 2017.

Hille R. Sheppard
Name of Attorney

Sidley Austin LLP
Firm Name

One South Dearborn Street
Office Address

Chicago, Illinois 60603
City, State, ZIP Code

(312) 853-7000
Telephone Number

hsheppard@sidley.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Jeremy A. Lieberman<br>J. Alexander Hood II<br>POMERANTZ LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Phone:  212-661-1100<br>Fax:  212-661-8665<br>Email:  jalieberman@pomlaw.com<br>        ahood@pomlaw.com | Patrick V. Dahlstrom (not admitted)<br>POMERANTZ LLP<br>10 South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>Phone:  312-377-1181<br>Fax:  312-377-1184<br>Email:  pdahlstrom@pomlaw.com |

Peretz Bronstein (not admitted)
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Phone:  212-697-6484
Fax:  212-697-7296
Email:  peretz@bgandg.com

                                                    s/   Hille R. Sheppard