**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND
LAURA ANNE SMALLEN REVOCABLE
LIVING TRUST, Individually and on Behalf
of Others Similarly Situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, SCOTT T. SCHEIRMAN,
and RAJESH K. AGRAWAL,

    Defendants.

---

## ENTRY OF AMENDED APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

The Western Union Company,

Hikmet Ersek, and

Rajesh K. Agrawal

1

DATED at Chicago, Illinois this 23nd day of March, 2017.

David F. Graham
Name of Attorney

Sidley Austin LLP
Firm Name

One South Dearborn Street
Office Address

Chicago, Illinois 60603
City, State, ZIP Code

(312) 853-7000
Telephone Number

dgraham@sidley.com
Primary CM/ECF E-mail Address

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 23nd day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jeremy A. Lieberman
J. Alexander Hood II
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone:  212-661-1100
Fax:  212-661-8665
Email:  jalieberman@pomlaw.com
   ahood@pomlaw.com

Patrick V. Dahlstrom (not admitted)
POMERANTZ LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Phone:  312-377-1181
Fax:  312-377-1184
Email:  pdahlstrom@pomlaw.com

Peretz Bronstein (not admitted)
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Phone:  212-697-6484
Fax:  212-697-7296
Email:  peretz@bgandg.com


                              *s/   David F. Graham*