UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND
LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
and RAJESH K. AGRAWAL,

    Defendants.

---

Civil Action No. 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND, individually and on behalf of others similarly situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
and RAJESH K. AGRAWAL,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE RELATED CASES**

    This matter is before the Court on "Unopposed Motion to Consolidate Related Cases" filed by Defendants The Western Union Company, Hikmet Ersek, and Rajesh Agrawal

2

(collectively "Defendants").  The motion is **GRANTED**.  It Is

**ORDERED** that the *UA Local 13 Pension Fund v. The Western Union Company, Hikmet Ersek, Scott T. Scheirman and Rajesh K. Agrawal*, Case No. 1:17-cv-00648-KMT, and any similarly related subsequently filed or transferred actions are consolidated with the *Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust v. The Western Union Company, Hikmet Ersek, Scott T. Scheirman, and Rajesh K. Agrawal*, Case No. 17-cv-00474-KLM.

Dated this ___ day of March, 2017

BY THE COURT:

_____

9696643_1