**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.: 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND
LAURA ANNE SMALLEN REVOCABLE
LIVING TRUST, Individually and on Behalf
of All Others Similarly Situated,

        Plaintiff,
   v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, SCOTT T.
SCHEIRMAN, and RAJESH K.
AGRAWAL,

        Defendants.

Civil Action No.: 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND, Individually
and on Behalf of All Others Similarly Situated,

        Plaintiff,
   v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, SCOTT T.
SCHEIRMAN, and RAJESH K.
AGRAWAL,

        Defendants.

**-***caption continued on following page-*

**NOTICE OF MOTION AND MOTION OF LAWRENCE HENRY SMALLEN AND
LAURA ANNE SMALLEN REVOCABLE LIVING TRUST FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN HERMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br>            v.<br><br>THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN, and RAJESH K. AGRAWAL,<br><br>                              Defendants. | No.  2:17-cv-00650-CBM-AJW |

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, movant Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust (the "Smallen Trust") will move this Court pursuant to Section 12D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA") and Rule 42 of the Federal Rules of Civil Procedure, for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing the Smallen Trust as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired securities of The Western Union Company between February 24, 2012 and January 19, 2017, inclusive; (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE THAT**, in support of this motion, the Smallen Trust relies on the accompanying Memorandum of Law and the Declaration of Jeremy A. Lieberman and the exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.  A Proposed Order is annexed hereto.

Dated:   March 27, 2017

                                         **POMERANTZ LLP**

                                         */s/ Jeremy A. Lieberman*
                                         Jeremy A. Lieberman
                                         J. Alexander Hood II
                                         Hui M. Chang (not admitted)
                                         600 Third Avenue, 20th Floor
                                         New York, NY 10016
                                         Telephone: (212) 661-1100
                                         Facsimile: (212) 661-8665

                                         **POMERANTZ LLP**
                                         Patrick V. Dahlstrom (not admitted)
                                         Ten South LaSalle Street, Suite 3505

Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

*Counsel for Movant and Proposed
Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile (212) 697-7296
Email:  peretz@bgandg.com

*Additional Counsel for Movant*

4