**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.: 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND
LAURA ANNE SMALLEN REVOCABLE
LIVING TRUST, Individually and on Behalf
of All Others Similarly Situated,

        Plaintiff,

   v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, SCOTT T.
SCHEIRMAN, and RAJESH K.
AGRAWAL,

        Defendants.

Civil Action No.: 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND, Individually
and on Behalf of All Others Similarly Situated,

        Plaintiff,

   v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, SCOTT T.
SCHEIRMAN, and RAJESH K.
AGRAWAL,

        Defendants.

**-***caption continued on following page-*

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN HERMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br>           v.<br><br>THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN, and RAJESH K. AGRAWAL,<br><br>                                    Defendants. | No.  2:17-cv-00650-CBM-AJW |

2

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am an attorney with Pomerantz LLP ("Pomerantz"), counsel for Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust (the "Smallen Trust"). I make this Declaration in support of the motion by the Smallen Trust for consolidation of the above-captioned related actions, appointment as Lead Plaintiff, and approval of the Smallen Trust's selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as Exhibit A is a true and correct copy of the press release published over *Business Wire*, announcing the first of the above-captioned actions to be filed, on January 26, 2017.

3. Attached hereto as Exhibit B are true and correct copies of shareholder certifications executed by the Smallen Trust.

4. Attached hereto as Exhibit C is a true and correct copy of a chart detailing the losses sustained by the Smallen Trust.

5. Attached hereto as Exhibit D is a true and correct copy of the firm resume of Pomerantz.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 27, 2017, in New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman