# EXHIBIT C

**THE WESTERN UNION COMPANY (WU)**
**CLASS PERIOD: FEB 24 2012 to JAN 19 2017**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 64-Day* Mean Price $19.9458 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust | 1/17/2017 | 5,000 | $22.1000 | ($110,500) | | | | | 5,000 | $99,729 | ($10,771) |

*Avg Closing Prices from Jan 20 to Mar 24