**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN and LAURA ANNE SMALLEN REVOCABLE LIVING
TRUST, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
and RAJESH K. AGRAWAL,

      Defendants.

---

Civil Action No. 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
and RAJESH K. AGRAWAL,

      Defendants.

---

**DECLARATION OF HENRY ROSEN IN SUPPORT OF MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL**

I, HENRY ROSEN, declare as follows:

1.      I am an attorney licensed to practice law before the courts of the State of California and am admitted to practice in this Court.  I am a partner with Robbins Geller Rudman & Dowd LLP, proposed lead counsel for plaintiff UA Local 13 Pension Fund (the "Pension Fund") in the above-captioned actions.  I make this declaration in support of the Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of class action published on *Business Wire*, a national business-oriented publication, dated January 26, 2017;

Exhibit B:      The Pension Fund's Certification;

Exhibit C:      The Pension Fund's Loss Chart;

Exhibit D:      Robbins Geller Rudman & Dowd LLP firm résumé; and

Exhibit E:      The Shuman Law Firm firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 27th day of March 2017.

                                                    s/ HENRY ROSEN
                                                    HENRY ROSEN

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 27, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 27, 2017.

s/ HENRY ROSEN
HENRY ROSEN

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:henryr@rgrdlaw.com

3/27/2017                                CM/ECF - U.S. District Court:cod-

## Mailing Information for a Case 1:17-cv-00474-KLM Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust v. Western Union Company, The et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Chuan Cheng**
  ccheng@hollandhart.com,blwerner@hollandhart.com,intaketeam@hollandhart.com

- **David Franklin Graham**
  dgraham@sidley.com,efilingnotice@sidley.com,david-graham-9409@ecf.pacerpro.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Hille von Rosenvinge Sheppard**
  hsheppard@sidley.com,snotton@sidley.com,sbrody@sidley.com,hille-sheppard-
  8094@ecf.pacerpro.com,jlopez@sidley.com,dmclaughlin@sidley.com,efilingnotice@sidley.com,kstead@sidley.com,ntygesso@sidley.com,lois.reid@sidley.com

- **Holly Stein Sollod**
  hsteinsollod@hollandhart.com,blwerner@hollandhart.com,cmchallis@hollandhart.com,intaketeam@hollandhart.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:17-cv-00648-KMT UA Local 13 Pension Fund v. Western Union Company, The et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Chuan Cheng**
  ccheng@hollandhart.com,blwerner@hollandhart.com,intaketeam@hollandhart.com

- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com,kip@shumanlawfirm.com

- **David Franklin Graham**
  dgraham@sidley.com,efilingnotice@sidley.com,david-graham-9409@ecf.pacerpro.com

- **Henry Rosen**
  henryr@rgrdlaw.com,dianah@rgrdlaw.com,lmix@rgrdlaw.com

- **Hille von Rosenvinge Sheppard**
  hsheppard@sidley.com,sbrody@sidley.com,kstead@sidley.com,efilingnotice@sidley.com,hille-sheppard-8094@ecf.pacerpro.com,lois.reid@sidley.com

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com

- **Holly Stein Sollod**
  hsteinsollod@hollandhart.com,blwerner@hollandhart.com,cmchallis@hollandhart.com,intaketeam@hollandhart.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)