# EXHIBIT A

Page 1

EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against The Western Union Company - WU
Business Wire January 26, 2017 Thursday 11:40 PM GMT



Copyright 2017 Business Wire, Inc.
Business Wire

January 26, 2017 Thursday 11:40 PM GMT

**DISTRIBUTION:** Business Editors; Legal Editors

**LENGTH:** 550 words

**HEADLINE:** EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against The Western Union Company - WU

**DATELINE:** NEW YORK

**BODY:**

Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of The Western Union Company securities (NYSE:WU) from February 24, 2012 through January 19, 2017, both dates inclusive (the "Class Period"). The lawsuit seeks to recover damages for Western Union investors under the federal securities laws.

To join the Western Union class action, go to http://www.rosenlegal.com/cases-1032.html or call Phillip Kim, Esq. or Kevin Chan, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or kchan@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. YOU MAY RETAIN COUNSEL OF YOUR CHOICE.

According to the lawsuit, throughout the Class Period Defendants made false and/or misleading statements and/or failed to disclose that: (1) Western Union's fraud prevention efforts did not comply with applicable laws; (2) Western Union willfully failed to maintain an effective anti-money laundering program; (3) Western Union aided and abetted wire fraud; (4) for at least five years, Western Union knew of agents structuring transactions designed to avoid the reporting requirements of the Bank Secrecy Act; (5) Western Union was not compliant with its regulatory responsibilities; (6) between 2004 and 2012, Western Union violated U.S. laws-the Bank Secrecy Act and anti-fraud statutes-by processing hundreds of thousands of transactions for Western Union agents and others involved in an international consumer fraud scheme; (7) Western Union knew of but failed to take corrective action against Western Union agents involved in or facilitating fraud-related transactions; (8) between January 1, 2004 and August 29, 2015, Western Union received at least 550,928 complaints about fraud-induced money transfers, totaling at least $632,721,044; and (9) as a result, Defendants' public statements were materially false and misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than March 27, 2017. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-1032.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim or Kevin Chan of Rosen Law Firm toll free at 866-767-3653 or via email at pkim@rosenlegal.com or kchan@rosenlegal.com

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm .

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation.

View source version on businesswire.com: http://www.businesswire.com/news/home/20170126006354/en/

CONTACT: The Rosen Law Firm, P.A.
Laurence Rosen, Esq.
Phillip Kim, Esq.
Kevin Chan, Esq.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: 212-686-1060
Toll Free: 866-767-3653
Fax: 212-202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
kchan@rosenlegal.com
www.rosenlegal.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** January 27, 2017