# EXHIBIT C

Movant's Purchases and Losses				Class Period: 02/24/2012 - 01/19/2017					The Western Union Company

| **Name** | **Date** | **Shares Purchased** | **Share Price** | **Total Cost** | **Date** | **Shares Sold** | **Share Price** | **Total Proceeds** | **Total Gain (Loss)*** |
|---|---|---|---|---|---|---|---|---|---|
| UA Local 13 Pension Fund | 07/19/2012 | 59,540 | $16.97 | $1,010,402.14 | 02/21/2013 | 37,328 | $14.01 | $523,091.82 | |
| | | | | | 02/22/2013 | 22,212 | $14.02 | $311,335.61 | |
| **Movant's Total** | | **59,540** | | **$1,010,402.14** | | **59,540** | | **$834,427.43** | **($175,974.71)** |