IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN, and
RAJESH K. AGRAWAL,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Consent/Non-Consent Form Pursuant to D.C.COLO.LCivR 40.1(c) – Direct Assignment to Magistrate Judges** [#3-1] (the "Consent Form") which was issued on February 22, 2017. Given the pending Motions to Consolidate Cases [#14, #15],

    IT IS HEREBY **ORDERED** that, **on or before April 24, 2017**, the parties shall file the Consent Form, indicating whether all parties **do** or **do not** consent to have a United States Magistrate Judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

    Dated:  April 10, 2017