## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

THE WESTERNY UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN, and
RAJESH K. AGRAWAL,

    Defendants.

___

## NOTICE OF ENTRY OF APPEARANCE
___

    I, Kip B. Shuman, enter my appearance in the above-captioned action as counsel for Lead Plaintiff Movant UA Local 13 Pension Fund.

DATED: April 13, 2017

Respectfully submitted,

*s/Kip B. Shuman*
Kip B. Shuman
The Shuman Law Firm
Post-Montgomery Ctr.
One Montgomery Street, Ste. 1800
San Francisco, CA 94104
Telephone: 303-861-3003
Facsimile: 303-536-7849
kip@shumanlawfirm.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was filed with this Court on April 13, 2017 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                /s/  *Rusty E. Glenn*