UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND
LAURA ANNE SMALLEN REVOCABLE
LIVING TRUST, Individually and on Behalf
of All Others Similarly Situated,

                Plaintiff,

    v.

THE WESTERN UNION COMPANY.,
HIKMET ERSEK, SCOTT T. SCHEIRMAN,
and RAJESH K. AGRAWAL,

                Defendants.

---

Civil Action No.: 1:17-cv-00648-KMT

UA LOCAL 13 PENSION FUND, Individually and
on Behalf of All Others Similarly Situated,

                Plaintiff,

    v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, SCOTT T. SCHEIRMAN,
and RAJESH K. AGRAWAL,

                Defendants.

---

**CONSENT TO DIRECT ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

Pursuant to 28 U.S.C. § 636(c) and D.C.COLO.LCivR 40.1(c), all parties in this civil action CONSENT to have United States Magistrate Judge Kristen L. Mix conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Respectfully submitted,

*/s/ J. Alexander Hood II*
Jeremy A. Lieberman
J. Alexander Hood II
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
*jalieberman@pomlaw.com*
*ahood@pomlaw.com*

***Attorneys for Lawrence Henry Smallen,
Laura Anne Smallen Revocable Living Trust***

*/s/ Rusty Evan Glenn*
Kip Brian Shuman
Rusty Evan Glenn
Shuman Law Firm
Post-Montgomery Center
One Montgomery Street
Suite 1800
San Francisco, California 94104
Telephone: 303-861-3003
Facsimile: 303-536-7849
*kip@shumanlawfirm.com*
*rusty@shumanlawfirm.com*

Henry Rosen
Robbins Geller Rudman & Dowd, LLP
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: 619-231-1058
Facsimile: 619-231-7423
*henryr@rgrdlaw.com*

***Attorneys for UA Local 13 Pension Fund***

*/s/ CiCi Cheng*
Holly Stein Sollod
Chuan "CiCi" Cheng #45229
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202-3979
Telephone: 303-295-8085
Telephone: 303-295-8408
Facsimile: 720-545-9925
*hsteinsollod@hollandhart.com*
*ccheng@hollandhart.com*

David Franklin Graham
Hille von Rosenvinge Sheppard
Sidley Austin LLP-Chicago
One South Dearborn Street
Chicago, Illinois 60603
Telephone: 312-853-7850
Facsimile: 312-853-7036
*dgraham@sidley.com*
*hsheppard@sidley.com*

***Attorneys for The Western Union Company,
Hikmet Ersek, and Rajesh K. Agrawal***

# CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

henryr@rgrdlaw.com

kip@shumanlawfirm.com

rusty@shumanlawfirm.com

*jalieberman@pomlaw.com*

*ahood@pomlaw.com*

                                                                          */s/CiCi Cheng*

9792360_1