IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN, and
RAJESH K. AGRAWAL,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Unopposed Motion to Consolidate Related Cases** [#14] (the "Motion). The parties seek to consolidate this action with an action subsequently filed against the same Defendants in this action by Plaintiff UA Local 13 Pension Fund in Civil Action No. 17-cv-00648-KMT. The parties in both the instant action and in Civil Action No. 17-cv-00648-KMT have consented to the jurisdiction of a Magistrate Judge, *see Consent* [#25], and the Chief Judge has referred the matter for all purposes to the undersigned pursuant to D.C.COLO.LCivR 72.2(d) and 28 U.S.C. § 636(c). *See Order of Reference* [#26]. On review of the substance of the Complaints in both matters, the Court concludes that the claims and operative facts in both are substantially similar, and therefore consolidation is appropriate. *See* D.C.COLO.LCivR 42.1. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**. The Clerk of Court is **directed** to consolidate Civil Action No. 17-cv-00648-KMT with this matter assigned to the undersigned Magistrate Judge. The Clerk of Court is further **directed** to amend the caption in this matter to include Plaintiff UA Local 13 Pension Fund. All further filings shall be made under this case number.

    Dated:  May 3, 2017