**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00474-KLM
Consolidated with 1:17-cv-00648-KMT

LAWRENCE HENRY SMALLEN,
LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, and
UA LOCAL 13 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

vs.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN, and
RAJESH K. AGRAWAL,

    Defendants.

**JOINT MOTION TO VACATE JUNE 22, 2017 SCHEDULING CONFERENCE
AND RELATED DEADLINES**

Plaintiffs Lawrence Henry Smallen, Laura Anne Smallen Revocable Living Trust and UA Local 13 Pension Fund ("Plaintiffs") and Defendants The Western Union Company ("Western Union"), Hikmet Ersek, and Rajesh Agrawal (collectively "Defendants"), through their undersigned counsel, respectfully request an order vacating the June 22, 2017 Scheduling/Planning Conference (and all related deadlines).

1. On March 9, 2017, this Court issued an Order Setting Scheduling/Planning Conference pursuant to Fed. R. Civ. P. 16(b) for June 22, 2017 at 9:30 a.m. [Dkt. No. 5]. Pursuant to the Court's Order, the parties are required to meet and confer pursuant to Fed. R.

Civ. P. 26(f) and file a joint discovery /case management plan no later than 21 days prior to the June 22, 2017 Scheduling/Planning Conference.  *Id.*

2. However, this purported class action asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  *See* 15 U.S.C. § 78u-4 *et seq.*  Generally, under 15 U.S.C. § 78u- 4(b)(3)(B), absent a court order, all discovery and other proceedings are stayed during the pendency of any motion to dismiss.  It is anticipated that Defendants will file a motion to dismiss and discovery will then be stayed.

3. Further, the PSLRA provides for consolidation of all related actions and the appointment of lead plaintiff and lead counsel, after a 60-day notice period expires following the filing of the initial securities class action.  *See* 15 U.S.C. § 78u-4(a)(3).  In this case, lead plaintiff motions are currently pending before the Court. Thus, it is unclear at this time who will ultimately have the authority to act on behalf of plaintiff and the putative class in the consolidated cases with respect to the Fed. R. Civ. P. 26(f) conference as well as the Fed. R. Civ. P. 16(b) conference.

4. Until a lead plaintiff and lead counsel are appointed by the Court, it will not be known who is controlling this litigation for plaintiffs or what allegations they may ultimately choose to make and pursue.  For that reason, it is typical in federal securities class actions that, following the appointment of a lead plaintiff and lead counsel, a consolidated complaint is filed by the appointed lead plaintiff.  Defendants anticipate that after a lead plaintiff is appointed and lead counsel approved by the Court, a consolidated complaint will be filed by whomever is appointed lead plaintiff.

5.      For the foregoing reasons, the parties submit that the Court should vacate all deadlines associated with the Order Setting Scheduling/Planning Conference and vacate the June 22, 2017 Scheduling/Planning Conference.

WHEREFORE, the parties jointly request that the Court vacate all deadlines associated with the Order Setting Scheduling/Planning Conference and vacate the June 22, 2017 scheduling/planning conference pursuant to the PSLRA.

DATED:  June 12, 2017                         Respectfully submitted,

| | |
|---|---|
| *s/Rusty E. Glenn* | s/*Holly Stein Sollod* |
| Rusty E. Glenn | Holly Stein Sollod |
| THE SHUMAN LAW FIRM | Chuan "CiCi" Cheng |
| 600 17th Street, Ste. 2800 South | HOLLAND & HART LLP |
| Denver, CO 80202 | 555 Seventeenth Street, Suite 3200 |
| Phone: 303-861-3003 | Denver, Colorado  80202-3979 |
| Fax:    303-536-7849 | Telephone: 303-295-8085 |
| rusty@shumanlawfirm.com | Facsimile: 303-975-5395 |
| | hsteinsollod@hollandhart.com |
| Kip B. Shuman | ccheng@hollandhart.com |
| THE SHUMAN LAW FIRM | |
| Post-Montgomery Ctr. | David F. Graham |
| One Montgomery Street, Ste. 1800 | Hille R. Sheppard |
| San Francisco, CA 94104 | SIDLEY AUSTIN LLP |
| Phone: 303-861-3003 | One South Dearborn |
| Fax:    303-536-7849 | Chicago, IL  60603 |
| kip@shumanlawfirm.com | Telephone:  (312) 853-7000 |
| | Facsimile:  (312) 853-7036 |
| Henry Rosen | dgraham@sidley.com |
| ROBBINS GELLER RUDMAN & DOWD, LLP | hsheppard@sidley.com |
| 655 West Broadway, Suite 1900 | *Attorneys for Defendants The Western Union* |
| San Diego, CA 92101 | *Company, Hikmet Ersek and Rajesh K.* |
| Phone: 619-231-1058 | *Agrawal* |
| Fax:    619-231-7423 | |
| henryr@rgrdlaw.com | |

Attorneys for Plaintiffs
UA LOCAL 13 PENSION FUND.

3

Joseph Alexander Hood, II
Pomerantz LLP – New York
600 Third Avenue, 20th Floor
New York, NY  10016
*ahood@pomlaw.com*

Jeremy Alan Lieberman
Pomerantz LLP – New York
600 Third Avenue, 20th Floor
New York, NY  10016
*jalieberman@pomlaw.com*

Attorneys for Plaintiffs
LAWRENCE HENRY SMALLEN AND
LAURA ANNE SMALLEN REVOCABLE
LIVING TRUST

5

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>rusty@shumanlawfirm.com
>dgraham@sidley.com
>ahood@pomlaw.com
>jalieberman@pomlaw.com
>henryr@rgrdlaw.com
>hsheppard@sidley.com
>kip@shumanlawfirm.com

s/*Holly Stein Sollod*

9920227_1