**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00474-KLM
Consolidated with 1:17-cv-00648-KMT

LAWRENCE HENRY SMALLEN,
LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, and
UA LOCAL 13 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,

      Plaintiffs,

vs.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN, and
RAJESH K. AGRAWAL,

      Defendants.

---

**ORDER GRANTING JOINT MOTION TO VACATE JUNE 22, 2017 SCHEDULING
CONFERENCE AND RELATED DEADLINES**

---

THIS matter is before the Court on the parties Joint Motion to Vacate June 22, 2017

Scheduling Conference and Related Deadlines.  The Motion is

**GRANTED**.  It is

**ORDERED** that the Scheduling/Planning Conference is Vacated until later order of this

Court.

      DATED: _____, 2017

                            BY THE COURT:

                            _____
                            United States Magistrate Judge

9923107_1