IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN, and
RAJESH K. AGRAWAL,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate June 22, 2017 Scheduling Conference and Related Deadlines** [#30] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. The Scheduling Conference set for June 22, 2017, at 9:30 a.m. is **VACATED**. It shall be reset, if necessary, at a later date.

    Dated:  June 13, 2017