# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, Individually and on Behalf of All Other Similarly Situated,<br><br>    Plaintiff,<br>  v.<br><br>THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN, and RAJESH K. AGRAWAL,<br><br>    Defendants. | Civil Action No. 17-cv-00474-KLM |

## ENTRY OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

  I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

 <u>Lead Plaintiff, LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST</u>

 DATED at New York, New York this 11th day of September, 2017.

               */s/ Michael Grunfeld*
               Michael Grunfeld
               POMERANTZ LLP
               600 Third Avenue, Floor 20
               New York, New York 10016
               Phone: 212-661-1100
               Email: mgrunfeld@pomlaw.com