**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00474-KLM
      Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

      Plaintiffs,

vs.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN, and
RAJESH K. AGRAWAL,

      Defendants.

---

**JOINT MOTION TO SET SCHEDULE FOR FILING OF AMENDED COMPLAINT AND BRIEFING ON MOTION TO DISMISS AND TO VACATE NOVEMBER 1, 2017 SCHEDULING CONFERENCE AND RELATED DEADLINES**

---

      Lead Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust ("Lead Plaintiff") and Defendants The Western Union Company, Hikmet Ersek, and Rajesh Agrawal (collectively "Defendants"), through their undersigned counsel, respectfully request an order (1) setting a schedule for Lead Plaintiff to file an Amended Complaint and for Defendants' Motion to Dismiss and (2) vacating the November 1, 2017 Scheduling Conference and all related deadlines. In support of this motion, the parties state as follows:

      1.     This purported class action asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 78u-4 *et seq.*

2. On September 6, 2017, this Court issued an Order appointing Lead Plaintiff and approving Lead Plaintiff's selection of Lead Counsel pursuant to the PSLRA. [#32.] The Court further ordered that the Scheduling Conference vacated on June 13, 2017, *see Minute Order* [#31], be reset to November 1, 2017 at 10:00 am. [#32.] The Court further ordered the parties to submit their proposed scheduling order by no later than October 26, 2017. *Id.*

3. It is typical in federal securities class actions that, following the appointment of a lead plaintiff and lead counsel, an amended complaint is filed by the appointed lead plaintiff – particularly when, as here, multiple complaints previously have been filed and have since been consolidated. Lead Plaintiff requests leave to file an amended complaint no later than November 6, 2017 (61 days following appointment of Lead Plaintiff), and Defendants have no objection to that request as part of the overall schedule proposed below.

4. Defendants intend to file a motion to dismiss the amended complaint. The parties have agreed upon the following briefing schedule for that motion, which they jointly request be approved by this Court:

        (a) Motion to Dismiss: December 21, 2017 (45 days)

        (b) Opposition to Motion to Dismiss: February 5, 2018 (46 days)

        (c) Reply in Support of Motion to Dismiss: March 7, 2018 (30 days)

5. Because this purported class action asserts federal securities claims arising under the Securities Exchange Act of 1934, and is governed by the PSLRA, under 15 U.S.C. § 78u-4(b)(3)(B), all discovery and other proceedings are stayed during the pendency of any motion to dismiss. As noted above, Defendants intend to file a motion to dismiss the amended complaint. Therefore, the parties submit that the Court should vacate the November 1, 2017 Scheduling Conference and related dates, including vacating all deadlines associated with the Order Setting

Scheduling Conference.  Given the PSLRA's stay provisions, the matters which would typically be addressed in a proposed scheduling order, including pertaining to discovery or other deadlines, cannot meaningfully be addressed until a motion to dismiss has been decided.  For this reason, courts routinely delay holding case scheduling conferences in cases governed by the PSLRA until such time as a motion to dismiss has been decided.  *See, e.g.*, *Ellis v. The Spectranetics Corporation, et al.*, No. 1:15-cv-01857, Dkt. 24 (D. Colo. Dec. 18, 2015); *MHC Mut. Conversion Fund L.P. v. United W. Bancorp*, No 1:11-cv-00624, Dkt. 21 (D. Colo. April 22, 2011).

WHEREFORE, the parties jointly request that the Court (1) set the above schedule for filing of the consolidated complaint and briefing on Motion to Dismiss and (2) vacate the November 1, 2017 Scheduling Conference and other related deadlines pursuant to the PSLRA.

DATED:  September 20, 2017                                  Respectfully submitted,

| | |
|---|---|
| *s/Jeremy Lieberman* | *s/Holly Stein Sollod* |
| Jeremy Lieberman | Holly Stein Sollod |
| Michael Grunfeld | Chuan "CiCi" Cheng |
| Joseph Alexander Hood, II | HOLLAND & HART LLP |
| Pomerantz LLP – New York | 555 Seventeenth Street  Suite 3200 |
| 600 Third Avenue, 20th Floor | Denver, Colorado  80202-3979 |
| New York, NY  10016 | Telephone: 303-295-8085 |
| *jalieberman@pomlaw.com* | Facsimile: 303-975-5395 |
| *mgrunfeld@pomlaw.com* | hsteinsollod@hollandhart.com |
| *ahood@pomlaw.com* | ccheng@hollandhart.com |
| | |
| Attorneys for Lead Plaintiff | David F. Graham |
| LAWRENCE HENRY SMALLEN AND | Hille R. Sheppard |
| LAURA ANNE SMALLEN REVOCABLE | SIDLEY AUSTIN LLP |
| LIVING TRUST | One South Dearborn |
| | Chicago, IL  60603 |
| | Telephone:  (312) 853-7000 |
| | Facsimile:  (312) 853-7036 |
| | dgraham@sidley.com |

3

hsheppard@sidley.com

*Attorneys for Defendants The Western Union Company, Hikmet Ersek and Rajesh K. Agrawal*

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> dgraham@sidley.com
> ahood@pomlaw.com
> jalieberman@pomlaw.com
> hsheppard@sidley.com
> mgrunfeld@pomlaw.com

s/*Holly Stein Sollod*

10220135_1

5