IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00474-KLM
    Consolidated with Civil Action No. 17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN, and
RAJESH K. AGRAWAL,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Set Schedule for Filing of Amended Complaint and Briefing on Motion to Dismiss and to Vacate November 1, 2017 Scheduling Conference and Related Deadlines** [#34] (the "Motion"). Pursuant to the stay provisions of the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B), all discovery is stayed during the pendency of a motion to dismiss, which Defendants intend to file on the schedule outlined below. *See, e.g., Ellis v. Spectranetics Corp.*, No. 15-cv-01857-KLM, Dkt. No. 24 (D. Colo. Dec. 18, 2015). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for November 1, 2017, at 10:00 a.m. is **VACATED**. The Court will reset the Scheduling Conference, if necessary, at a later date.

    IT IS FURTHER **ORDERED** that Plaintiffs shall file an Amended Class Action Complaint **no later than November 6, 2017**.

    IT IS FURTHER **ORDERED** that Defendants shall file a Motion to Dismiss the

Amended Class Action Complaint no later than **December 21, 2017**.

      IT IS FURTHER **ORDERED** that Plaintiffs shall file a Response in opposition to the Motion to Dismiss **no later than February 5, 2018**.

      IT IS FURTHER **ORDERED** that Defendants may file a Reply in support of the Motion to Dismiss **no later than March 7, 2018**.

      Dated:  September 21, 2017