IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00474-KLM
      Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING
TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

      Plaintiffs,

vs.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL,
BARRY KOCH, and
STEWART STOCKDALE,

      Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND JURY DEMAND
DKT. #40**

Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, and Rajesh K. Agrawal (collectively "Defendants"), through their undersigned counsel, respectfully request an extension of time up to and including January 15, 2018, to file their Motion to Dismiss the Consolidated Amended Class Action Complaint and Jury Demand ("Amended Complaint"), Dkt. #40, and to adjust the remaining briefing schedule accordingly, so that the Plaintiff's Response in opposition to the Motion to Dismiss is due no later than March 6, 2018, and the Defendants' Reply in support of their Motion to Dismiss is due no later than April 5,

2018.  Under D.C.COLO.LCiv.R. 7.1A, Defendants' counsel certifies that she has conferred with Plaintiff's counsel who indicated that Plaintiff agrees to this relief.  In support of this motion, Defendants state as follows:

      1.      On November 6, 2017, Plaintiff filed an Amended Complaint that is approximately 180 pages in length.  By this motion, Defendants seek an extension of time to January 15, 2018 to respond to the Amended Complaint by filing a Motion to Dismiss.  Defendants' Motion to Dismiss is currently due December 21, 2017, pursuant to this Court's Minute Order dated September 21, 2017.  Dkt. #35.  Under that same Minute Order, the current schedule provides that Plaintiff shall file a Response in opposition to the Motion to Dismiss no later than February 5, 2018, and that Defendants may file a Reply in support of the Motion to Dismiss no later than March 7, 2018.  *Id.*

      2.      In addition to its length, the Amended Complaint names two new defendants, Barry Koch ("Koch") and Stewart Stockdale ("Stockdale"), neither of whom was named in any of the previously filed complaints consolidated by this Court.   Defendants Koch and Stockdale have not been served with the Amended Complaint.  However, they are in the process of retaining counsel and have also agreed to have their counsel execute waivers of service on their behalf allowing them 60 days for them to respond to the Amended Complaint.  Upon execution of the waivers, the date for Defendants Koch and Stockdale to respond to the Amended Complaint will be in mid-January 2018.  It would be most efficient, both for the parties and the Court, for all defendants to respond to the Amended Complaint at the same time.

      3.      Good cause exists for Defendants to have until January 15, 2018 to Move to Dismiss the Amended Complaint, and to adjust the remaining briefing schedule accordingly, for the following reasons:

(a)     The Amended Complaint asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  *See* 15 U.S.C. § 78u-4 et seq.  As noted, the Amended Complaint consists of 181 pages with 580 numbered paragraphs (not counting subheadings), names six defendants (with allegations as to each that require separate assessments and responses), and purports to allege false and misleading statements by Defendants over a period of more than five years, to wit, 2012 - 2017.

(b)     The Amended Complaint also names two new defendants not previously named in the case.  Defendants Koch and Stockdale are in the process of choosing counsel to represent them and will not be required to respond until mid-January 2018, *i.e.*, pursuant to waivers of service that are to be executed.

(c)     This extension of time is not unreasonable and no prejudice will result from such an extension.  Indeed, Plaintiff has consented to the extension.

4.     Defendants' counsel have served a copy of this motion on their clients pursuant to D.C.COLO.LCivR 6.1(c).

WHEREFORE, Defendants request that the Court enter an Order extending the deadline to January 15, 2018 for Defendants to file a Motion to Dismiss the Amended Complaint; and adjusting the remaining schedule accordingly, so that Plaintiff shall file a Response in opposition to the Motion to Dismiss no later than March 6, 2018, and Defendants may file a Reply in support of their Motion to Dismiss no later than April 5, 2018.

DATED:  November 16, 2017            Respectfully submitted,

*s/Holly Stein Sollod*
Holly Stein Sollod
HOLLAND & HART LLP

*s/Chuan "CiCi" Cheng*
Chuan "CiCi" Cheng
HOLLAND & HART LLP

3

HOLLAND & HART LLP
555 Seventeenth Street  Suite 3200
Denver, Colorado  80202-3979
Telephone: 303-295-8000
Facsimile: 303-295-8261
hsteinsollod@hollandhart.com
ccheng@hollandhart.com

David F. Graham
Hille R. Sheppard
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
dgraham@sidley.com
hsheppard@sidley.com

*Attorneys for Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman and Rajesh K. Agrawal*

5

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>dgraham@sidley.com
>ahood@pomlaw.com
>jalieberman@pomlaw.com
>hsheppard@sidley.com
>mgrunfeld@pomlaw.com

s/<i>Holly Stein Sollod</i>

10367450_2