**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00474-KLM
      Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

      Plaintiffs,

vs.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL,
BARRY KOCH, and
STEWART STOCKDALE

      Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO**
**DEFENDANT STEWART STOCKDALE**

---

      WHEREAS, Defendant Stewart Stockdale in the above-captioned action, *Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust, et al. v. The Western Union Company, et al.*, 1:17-cv-00474-KLM, consolidated with 1:17-cv-00648-KLM, brought before the United States District Court for the District of Colorado, has not served an answer or motion for summary judgment;

      NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust hereby voluntarily dismisses the above-captioned action, without prejudice, as to Defendant Stewart Stockdale.

DATED: November 16, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/Jeremy A. Lieberman*
　　　　　　　　　　　　　　　　　　　　**POMERANTZ LLP**
　　　　　　　　　　　　　　　　　　　　Jeremy A. Lieberman
　　　　　　　　　　　　　　　　　　　　Michael Grunfeld
　　　　　　　　　　　　　　　　　　　　600 Third Avenue, 20th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 661-1100
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 661-8665
　　　　　　　　　　　　　　　　　　　　Email: jalieberman@pomlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　 mgrunfeld@pomlaw.com

　　　　　　　　　　　　　　　　　　　　**POMERANTZ LLP**
　　　　　　　　　　　　　　　　　　　　Patrick V. Dahlstrom (not admitted)
　　　　　　　　　　　　　　　　　　　　10 South La Salle Street, Suite 3505
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 377-1181
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 377-1184
　　　　　　　　　　　　　　　　　　　　Email: pdahlstrom@pomlaw.com

　　　　　　　　　　　　　　　　　　　　*Lead Counsel for Lead Plaintiff and the Putative Class*

　　　　　　　　　　　　　　　　　　　　**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
　　　　　　　　　　　　　　　　　　　　Peretz Bronstein (not admitted)
　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 4600
　　　　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 697-6484
　　　　　　　　　　　　　　　　　　　　Facsimile (212) 697-7296
　　　　　　　　　　　　　　　　　　　　Email: peretz@bgandg.com

　　　　　　　　　　　　　　　　　　　　*Additional counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, a copy of the foregoing was filed electronically via the Court's CM/ECF system, which will send notification of such filing to the following e-mail addresses:

dgraham@sidley.com
hsheppard@sidley.com
hsteinsollod@hollandhart.com
mgrunfeld@pomlaw.com

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman