**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND
LAURA ANNE SMALLEN REVOCABLE
LIVING TRUST, Individually and on Behalf
of Others Similarly Situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, SCOTT T. SCHEIRMAN,
and RAJESH K. AGRAWAL,

    Defendants.

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Scott T. Scheirman

1

2

DATED at Chicago, Illinois this 16th day of November, 2017.

<u>David F. Graham</u>
Name of Attorney

<u>Sidley Austin LLP</u>
Firm Name

<u>One South Dearborn Street</u>
Office Address

<u>Chicago, Illinois 60603</u>
City, State, ZIP Code

<u>(312) 853-7000</u>
Telephone Number

<u>dgraham@sidley.com</u>
Primary CM/ECF E-mail Address

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2017, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

ccheng@hollandhart.com
dgraham@sidley.com
henryr@rgrdlaw.com
hsteinsollod@hollandhart.com
jalieberman@pomlaw.com
ahood@pomlaw.com
kip@shumanlawfirm.com
mgrunfeld@pomlaw.com
rusty@shumanlawfirm.com


　　　　　　　　　　　　　　　　　　　　s/   David F. Graham

3