IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00474-KLM
     Consolidated with Civil Action No. 17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

     Plaintiffs,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendants' **Unopposed Motion for Extension of Time to Respond to Consolidated Amended Class Action Complaint and Jury Demand Dkt. #40** [#43] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#43] is **GRANTED**. The deadline for Defendants to file a Motion to Dismiss the Amended Complaint is extended to **January 15, 2018**. The deadline for Plaintiffs to file a Response in opposition to the Motion to Dismiss is extended to **March 6, 2018**. The deadline for Defendants to file a Reply in support of the Motion to Dismiss is extended to **April 5, 2018**.

     Dated:  November 20, 2017