**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00474-KLM
      Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

      Plaintiffs,

vs.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

      Defendants.

**UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME TO RESPOND TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND JURY DEMAND DKT. #40 DUE TO MARTIN LUTHER KING DAY HOLIDAY**

      Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, and Rajesh K. Agrawal (collectively "Defendants"), through their undersigned counsel, respectfully request a one-day extension of time up to and including January 16, 2018, to file their Motion to Dismiss the Consolidated Amended Class Action Complaint and Jury Demand ("Amended Complaint"), Dkt. #40, because the current due date lands on Martin Luther King Jr. Day. Defendants further move to adjust the remaining briefing schedule accordingly, so that Plaintiff's Response in opposition to the Motion to Dismiss is due one day later than the current schedule,

or no later than March 7, 2018, and the Defendants' Reply in support of their Motion to Dismiss is due one day later than the current schedule, or no later than April 6, 2018.  Under D.C.COLO.LCiv.R. 7.1A, Defendants' counsel certifies that she has conferred with Plaintiff's counsel who indicated that Plaintiff agrees to this relief.  In support of this motion, Defendants state as follows:

1. Defendants' Motion to Dismiss is currently due January 15, 2018 pursuant to this Court's Minute Order dated November 20, 2017.  Dkt. #48.  Under that same Minute Order, the current schedule provides that Plaintiff shall file a Response in opposition to the Motion to Dismiss no later than March 6, 2018, and that Defendants may file a Reply in support of the Motion to Dismiss no later than April 5, 2018.  *Id.*

2. Good cause exists for Defendants to have until January 16, 2018 to Move to Dismiss the Amended Complaint, and to adjust the remaining briefing schedule accordingly, for the following reasons:

(a) The current due date, January 15, 2018, is Martin Luther King Jr. Day.  Because it is a federal holiday, many institutions, including this Court and the Defendants' primary law firm, are closed for business.  Extending the deadline by one day will help ensure that the Defendants can readily access all of the litigation support services required to finalize and file their Motion to Dismiss without imposing on staff who otherwise would be off for the holiday.

(b) This one-day extension of time is not unreasonable and no prejudice will result from such an extension.  Indeed, Plaintiff has consented to the extension.

(c) In addition, the date on which the remaining defendant, Barry Koch, must answer or otherwise plead is January 16, 2018.

3. Defendants' counsel have served a copy of this motion on their clients pursuant to D.C.COLO.LCivR 6.1(c).

2

WHEREFORE, Defendants request that the Court enter an Order extending the deadline to January 16, 2018 for Defendants to file a Motion to Dismiss the Amended Complaint; and adjusting the remaining schedule accordingly, so that Plaintiff shall file a Response in opposition to the Motion to Dismiss no later than March 7, 2018, and Defendants may file a Reply in support of their Motion to Dismiss no later than April 6, 2018.

DATED:  January 10, 2018                    Respectfully submitted,

*s/Holly Stein Sollod*
Holly Stein Sollod
Chuan "CiCi" Cheng
HOLLAND & HART LLP
555 Seventeenth Street  Suite 3200
Denver, Colorado  80202-3979
Telephone: 303-295-8085
Facsimile: 303-975-5395
hsteinsollod@hollandhart.com
ccheng@hollandhart.com

David F. Graham
Hille R. Sheppard
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
dgraham@sidley.com
hsheppard@sidley.com

*Attorneys for Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, and Rajesh K. Agrawal*

4

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2018, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    rusty@shumanlawfirm.com
    mgrunfeld@pomlaw.com
    ahood@pomlaw.com
    jalieberman@pomlaw.com
    henryr@rgrdlaw.com
    kip@shumanlawfirm.com

                                                  s/*Holly Stein Sollod*

10575502_1