# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00474-KLM
    Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL,
BARRY KOCH, and
STEWART STOCKDALE,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant, Barry Koch.

DATED: January 16, 2018    Respectfully submitted,

    *s/Holly Stein Sollod*
    Holly Stein Sollod
    HOLLAND & HART LLP
    555 Seventeenth Street  Suite 3200
    Denver, Colorado  80202-3979
    Telephone: 303-295-8000
    Facsimile: 303-295-8261
    hsteinsollod@hollandhart.com

    *Attorneys for Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, Rajesh K. Agrawal, and Barry Koch*

2

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    henryr@rgrdlaw.com
    jalieberman@pomlaw.com
    ahood@pomlaw.com
    kip@shumanlawfirm.com
    mgrunfeld@pomlaw.com
    rusty@shumanlawfirm.com

                                                                       s/*Holly Stein Sollod*
                                                                       Holly Stein Sollod

10596761_1

2