# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00474-KLM
       Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

       Plaintiffs,

vs.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL,
BARRY KOCH, and
STEWART STOCKDALE,

       Defendants.

## ENTRY OF APPEARANCE

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant, Barry Koch.

DATED: January 16, 2018       Respectfully submitted,

       *s/Chuan "CiCi" Cheng*
       Chuan "CiCi" Cheng
       HOLLAND & HART LLP
       555 Seventeenth Street Suite 3200
       Denver, Colorado 80202-3979
       Telephone: 303-295-8000
       Facsimile: 303-295-8261
       ccheng@hollandhart.com

       *Attorneys for Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, Rajesh K. Agrawal, and Barry Koch*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>	henryr@rgrdlaw.com
>	jalieberman@pomlaw.com
>	ahood@pomlaw.com
>	kip@shumanlawfirm.com
>	mgrunfeld@pomlaw.com
>	rusty@shumanlawfirm.com

>						s/*Chuan "CiCi" Cheng*
>						Chuan "CiCi" Cheng

10596827_1