IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND
LAURA ANNE SMALLEN REVOCABLE
LIVING TRUST, Individually and on Behalf
of Others Similarly Situated,

    Plaintiff,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK, SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and BARRY KOCH

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Barry Koch

DATED at Chicago, Illinois this 16th day of January, 2018.

    *s/Hille R. Sheppard*
    Hille R. Sheppard
    Sidley Austin LLP
    One South Dearborn Street
    Chicago, Illinois 60603
    (312) 853-7000
    hsheppard@sidley.com

### CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of January, 2018, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

henryr@rgrdlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com
kip@shumanlawfirm.com
mgrunfeld@pomlaw.com
rusty@shumanlawfirm.com

                                              *s/Hille R. Sheppard*
                                              Hille R. Sheppard