IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-00474-KLM
      Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

      Defendants.

---

### DEFENDANT BARRY KOCH'S MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND 9(b) AND THE PSLRA

---

**COMES NOW** Defendant Barry Koch, who moves to dismiss Lead Plaintiff's Consolidated Amended Complaint (Dkt. No. 40) (the "Complaint") for failure to state a claim under Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and failure to meet the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b).

The Complaint alleges two causes of action: Count I asserts violations of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78j(b), and SEC Rule

10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, alleging that Defendants defrauded investors by making false or misleading statements and doing so with scienter; and Count II alleges that Mr. Koch (and each of the other individual defendants) also bears "control person" liability under Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a), for the fraud alleged in Count I.

For the reasons set forth in detail in the Brief in Support of Mr. Koch's Motion to Dismiss the Complaint, Mr. Koch respectfully requests that the Court dismiss the Complaint in its entirety, and with prejudice.

Respectfully submitted this 16th day of January, 2018.

/s/ David F. Graham

David F. Graham
Hille R. Sheppard
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603

Holly Stein Sollod
CiCi Cheng
HOLLAND & HART, LLP
555 17th Street, Suite 3200
Denver, Colorado 80202

*Attorneys for Defendant Barry Koch*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on January 16, 2018, which sent notification of such filing to the following email addresses:

rusty@shumanlawfirm.com
mgrunfeld@pomlaw.com
ahood@pomlaw.com
jalieberman@pomlaw.com
henryr@rgrdlaw.com
kip@shumanlawfirm.com

/s/ David F. Graham
*Attorney for Defendant Barry Koch*