# Exhibit A

NYSE:WU

$20.14

+0.06 (+0.3%)

Min 20 minute delay

# Press Release Details

View all Press Releases

# Western Union Kicks off Its 8th Annual Anti-Money Laundering, Anti-Fraud and Compliance Conference

September 17, 2013

ENGLEWOOD, Colo.--(BUSINESS WIRE)-- The Western Union Company (NYSE: WU), a leader in global payment services, hosts its eighth annual Anti-Money Laundering, Anti-Fraud and Compliance Conference today, Sept. 17, through tomorrow, Sept. 18, in Englewood, Colo.

One of the largest events of its kind, the conference brings together diverse perspectives from industry experts in anti-money laundering, compliance and fraud who share best practices with some of Western Union's largest Agents.

"Together with governments, regulators, law enforcement authorities and financial service companies, we're fully engaged in the fight against money laundering and fraud," said Barry Koch, chief compliance officer for Western Union. "It is important that we come together to focus on these critical issues; we all have a role to play."

More than 40 experts from several organizations will speak including the Consumer Financial Protection Bureau, Department of Homeland Security, Drug Enforcement Agency, Federal Bureau of Investigation, Internal Revenue Service, and law enforcement from across the U.S.

Discussion topics will range from updates on Dodd-Frank to the emerging risk of digital currency. Attendees will have the opportunity to experience an interactive exhibition that includes Western Union® services, products and compliance resources.

Western Union invests millions each year to run compliance programs. The company continues to increase its headcount of employees who are dedicated to compliance, fighting fraud and helping to protect and empower consumers around the globe. This dedication expands to those who are on the frontlines at approximately 520,000 Agent locations around the globe.

Western Union also actively educates consumers about fraud and provides them with tips and information they can use to help protect themselves. For more information, visit its online Consumer Protection Center: www.westernunion.com/stopfraud.

**About Western Union**

The Western Union Company (NYSE: WU) is a leader in global payment services. Together with its Vigo, Orlandi Valuta, Pago Facil and Western Union Business Solutions branded payment services, Western Union provides consumers and businesses with fast, reliable and convenient ways to send and receive money around the world, to send payments and to purchase money orders. As of June 30, 2013, the Western Union, Vigo and Orlandi Valuta branded services were offered through a combined network of approximately 520,000 agent locations in 200 countries and territories and approximately 115,000 ATMs. In 2012, The Western Union Company completed 231 million consumer-to-consumer transactions worldwide, moving $79 billion of principal between consumers, and 432 million business payments. For more information, visit www.westernunion.com.

WU-G
WU-F

Source: Western Union

**Western Union**

Kelly Behm, 1 720-332-1269

Kelly.Behm@WesternUnion.com

View all Press Releases

| | | |
|---|---|---|
| Contact Us | WU Foundation | |
| Customer Care | Press Releases | |
| Consumer Protection | T&Cs | |
| | Intellectual Property | |
| | Privacy Policy | |

© 2017 Western Union Holdings, Inc. All Rights Reserved.

Powered By Q4 Inc. 5.2.0.9