**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:17-cv-00474-KLM
  Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

  Plaintiffs,
v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

  Defendants.

---

**INDEX OF EXHIBITS TO DEFENDANTS THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN, AND RAJESH K. AGRAWAL'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

---

**GENERAL EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | DPA Between Western Union and the DOJ<br>  Attachment A, Statement of Facts<br>  Attachment B, Certificate of Corporate Resolutions |
| 2 | FTC Complaint for Permanent Injunctive and Other Equitable Relief and Stipulated Order for Permanent Injunction and Final Judgment |
| 3 | Western Union 2012 Form 10-K; Filed February 22, 2013 (excerpts) |
| 4 | Western Union 2017 Annual Proxy; Filed March 29, 2017 (excerpts) |
| 5 | December 18, 2002 Western Union Consent Agreement with New York State Banking Department |
| 6 | March 6, 2003 Western Union Consent Agreement with FinCEN (excerpts) |
| 7 | August 14, 2003 Western Union Consent Agreement with California Department of Financial Institutions (excerpts) |
| 8 | Western Union 2006 Form 10-K; Filed February 27, 2007 (excerpts) |
| 9 | November 2005 Agreement Between Western Union and 47 States and D.C. (excerpts) |

| | |
|---|---|
| 10 | August 15, 2006 Western Union Consent Agreement with Arizona Department of Financial Institutions (excerpts) |
| 11 | October 10, 2008 Consent Order with Arizona Department of Financial Institutions (excerpts) |
| 12 | *Banking Department Fines Western Union $8 Million for Violating Bank Secrecy, USA Patriot, New York Banking Laws*, Truth Technologies, December 18, 2002. |
| 13 | Western Union 2013 Form 10-K; Filed February 24, 2014 (excerpts) |
| 14 | Western Union February 16, 2010 Form 8-K (excerpts) |
| 15 | Western Union 2014 Q3 Form 10-Q; Filed October 30, 2014 (excerpts) |
| 16 | Western Union 2013 Q1 Form 10-Q; Filed May 6, 2013 (excerpts) |
| 17 | Western Union February 3, 2014 Form 8-K (excerpts) |
| 18 | Western Union 2016 Form 10-K; Filed February 22, 2017 (excerpts) |
| 19 | Western Union 2014 Form 10-K; Filed February 20, 2015 (excerpts) |
| 20 | July 28, 2016 Western Union Press Release announcing Successful Completion of Southwest Boarder Monitor Primary Recommendations |
| 21 | Western Union 2015 Q3 Form 10-Q; Filed October 29, 2015 (excerpts) |
| 22 | Western Union 2015 Form 10-K; Filed February 19, 2016 (excerpts) |
| 23 | Western Union 2012 Q1 Form 10-Q; Filed May 1, 2012 (excerpts) |
| 24 | Western Union 2014 Q2 Form 10-Q; Filed July 31, 2014 (excerpts) |
| 25 | Western Union 2016 Q3 Form 10-Q; Filed November 1, 2016 (excerpts) |
| 26 | Western Union 2016 Q2 Form 10-Q; Filed August 3, 2016 (excerpts) |
| 27 | January 19, 2017 Western Union Press Release announcing Agreements to Resolve U.S. Investigations |
| 28 | January 24, 2017 Agreement Between Western Union and Multiple States (excerpts) |
| 29 | Western Union July 30, 2013 Earnings Call Transcript (excerpts) |
| 30 | Western Union 2011 Form 10-K; Filed February 24, 2012 (excerpts) |
| 31 | Western Union September 11, 2014 Conference Call Transcript (excerpts) |
| 32 | Western Union October 30, 2012 Earnings Call Transcript (excerpts) |
| 33 | Western Union May 19, 2015 Conference Call Transcript (excerpts) |
| 34 | Western Union May 16, 2013 Conference Call Transcript (excerpts) |
| 35 | Western Union 2012 Annual Proxy; Filed April 10, 2012 (excerpts) |
| 36 | Hikmet Ersek October 28, 2013 Form 4 |
| 37 | Hikmet Ersek May 5, 2015 Form 4 |
| 38 | Hikmet Ersek August 4, 2015 Form 4 |
| 39 | Hikmet Ersek August 25, 2016 Form 4 |
| 40 | Western Union 2016 Annual Proxy; Filed March 30, 2016 |
| 41 | Rajesh K. Agrawal August 30, 2016 Form 4 |

**BOARD OF DIRECTORS DOCUMENTS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 42 | February 24-25, 2010 Board Meeting Minutes |
| 43 | February 24-25, 2010 Board Meeting Presentation |
| 44 | May 14, 2010 Board Meeting Minutes |

| | |
|---|---|
| 45 | May 14, 2010 Board Meeting Presentation |
| 46 | July 15, 2010 Board Meeting Minutes |
| 47 | July 15, 2010 Board Meeting Presentation |
| 48 | May 19-20, 2011 Board Meeting Minutes |
| 49 | May 19-20, 2011 Board Meeting Presentation |
| 50 | May 19-20, 2011 Board Meeting Presentation |
| 51 | September 14-16, 2011 Board Meeting Minutes |
| 52 | September 14-16, 2011 Board Meeting Presentation |
| 53 | September 14-16, 2011 Board Meeting Minutes of Joint Meeting |
| 54 | December 9, 2011 Board Meeting Minutes |
| 55 | December 9, 2011 Board Meeting Governance Committee Presentation |
| 56 | February 23, 2012 Full Board and Governance Committee Meeting Minutes |
| 57 | February 23, 2012 Full Board and Governance Committee Meeting Presentation |
| 58 | May 23, 2012 Board Meeting Minutes |
| 59 | September 13-14, 2012 Board Meeting Minutes |
| 60 | September 13-14, 2012 Board Meeting Presentation |
| 61 | July 19, 2012 Audit Committee Meeting Minutes |
| 62 | July 19, 2012 Audit Committee Presentation |
| 63 | October 25, 2012 Audit Committee Meeting Minutes |
| 64 | October 25, 2012 Audit Committee Meeting Presentation |
| 65 | December 3, 2012 Governance Committee Meeting Minutes |
| 66 | December 3, 2012 Governance Committee Meeting Compliance Presentation |
| 67 | December 6-7, 2012 Board of Directors Meeting Minutes |
| 68 | December 7, 2012 Board of Directors Presentation |
| 69 | February 20, 2013 Governance Committee Meeting Minutes |
| 70 | February 20, 2013 Governance Committee Meeting Southwest Border Presentation |
| 71 | February 20, 2013 Governance Committee Meeting Compliance Presentation |
| 72 | February 21, 2013 Board of Directors Meeting Minutes |
| 73 | March 28, 2013 Governanace Committee Meeting Minutes |
| 74 | March 28, 2013 Governanace Committee Meeting Presentation |
| 75 | May 29-30, 2013 Board Meeting Minutes |
| 76 | May 29-30, 2013 Board Meeting Presentation |
| 77 | July 17, 2013 Compliance Committee Meeting Minutes |
| 78 | July 17, 2013 Compliance Committee Meeting Presentation |
| 79 | July 17, 2013 Compliance Committee Meeting Navigant Presentation |
| 80 | July 18-19, 2013 Board Meeting Minutes |
| 81 | July 18-19, 2013 Board Meeting Presentation |
| 82 | September 9, 2013 Compliance Committee Meeting Minutes |
| 83 | September 9, 2013 Compliance Committee Meeting Pesentation |
| 84 | October 11, 2013 Board Meeting Minutes |
| 85 | October 11, 2013 Board Meeting Memo |
| 86 | October 11, 2013 Board Meeting Risk Assessment (excerpts) |