# Exhibit 7

# STATE OF CALIFORNIA

# DEPARTMENT OF FINANCIAL INSTITUTIONS

In the Matter of )

)

WESTERN UNION FINANCIAL ) CONSENT AGREEMENT

SERVICES, INC. )

)

_____ )


WHEREAS, Western Union Financial Services, Inc. ("Western Union") is licensed by the California Department of Financial Institutions (the "Department") as a money transmitter authorized to receive money for the purpose of transmitting it from agent locations in California to foreign countries;

WHEREAS, it is the common goal of Western Union and the Department to ensure compliance with applicable federal and California anti-money laundering laws and regulations, including the Bank Secrecy Act, 31 U.S.C. sections 5311 *et seq.*, as amended by the Uniting and Strengthening America by Providing Appropriate Tools Required To Intercept and Obstruct Terrorism Act of 2001 (the "USA Patriot Act"), and its implementing regulations, 31 C.F.R. Part 103 (collectively, "the BSA");

WHEREAS, it is the common goal of Western Union and the Department to ensure that Western Union adequately manages its operational, reputational, financial and compliance risks, and that Western Union conducts its business according to the requirements of Financial Code sections 1800 *et seq.* (the "Money Transmitters Law").

WHEREAS, the Department identified certain alleged shortcomings in the measures that Western Union employed to implement and comply with certain provisions of the BSA and the Money Transmitters Law during 2002, including alleged shortcomings in Western Union's oversight, training and supervision of its agents and its monitoring and compliance program to ensure that it and its agents complied with the BSA, and Western Union's alleged failure to timely file certain Currency Transaction Reports ("CTRs") and Suspicious Activity Reports ("SARs");

WHEREAS, Western Union has proactively taken corrective steps, and is implementing comprehensive enhancements to its compliance program, including its program of supervision of its agents, to address these alleged shortcomings;

NOW, THEREFORE, in the interest of resolving this matter and without any admission of wrongdoing by Western Union, the Department and Western Union hereby agree to the following:

and its current and former directors, officers, employees or insiders or their successors and assigns based upon any violations of the BSA or of the Money Transmitters Law or the quality of its supervision, monitoring and training of its agents discussed above that occurred up to the date of this Consent Agreement.

11. This Consent Agreement shall not bar, estop or otherwise prevent any other agency or department of the State of California, or any other state or federal agency or department, from taking any other action affecting Western Union or its agents, or any of its current or former officers, directors, employees, or insiders, or their successors or assigns, with respect to the matters contained in or relating to this agreement.

12. Each provision of this Consent Agreement shall remain effective and enforceable unless stayed, modified, terminated or suspended in writing by the Commissioner.

13. Notwithstanding any provision of this Agreement, the Commissioner, in his sole discretion, may grant written extensions to Western Union to comply with the provisions of this Agreement.

14. The effective date of this Consent Agreement is the date on which it is signed by the Commissioner or the Chief State Examiner.

15. This is not a confidential document.


Dated: __8/14/2003_____


DONALD R. MEYER
Commissioner of Financial Institutions



Dated: __8/14/2003_____

By:_____

Christina Gold
President
Western Union Financial Services, Inc.