# Exhibit 9

# AGREEMENT

Western Union Financial Services, Inc. (hereinafter referred to as "Western Union" or "the Company") is a Colorado corporation with offices located in Greenwood Village, Colorado.

Western Union is a wholly-owned subsidiary of First Data Corporation, a Delaware corporation with offices also located in Greenwood Village, Colorado.

The signatories to this Agreement include the States of Alabama, Alaska, Arizona, Arkansas, Colorado, Connecticut, Delaware, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, and the District of Columbia (hereinafter "the States")[1]; and Western Union.

---

[1] This Agreement shall be binding upon Western Union. In the event that a State believes that there has been a material breach of the terms and conditions of this Agreement, such State, acting through its Attorney General, may seek enforcement of the Agreement pursuant to the laws cited below, *provided that* the State notifies Western Union in writing in advance of filing any enforcement action and gives Western Union at least sixty (60) days or a reasonably practicable period to cure the claimed breach. However, (i) nothing in this Agreement shall be construed as authorizing any person or entity other than a State acting through its Attorney General to enforce or seek remedies under this Agreement or as the result of this Agreement or a breach thereof; (ii) the State's remedies in any enforcement action shall not include any criminal sanctions; and (iii) this Agreement and all negotiations, statements, and proceedings in connection therewith shall not be construed as or deemed to be evidence of an admission or concession on the part of Western Union of any violation of law, liability or wrongdoing by it, and shall not be offered or received in evidence in any action or proceeding, or used in any way, as an admission, concession or evidence of any violation of law, liability or wrongdoing of any nature on the part of Western Union. Nothing in this Agreement shall be construed to preclude any State from bringing an action against Western Union under the laws cited below which is not based upon a breach or violation of this Agreement. The laws referenced above are cited as follows: Ala. Code § 8-19-1 *et seq.*; Alaska Stat. § 45.50.471 *et seq.*; Ariz. Rev. Stat. Ann. § 44-1521 *et seq.*; Ark. Code. Ann. § 4-88-101 *et seq.*; Colo. Rev. Stat. § 6-1-101 *et seq.*; Conn. Gen. Stat. § 42-110j *et seq.*; Del. Code, Ann. tit. 6 §§ 2511 *et seq.* and 2531 *et seq.*; D.C. Code § 28-3901 *et seq.*; Ga. Code Ann. § 10-1-390 *et seq.*; Haw. Rev. Stat. §§ 480-1 *et seq.* and 481A-1 *et seq.*; Idaho Code § 48-601 *et seq.*; 815 Ill. Comp. Stat. Ann. §§ 505/1 *et seq.*; Ind. Code, Ann. § 24-5-0.5-1 *et seq.*; Iowa Code Ann. § 714.16; Kan. Stat. Ann. § 50-623 *et seq.*; Ky. Rev. Stat. § 367.110 *et seq.*; La. Rev. Stat. Ann. § 51:1401 *et seq.*; 5 Me. Rev. Stat. Ann. § 205-A-214; Md. Code Ann., Com. Law § 13-101 *et seq.*; Mass. Gen. L. ch. 93A § 1 *et seq.*; Mich. Comp. Law Ann. 445.901 *et seq.*; Minn. Stat. §§ 3235F.69, subd. 1; 325D.44, subd. 1; 8.31 (2004); Miss. Code. Ann. § 75-24-1 *et seq.*; Mo. Rev. Stat. § 407.010 *et seq.*; Mont. Code Ann. § 30-14-101 *et seq.*; Neb. Rev. Stat. §§ 59-1601 *et seq.*, 87-301 *et seq.*; Nevada Revised Statutes, NRS 598.0903 *et seq.*; N.H. Rev. Stat. Ann. § 358-A:1 *et seq.*; N.J. Stat. Ann. § 56:8-1 *et seq.*; N.M. Stat. Ann. § 57-12-1 *et seq.*; N.Y. Exec. Law §§ 63(12) and 63(15) and General Business Law § 349; N.C. Gen. Stat. § 75-1.1 *et seq.*;

16. *Payment to States.* Western Union will contribute the sum of four hundred thousand dollars ($400,000.00) to the Executive Committee States of Arkansas, Massachusetts, New Jersey, New York, North Carolina, Ohio, Texas, Vermont, Washington and Wisconsin. Western Union will make this payment within thirty (30) days of receiving written delivery instructions from the Executive Committee. The members of the Executive Committee will determine how this payment is to be divided among themselves. This $400,000 payment will be used by the Executive Committee States as and for attorney's fees, costs of this matter, and/or any other purpose allowed by law, with each signatory Executive Committee State's Attorney General having sole discretion as to how that State's funds are used.

