# Exhibit 10

1

## ARIZONA DEPARTMENT OF FINANCIAL INSTITUTIONS

2

In the Matter of the Money Transmitter License of: | No. 07F-BD 020 -SBD

3

**WESTERN UNION FINANCIAL SERVICES,**
**INC.**                                    **CONSENT ORDER**

4

6200 South Quebec Street, Suite 240
Greenwood Village, CO  80111

5

Respondent.

6

7

The Arizona Department of Financial Institutions ("Department"), and Respondent

8

Western Union Financial Services, Inc. ("Western Union"), wishing to resolve this matter in lieu

9

of an administrative hearing, and Western Union without admitting liability or wrongdoing,

10

hereby consents to the following Findings of Fact and Conclusions of Law, and entry of the

11

following Order.

12

### FINDINGS OF FACT

13

1.      Respondent Western Union Financial Services, Inc. ("Western Union") is a

14

Colorado corporation authorized to transact business in Arizona as a money transmitter, license

15

number MT 0010709, within the meaning of A.R.S. §§ 6-1201, *et seq.* The nature of Western

16

Union's business is that of a money transmitter within the meaning of A.R.S. § 6-1201(11).

17

2.      An examination of Western Union, conducted by the Department on September 26

18

to September 30, 2005, and examinations of Authorized Delegates of Western Union conducted

19

from October 17, 2005 to November 17, 2005, found that Western Union, by failing to adequately

20

supervise the authorized delegates:

21

      a.      Western Union authorized delegates failed to maintain policies and

22

           procedures to keep and preserve records, at the authorized delegates' place

23

           of business, that enables the Superintendent to determine compliance with

24

           applicable laws; specifically:

25

           1.      Failed to document and maintain training materials;

26

           2.      Failed to maintain policies and procedures to keep and preserve

27

                "domestic transfer forms" for five (5) years; and

28

1                                                    Doc. #503944 v.4

10.     This Order shall become effective upon service, and shall remain effective and enforceable until such time as, and except to the extent that, it shall be stayed, modified, terminated, or set aside.

11.     This Order is in complete settlement of all regulatory liability of Western Union and its officers, directors, employees, or their successors or assigns, based upon any violations of laws and regulations:

      a.     Related to any applicable reporting or recordkeeping requirements under A.R.S. § 6-1241(J) and any GTOs issued thereunder, through June 6, 2006; and

      b.     Related to any other applicable reporting or recordkeeping requirements or to the supervision of its authorized delegates, including Title 6, Chapter 12, of the Arizona Revised Statutes and the Rules of the Arizona Administrative Code, through November 17, 2005.

12.     Western Union shall identify a management-level (Vice President or above) person or persons to attend quarterly meetings with the Attorney General and representatives of the Department to discuss compliance issues and issues relating to Western Union's supervision of its authorized delegates. Such person or persons will have the authority to discuss such issues and, where appropriate, make decisions on behalf of Western Union. The quarterly meetings shall continue for two years from the effective date of the Order although the parties may voluntarily agree to continue them beyond that time.

SO ORDERED this _17th_ day of _August_, 2006.

By: _Felecia Rotellini_
          Felecia A. Rotellini
          Superintendent of Financial Institutions

7

**CONSENT TO ENTRY OF ORDER**

1.　Western Union acknowledges that it has been served with a copy of the foregoing Findings of Fact, Conclusions of Law, and Order in the above-referenced matter, has read the same, is aware of its right to an administrative hearing in this matter, and has waived the same.

2.　Western Union admits the jurisdiction of the Superintendent and consents to the entry of the foregoing Findings of Fact, Conclusions of Law, and Order.

3.　Western Union states that no promise of any kind or nature has been made to induce it to consent to the entry of this Order, and that it has done so voluntarily.

4.　Western Union acknowledges that this Order does not preclude the Superintendent from instituting other proceedings based on conduct or violations not released by this Order, as may be appropriate now or in the future.

5.　Nothing in this Order, nor any act (including, but not limited to, the execution of this Order) of Western Union shall be treated, construed, or deemed as an admission by Western Union of any liability, fault, responsibility, or guilt of any kind, all such liability, fault, responsibility, and guilt of any kind being expressly denied.

6.　Western Union further acknowledges that this Order does not preclude any other agency or office of this state or subdivision thereof from instituting other proceedings as may be appropriate now or in the future.

7.　Western Union waives all rights to seek judicial review or otherwise to challenge or contest the validity of this Order.

8.　It is the goal of Western Union to ensure compliance with applicable Arizona anti-money laundering laws and regulations, including Title 13, Chapter 23 of the Arizona Revised Statutes, and the Arizona money transmitter statutes, including the provisions of Title 6, Chapter 12 of the Arizona Revised Statutes and the Rules of the Arizona Administrative Code.

9.　Western Union represents that Christina Gold is the President and CEO of Western Union and, in that capacity, has been authorized by Western Union to consent to the entry of this

8

Doc. #503944 v.4

1   Order on its behalf.

2      DATED this _15th_ day of _August_ , 2006.

3

4

5                      By: _Christina A. Gold_
                            Christina A. Gold, President and C.E.O.
                            Western Union Financial Services, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9

Doc. #503944 v.4

1

2   ORIGINAL of the foregoing filed this _18th_
    day of _August_ , 2006, in the office of:

3
    Felecia A. Rotellini
4   Superintendent of Financial Institutions
    Arizona Department of Financial Institutions
5   ATTN: June Beckwith
    2910 N. 44th Street, Suite 310
6   Phoenix, AZ 85018

7   COPY mailed same date to:

8   Craig A. Raby
    Assistant Attorney General
9   Office of the Attorney General
    1275 West Washington
10  Phoenix, AZ 85007

11  Robert D. Charlton, Assistant Superintendent
    Justin Petersen, Examiner in Charge
12  Arizona Department of Financial Institutions
    2910 N. 44th Street, Suite 310
13  Phoenix, AZ 85018

14
    AND COPY MAILED SAME DATE by
15  Certified Mail, Return Receipt Requested, to:

16  Christina A. Gold, President/C.E.O.
    Western Union Financial Services, Inc.
17  6200 South Quebec Street, Suite 240
    Greenwood Village, CO 80111

18

19  _____
    970699.3; CPA06-107

20

21

22

23

24

25

26

27

28

10                                        Doc. #503944 v.4