# Exhibit 11

## ARIZONA DEPARMENT OF FINANCIAL INSTITUTIONS

| | |
|---|---|
| In the Matter of the Money Transmitter License of: ) | No. 09F-BD026-BNK |
| ) | |
| **WESTERN UNION FINANCIAL SERVICES, INC.** ) | **CONSENT ORDER** |
| 12500 East Belford Avenue ) | |
| Englewood, CO  80112 ) | |
| ) | |
| Petitioner. ) | |

On September 11, 2008, the Arizona Department of Financial Institutions ("Department") issued a Notice of Hearing, alleging that Petitioner Western Union Financial Services, Inc. ("Western Union" or "Petitioner") had violated Arizona law. Wishing to resolve this matter in lieu of an administrative hearing, and without admitting liability, Petitioner consents to the entry of the following Order.

### FINDINGS OF FACT

1.       Western Union is a Colorado corporation authorized to transact business in Arizona as a money transmitter, license number MT0010709, within the meaning of A.R.S. §§ 6-1201, *et. seq.*  The nature of Western Union's business is that of a money transmitter within the meaning of A.R.S. § 6-1201(11).

2.       A December 3 through December 6, 2007 examination of Western Union, and authorized delegate visits on November 27, 2007 through June 19, 2008, conducted by the Department, revealed that Western Union:

      a.       Failed to prominently display the authorized delegate notice, as prescribed by the Superintendent, at all authorized delegate locations; specifically:

           i.       The authorized delegates who failed to prominently display the required authorized delegate notices were:  Broadway Liquor, 405 E. Broadway, Mesa, Arizona; and Basha's #85, 1920 W. Chandler, Chandler, Arizona; and

## ORDER

1. Western Union:

    a.    shall prominently display authorized delegate notices as prescribed by the Superintendent;

    b.    shall keep adequate records of customers' identities for each transaction involving the transmission money in an amount of one thousand dollars ($1,000.00) or more; and

    c.    shall comply with the Department's regulatory alert issued on September 17, 2008 (attached hereto as Exhibit A).

2. Western Union shall immediately pay to the Department a civil money penalty in the amount of **two million dollars ($2,000,000.00)**.

3. The provisions of the Order shall be binding upon Western Union, its employees, agents, and other persons participating in the conduct of the affairs of Western Union.

4. This Order shall become effective upon service, and shall remain effective and enforceable until such time as, and except to the extent that it shall be stayed, modified, terminated, or set aside.

SO ORDERED this *17th* day of *October*, 2008.

*Felecia Rotellini*
Felecia A. Rotellini
Superintendent of Financial Institutions

Doc. #566689 v.1

## CONSENT TO ENTRY OF ORDER

1.      Petitioner acknowledges that it has been served with a copy of the foregoing Findings of Fact, Conclusions of Law, and Order in the above-referenced matter, has read the same, is aware of its right to an administrative hearing in this matter, and has waived the same.

2.      Petitioner admits the jurisdiction of the Superintendent and consents to the entry of the Order.

3.      Petitioner states that no promise of any kind or nature has been made to induce it to consent to the entry of this Order, and that it has done so voluntarily.

4.      Petitioner acknowledges that the acceptance of this Agreement by the Superintendent is solely to settle this matter and does not preclude this Department, any other agency or officer of this state or subdivision thereof from instituting other proceedings as may be appropriate now or in the future.

5.      This Order is in complete settlement of all regulatory liability of Western Union and its officers, directors, employees, or their successors or assigns, based upon any violations of laws and regulations related to the December 3, 2007 through December 6, 2007 examination, and the November 27, 2007 through June 19, 2008 delegate visits.

6.      Petitioner waives all rights to seek judicial review or otherwise to challenge or contest the validity of this Order.

7.      Nothing in this Order, nor any act of Western Union (including, but not limited to, the execution of this Order) shall be treated, construed, or deemed as an admission by Western Union of the validity of the findings of fact or conclusions of law contained in this Order, or of any liability, fault, responsibility, or guilt of any kind in this or any other matter, all such findings, conclusions, liability, fault, responsibility, and guilt of any kind being expressly denied.

Doc. #566689 v.1

DATED this _10th_ day of _October_ , 2008.

Western Union Financial Services, Inc.

By _[signature]_
Its _President_

Original of the foregoing filed this _17th_
day of _October_, 2008, in the office of:

Felecia A. Rotellini
Superintendent of Financial Institutions
Arizona Department of Financial Institutions
ATTN:  Susan L. Longo
2910 N. 44th Street, Suite 310
Phoenix, AZ 85018

COPY mailed/delivered same date to:

Craig A. Raby, Assistant Attorney General
Office of the Attorney General
1275 West Washington
Phoenix, AZ  85007

Robert D. Charlton, Assistant Superintendent
Stephen Rosenthal, Senior Examiner
Arizona Department of Financial Institutions
2910 N. 44th Street, Suite 310
Phoenix, AZ  85018

AND COPY MAILED SAME DATE by
Certified Mail, Return Receipt Requested to:

Western Union Financial Services, In.
12500 East Belford Avenue
Englewood, CO  80112
Petitioners

Karl M. Tilleman, Esq.
STEPTOE & JOHNSON, LLP
Collier Center
201 E. Washington Street, Suite 1600
Phoenix, AZ  85004-2382
Attorneys for Petitioner

_[signature]_
311390; PHX-AGN-2008-0418

- 7 -

Doc. #566689 v.1