# Exhibit 20





## Western Union Successfully Completes Southwest Border Monitor Primary Recommendations

July 28, 2016 08:15 AM Eastern Daylight Time

ENGLEWOOD, Colo.--(BUSINESS WIRE)--The Western Union Company (NYSE: WU), a leader in global payment services, today announced the successful completion of the primary recommendations made by the monitor pursuant to the Southwest Border settlement agreement, dated February 11, 2010.

The monitor appointed by the Maricopa County Superior Court, in the State of Arizona, has concluded that Western Union has successfully implemented an effective anti-money-laundering program and implemented all the primary recommendations made by the office of the monitor.

In a press release issued today, **Arizona Attorney General Mark Brnovich** said, "Over the last few years Western Union has made great strides in developing an effective AML program. We believe Western Union's Southwest AML Compliance Program should be a model for others in the industry."

**Attorney General Brnovich** went on to say, "Western Union's Anti-Money Laundering Program is a crucial tool in helping the State of Arizona combat drug and human trafficking along the border. We've forged a close partnership, with one goal in mind: to protect Arizonans from criminal activity."

**John R. Dye, Executive Vice President, General Counsel and Secretary at Western Union** said, "The completion of the primary recommendations represents a significant milestone for Western Union. Western Union's business is based on trust. Protecting the integrity of our network, while remaining compliant and providing services to consumers and businesses worldwide, is a key priority for the company. Western Union has worked hard to implement the primary recommendations and is grateful for the close cooperation provided by the Office of the Attorney General as we have collaborated on strengthening our compliance programs."

Western Union lauds the court-appointed monitor, BDO, LLP, for its hard work and outstanding efforts in overseeing the successful completion of the primary recommendations of the agreed plan.

**About Western Union**

The Western Union Company (NYSE: WU) is a leader in global payment services. Together with its Vigo, Orlandi Valuta, Pago Facil and Western Union Business Solutions branded payment services, Western Union provides consumers and businesses with fast, reliable and convenient ways to send and receive money around the world, to send payments and to purchase money orders. As of March 31, 2016, the Western Union, Vigo and Orlandi Valuta branded services were offered through a combined network of over 500,000 Agent locations in 200 countries and territories and over 100,000 ATMs and

kiosks, and included the capability to send money to over a billion accounts. In 2015, The Western Union Company completed 262 million consumer-to-consumer transactions worldwide, moving $82 billion of principal between consumers, and 508 million business payments. For more information, visit www.westernunion.com.

**#WU-G**

Contacts

**Western Union Press Contact:**

**Dan Diaz**, +1 (303) 547-2347

Daniel.Diaz@WesternUnion.com