# Exhibit 28

In the matter of:
THE WESTERN UNION COMPANY, )
a corporation, )
)
)
)
Respondent. )
)
)
)
)
)
_____ )

## ASSURANCE OF DISCONTINUANCE/ASSURANCE OF VOLUNTARY COMPLIANCE

**A.   PARTIES**

1. The signatory to this Assurance of Discontinuance ("Assurance") is The Western Union Company ("Western Union," the "Company," or "Respondent"), and the States and Commonwealths listed in Exhibit A (hereafter "the Participating States" or "the States," and, collectively with Western Union, may be referred to as "the Parties.").

2. The States are represented by the Consumer Protection Divisions of their respective Attorneys General.[1]

3. The Western Union Company is a Delaware corporation with its principal place of business at 12500 East Belford Avenue, Englewood, Colorado 80112.

**B.   STIPULATIONS**

---

[1] The Utah Division of Consumer Protection is statutorily authorized to enforce all statutes listed in Utah Code 13-2-6, including the Utah Consumer Sales Practices Act, Utah Code 13-11-1, *et seq*. Hawaii is represented by its Office of Consumer Protection, an agency that is not part of the State Attorney General's Office, but which is statutorily authorized to undertake consumer protection functions, including legal representation of the State of Hawaii. Massachusetts is represented by the Insurance and Financial Services Division of the State Attorney General's Office which, as part of the State Attorney General's Office, is statutorily authorized to bring consumer protection actions under M.G.L. c. 93A, Section 1 *et seq*.

the consumer's authorized representative, Respondent shall submit to the FTC an anonymized complaint with the consumer's name, address, and telephone number redacted. *Provided further*, that Respondent shall cooperate with the FTC in order to facilitate compliance with this Section.

## VI.

### INDEPENDENT COMPLIANCE AUDITOR

As ordered in *Federal Trade Commission v. The Western Union Company,* Civil Action No. 1:17-cv-00110-CCC, in the United States District Court for the Middle District of Pennsylvania (FTC Judgment), an independent compliance auditor shall be appointed to further ensure compliance with Sections I through V.

## VII.

### MONETARY PAYMENT TO THE STATES

IT IS FURTHER AGREED THAT:

A. Western Union shall pay a total of Five Million Dollars ($5,000,000.00) to the Participating States, to be distributed among such states as agreed by the Attorneys' General. Each state shall use its portion of funds as compensation for recovery of its costs and attorney's fees in investigating this matter, future monitoring and enforcement of this Assurance, future enforcement of its consumer protection laws or for any lawful purpose including consumer education or redress in the discharge of the Attorney General's duties at the sole discretion of the Attorney General in accordance with applicable state laws and procedures. Western Union's monetary payment to the Participating States shall not be deemed, or deemed in lieu of, a fine, penalty, forfeiture, or punitive assessment and may not be characterized as such.

B. Western Union's payment to the states shall be made no later than fifteen (15) days after Western Union's receipt through its counsel of record in this case of written wire

In the Matter of:
*The Western Union Company*

Dated: January 24, 2017

                                    TOM MILLER
                                    Attorney General of the State of Iowa

                                    By Steve St. Clair
                                    Assistant Attorney General
                                    Consumer Protection Division
                                    1305 East Walnut
                                    Des Moines, Iowa 50319
                                    (515) 281-5926

RESPONDENT THE WESTERN UNION COMPANY

_____   Dated: January 23, 2017
John R. Dye
Executive Vice President and General Counsel

COUNSEL FOR RESPONDENT, THE WESTERN UNION COMPANY

_____   Dated: January 23, 2017
Edward B. Schwartz
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

_____   Dated: January 23, 2017
Sean M. Berkowitz
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611