# Exhibit 29

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## WU - Q2 2013 Western Union Co. Earnings Conference Call

### EVENT DATE/TIME: JULY 30, 2013 / 12:30PM GMT

**OVERVIEW:**

WU reported 2Q13 total consolidated revenue of $1.4b and reported EPS of $0.36.

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JULY 30, 2013 / 12:30PM, WU - Q2 2013 Western Union Co. Earnings Conference Call

### CORPORATE PARTICIPANTS

**Mike Salop** *Western Union Co - SVP of IR*

**Hikmet Ersek** *Western Union Co - President and CEO*

**Scott Scheirman** *Western Union Co - EVP and CFO*

### CONFERENCE CALL PARTICIPANTS

**Tien-Tsin Huang** *JPMorgan Chase & Co. - Analyst*

**Bryan Keane** *Deutsche Bank - Analyst*

**Smittipon Srethapramote** *Morgan Stanley - Analyst*

**Unidentfied Participant** *- Analyst*

**Greg Smith** *Sterne, Agee & Leach - Analyst*

**Ryan Davis** *Credit Suisse - Analyst*

**David Chu** *BofA Merrill Lynch - Analyst*

**Glenn Fodor** *Autonomous Research - Analyst*

**James Friedman** *Susquehanna Financial Group / SIG - Analyst*

### PRESENTATION

**Operator**

Good morning, and welcome to the Western Union second quarter 2013 earnings conference call. All participants will be in listen-only mode.

(Operator Instructions)

After today's presentation, there will be an opportunity to ask questions.

(Operator Instructions)

Please note this event is being recorded. I would now like to turn the conference over to Mike Salop, Senior Vice President of Investor Relations. Please go ahead, sir.

---

**Mike Salop** - *Western Union Co - SVP of IR*

Thank you. Good morning everyone. On today's call, Hikmet Ersek, Western Union's President and Chief Executive Officer; and Scott Scheirman, Executive Vice President and Chief Financial Officer, will discuss the Company's second quarter results and take your questions. We expect the call to last about 45 minutes. The slides that accompany this call and webcast can be found at www.Westernunion.com, under the Investor Relations tab, and will remain available after the call. Additional operational statistics have been provided in supplemental tables with the press release.

Today's call is being recorded, and our comments include forward-looking statements. Please refer to the cautionary language in the earnings release and in Western Union's filings with the Securities and Exchange Commission including the 2012 Form 10K for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements. During the call, we will discuss some items that do not conform to generally accepted accounting principles. We reconcile those items to the most comparable GAAP measures on our website, www.WesternUnion.com under the Investor Relations section. All statements made by Western Union officers on this call are the property of the Western Union Company and are subject to copyright protection. Other than the replay noted in our press release, Western Union has not

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JULY 30, 2013 / 12:30PM, WU - Q2 2013 Western Union Co. Earnings Conference Call

**Operator**

Sara Gubins, BofA Merrill Lynch

---

**David Chu** - *BofA Merrill Lynch - Analyst*

This is David Chu for Sara. How should we think about pricing for the second half? Should we expect more significant impact in Q3 versus Q2 and less of an impact in 4Q as we lapse some of the Mexico initiatives?

---

**Scott Scheirman** - *Western Union Co - EVP and CFO*

Thanks, David. How I'd frame it is, from a customer transaction standpoint, we do expect transactions to accelerate in the second half of the year versus the first of the year. As far as lapping pricing, we did start the pricing actions mid-November of 2012. We will begin lapping those in mid-November 2013.

---

**Mike Salop** - *Western Union Co - SVP of IR*

When you look at the reporting, David, the actions themselves are a largely done at the end of the quarter. At the end of the quarter, we've completed most of the pricing. But if you look at the reporting in the third quarter, it will probably be the highest because all of the actions will be in place, we start anniversarying as Scott said in the fourth quarter.

---

**David Chu** - *BofA Merrill Lynch - Analyst*

That is helpful. Maybe this is a little bit early. Are you seeing anything in the marketplace that suggests a meaningful pickup in compliance costs in 2014?

---

**Scott Scheirman** - *Western Union Co - EVP and CFO*

What I would say, David, is having a robust compliance program and a strong culture of compliance is very important to us. Broadly, as we think about the global landscape, the regulatory environment continues to move. As I think about 2014 in 2015, right now, I'd expect our compliance regulatory cost to increase. What is important about that is that it protects the brand. It protects the customer. It protects our agents. And the longer term, we believe that is going to be competitive advantage because of our scale and our scope and what we can do with compliance and regulatory.

---

**Hikmet Ersek** - *Western Union Co - President and CEO*

I do see that as a competitive advantage. We have very good culture in our company. The most important thing is for the context of consumer, there has been some investment done here. I think it will continue to -- we're going to have this investment. But long-term, as Scott said, I just want to repeat that, given our skill, we have a competitive advantage. Don't forget we are in 200 countries, to comply with all regulations world and try to be the best in class, and leading our industry.

---

**David Chu** - *BofA Merrill Lynch - Analyst*

Just one last one, if I may. Are most of your larger agent renewals for 2013 finished at this point? Or are there more in the second half?

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

