# Exhibit 31



# The Western Union Company NYSE:WU

*Company Conference Presentation*
*Thursday, September 11, 2014 4:10 PM GMT*

CALL PARTICIPANTS      2

PRESENTATION           3

QUESTION AND ANSWER    5

# Call Participants

**EXECUTIVES**

**Rajesh K. Agrawal**
*Executive VP & CFO*

**ANALYSTS**

**Bryan Keane**
*Deutsche Bank AG, Research Division*

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

in more recent periods, at a 15% to 20% premium to the rest of the market. And we believe we can operate at a premium. We've got the global brand, the global scale that allows us to have that premium. Now any particular corridor, you're going to have some differences. We may even be priced lower than other competitors in certain corridors. But on a global average, we see that level of a premium. And I think the pricing, at least from our standpoint today, it looks quite stable. We don't see the big pricings that we did a couple of years ago.

**Bryan Keane**
*Deutsche Bank AG, Research Division*

You mentioned 7% principal growth, I think for the -- maybe that was first half of this year.

**Rajesh K. Agrawal**
*Executive VP & CFO*

Yes.

**Bryan Keane**
*Deutsche Bank AG, Research Division*

Trending a little bit above probably the market. Can you talk about Western Union's goals to grow at or above market averages? How do we think about the comparison versus the market?

**Rajesh K. Agrawal**
*Executive VP & CFO*

Yes. The market growth this year is 5% to 7%. That's the estimate, depending on which data set you look at for principal growth. And the next few years, that market growth is estimated to be in the mid- to high-single-digit range. The market is comprised of the traditional cash-based business, but also the digital business. And we're going to participate fully in that growth. The cash-based business is growing at a lesser rate than that. The digital part of the business is growing at a faster pace. Multiples of the overall growth, because it's a relatively smaller portion of the overall business. And so we see ourselves being well-positioned to be able to grow in line with the market. You've seen our growth year-to-date. Even in the last half of last year, we grew our principal at around 8%. So we've been able to grow in that range. And as you boil it down to revenue, you have a couple of other things that impact the business. You've got pricing that typically takes place. You have some mix changes in the business and you also have some compliance-related impact. And you know that in our outlook for the year, we've assumed a 1 to 2 point negative impact from compliance-related actions. So I think in terms of market growth, where we're well-positioned and then we've got the specific things that we're working through in our business.

**Bryan Keane**
*Deutsche Bank AG, Research Division*

And maybe just for people who are a little bit less familiar, can you talk about what you guys have done on the compliance front over the last year?

**Rajesh K. Agrawal**
*Executive VP & CFO*

Sure, sure. We've been investing heavily in our compliance area. What's key and critical to our business is to have good customers in our business, good transactions going through our business and good agents going through our business, working with us. So we've been investing heavily in our compliance area. This year, we plan to spend about 3.5% to 4% of our revenues in compliance. And that spending is split between -- it's half people oriented and the rest of it is split between technology and outside services. And in the short term, we have a need to really ramp up and make sure that we're doing things in the correct manner around the world. Longer term, we want to be more efficient with our compliance-related activities. We believe that the regulatory landscape isn't going to get any easier. It's going to continue to become more complex. It's a global effort. It's not just an effort in the United States. And so as we operate around the world, we're going to continue to focus very heavily on compliance. We believe that compliance can be a competitive advantage for us. It already is a competitive advantage. And I believe

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it can be a bigger competitive advantage for us as we operate because it's very difficult for most other organizations to spend at the level that we are. And we've been doing this for many years. This is not just a 2014 effort. We've been in the compliance area and investing there for quite some time.

**Bryan Keane**
*Deutsche Bank AG, Research Division*

With compliance being in that 3.5% to 4% of revenue, how do we think about 2015 and beyond? In particular, just wondering if there's some of those escalated costs or any onetime costs in there?

**Rajesh K. Agrawal**
*Executive VP & CFO*

Yes, there are, Bryan. There are things that we will complete this year and they'll come off of our plate. But if it's 10 countries this year, maybe we'll have another 10 or 15 countries next year that we have to address in terms of specific regulatory requirements. So yes, there are things that will fall off and there are new things that will happen next year. And we're always trying to do things as efficiently as we can. We don't like the fact that we're spending that much. But we know that we have to do it to be in the right place from a compliance standpoint. As I look at 2015, it's still early in the process, but we believe that 3.5% to 4% is in the right range for next year. And over time, I think we can be more efficient. But I wouldn't expect that level of spending to come down in the short term.

