# Exhibit 33



# The Western Union Company NYSE:WU

*Company Conference Presentation*
*Tuesday, May 19, 2015 4:20 PM GMT*

CALL PARTICIPANTS           2

PRESENTATION                3

QUESTION AND ANSWER         4

# Call Participants

**EXECUTIVES**

**Hikmet Ersek**
*Chief Executive Officer, President & Director*

**Rajesh K. Agrawal**
*Executive VP & CFO*

**ANALYSTS**

**Tien-tsin Huang**
*JP Morgan Chase & Co, Research Division*

**Unknown Analyst**

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. The -- we've been investing disproportionately in the digital business and marketing technologies, so historically, the profitability hasn't been as high as it can be going forward. We know that the variable margin on an incremental transaction in the digital business is in the same ballpark as in the retail business. So as the business gains top line growth, we're going to be able to get scale there. And as we have more transactions that are either funded from a bank account or delivered into a bank account, that actually gives us an additional opportunities to drive greater profitability. As long as you can manage the risk around the funding of that because the cost of funding from a bank account and paying out can be very small, which is better than what we have today.

**Hikmet Ersek**
*Chief Executive Officer, President & Director*

So just add on that, today, we pay a certain commission to an agent to pay out immediately in cash. It's prefunded, the agent pay out from his own pocket the money out in, let's assume, in India or Turkey. To overcome that cost, we pay the agent a certain commission, and our sales closer about 4 -- 50% to 60%, right, of our total commission cost, something like that, right? In future, the new use cases though also want to drop money on an account, and dropping money on an account, you don't pay the same commission that you pay on a retail money transfer business. That mix change will help long-term. You don't see it yet, but long-term on our margins, I believe.

**Tien-tsin Huang**
*JP Morgan Chase & Co, Research Division*

Got it. So that's the cost side of it. So how about on the revenue front between digital and retail, so what's the -- how do you benchmark pricing across those 2 channels?

**Hikmet Ersek**
*Chief Executive Officer, President & Director*

Well, depending really on the market where you're at, we do have -- normally, our -- we don't see big differences on the channel-wise. The customers do prefer to send money either online or retail. And we don't see a lot of pressure on the -- even on the online side. What happens though, if you enter in a new market, you come with a promotion. Which reminds me about 10 years ago, as we entered the Gulf states in our outbound market, there was already money transfer service, and then we came to enter the market, we came with price promotions. That's what we do also with the westernunion.com, our digital business, to enter in a certain market. But if you open a new market, we are quite competitive and the prices are quite stable and equal to retail. It depends really on the market you want to go and go after it.

**Tien-tsin Huang**
*JP Morgan Chase & Co, Research Division*

Okay. Now that's helpful here. So let's stick with the pricing theme. I guess the big surprise to me in the first quarter, across the entire peer group was that pricing was actually quite stable, for sure, on the cross-border front, so is that cyclical in your mind or structural? What's happening on the pricing?

**Hikmet Ersek**
*Chief Executive Officer, President & Director*

Well, I believe the pricings are stable and we are quite comfortable with 2015 on a pricing guidance. The cost for the price, we do feel comfortable. Don't forget that we operate in 16,000 corridors. It's not -- doesn't mean that we don't do pricing. We do pricings, right, all the time, but I don't see that we're going to impact our guidance. And we said our guidance, it will be low single-digit pricing investment in 2015, and I feel quite comfortable on that. Q1 came also quite in a 0 percentage price investment. The price investment we recently have done is on the domestic money transfer and only a part of our business. In general, domestic money transfer is only 8% of our total revenue. Within the 8% of our total revenue, we see -- we did see some impacts on the -- because MoneyGram and the others, the pricing investment on the higher bench only, which is the half of the business. Within the half of this business, we did a price promotion which started in April, only on the 25% of the market. So we took -- we called it street corner pricing. We took cities or areas which we did some -- saw some impact and responded with some

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

pricing promotions there. We did not do a nationwide price investment or price promotion. We don't see it because we do see stable transaction growth in some of the parts. Besides that, the strongest part on the domestic money transfer business is still the digital and the mobile. We have a very strong growth there and we don't see any impact from the competition there. I think, actually, we are growing very fast there and especially on lower bands, people try to really, when they want to use their mobile when they send money fast, they ride underground in New York and they get a phone call, "I need $50," you use your app, Western Union app, send money and somebody can pick up the money in 50,000 locations in the U.S. immediately; or globally, in 500,000 locations immediately. That's the benefit we do see. So pricing, generally, very stable. And I feel comfortable, especially with the cross-border price strategy.

**Tien-tsin Huang**
*JP Morgan Chase & Co, Research Division*

Okay, that's great. So I guess in the past, you have used pricing as a tool to sort of drive growth and get transactions up. It's been a good use case in the past. So has that changed, in your mind?

**Hikmet Ersek**
*Chief Executive Officer, President & Director*

No. It'd still be -- if you want to win a corridor, we still do that. But in 2012, maybe you've come to that. 2012 was one-time big price investments because of some location closures of Ligo and Orlandi Valuta in Mexico. We did some pricing investment there to -- and then we did also, in some big corridors, we were really not competitive. We had to do a big price investment. But overall, I will say that our brand, our locations, our compliance programs, our trust, does deserve a premium, and the customers pay for that. So they are happy with that.

**Tien-tsin Huang**
*JP Morgan Chase & Co, Research Division*

Okay, good. So before I open it up, let me -- I always field questions on competition. You know that. So we can talk about you versus the global peer, but how about some of the newer providers that are out there that are advertising pretty heavily, the TransferWise, some of these startups, remit me [ph], what have you. Are you seeing much impact there? And how was it sort of changing your approach?

**Hikmet Ersek**
*Chief Executive Officer, President & Director*

Well, overall, obviously, if you put them all together, they may be as big as our biggest corridor, maybe. That's -- they are not that big from -- overall, we don't see, from revenue-wise, any impact to our business. I think the numbers -- I'll let the numbers speak itself, so they are, I'm quite confident. And we are winning in digital environment. I would say something that we always had a competition. In the past, we had retail corridors specialist. They were doing promotion, now we have digital corridor specialist. No one has the license to operate in 200 countries. We do have it, right? If you want to be successful, you have to tell to a customer, okay, are you from Guatemala? Yes, you can send money. Are you from Chile? Yes, you can send money. Are you from Vietnam? Yes, you can send money. You can't say no to a customers only for -- I serve only for that customer if you want to be a global player. There will be continued -- we have corridor specialists. They will come in that environment. The other part of that is that our investment in the technology over the last 3 years, and our investment in compliance -- and I don't call it -- I'll just call it cost, I call it investment. I want to really bring that back because it's good to invest in the compliance. It's a competitive advantage. Being regulated in 200 countries, it's a tough environment, it's good, we are investing there, it's a competitive advantage, we know how to do that, and that is also kind of a barrier for many to come and to operate in that corridor.

**Tien-tsin Huang**
*JP Morgan Chase & Co, Research Division*

Okay, good. Let me ask one more and then I'll open it up, so if you have any questions, please let me know. Just on the -- just you mentioned compliance. I know you put a lot there. It seems like you have

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.