# Exhibit 34

THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
WU - Western Union Co. at JPMorgan Global Technology, Media and Telecom Conference

EVENT DATE/TIME: MAY 16, 2013 / 2:40PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MAY 16, 2013 / 2:40PM, WU - Western Union Co. at JPMorgan Global Technology, Media and Telecom Conference

## CORPORATE PARTICIPANTS

**Scott Scheirman** *Western Union Co. - EVP & CFO*

## CONFERENCE CALL PARTICIPANTS

**Tien-Tsin Huang** *JPMorgan - Analyst*

## PRESENTATION

**Tien-Tsin Huang** - *JPMorgan - Analyst*

Should we go ahead and get started? Terrific. Thanks, everyone, for joining. My name is Tien-Tsin Huang. I cover the computer services and IT consulting sector at JPMorgan. Very, very excited to have Western Union with us.

As always, for Western Union we've got Scott Scheirman, the CFO. Western Union is a global money transfer provider, the largest, of course, and like the other sessions, we're going to do a fireside chat format. Please feel free to ask questions and use the ask a question portal as well. I will be using that throughout the day.

So let's just kick it off. Maybe, Scott, I think most folks are going to be familiar with Western Union. If it's okay, maybe we can just talk about some of the big surprises, any big callouts from the first-quarter results, and then we can dig in a little bit deeper from there.

**Scott Scheirman** - *Western Union Co. - EVP & CFO*

Sounds good. And, Tien-Tsin, thanks for hosting this conference today. First quarter largely came in where we expected. We are off to a good start for the year. We are doing things, as people probably know, to transform --- transition the business, if you will, so 2013 is a lot about that. And so where we came in the first quarter is what we expected.

We continue to do things to improve our competitive position. We made a number of adjustments with pricing and with that it's meeting our pricing objectives. We continue to expand our digital business. That business grew from --- it was about 46% growth in the fourth quarter, 60% growth in the first quarter, and as much as 70% growth just in the US with the digital business.

And our business solutions business had revenues were up 7%. Long term we believe we can grow that business in the low teens, if you will, low double digits, so we are feeling good about that business. All-in-all I'd say there was no major surprises with any of the regions. They tracked where we expected them.

**Tien-Tsin Huang** - *JPMorgan - Analyst*

Okay, good. I know that top-of-mind for everyone is the pricing strategy. You made some changes there for about 25% of your business. Remind us what the impact of that was so far.

**Scott Scheirman** - *Western Union Co. - EVP & CFO*

As we began the first quarter, we had implanted pricing actions in about 50% of our markets. By the time we got to March 31, we had done about 75% of our targeted pricing actions. So the real headline is the actions are working, they are meeting our objectives.

And those markets in the fourth quarter where we put pricing in place we saw transactions grow in the double digits or the low teens, if you will, that 10%, 11%, 12% range. And even if you exclude the digital aspect of that, we clearly saw transactions grow in the mid-single digits, up from flattish in those targeted markets.

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**MAY 16, 2013 / 2:40PM, WU - Western Union Co. at JPMorgan Global Technology, Media and Telecom Conference**

The competition will vary by corridor, if you will. There is certain corridors were we have seen more competitive activity or where we have seen our price premium maybe be a little bit too wide. And that's why we have implemented the pricing reductions that we did beginning late 2012 into the first couple of quarters of this year, and those price actions are paying dividends. They are tracking to our objectives.

From a digital standpoint there's always a lot of discussion around those type of players. We have our own offering, WesternUnion.com, and what we are seeing there is transactions grew 60% in the first quarter but 80% of the customers are new to Western Union, so we haven't seen them before.

It's a slightly different customer profile and I would say it skews a little bit more towards maybe slightly younger, slightly more of a professional type job, if you will. So we feel like we are, again, well-positioned there to capture new customers. But one thing Western Union has done well over the years is compete very well in a highly competitive environment.

**Tien-Tsin Huang** - *JPMorgan - Analyst*

Sure, sure. Maybe I will ask one more and then we will go to some of these questions here, if that is all right, Scott.

I wanted to ask, because I get this a lot, coming out of the recession I guess some of the metrics you share you've been underperforming some of the public peers or some of the public data that's out there. There's probably a lot of reasons that explain some of that.

Have you been able to sort of dissect that and talk about what's the impact from compliance and regulation changes versus the digital stuff you're talking about, new competitors? What's going on in your mind? Break it up for us.

