Exhibit 35

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# SCHEDULE 14A

### Proxy Statement Pursuant to Section 14(a) of the
### Securities Exchange Act of 1934
### (Amendment No. ___)

Filed by the Registrant x                Filed by a Party other than the Registrant ¨

Check the appropriate box:

¨    Preliminary Proxy Statement

¨    **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

x    Definitive Proxy Statement

¨    Definitive Additional Materials

¨    Soliciting Material Pursuant to §240.14a-12

---

## THE WESTERN UNION COMPANY

---

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

---

Payment of Filing Fee (Check the appropriate box):

x    No fee required.

¨    Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1)    Title of each class of securities to which the transaction applies:

---

    (2)    Aggregate number of securities to which the transaction applies:

---

    (3)    Per unit price or other underlying value of the transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

---

    (4)    Proposed maximum aggregate value of the transaction:

---

    (5)    Total fee paid:

---

¨    Fee paid previously with preliminary materials.

¨    Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

Table of Contents

## STOCK BENEFICIALLY OWNED BY DIRECTORS, EXECUTIVE OFFICERS
## AND OUR LARGEST STOCKHOLDERS

The following table sets forth the beneficial ownership of Common Stock by each person or group that is known by us to be the beneficial owner of more than five percent (5%) of our Common Stock, all directors and nominees, each of the executive officers named in the 2011 Summary Compensation Table contained in this Proxy Statement, and all directors and executive officers as a group. Except as otherwise noted, (i) the information is as of March 26, 2012, (ii) each person has sole voting and investment power of the shares, and (iii) the business address of each person shown below is 12500 East Belford Avenue, Englewood, Colorado 80112.

| Name of Beneficial Owner | Address | Amount and Nature of Beneficial Ownership | Percentage of Outstanding Shares |
|---|---|---|---|
| **5% Owners** | | | |
| Wellington Management Company, LLP | 280 Congress Street, Boston, MA 02210 | 67,419,846(1) | 10.89%(1) |
| BlackRock, Inc. | 40 East 52nd Street, New York, NY 10022 | 48,319,798(2) | 7.80%(2) |
| T. Rowe Price Associates, Inc. | 100 E. Pratt Street, Baltimore, MD 21202 | 38,605,424(3) | 6.20%(3) |
| **Directors and Named Executive Officers(4)** | | | |
| Dinyar S. Devitre | | 108,315 | * |
| Hikmet Ersek | | 975,792 | * |
| Richard A. Goodman | | 0 | 0% |
| Jack M. Greenberg | | 523,169 | * |
| Betsy D. Holden | | 58,980 | * |
| Linda Fayne Levinson | | 143,253 | * |
| Roberto G. Mendoza | | 115,195 | * |
| Michael A. Miles, Jr. | | 53,980 | * |
| Dennis Stevenson | | 138,069 | * |
| Wulf von Schimmelmann | | 26,789 | * |
| Rajesh K. Agrawal | | 196,488 | * |
| Scott T. Scheirman | | 428,833 | * |
| Stewart A. Stockdale | | 176,691 | * |
| Robin S. Heller | | 480,939 | * |
| David G. Yates(5) | | 0 | 0% |
| All directors and executive officers as a group (18 persons)(6) | | 3,620,822 | * |

\*    Less than 1%.

(1)    The number of shares held and percentage of outstanding shares were obtained from the holder's Amendment No. 6 to Schedule 13G filing with the Securities and Exchange Commission dated February 14, 2012, which reports ownership as of December 31, 2011. The Schedule 13G filing indicates that the holder had shared power to vote or direct the vote of 41,311,742 shares, shared power to dispose of or direct the disposition of 67,419,846 shares, and sole power to vote or direct the vote of, and sole power to dispose of or direct the disposition of, no shares.

(2)    The number of shares held and percentage of outstanding shares were obtained from the holder's Amendment No. 1 to Schedule 13G filing with the Securities and Exchange Commission dated January 20, 2012, which reports ownership as of December 30, 2011. The Schedule 13G filing indicates that the holder had sole power to vote or direct the vote of, and sole power to dispose of or direct the disposition of 48,319,798 shares, and shared power to vote or direct the vote of, and shared power to dispose of or direct the disposition of, no shares.

