# Exhibit 36

| FORM 4 | | |
|---|---|---|
| [ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** Washington, D.C. 20549  **STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**  Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940 | OMB APPROVAL OMB Number: 3235-0287 Estimated average burden hours per response... 0.5 |

| 1. Name and Address of Reporting Person * **Ersek Hikmet** | 2. Issuer Name **and** Ticker or Trading Symbol **Western Union CO [ WU ]** | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) __X__ Director ____ 10% Owner __X__ Officer (give title below) ____ Other (specify below) **President and CEO** |
|---|---|---|
| (Last) (First) (Middle) **THE WESTERN UNION COMPANY, 12500 EAST BELFORD AVENUE** | 3. Date of Earliest Transaction (MM/DD/YYYY) **10/28/2013** | |
| (Street) **ENGLEWOOD, CO 80112** (City) (State) (Zip) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/28/2013 | | M (1) | | 43910 | A | $17.78 | 251321 | D | |
| Common Stock | 10/28/2013 | | M (1) | | 4784 | A | $17.78 | 256105 | D | |
| Common Stock | 10/28/2013 | | S (1) | | 47711 | D | $19.5 | 208394 | D | |

### Table II - Derivative Securities Beneficially Owned ( *e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option (Right to Buy) | $17.78 | 10/28/2013 | | M (1) | | 43910 | | (2) | 2/12/2014 | Common Stock | 43910 | $0 | 0 | D | |
| Employee Stock Option (Right to Buy) | $17.78 | 10/28/2013 | | M (1) | | 4784 | | (2) | 2/12/2014 | Common Stock | 4784 | $0 | 83036 | D | |

**Explanation of Responses:**

( **1**) The transactions reported on this Form 4 were effected pursuant to a 10(b)5-1 trading plan adopted by the reporting person on August 29, 2013.

( **2**) This option is presently exercisable in full.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |

| Ersek Hikmet<br>THE WESTERN UNION COMPANY<br><br>12500 EAST BELFORD AVENUE<br>ENGLEWOOD, CO 80112 | X | | President and CEO | |
|---|---|---|---|---|

**Signatures**

| **Darren A. Dragovich** | 10/30/2013 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**\***      If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**\*\***     Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:   File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.