# Exhibit 37

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549 | OMB APPROVAL<br>OMB Number: 3235-0287<br>Estimated average burden hours per response... 0.5 |
|---|---|---|

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person *<br><br>**Ersek Hikmet**<br>(Last)      (First)      (Middle)<br><br>**THE WESTERN UNION COMPANY, 12500 EAST BELFORD AVENUE**<br>(Street)<br><br>**ENGLEWOOD, CO 80112**<br>(City)   (State)   (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol<br><br>**Western Union CO [ WU ]**<br><br>3. Date of Earliest Transaction (MM/DD/YYYY)<br><br>**5/5/2015**<br><br>4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable)<br><br>__X__ Director          ____ 10% Owner<br>__X__ Officer (give title below)   ____ Other (specify below)<br>**President and CEO**<br><br>6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| Common Stock | 5/5/2015 | | M (1) | | 142695.0000 | A | $11.8600 | 473497.0000 | D | |
| Common Stock | 5/5/2015 | | M (1) | | 87820.0000 | A | $20.0979 | 561317.0000 | D | |
| Common Stock | 5/5/2015 | | S (1) | | 87820.0000 | D | $21.0231 (2) | 473497.0000 | D | |
| Common Stock | 5/5/2015 | | S (1) | | 142695.0000 | D | $20.9589 (3) | 330802.0000 | D | |

### Table II - Derivative Securities Beneficially Owned ( *e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) (A) | (D) | 6. Date Exercisable and Expiration Date Date Exercisable | Expiration Date | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Stock Option (Right to Buy) | $20.0979 | 5/5/2015 | | M (1) | | | 87820.0000 | (4) | 2/13/2016 | Common Stock | 87820.0000 | $0.0000 | 0.0000 | D | |
| Employee Stock Option (Right to Buy) | $11.8600 | 5/5/2015 | | M (1) | | | 142695.0000 | (5) | 2/17/2019 | Common Stock | 142695.0000 | $0.0000 | 0.0000 | D | |

**Explanation of Responses:**

**( 1 )** The transactions reported on this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on March 13, 2015.

**( 2 )** The reporting person has reported the weighted average sale price for the transactions reported on this line. The range of prices for the reported transactions is $21.00 to $21.09. The reporting person will provide, upon request by the Securities and Exchange Commission staff, the issuer or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

**( 3 )** The reporting person has reported the weighted average sale price for the transactions reported on this line. The range of prices for the reported transactions is $20.89 to $21.00. The reporting person will provide, upon request by the Securities and Exchange Commission

staff, the issuer or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

**( 4 )**  This option vested in four equal annual installments beginning on February 13, 2007.

**( 5 )**  This option vested in four equal annual installments beginning on February 17, 2010.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Ersek Hikmet**<br>**THE WESTERN UNION COMPANY**<br><br>**12500 EAST BELFORD AVENUE**<br>**ENGLEWOOD, CO 80112** | X | | **President and CEO** | |

**Signatures**

| **Darren Dragovich, As Attorney-in-Fact** | 5/7/2015 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**\***        If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**\*\***      Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:   File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.