# Exhibit 39

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

| 1. Name and Address of Reporting Person [*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Ersek Hikmet** | **Western Union CO [ WU ]** | |
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (MM/DD/YYYY) | __X__ Director          _____ 10% Owner |
| **THE WESTERN UNION COMPANY, 12500 EAST BELFORD AVENUE** | **8/23/2016** | __X__ Officer (give title below)     _____ Other (specify below) |
| | | **President and CEO** |
| (Street) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| **ENGLEWOOD, CO 80112** | | __X__ Form filed by One Reporting Person |
| (City)      (State)      (Zip) | | ___ Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| **Common Stock** | 8/23/2016 | | M [(1)] | | 2707.0000 | A | $19.1300 | 407285.0000 | D | |
| **Common Stock** | 8/23/2016 | | S [(1)] | | 2707.0000 | D | $21.4900 | 404578.0000 | D | |
| **Common Stock** | 8/24/2016 | | M [(1)] | | 273420.0000 | A | $19.1300 | 677998.0000 | D | |
| **Common Stock** | 8/24/2016 | | S [(1)] | | 273420.0000 | D | $21.5200 [(2)] | 404578.0000 | D | |

## Table II - Derivative Securities Beneficially Owned ( *e.g.* , puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| **Employee Stock Option (Right to Buy)** | $19.1300 | 8/23/2016 | | M [(1)] | | | 2707.0000 | [(3)] | 9/29/2016 | **Common Stock** | 2707.0000 | $0.0000 | 273420.0000 | D | |
| **Employee Stock Option (Right to Buy)** | $19.1300 | 8/24/2016 | | M [(1)] | | | 273420.0000 | [(3)] | 9/29/2016 | **Common Stock** | 273420.0000 | $0.0000 | 0.0000 | D | |

**Explanation of Responses:**

( 1) The transactions reported on this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the reporting person on May 6, 2016.

( 2) The reporting person has reported the weighted average sale price for the transactions reported on this line. The range of prices for the reported transactions is $21.49 to $21.58. The reporting person will provide, upon request by the Securities and Exchange Commission staff, the issuer or a security holder of the issuer, full information regarding the number of shares sold at each separate price.

( 3) This option vested in four equal annual installments beginning on September 29, 2007.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Ersek Hikmet**<br>**THE WESTERN UNION COMPANY**<br>**12500 EAST BELFORD AVENUE**<br>**ENGLEWOOD, CO 80112** | X | | **President and CEO** | |

**Signatures**

| | |
|---|---|
| **Darren Dragovich, As Attorney-in-Fact** | **8/25/2016** |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*      If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*      Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:      File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.