# Exhibit 40

**Table of Contents**

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of the Securities
Exchange Act of 1934 (Amendment No.          )

Filed by the Registrant [X]

Filed by a Party other than the Registrant [ ]

Check the appropriate box:

[ ]  Preliminary Proxy Statement
[ ]  **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
[X]  Definitive Proxy Statement
[ ]  Definitive Additional Materials
[ ]  Soliciting Material Pursuant to §240.14a-12

---

**The Western Union Company**

(Name of Registrant as Specified In Its Charter)

---

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):

[X]  No fee required.
[ ]  Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

  1)  Title of each class of securities to which transaction applies:
  ---
  2)  Aggregate number of securities to which transaction applies:
  ---
  3)  Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):
  ---
  4)  Proposed maximum aggregate value of transaction:
  ---
  5)  Total fee paid:
  ---

[ ]  Fee paid previously with preliminary materials.

[ ]  Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

  1)  Amount Previously Paid:
  ---
  2)  Form, Schedule or Registration Statement No.:
  ---
  3)  Filing Party:
  ---
  4)  Date Filed:
  ---

# STOCK BENEFICIALLY OWNED BY DIRECTORS, EXECUTIVE OFFICERS AND OUR LARGEST STOCKHOLDERS

The following table sets forth the beneficial ownership of Common Stock by each person or group that is known by us to be the beneficial owner of more than five percent (5%) of our Common Stock, all directors and nominees, each of the executive officers named in the 2015 Summary Compensation Table contained in this Proxy Statement, and all directors and executive officers as a group. Except as otherwise noted, (i) the information is as of March 14, 2016, (ii) each person has sole voting and investment power of the shares, and (iii) the business address of each person shown below is 12500 East Belford Avenue, Englewood, CO 80112.

| NAME OF BENEFICIAL OWNER | ADDRESS | AMOUNT AND NATURE OF BENEFICIAL OWNERSHIP | PERCENTAGE OF OUTSTANDING SHARES |
|---|---|---|---|
| **5% Owners** | | | |
| Capital Research Global Investors, a division of Capital Research and Management Company | 333 South Hope Street, Los Angeles, CA 90071 | 66,309,190[1] | 13.1%[1] |
| The Vanguard Group | 100 Vanguard Blvd., Malvern, PA 19355 | 46,577,841[2] | 9.21%[2] |
| FMR LLC | 245 Summer Street, Boston, MA 02210 | 44,661,062[3] | 8.838%[3] |
| BlackRock, Inc. | 55 East 52nd Street, New York, NY 10055 | 29,797,872[4] | 5.9%[4] |
| **DIRECTORS AND NAMED EXECUTIVE OFFICERS[5]** | | | |
| Martin I. Cole | | 9,208 | * |
| Hikmet Ersek | | 2,473,192 | * |
| Richard A. Goodman | | 36,814 | * |
| Jack M. Greenberg | | 439,458 | * |
| Betsy D. Holden | | 58,980 | * |
| Jeffrey A. Joerres | | 15,998 | * |
| Linda Fayne Levinson | | 180,291 | * |
| Roberto G. Mendoza | | 171,347 | * |
| Michael A. Miles, Jr. | | 53,980 | * |
| Robert W. Selander | | 77,439 | * |
| Frances Fragos Townsend | | 39,833 | * |
| Solomon D. Trujillo | | 86,471[6] | * |
| Rajesh K. Agrawal | | 562,433 | * |
| Odilon Almeida | | 208,396 | * |
| Diane Scott | | 140,786 | * |
| J. David Thompson | | 209,965 | * |
| All directors and executive officers as a group (20 persons) | | 5,394,178 | 1.1% |

\*   Less than 1%

**STOCK BENEFICIALLY OWNED BY DIRECTORS, EXECUTIVE OFFICERS AND OUR LARGEST STOCKHOLDERS**

(1) The number of shares held and percentage of outstanding shares were obtained from the holder's Amendment No. 3 to Schedule 13G filing with the Securities and Exchange Commission filed February 16, 2016, which reports ownership as of December 31, 2015. The Schedule 13G filing indicates that the holder had sole voting and sole dispositive power over 66,309,190 shares, and shared voting power over, and shared dispositive power over, no shares.

(2) The number of shares held and percentage of outstanding shares were obtained from the holder's Amendment No. 2 to Schedule 13G filing with the Securities and Exchange Commission filed February 11, 2016, which reports ownership as of December 31, 2015. The Schedule 13G filing indicates that the holder had sole voting power over 953,709 shares, sole dispositive power over 45,575,644 shares, shared voting power over 50,200 shares, and shared dispositive power over 1,002,197 shares.

(3) The number of shares held and percentage of outstanding shares were obtained from the holder's Amendment No. 2 to Schedule 13G filing with the Securities and Exchange Commission filed February 12, 2016, which reports ownership as of December 31, 2015. The Schedule 13G filing indicates that the holder had sole power to vote or direct the vote of 2,782,578 shares, sole power to dispose of or to direct the disposition of 44,661,062 shares, and shared power to vote or direct the vote, and shared power to dispose of or direct the disposition of, no shares.

(4) The number of shares held and percentage of outstanding shares were obtained from the holder's Amendment No. 5 to Schedule 13G filing with the Securities and Exchange Commission filed February 10, 2016, which reports ownership as of December 31, 2015. The Schedule 13G filing indicates that the holder had sole voting power over 25,411,002 shares, sole dispositive power over 29,797,872 shares, and shared voting power over, and shared dispositive power over, no shares.

(5) The number of shares reported includes shares covered by options that are exercisable within 60 days of March 14, 2016 as follows: Mr. Cole, 9,208; Mr. Ersek, 2,068,614; Mr. Goodman, 36,814; Mr. Greenberg, 366,746; Ms. Holden, 53,980; Mr. Joerres, 11,448; Ms. Fayne Levinson, 180,291; Mr. Mendoza, 171,347; Mr. Miles, 53,980; Mr. Selander, 77,439; Ms. Fragos Townsend, 39,833; Mr. Trujillo, 74,671; Mr. Agrawal, 481,123; Mr. Almeida, 178,144; Mr. Dye, 166,766; Mr. Farah, 133,023; Mr. Schenkel, 83,284; Ms. Scott, 88,314; Mr. Thompson, 132,259; Mr. Williams, 69,274; all directors and executive officers as a group, 4,476,558. The number of shares reported includes RSUs that will vest within 60 days of March 14, 2016 as follows: Mr. Almeida, 6,940; Mr. Farah, 4,627; Mr. Thompson, 3,697.

(6) Mr. Trujillo shares with his spouse through a family trust the power to vote or direct the vote of, and the power to dispose or direct the disposition of, 11,800 shares.