# Exhibit 42

## THE WESTERN UNION COMPANY

### February 24-25, 2010

### MEETING OF THE
### BOARD OF DIRECTORS

A meeting of the Board of Directors (the "Board") of The Western Union Company (the "Corporation" or "Western Union") was held on Wednesday and Thursday, February 24-25, 2010 beginning at 6:30 p.m. ET in the North Gramercy meeting room at The Peninsula New York Hotel, 700 Fifth Avenue at 55th Street, New York, New York, and continuing at 1:15 p.m. ET on February 25, 2010, at the same location. Board members Dinyar S. Devitre, Jack M. Greenberg, Christina A. Gold, Linda Fayne Levinson, Betsy D. Holden, Alan J. Lacy, Michael A. Miles, Jr., Dennis Stevenson and Wulf von Schimmelmann were present, and Roberto G. Mendoza participated via teleconference. Also, at the invitation of the Board, Guy Battista, Hikmet Ersek, Robin Heller, David Larkworthy, Scott Scheirman, David Schlapbach, Scott Stevens and Sarah Kilgore of the Corporation were present for all or a portion of the meeting. Prior to proceeding, all participants confirmed that they could hear one another. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Ms. Kilgore was requested to keep the minutes of the meeting.

**Redacted - Non-Responsive**

### APPROVAL OF MINUTES

Mr. Greenberg directed the Board's attention to approval of the minutes from the December 9, 2009 meeting of the Board and noted that these minutes previously had been sent to each Board member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

**RESOLVED**, that the minutes of the meeting of the Board held on December 9, 2009 be, and they hereby are, approved in the form presented to this meeting.

> **Redacted - Non-Responsive**

### GENERAL COUNSEL REPORT

Next, upon Mr. Greenberg's request, Mr. Schlapbach provided a report regarding the resolution of the Arizona litigation and the terms of the multi-state agreement. Mr. Schlapbach also provided an overview of pending or threatened litigation. During the discussion, Mr. Schlapbach responded to questions from the Directors.

> **Redacted - Non-Responsive**

There being no further business to address, on a motion duly made and seconded, the meeting was adjourned at 3:45 p.m. ET.

Thereafter, the Board met in executive session until 4:30 p.m. ET.

A true record.

*[signature]*

Sarah J. Kilgore, Secretary to the meeting of the Board of Directors

CONFIDENTIAL                                                                 WU220_TEAMSTERS_0000010