# Exhibit 43

# Global Anti-Money Laundering (AML) Trend Report

The Western Union Company

Board of Directors

February 2010

WESTERN UNION | yes!

Western Union Restricted Information

WU220_TEAMSTERS_CONFIDENTIAL_0000011

## Global AML Trends and Objectives

| Trend | Objective | Page |
|---|---|---|
| Redacted – Non-responsive | Redacted – Non-responsive | |
| Stakeholders are increasingly expecting stronger and more sophisticated control over our business and consumer activity | Create programs and technological solutions to better assess risk and control transaction activity centrally and in real-time | Page 4 |
| Western Union is increasingly being held responsible for the oversight (and misdeeds) of its Agents and sub-Agents | Create robust Agent AML/CTF partnerships and oversight programs | Page 5 |
| Redacted – Non-responsive | | |

Western Union Restricted Information

CONFIDENTIAL

WU220_TEAMSTERS_0000012

2

## Development of Programs and Systems Responsive to Expectations for More Controls

**Redacted – Non-responsive**

**Southwest Border Transaction Controls** – Real Time Risk Assessment ("RTRA") consumer aggregation rule has been developed and deployed to identify repeat consumers sending transactions from the U.S. to seven states on or close to the Mexico border. Consumers sending transactions within this corridor are limited to $1,000 per two week calendar period. This rule was moved to production and as of January 26 has stopped approximately 1,800 transactions. This rule will limit coyote activity which occurs in the $1300 to $1800 range.

**Southwest Border Enhanced Consumer Monitoring** – The enhanced consumer interdiction program for all US states and Mexico states along the border is continuing and is being adjusted as needed for maximum effectiveness. Last month 373 consumers/entities were interdicted.

**Southwest Border Risk Assessment** –The initial phase of the Southwest Border Risk Assessment, which will enable Western Union AML to better focus its resources on high-risk locations and more specific geographies along the Southwest Border has been completed.

**Redacted – Non-responsive**

Real time transaction controls including data integrity and transaction aggregation rules are already in place in 29 jurisdictions and continue to be deployed as a solution as required by new laws or stakeholder expectations.

## Expectation of Increased Agent Oversight

**Agent Risk Monitoring / Financial Intelligence Unit ("FIU")** Below is the regional breakdown of resolved (or completed) FIU investigations in 2009. Currently the largest % of referrals are U.S. based due to required monitoring and reporting, agent compliance support and law enforcement outreach. International referrals are increasing due to the deployment of a Global Agent Exception Report strategy where 63% of FIU Investigations for Q4 were generated through red flags, the regions and fraud/subpoena work.

**U.S. Mystery Shopping Program** – The 2009 Agent Mystery Shopping Program achieved 109% of its Agent visit goals, with a 73% pass rate. The 27% fail rate resulted in 188 of those Agents being re-trained. In 2010 the program has been expanded to include National Accounts with increased Mystery Shopping being deployed as an enhanced tool to test compliance along the Southwest Border. The 2009 program provided data and insight to design a response and remediation process and strategy for the 2010 program.



2009 YTD FIU Investigations Resolved % by Region (2,937)
- Canada 7%
- US 53%
- APAC 5%
- EMEASA 25%
- LACA 10%

2009 YTD Independent Agent U.S. Mystery Shopping Program
- Pass 801; 73%
- Failed 295; 27%
- Fail Re-Train 188; 17%
- Compliance Suspension 107; 10%

**Fraud Protection** - Regulators and law enforcement agencies expect Western Union to identify and protect consumers from attempts to use the Western Union systems in fraud schemes. Agent referrals that feed the Western Union Financial Intelligence Unit ("FIU") Fraud Risk Index increased as high as 21% in the previous period (overall 11% since October of 2008). FIU investigations related to fraud in the Fourth Quarter of 2009 led to 7 Agent suspensions and 5 terminations in the United Kingdom, New York and Canada. Note: currently analyzing the December decrease for indications of a pattern or if due to holiday schedules.

| FRI REFERRALS TREND | Oct 08 | Dec 08 | Feb 09 | Apr 09 | Jun 09 | Aug 09 | Oct 09 | Dec 09 |
|---|---|---|---|---|---|---|---|---|
| Referrals | 103 | 109 | 121 | 159 | 175 | 243 | 317 | 220 |
| Growth Compared back to Oct 08: | | 6% | 8% | 16% | 14% | 19% | 21% | 11% |

**Continuous development and enhancement of robust Agent monitoring and oversight programs and active partnerships with Western Union Agents continues to be a focus to meet regulator and stakeholder expectations as to Agent oversight.**

CONFIDENTIAL WU220_TEAMSTERS_0000014