# Exhibit 44

## THE WESTERN UNION COMPANY

### May 14, 2010

### MEETING OF THE
### BOARD OF DIRECTORS

A meeting of the Board of Directors (the "Board") of The Western Union Company (the "Corporation" or "Western Union") was held on Friday, May 14, 2010 beginning at 8:00 a.m. MT in the Grand Ballroom at the JW Marriott Denver Hotel, 150 Clayton Lane, Denver, Colorado, and continuing at 1:00 p.m. MT on May 14, 2010, at the same location. Board members Dinyar S. Devitre, Hikmet Ersek, Jack M. Greenberg, Christina A. Gold, Linda Fayne Levinson, Betsy D. Holden, Alan J. Lacy, Roberto G. Mendoza, Michael A. Miles, Jr., Dennis Stevenson and Wulf von Schimmelmann were present. Also, at the invitation of the Board, Guy Battista, Robin Heller, Scott Scheirman, David Schlapbach, Stewart Stockdale, Grover Wray, Martin Wong and Sarah Kilgore of the Corporation, and Stephen Miles of Heidrick & Struggles, were present for all or portions of the meeting. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Ms. Kilgore was requested to keep the minutes of the meeting.

**Redacted – Non-responsive**

Mr. Greenberg directed attention to the minutes from the April 25, 2010 meeting of the Board and noted that these minutes previously had been sent to each Board member present for review. Upon a motion duly made and seconded, the following resolution was approved by all Directors present.

**RESOLVED**, that the minutes of the meeting of the Board held April 25, 2010 be, and they hereby are, approved in the form presented to this meeting.

Thereafter, Ms. Gold and Mr. Ersek and certain other members of management were invited to join the meeting.

### APPROVAL OF MINUTES

Mr. Greenberg directed the Board's attention to approval of the minutes from the February 24-25, 2010 meeting of the Board and noted that these minutes previously had been sent to each Board member for review. Upon a motion duly made and seconded, the following resolution was approved, with Mr. Ersek abstaining.

**RESOLVED**, that the minutes of the meeting of the Board held on February 24-25, 2010 be, and they hereby are, approved in the form presented to this meeting.

Mr. Greenberg then directed the Board's attention to approval of the minutes from the February 24, 2010 meeting of the Independent Directors of the Board and noted that these minutes previously had been sent to each Independent Director for review. Upon a motion duly

**Redacted – Non-responsive**

COMMITTEE REPORTS

Audit Committee

At Mr. Greenberg's request, Mr. Devitre provided a report of the Audit Committee meeting held May 13, 2010.

**Redacted – Non-responsive**

5

> Redacted – Non-responsive

Next, Mr. Devitre reported that the Audit Committee

> Redacted – Non-responsive

received a report from Mr. Lacy regarding the Corporate Governance and Public Policy Committee's oversight of the Corporation's anti-money laundering compliance program.

> # Redacted – Non-responsive

Mr. Devitre also noted that the Audit Committee held a private meeting with the Corporation's external auditors and the internal auditor.

### Corporate Governance and Public Policy Committee

Next, Mr. Greenberg requested Mr. Lacy to provide a report of the meeting of the Corporate Governance and Public Policy Committee (the "Governance Committee") held May 13, 2010. Mr. Lacy reported that the Governance Committee discussed  Redacted – Non-responsive

> # Redacted – Non-responsive

oversight with respect to anti-money laundering compliance, Redacted – Non-responsive Mr. Lacy noted that the Corporate Governance Committee approved a resolution recommending that the Board elect Mr. Greenberg to serve as Chairman of the Board. Mr. Lacy also reported that the Corporate Governance Committee held a private meeting with the Corporation's General Counsel.

> # Redacted – Non-responsive

6

CONFIDENTIAL

WU220_TEAMSTERS_0000048