# Exhibit 45

# Global Anti-Money Laundering (AML) Trend Report

The Western Union Company
Board of Directors
May 2010



Western Union Restricted Information

## Global AML Trends and Objectives

| Trend | Objective | Page |
|---|---|---|
| Redacted – Non-responsive | | |
| Stakeholders are increasingly expecting stronger and more sophisticated control over our business and consumer activity (e.g., Fraud) | Create programs and technological solutions to better assess risk and control transaction activity centrally and in real-time | Page 4 |
| Western Union is increasingly being held responsible for the oversight (and misdeeds) of its Agents and sub-Agents | Create robust Agent AML/CTF partnerships and oversight programs | Page 5 |
| **AML Technology & Operations** | | Page 6 |

## Increase in AML Laws and Countries Regulating Western Union and Increased Regulatory Oversight

**FATF Special Recommendation VII ("Travel Rule/ SR7")** - SR7, in summary, requires that originator/sender information "travel" with transactions for use by law enforcement and regulators. Countries have requested compliance with SR7 in a variety of ways which have included requests for sender information to be available immediately at point of sale and requests that all required reports include sender information.

India is an example of a jurisdiction that had originally requested that all required reports include originator information. Western Union AML successfully negotiated that reporting in India would not include sender ID and date of birth information until specific requests are received for specific filed reports or mandated for all submissions through a separate communication. Turkey is an example of a jurisdiction in which negotiations continue as the current regulator requests are unworkable.

The risk is a growing trend for regulators to cite SR7 requirements to request information that would stress our systems or conflict with privacy obligations or other country regulations. Western Union AML continues to work closely with regulators on this issue to reach solutions that meet the regulator's needs, do not conflict with laws in other jurisdictions and provide the appropriate privacy to consumers.

**Payment Services Directive ("PSD")** – As an outcome of a meeting in 12/09, Western Union wrote and provided to the Irish Financial Regulator (FR) a draft of a prospective examination guide to be used by the FR for examining PSD Payment Institution licensees, such as Western Union. This assistance was offered as the FR is currently building a number of processes to address the new regulatory structure under PSD and has a number of tasks to address. The manual was presented to the FR in 3/2010, and was well received.

The AML-CTF unit of the FR has begun an evaluation of the Western Union Payment Services Ireland, Ltd. entity although operations have only begun 5 months ago under the PI license. Efforts towards building successful a relationship have been positive.

Although "Fit and Proper" standards have been agreed upon with regulators under PSD licenses, there is some reluctance from other European jurisdictions to allow retail expansion based upon standards set by authorities outside of their country. AML is conducting country by country outreach throughout Europe to determine individual requirements and to demonstrate how Western Union process address those needs. Recent meetings with BaFin (German regulator) to review the AML/CTF program were successful in unlocking German regulatory restraints on WUPSIL PSD recruitment of retail Agents. Outreach to Spain and France has been similarly successful.

Proactive outreach to regulators and law enforcement from the strategically placed 70 AML professional staff in 50 cities around the world continues to be an effective method to influence and guide AML laws as they develop and evolve.

## Development of Programs and Systems Responsive to Expectations for More Controls

**Southwest Border Update** – An Agreement was finalized and signed with the States of Arizona, Texas, California and New Mexico regarding enhanced compliance programs for relevant activity. The Monitor has been agreed upon by all parties and an agreement is in place with on-site work in Denver to begin in May, 2010.

Significant progress has been made in implementing AML program improvements, according to the settlement agreement, in anticipation of the Monitor's arrival.

➢ Real-Time Risk Assessment (RTRA) was implemented on January 20, 2010



➢ Consumers in the US cannot send more than $1,000 USD in a calendar 2 weeks to Mexico Border States of Baja California North, Chihuahua, Coahuila, Nuevo Leon, Sonora, Tamaulipas, Sinaloa

➢ As of March 22nd, 18,400 total transactions (representing $21.3m USD) hit the new RTRA rule since January 20 and all transactions were blocked at the POS

**Redacted – Non-responsive**

Real time transaction controls including real-time risk assessment, data integrity and transaction aggregation rules are already in place in 29 jurisdictions and continue to be deployed as a solution as required by new laws or stakeholder expectations.

## Expectation of Increased Agent Oversight

**Redacted – Non-responsive**

### Financial Intelligence Unit (FIU) - Fraud Protection

- Fraud Referrals for FIU cases come from a number of sources including Regional Staff and Law Enforcement

- YTD March 2010 there have been 134 fraud referrals
  - EMEA had 59% of the referrals with the majority coming from the U.K.
  - North America had 37% of the referrals

  - **United Kingdom** – The FIU continues to pursue multiple fraud issues in the United Kingdom. In the first quarter of 2010, the FIU conducted investigations that resulted in 45 Agent location terminations for G.A.P. and Finint

**Redacted – Non-responsive**

- **Philippines** – A Philippines Agent locations was identified as a high volume consumer network receiving transactions associated to fraud amounting to more than $500k and 85% of the location's payout. Due to severity of the issues the location was suspended



Fraud Referrals - Compounding Annual Growth Rate

Continuous development and enhancement of robust Agent monitoring and oversight programs and active partnerships with Western Union Agents continues to be a focus to meet regulator and stakeholder expectations as to Agent oversight.

Western Union Restricted Information

5

## AML Technology and Operations

**Redacted – Non-responsive**

### STRATEGIC TECHNOLOGY PROJECTS UPDATE

- Southwest Border

    - ✓ **Stabilize Real Time Risk Assessment ("RTRA")** including the ability to reinforce the systems infrastructure; expand hardware; reduce processing time for consumer matching; and minimize outages and constraints on expandability of additional RTRA controls

    - ✓ **Enhancement of RTRA** controls to address needs and lighten touch on consumers including "White listing," enhanced consumer matching, and, if required, OV/Vigo enhancements for comparable RTRA systems and controls

    - ✓ **WireWatch Systems Upgrade** needed in order to provide more capacity for $1 transaction data for the SW Border area

**Redacted – Non-responsive**