# Exhibit 46

# THE WESTERN UNION COMPANY

### July 15, 2010

## MEETING OF THE
## BOARD OF DIRECTORS

A meeting of the Board of Directors (the "Board") of The Western Union Company (the "Corporation" or "Western Union") was held on Thursday, July 15, 2010 beginning at 8:00 a.m. ET in the North Gramercy meeting room at The Peninsula New York Hotel, 700 Fifth Avenue at 55th Street, New York, New York. Board members Dinyar S. Devitre, Hikmet Ersek, Jack M. Greenberg, Christina A. Gold, Linda Fayne Levinson, Betsy D. Holden, Alan J. Lacy, Roberto G. Mendoza, Michael A. Miles, Jr., Dennis Stevenson and Wulf von Schimmelmann were present. Also, at the invitation of the Board, Joseph Cachey, Tim Daly, Fred Niehaus, Mike Salop, Scott Scheirman, David Schlapbach, Stewart Stockdale, Martin Wong, Grover Wray and Sarah Kilgore of the Corporation were present for all or a portion of the meeting. Prior to proceeding, all participants confirmed that they could hear one another. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Ms. Kilgore was requested to keep the minutes of the meeting.

**Redacted – Non-responsive**

## ADMINISTRATIVE MATTERS

### Approval of Minutes

Mr. Greenberg directed the Board's attention to approval of the minutes from the May 14, 2010 meeting of the Board and noted that these minutes previously had been sent to each Board member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

> **RESOLVED**, that the minutes of the meeting of the Board held on May 14, 2010 be, and they hereby are, approved in the form presented to this meeting.

**Redacted – Non-responsive**

**Redacted – Non-responsive**

ANTI-MONEY LAUNDERING COMPLIANCE PROGRAM UPDATE

Mr. Greenberg then requested Mr. Wong and Mr. Cachey to provide an update on the Corporation's anti-money laundering ("AML") program. Mr. Wong and Mr. Cachey discussed their intention to review the Corporation's AML program, including its objectives, operations and staffing, in the coming months, during which they would evaluate methods for improved reporting to the Board and its committees regarding the program going forward. During the discussion, Mr. Wong and Mr. Cachey responded to questions from the Board.

**Redacted – Non-responsive**

CONFIDENTIAL WU220_TEAMSTERS_0000055