# Exhibit 47

# Global Anti-Money Laundering (AML) Trend Report

The Western Union Company

Board of Directors

July 2010



Western Union Restricted Information

## Global AML Trends and Objectives

| Trend | Objective | Page |
|---|---|---|
| Redacted – Non-responsive | | |
| Stakeholders are increasingly expecting stronger and more sophisticated control over our business and consumer activity (e.g., Fraud) | Create programs and technological solutions to better assess risk and control transaction activity centrally and in real-time | Page 4 |
| Western Union is increasingly being held responsible for the oversight (and misdeeds) of its Agents and sub-Agents | Create robust Agent AML/CTF partnerships and oversight programs | Page 5 |
| AML Technology & Operations | | Page 6 |

## Development of Programs and Systems Responsive to Expectations for More Controls



**Southwest Border Update** – Meetings with the Monitor began the week of May 4, 2010. The initial time with the Monitor was focused on education about the Western Union business and AML processes including Southwest Border initiatives. A strong rapport and cooperative working arrangement has been established. Subsequent meetings have shown that the Monitor is focused on systems and processes to implement control over the background and the activity of front line associates ("FLAs") and the control and allocation of the budget for the completion of the Southwest border initiatives. Western Union has committed to analyzing the Southwest Border Agent base to determine how many Agents will convert to a Point of Sale system ("WUPOS") that is believed will provide the FLA system control advocated by the Monitor. Discussions continue about the Monitor's concerns regarding immigration status and background of FLA's, however, Western Union has committed to exploration of systems, processes or mechanisms to improve operator ID authentication. The Monitor has expressed an opinion that a system may exist elsewhere in law enforcement or the financial services industry that can be purchased for use by Western Union to implement the type of data mining that would generate improved monitoring and alerts for the Southwest Border. The Southwest Border Real-Time Risk Assessment controls that were introduced to the Western Union product in January of 2010 have now been deployed for Orlandi Valuta and Vigo locations along the Southwest Border.

## Redacted – Non-responsive

Real time transaction controls including real-time risk assessment, data integrity and transaction aggregation rules are already in place in 29 jurisdictions and continue to be deployed as a solution as required by new laws or stakeholder expectations.

## Expectation of Increased Agent Oversight

### Financial Intelligence Unit (FIU) - Fraud Protection

**FIU investigations – Top Geographies for 2009-2010 –** A two-year review of FIU Agent Investigations indicates that the United Kingdom, Mexico, Nigeria, Russia, China, Italy and India are trending upwards in investigations while Canada and Australia are, respectively, trending slightly down or flat (due to enhanced country programs).



**FIU – the United Kingdom (1-1-09 to 5-31-10)** – The high activity in the U.K. is reflective of overall fraud. The FIU continues experiencing a growing number of U.K. referrals that are mostly fraud-related (FRI) and completed a POS Audit in December, 2009 that identified questionable activity at ten locations. The decision was made to terminate six of these locations due to high levels of questionable activity. The FIU has continued to work to address the issues in the country with the appropriate Agent Networks.

• Agent Network reviews of G.A.P., Finint and WURS Networks were completed in April; of the combined 32 Agents escalated in the reports, 23 of those Agent locations were terminated due to questionable transaction patterns consistent with fraudulent activity and fraud complaint reports.

• As a result of the activity occurring across each Network, AML Regional Compliance compiled a Best Practices Manual, with the assistance of the FIU, to give to the Network Compliance Managers to assist them in identifying questionable activity.



• The FIU continues to work with AML Regional Compliance and the Master Agents to develop a more efficient way to identify questionable activity and problem locations.

• The FIU will evaluate additional countries in the EU to determine if similar steps are necessary.

> Continuous development and enhancement of robust Agent monitoring and oversight programs and active partnerships with Western Union Agents continues to be a focus to meet regulator and stakeholder expectations as to Agent oversight.

## AML Technology and Operations

**Redacted – Non-responsive**

**Redacted – Non-responsive**

**Redacted – Non-responsive**

**Southwest Border (SWB) Projects** – Current SWB projects include an Agent monitoring tool for Mexico, data solution and WireWatch enhancements for transaction data at $1 for the Monitor and Border States, and Real-Time Risk Assessment consumer controls. See details and estimated costs below:

| Compliance Monitoring Reporting (CMR) | Estimated Total Spend |
|---|---|
| Compliance Monitoring Reporting (CMR) - provides enhanced web-enabled Agent visibility to their transactions for purposes of suspicious acvitity monitoring. Mexico pilot for country implementation. | Est. $65,000 |

| Data Solution | Estimated Total Spend |
|---|---|
| Server to store SW Border transactions for purposes of delivery to the State AG's offices and to provide a source of data for internal analysis as well as more efficient transaction access for the Monitor and Monitor Staff | Est. $100,000 |

| Real-Time Risk Assessment (RTRA) | Estimated Total Spend |
|---|---|
| Real-Time Risk Assessment (RTRA) - Control system for front-end data integrity and aggregation rules. Enhanced rules built to control U.S. to Mexico corridor (e.g., implemented $1,000 threshold over 2 weeks for US consumers sending to the Mexico border and enhanced real-time consumer matching). | Est. $275,000 |

| WireWatch Enhancements | Estimated Total Spend |
|---|---|
| Necessary system enhancements to allow for transactions at $1 to be reviewed for regulatory reporting purposes for the Border states - current system does not have the capacity for estimated increase in transaction processing | Est. $350,000 |

| Remaining Techology Spend | Estimated Total Spend |
|---|---|
| Technology Labor for above projects | Est. $800,000 |

**Western Union Restricted Information**