# Exhibit 48

# THE WESTERN UNION COMPANY

## May 19-20, 2011

## MEETING OF THE
## BOARD OF DIRECTORS

A meeting of the Board of Directors (the "Board") of The Western Union Company (the "Corporation" or "Western Union") was held on Thursday and Friday, May 19-20, 2011, beginning at 4:00 p.m. ET on May 19, 2011 in the Presentation Room at the Corporation's Executive Offices at 505 Fifth Avenue, New York, New York, and continuing at 8:30 a.m. ET on May 20, 2011 at the same location. Board members Dinyar S. Devitre, Hikmet Ersek, Jack M. Greenberg, Linda Fayne Levinson, Betsy D. Holden, Michael A. Miles, Jr., Dennis Stevenson, and Wulf von Schimmelmann were present. Also, at the invitation of the Board, Joseph Cachey, Darren Dragovich, David Fallek, Scott Scheirman, David Yates, and Rajesh Agrawal of the Corporation, Mike Heindl, Adam Gutstein and Chris Curran of Diamond Consulting, and Michael Lazerwitz of Cleary Gottlieb were present for all or portions of the meeting. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

Prior to inviting members of management to join the meeting, the Board met in executive session.

## ADMINISTRATIVE MATTERS

### Approval of Minutes

Mr. Greenberg directed the Board's attention to approval of the minutes from the February 25, 2011 and March 8, 2011 meetings of the Board and noted that these minutes previously had been sent to each Board member for review. Upon a motion duly made and seconded, the following resolution was approved.

**RESOLVED**, that the minutes of the meetings of the Board held on February 25, 2011 and March 8, 2011 be, and they hereby are, approved in the form presented to this meeting.

Mr. Greenberg then directed the Board's attention to approval of the minutes from the February 24, 2011 meeting of the Independent Directors of the Board and noted that these minutes previously had been sent to each Independent Director for review. Upon a motion duly made and seconded, the following resolution was approved by all Independent Directors. Mr. Ersek abstained from voting because he did not attend the meeting.

**RESOLVED**, that the minutes of the meeting of the Independent Directors held February 24, 2011 be, and they hereby are, approved in the form presented to this meeting.

CONFIDENTIAL

WU220_TEAMSTERS_0000119

> Redacted – Non-responsive

### REGULATORY/ANTI-MONEY LAUNDERING
### COMPLIANCE PROGRAM UPDATE

Next, at Mr. Greenberg's request, Mr. Cachey provided a presentation titled "Consumer Protection, Compliance & Ethics Strategy Update – May 20, 2011," copies of which were previously provided to the Board, during which Mr. Cachey summarized the results of a recent internal review of the Corporation's anti-money laundering ("AML") program, and noted opportunities for improvement and increased efficiency identified by such review in areas including risk assessment, analysis and investigation, field organization, internal controls, and consumer protection. Mr. Cachey also discussed the staffing and succession plans of the AML department. During the presentation, Mr. Cachey responded to questions from the Board.

> Redacted – Non-responsive

4