# Exhibit 49



# Consumer Protection, Compliance & Ethics Strategy Update

*May 19, 2011*

*Western Union Privileged and Confidential – Prepared at the Direction of an Attorney*
©2011 Western Union Holdings, Inc. All Rights Reserved.

WU220_TEAMSTERS_0000121
CONFIDENTIAL

## Overview

- Focused effort to streamline, simplify and re-engineer global compliance

- An extended group gathered in August 2010 to critically examine our program strengths, gaps, and duplications, as well as roles/responsibilities and hand-offs

- Opportunities identified during the cross-functional review were broken into seven work streams for execution
  - Risk Assessment
  - Intelligence Unit (Source and Disposition)
  - Resolution
  - Governance and Internal Controls
  - Field Organization
  - Consumer Protection Program
  - Subpoena



*Western Union Privileged and Confidential – Prepared at the Direction of an Attorney*
©2011 Western Union Holdings, Inc. All Rights Reserved.
CONFIDENTIAL
WU220_TEAMSTERS_0000122

2

## Before State

- **Duplicate processes/Siloed Organizations**
  - Fragmented approach to identifying, analyzing, and addressing risk across the company including law enforcement, investigations, fraud, AML compliance, ethics, and subpoenas
  - 7 risk assessments/models and 8 risk committees
  - 5 teams monitoring consumers
  - 7 groups overseeing Agents
  - Approximately 178 streams of intelligence housed in 43 limited-access systems

- **Inconsistent/cumbersome processes**
  - **Redacted – Attorney Client Privilege**

- **Lack of meaningful reporting**
  - Multiple sources for single data pieces
  - Event-based reporting, not risk-based



Western Union Privileged and Confidential – Prepared at the Direction of an Attorney
©2011 Western Union Holdings, Inc. All Rights Reserved.

CONFIDENTIAL                    WU220_TEAMSTERS_0000123

3

# What We Set Out to Accomplish

- Eliminate silos, build a single pipeline process

- Create a cohesive, comprehensive department, breaking down inefficiencies between areas

- Improve our ability to holistically and globally identify, analyze and aggressively mitigate risk

- Streamline the organization to create a fully integrated organizational structure with clear lines of accountability



Western Union Privileged and Confidential – Prepared at the Direction of an Attorney
©2011 Western Union Holdings, Inc. All Rights Reserved.

WU220_TEAMSTERS_0000124
CONFIDENTIAL

4

# Risk Assessment - Accomplishments

- Created centralized team to develop a comprehensive risk assessment program

- Generated SWB and global Risk Assessments

- Aligning controls with results of risk assessments, including ongoing input from the field, investigations, fraud, consumer protection, and other areas



*Western Union Privileged and Confidential – Prepared at the Direction of an Attorney*
©2011 Western Union Holdings, Inc. All Rights Reserved.

5

CONFIDENTIAL

WU220_TEAMSTERS_00000125

# Analysis & Investigation - Accomplishments

- Consolidated multiple investigative areas into one team to create a holistic view

- Created multi-tiered approach to identify, investigate, and efficiently resolve questionable activity

- Initiated training to build necessary skills to support new workflows

- Identified requirements for new case management system

- Engaged Deloitte for business rule analysis

*Western Union Privileged and Confidential – Prepared at the Direction of an Attorney*
©2011 Western Union Holdings, Inc. All Rights Reserved.
CONFIDENTIAL
WU220_TEAMSTERS_0000126

6

# Field Organization - Accomplishments

- Reorganized teams to distinguish on-the-ground resources and back office support

- Consolidating field team functions to incorporate broader multi-functional roles and responsibilities, including ethics, fraud, AML compliance, regulatory outreach, etc.

- Refocusing agent contacts to those of highest risk

- Updating reporting to better identify program risk and be more consistent between US and International programs



7

*Western Union Privileged and Confidential – Prepared at the Direction of an Attorney*
©2011 Western Union Holdings, Inc. All Rights Reserved.

WU220_TEAMSTERS_0000127

CONFIDENTIAL

## Governance - Accomplishments

- Created monthly Governance Committee comprised of CPCE leadership to set strategy and priorities

- Streamlined communication through bi-weekly newsletter and new Sharepoint site

- Revamping management reporting to better identify program risk

- Conducting cross-functional Internal Control reviews on Policies & Procedures, Large Payment Money Transfer processes, AMOLA transaction monitoring system, consumer frequency control, and QA standards



8

*Western Union Privileged and Confidential – Prepared at the Direction of an Attorney*
©2011 Western Union Holdings, Inc. All Rights Reserved.

WU220_TEAMSTERS_0000128
CONFIDENTIAL



Western Union Privileged and Confidential – Prepared at the Direction of an Attorney
©2011 Western Union Holdings, Inc. All Rights Reserved.



CONFIDENTIAL

WU220_TEAMSTERS_0000129

# Upcoming

- SWB Systems Projects
  - Development of identified systems projects including OV/Vigo integration, WireWatch enhancements, Real Time Risk Assessment (RTRA), and Front Line Associate (FLA) controls

## Redacted – Non-responsive



*Western Union Privileged and Confidential – Prepared at the Direction of an Attorney*
©2011 Western Union Holdings, Inc. All Rights Reserved.

10

CONFIDENTIAL

WU220_TEAMSTERS_0000130