# Exhibit 50



# Global Compliance – Board Report

*May 2011*



*Western Union Privileged & Confidential*
©2011 Western Union Holdings, Inc. All Rights Reserved.

WU220_TEAMSTERS_0000131

CONFIDENTIAL



# Western Union Compliance Dashboard March-May 2011

## II. Global Developments

### A. Significant Current Risks

- **SWB** – Western Union and the SWB Monitor did not reach agreement on the Front Line Associate items by 5/17. Proposed solutions are now being discussed with the AZ Attorney General's Office.
- 
- 

> **Redacted – Non-responsive**

Western Union Privileged and Confidential - Prepared at the Direction of an Attorney
©2011 Western Union Holdings, Inc. All Rights Reserved.

CONFIDENTIAL

WU220_TEAMSTERS_0000132

**WESTERN UNION** | yes!

# Western Union Compliance Dashboard March-May 2011

## II. Global Developments

### D. Significant Cases or Investigations (cont.)

- **Redacted – Non-responsive**

- **United Kingdom** – As a result of the new WU Fraud Monitoring policy, 93 agent locations were identified with at least 5% of transaction volume reported as fraud. CPCE completed investigations on all locations and suspended 69 locations due to questionable transaction patterns indicating potential Agent/FLA complicity. An additional 22 agent locations are scheduled for suspension pending further investigation. CPCE submitted a final report to all key stakeholders.

- **Mexico** – Between October 2010 to April 2011, 296 large principal transactions were sent from Houston, TX to Michoacan, MX totaling $1.9M. A review of the corridor showed a 253% increase in volume. The activity is suspicious due to the principal amounts in each transaction are not consistent with the stated occupations of the senders. CPCE has prepared a comprehensive SAR that will be referred to law enforcement.

- **Spain** – CPCE analysis identified approximately $390K in questionable transaction patterns indicating potential Agent/FLA complicity in relation to fraud including a high volume consumer network which received funds sent from the US that have confirmed fraud associated, data integrity issues, potential flipping patterns, surfing patterns, and other questionable consumer transaction patterns. The agent location has been suspended.

Western Union Privileged and Confidential - Prepared at the Direction of an Attorney
©2011 Western Union Holdings, Inc. All Rights Reserved.

6

WU220_TEAMSTERS_0000133
CONFIDENTIAL



# Western Union Compliance Dashboard May 2011

## III. Key Risk Indicators

### Consumer Fraud Transactions





Western Union Privileged and Confidential - Prepared at the Direction of an Attorney
©2011 Western Union Holdings, Inc. All Rights Reserved.



CONFIDENTIAL    WU220_TEAMSTERS_0000134