# Exhibit 51

# THE WESTERN UNION COMPANY

## September 14-16, 2011

## MEETING OF THE
## BOARD OF DIRECTORS

A meeting of the Board of Directors (the "Board") of The Western Union Company (the "Corporation" or "Western Union") was held on Wednesday, Thursday, and Friday, September 14-16, 2011, in the Newport and Laguna meeting rooms at The Resort at Pelican Hill, 22701 Pelican Hill Road South, Newport Coast, California, beginning at 3:00 p.m. PT on September 14, 2011, and continuing at 1:45 p.m. PT on September 15, 2011, and at 8:00 a.m. PT on September 16, 2011. Board members Dinyar S. Devitre, Hikmet Ersek, Jack M. Greenberg, Linda Fayne Levinson, Betsy D. Holden, Roberto G. Mendoza, Michael A. Miles, Jr., Dennis Stevenson, and Wulf von Schimmelmann were present. Also, at the invitation of the Board, Raj Agrawal, Odilon Almeida, Joe Cachey, Jean Claude Farah, Khalid Fellahi, Robin Heller, Jan Hillered, Victoria Lopez Negrete, Scott Scheirman, Diane Scott, Stewart Stockdale, Drina Yue, and Darren Dragovich of the Corporation were present for all or portions of the meeting. Also in attendance for portions of the meeting were Karen Webster of Market Platform Dynamics and George Davis of Egon Zehnder International by teleconference. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

Prior to proceeding, the Board met in executive session.

## JOINT MEETING OF THE BOARD
## AND THE CORPORATE GOVERNANCE AND PUBLIC POLICY COMMITTEE

A joint meeting of the Board and the Corporate Governance and Public Policy Committee of the Board (the "Governance Committee") was then called to order by Mr. Greenberg, who presided on behalf of the Board, and Ms. Holden, who presided on behalf of the Governance Committee.

### Southwest Border Monitor Update

Mr. Greenberg and Ms. Holden requested Mr. Cachey to provide an update regarding the steps and actions being taken by the Corporation to address the findings contained in the Southwest Border Monitor's Periodic Review dated June 7, 2011 (the "Status Report"), copies of which were previously provided to the Board and Governance Committee. Mr. Cachey discussed steps being taken by the Corporation to address recommendations included in the Status Report, including with respect to the Corporation's information technology systems, staffing, and money transfer sub-agents in Mexico, and reviewed the Corporation's action plan for achieving the Southwest Border Monitor's requirements. Mr. Cachey also described recent meetings that he and Mr. Stockdale held with the Arizona Attorney General and the Southwest

Border Monitor. Lastly, Mr. Cachey discussed the potential engagement of an external consultant to assist the Corporation in addressing the recommendations set forth in the Status Report. During the discussion, Mr. Cachey responded to questions from the Board and Governance Committee members.

There being no further business to address, on a motion duly made and seconded, the joint meeting of the Board and Governance Committee was adjourned at 3:40 p.m. PT, and Mr. Greenberg called to order a general meeting of the Board.

**Redacted – Non-responsive**

CONFIDENTIAL

WU220_TEAMSTERS_0000144