# Exhibit 52

# CPCE – Southwest Border Update

## As of July 31, 2011

*Confidential and Proprietary*

WU220_TEAMSTERS_0000140

CONFIDENTIAL






# Southwest Border Top 5% Agent Program

## Quarterly Cycles*



Q1 Model → Q1 Work
Q2 Model → Q2 Work
Q3 Model → Q3 Work
Q4 Model → Q4 Work

*The full impact of 1 cycle cannot be fully assessed until 6 months after Risk Model results are published due to the delay between model publication, Investigation and the next Model run.

## Process



**Risk Model** — Risk Rank Agents on AML, Fraud & Transaction factors

**Investigate** — Top 5% Riskiest Agents Receive On-Site Review & Transaction Review

**Resolution** — Interdiction, Regulatory Filing, Agent Training / Suspension & Law Enforcement Outreach

**Refresh** — Update Model (including Resolution data) Review Model Factors

## US Q2 2011 Top 5% Agents

| State (WU, OV & Vigo) | Top Risk Agents Identified | Total Reviews Completed | Probation | Suspension | Termination |
|---|---|---|---|---|---|
| Arizona | 31 | 31 | 1 | 0 | 0 |
| California | 94 | 94 | 0 | 4 | 0 |
| N.M. | 2 | 2 | 0 | 0 | 0 |
| Texas | 30 | 30 | 1 | 0 | 1 |
| TOTAL | 157 | 157 | 2 | 4 | 1 |

## Overall Results Q2 2011

**Risk Model**: 157 U.S. Agents and 59 MX Agents identified for review as a result of the Q1 SWB Top 5% Model

**Investigation**: Transactional review performed for all Agents and On-Site review performed for all U.S. Agents

**Resolution**: 133 / 157 U.S. Agents had 1 or more findings. 48 / 59 MX Agents had 1 or more findings.

**Refresh**: SWB Risk Model updated with investigation data and other relevant Company data. Model's factors reviewed and upgraded as appropriate. Refreshed Model showed a decrease in outlier Agents, fewer fraud transactions paid out and an increase in transactions on which a regulatory report was filed.

*Confidential and Proprietary*
CONFIDENTIAL
WU220_TEAMSTERS_000142