17. *Voluntary Cooperation.* Western Union is entering into this Agreement voluntarily and in a spirit of cooperation with the States to help prevent fraud induced transfers. Nothing in this Agreement will be construed as an admission of any violation of law on the part of Western Union.

WESTERN UNION FINANCIAL SERVICES, INC.

By: *Christina Gold* (signature)
Name: Christina Gold
Title: President

APPROVED AS FORM:

*Michael C. Moore* (signature)
Michael C. Moore
Phelps Dunbar LLP
111 East Capitol Street, Suite 600
Jackson, MS 39201-2122
For Western Union Financial Services, Inc.

*Nicholas M. Gess* (signature)
Nicholas M. Gess
Bingham McCutchen, LLP
1120 20th St., N.W., Suite 800
Washington, D.C. 20036
For Western Union Financial Services, Inc.

WUset20

*[signature]*
Troy King
Attorney General of Alabama

*[signature]*
David Márquez
Attorney General of Alaska

*[signature]*
Terry Goddard
Attorney General of Arizona

*[signature]*
Mike Beebe
Attorney General of Arkansas

*[signature]*
John Suthers
Attorney General of Colorado

*[signature]*
Richard Blumenthal
Attorney General of Connecticut

*[signature]*
M. Jane Brady
Attorney General of Delaware

*[signature]*
Robert Spagnoletti
Attorney General of District of Columbia

(Signature Unavailable)
Joseph B. Doyle, Administrator
Georgia Gov Ofc Consumer Protection

*[signature]*
Steven Levins, Executive Director
Hawaii Ofc Consumer Protection

*[signature]*
Lawrence Wasden
Attorney General of Idaho

*[signature]*
Lisa Madigan
Attorney General of Illinois

*[signature]*
Steve Carter
Attorney General of Indiana

*[signature]*
Tom Miller
Attorney General of Iowa

Phill Kline
Attorney General of Kansas

Greg Stumbo
Attorney General of Kentucky

Charles Foti
Attorney General of Louisiana

G. Steven Rowe
Attorney General of Maine

J. Joseph Curran, Jr.
Attorney General of Maryland

Tom Reilly
Attorney General of Massachusetts

Mike Cox
Attorney General of Michigan

Mike Hatch
Attorney General of Minnesota

Jim Hood
Attorney General of Mississippi

Jeremiah W. Nixon
Attorney General of Missouri

Mike McGrath
Attorney General of Montana

Jon Bruning
Attorney General of Nebraska

George Chanos
Attorney General of Nevada

Kelly Ayotte
Attorney General of New Hampshire

Peter C. Harvey
Attorney General of New Jersey

Patricia Madrid
Attorney General of New Mexico

Eliot Spitzer
Attorney General of New York

Roy Cooper
Attorney General of North Carolina

Wayne Stenehjem
Attorney General of North Dakota

Jim Petro
Attorney General of Ohio

W. A. Drew Edmondson
Attorney General of Oklahoma

Hardy Myers
Attorney General of Oregon

Patrick Lynch
Attorney General of Rhode Island

Henry McMaster
Attorney General of South Carolina

Lawrence Long
Attorney General of South Dakota

Paul G. Summers
Attorney General of Tennessee

Greg Abbott
Attorney General of Texas

Mark Shurtleff
Attorney General of Utah

William H. Sorrell
Attorney General of Vermont

Judith W. Jagdmann
Attorney General of Virginia

Rob McKenna
Attorney General of Washington

Darrell V. McGraw, Jr.
Attorney General of West Virginia

Peg Lautenschlager
Attorney General of Wisconsin

Pat Crank
Attorney General of Wyoming