**Bryan Keane**
*Deutsche Bank AG, Research Division*

Thinking about compliance and the competitive advantage, kind of the mode around the business. Have you seen any other competitors get out of the business or have to escalate cost so much that they've been impeded on kind of expansion plans?

**Rajesh K. Agrawal**
*Executive VP & CFO*

We haven't seen a big trend there, although we have seen it in a couple of markets. Mexico is one that I would call out in particular, where we have seen some competitors exit the market over the last 12 or 18 months. We've also seen some competitors exit in Russia. But it's not a big trend. And our focus continues to be to make sure that we're investing in the right ways in compliance. We want it to be a bigger competitive advantage for us long term. And in the long run, I believe that we will win because of the investments that we're making. And it's going to be more challenging, I believe, for others to be able to do the things that we're doing from a compliance standpoint.

**Bryan Keane**
*Deutsche Bank AG, Research Division*

Yes, I was going to ask you that. With you guys at -- kind of leading the market with those compliance changes, do you see the market having to move and catch up, and spend actually more now to catch up to kind of your compliance that you guys have set the standard?

**Rajesh K. Agrawal**
*Executive VP & CFO*

Eventually, the entire market has to do what we're doing. So if you're going to be in this business and you're going to do cross-border money transfer, it's not an easy thing to accomplish for any competitor. And all competitors are going to have to do this at some point in time, if they're not already doing it. We believe that we're doing all the right things. We have deep relationships with regulators around the world in all the countries in which we operate, we have agent relationships. So we have the advantage of being able to anticipate the things that are coming. We have a roadmap in place with many of our regulators on. They know what we're doing this year. They know what we're going to do next year. They know the processes that we're putting in place and it's in agreement with them. And so I think that gives us confidence about the future. We've also put a brand-new compliance team in place as of the middle of last year, we hired a new Chief Compliance Officer. He's brought in a very heavyweight team, if you will.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

an ACH transaction. Today, it's largely funded through credit card or debit card in our business. And -- but when we can fund it through an ACH transaction, and we can manage the risk around it to be much smaller, then yes, it does have the ability to help us there. And also, on the receive side, we see a different consumer need. Our consumers that are receiving cash, they like to receive cash and they want to keep receiving cash. But there is a growing population that likes to receive money into a bank account. So again, if you can do it on both sides of the equation, that's really the powerful opportunity that we have to drive greater profitability in that business. So it's a matter of time. It's not a question if we're going to get there, it's really when we'll get there.

**Bryan Keane**
*Deutsche Bank AG, Research Division*

On Tuesday, we had the announcement of Apple moving into payments. Just want to get your thoughts on do you see Apple more as a friend or a foe?

**Rajesh K. Agrawal**
*Executive VP & CFO*

I'm not sure what to make of their announcement yet, I don't know enough about it. I would say that our primary focus is on cross-border money movement. So moving money for consumers and moving money for businesses. And that's really our primary focus. I don't believe that's where their product that they announced is really headed. And so I think we're really well-positioned, whether it's an offline transaction, or an online transaction, or if it's a business, or if you want to do a transaction through your bank or other means, we have a lot of different options available for consumers. And it's about the global compliance capability that we have; that's not easy to replicate, the global operational capability. So we have a lot of advantages that will keep us well-positioned, I believe.

**Bryan Keane**
*Deutsche Bank AG, Research Division*

In the future when mobile transactions, mobile-to-mobile, become more popular, do you see the margins changing in the business as a result of that?

**Rajesh K. Agrawal**
*Executive VP & CFO*

Not necessarily. I mean, the yield in our Dot.com business today is higher than in our retail business. So although principal amounts are lower, we have a higher yield there. And we know again that the incremental transaction can be a good contributor to our bottom line. So it's really about driving more volume through the business. For us, again, we're not seeing cannibalization from our Dot.com business. It's really an incremental customer. And in fact, 40% of the transactions that are initiated in the U.S. on our Dot.com business are initiated through a mobile device. And so we see increasing usage of mobile devices to do transactions. But it's really part of a new customer base, I would say, that we see in our business.