**Scott Scheirman** - *Western Union Co. - EVP & CFO*

Sure, Tien-Tsin. As you can imagine, every corridor, every market kind of has its own story and opportunities and so forth, but broadly I would put things in a couple of buckets.

First, would be around pricing. In certain key corridors our price premium just got a little bit wider than what the market was allowing, if you will, so that's why at the end of October we made the decision to, in certain key corridors, make some more pricing reductions, which will be about $300 million of revenue or 5%. Again, those pricing actions are working, so we feel like we are on our path to solving that issue and seeing good growth in those priced markets.

Clearly, there's been challenges in the US to Mexico corridor with [Ovi] and Vigo. We've done things to really reposition the Mexico business. We've signed -- if you go back to August, we had 17,000 locations because of the Southwest border and the monitor we had to shut down about 7,000. Didn't want to, but we had to. So today we stand at about 10,000 locations.

We have signed new agents in Mexico. A year from now we will have about 20,000 locations up and running. We will begin rolling those out in the second and third quarter, so we are rebuilding that distribution.

We've also done some things to enhance the consumer value proposition through pricing, so what you probably noticed in the first quarter is our transactions for the Western Union were up 9%. That's better than the fourth quarter when they were up 2%, but probably more importantly the market, as Banco de Mexico reported, was down a few points in the first quarter. So we are growing faster than the market in the first quarter.

We feel good about where we are heading with Mexico despite some of the challenges we've had with Ovi and Vigo.

The other item I would point out is, aside from the Southwest border and Ovi and Vigo, in certain markets we continue to enhance our compliance programs. Near term those have been somewhat of a headwind, but our belief is that the things that we are doing with compliance is that we want

6

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us



©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

MAY 16, 2013 / 2:40PM, WU - Western Union Co. at JPMorgan Global Technology, Media and Telecom Conference

a culture of compliance which we very much have at Western Union. We want that to be a competitive advantage for us long term and complying with the letter and the spirit of the law is very important.

So even though the things we are doing near term are having some impact on the business, we believe long term that's going to put us in a much better position as we enhance our fraud prevention, real-time risk assessment, and other things. So, again, our goal -- and we think the strength of our brand, our distribution, how we are evolving our products is that long term we want to grow faster than the market and we believe we've got the strategies and the plans in place to do that. Early indications are we are heading down the right path.

**Tien-Tsin Huang** - *JPMorgan - Analyst*

Okay. Since you mentioned it, I will follow up, if you don't mind, on just some of the regulation stuff. In your Q you'd indicated that you might not be able to meet the deadlines for some of the regulatory changes that were required by the prior monitor. I know there is a new monitor in place there. What exactly is happening?

**Scott Scheirman** - *Western Union Co. - EVP & CFO*

A new monitor came onboard mid-March, if you will. Again, we very much want to have best-in-class compliance programs, live to the letter and the spirit of the law. With Arizona the Southwest border, we've committed significant resources to meet the requirements; over $40 million to do that.

We've changed our business model, especially with Ovi and Vigo, and I think everybody is familiar with the impact it has had on that business model. So we are very committed to having best-in-class compliance programs. With that I would say the agreement is very complex.

We do have a new monitor. We are working very hard to implement all the actions. We won't have them all implemented by July 31. We are in discussions with the monitor in the state of Arizona about extending the agreement so we are working through that.

But I'd say right now it's really early to predict what the exact outcome will be, but we are very committed to having best-in-class compliance programs.

**Tien-Tsin Huang** - *JPMorgan - Analyst*

Between that and Dodd-Frank is there any risk that your guidance could be impacted by some of the changes or surprises there in your mind?

**Scott Scheirman** - *Western Union Co. - EVP & CFO*

It's always hard to say for certain. I would say specifically on Dodd Frank that rule is now effective as of October 28, so near the end of the year. One of the key things that that rule requires is transparency, which has always been the fabric of Western Union's brand and our organization is being very transparent with our customer.

So today, as an example, if you go do a transaction at one of our locations you will get a receipt that will say here's the fee you've been charged, here's the FX rate. Dodd-Frank requires that plus a pre-disclosure transaction disclosure, if you will. So given what we do with our customers today, and so forth, we feel like there won't be a big impact on consumer behavior as we move forward.

**Tien-Tsin Huang** - *JPMorgan - Analyst*

All right, good. Any questions from the audience? Otherwise I'll get through some of these on the portal.

7

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us



©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.