Table of Contents

(3)  The number of shares held and percentage of outstanding shares were obtained from the holder's Amendment No. 4 to Schedule 13G filing with the Securities and Exchange Commission dated February 14, 2012, which reports ownership as of December 31, 2011. The Schedule 13G filing indicates that the holder had sole power to vote or direct the vote of 11,782,903 shares, sole power to dispose of or direct the disposition of 38,529,924 shares, and shared power to vote or direct the vote of, and shared power to dispose of or direct the disposition of, no shares.

(4)  The number of shares reported includes shares covered by options that are exercisable within 60 days of March 26, 2012 as follows: Mr. Agrawal, 184,581; Mr. Devitre, 108,315; Mr. Ersek, 909,338; Mr. Greenberg, 458,457; Ms. Heller, 449,551; Ms. Holden, 53,980; Ms. Fayne Levinson, 143,253; Mr. Mendoza, 115,195; Mr. Miles, 53,980; Mr. Stevenson, 133,069; Mr. von Schimmelmann, 26,789; Mr. Scheirman, 390,401; Mr. Stockdale, 176,691; Mr. Yates, 0; all directors and executive officers as a group, 3,384,937.

(5)  The number of shares held by Mr. Yates is 0 as of March 12, 2012.

(6)  Does not include Mr. Yates as he is no longer employed by the Company.

80

Table of Contents

## CERTAIN TRANSACTIONS AND OTHER MATTERS

We or one of our subsidiaries may occasionally enter into transactions with certain "related persons." Related persons include our executive officers, directors, nominees for directors, 5% or more beneficial owners of our Common Stock and immediate family members of these persons. We refer to transactions involving amounts in excess of $120,000 and in which the related person has a direct or indirect material interest as "related person transactions." Each related person transaction must be approved or ratified in accordance with the Company's written Related Person Transactions Policy by the Corporate Governance and Public Policy Committee of the Board of Directors or, if the Corporate Governance and Public Policy Committee of the Board of Directors determines that the approval or ratification of such related person transaction should be considered by all disinterested members of the Board of Directors, by the vote of a majority of such disinterested members.

The Corporate Governance and Public Policy Committee considers all relevant factors when determining whether to approve a related person transaction including, without limitation, the following:

- the size of the transaction and the amount payable to a related person;

- the nature of the interest of the related person in the transaction;

- whether the transaction may involve a conflict of interest; and

- whether the transaction involves the provision of goods or services to the Company that are available from unaffiliated third parties and, if so, whether the transaction is on terms and made under circumstances that are at least as favorable to the Company as would be available in comparable transactions with or involving unaffiliated third parties.

The Company's Related Person Transactions Policy is available through the "Investor Relations, Corporate Governance" portion of the Company's website, *www.westernunion.com* .

## SECTION 16(a) BENEFICIAL OWNERSHIP REPORTING COMPLIANCE

Section 16(a) of the Securities Exchange Act of 1934, as amended, requires the Company's directors, executive officers and persons who own more than 10% of the Company's Common Stock, as well as certain affiliates of such persons, to file with the Securities and Exchange Commission and the New York Stock Exchange initial reports of ownership and reports of changes in ownership of the Company's Common Stock. Based solely on the Company's review of the reports that have been filed by or on behalf of such persons in this regard and written representations from our executive officers and directors that no other reports were required, during and for the fiscal year ended December 31, 2011, the Company believes that all Section 16(a) filing requirements applicable to the Company's directors, executive officers, and greater than 10% stockholders were met except that one Form 4 filing related to the granting of a restricted stock unit award to Mr. Amintore Schenkel, the Company's Controller, was inadvertently filed late.

* * *

This Proxy Statement is provided to you at the direction of the Board of Directors.

John R. Dye
Executive Vice President,
General Counsel and
Secretary

81