**Bryan Keane**
*Deutsche Bank AG, Research Division*

When you look at the competitive landscape, any changes or things you've seen? I mean, obviously, Xoom gets a lot of interest from investors. Just your thoughts around Xoom and the competitive landscape.

**Rajesh K. Agrawal**
*Executive VP & CFO*

Yes, I can't comment on specific competitors. But again, when you look at our -- what we're doing in our Dot.com business, we operate in 24 markets today. We can allow -- we allow consumers to send cash to 200 countries and territories around the world. And we can also -- we also let consumers send money into 50 markets around the world into a bank account, right? So we're much more broad and global in our scope. And we want to be in more markets over time than the 24 in which we operate. We also want to have more funding and payout options. And we want to include the cash part of the equation. It's

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

important to our business, and it's a different business today. Most of our transactions are paid out in cash from the Dot.com business, whereas some of our competitors are focused on account-to-account. We believe the account-to-account part of our business is a growing opportunity for us. In fact, that's the fastest-growing area of our Dot.com business, the account-to-account. So I really believe that we're extremely well-positioned. Nobody else has the global compliance capabilities that we have, the global operational capabilities. We operate in every country of the world. And that's not an easy infrastructure to replicate. And so that's why I feel good about where we are.

**Bryan Keane**
*Deutsche Bank AG, Research Division*

Yes, we all spend most of our time talking about the remittance business. But maybe you can just specifically talk about the outlook for C2B and Business Solutions?

**Rajesh K. Agrawal**
*Executive VP & CFO*

Yes. C2B business is a good business for us. Just to remind you, it's comprised of a U.S. business and a South America business, which is largely in Argentina. And it's also offered through both electronic and walk-in means. The electronic portion of the business is doing quite well, and we see good growth there in the U.S. The walk-in business in the U.S. has been in decline just given the trends in the industry. But it's a good -- really good profitable business for us. In South America, when you look at it on a constant currency basis, the business is performing really well. It's a local bill payments business in Argentina, which we call Pago Facil. And it's a good grower for us. It's been growing really well. It's a good, profitable business. Currency has an impact, obviously, to the top line. And that's something that we just manage through. We've been in that market for many years, and we'll continue to be there. So it's a good overall business for us. For B2B, year-to-date growth is 5%. And given the performance we have in the second quarter, we don't believe we're going to get to the low double-digit number this year. We believe it's still a long-term growth opportunity for us. But this year, given the flat growth we had in the second quarter, that's going to be more challenging this year. And that business, we operate in a $20 billion revenue market in the B2B space. And so we believe that it's an opportunity for us to continue to go and get more share in that space. And we're relatively small in there. So I think we can continue to grow at a good rate. And we've shown that in the prior 3 quarters, we grew that business in the low double-digit range. So I think it's well-positioned.

**Bryan Keane**
*Deutsche Bank AG, Research Division*

I wanted to ask about operating margins. I think you guys moved the GAAP margins to 19.5% to 20% for the year. So just thinking about the operating margin and the leverage in the business, how should we think about potential for future leverage as we go forward?

**Rajesh K. Agrawal**
*Executive VP & CFO*

Yes. We're pleased with the margin performance year-to-date. We achieved about a 20% operating margin. And that's why we were comfortable moving the range up a little bit to 19.5% to 20%. We have a few things that are going to -- that we have to manage the rest of this year. Compliance costs will be higher in the second half. We also are managing these interchange costs in our payments business. That's something that we had not anticipated coming into the year. And then we also continue to invest in technology and in marketing. And so -- and then, obviously, margins will ultimately depend on where the revenue growth is. So we feel good about the range. And we're clearly, we're trying to do things as efficiently as we can. Longer term, we don't really give margin outlook or margin guidance. But I would just say that we're very focused on driving our top line growth because we believe that's the best way for us to drive greater profitability and ultimately, margins. We have a 40% -- 40% of our costs are fixed. And so we believe that as we drive top line growth, we'll be able to get more leverage there. And we need that top line growth. So as digital grows, as B2B grows, as the rest of the business grows, we'll be able to drive

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.