# Exhibit 53

# THE WESTERN UNION COMPANY

### September 14-15, 2011

### JOINT MEETING OF THE
### BOARD OF DIRECTORS AND
### CORPORATE GOVERNANCE AND PUBLIC POLICY COMMITTEE

A joint meeting of the Board of Directors (the "Board") of The Western Union Company (the "Corporation" or "Western Union") and the Corporate Governance and Public Policy Committee (the "Governance Committee" or "Committee") of the Board of the Corporation was held beginning on Wednesday, September 14, 2011 at 3:00 p.m. PT in the Newport meeting room at The Resort at Pelican Hill, 22701 Pelican Hill Road South, Newport Coast, California, and continuing at 1:45 p.m. PT at the same location. Present for the meeting were Committee members Betsy D. Holden, Michael A. Miles, Jr., Wulf von Schimmelmann, and Dennis Stevenson. Also present were Board members Dinyar S. Devitre, Jack M. Greenberg, Hikmet Ersek, Linda Fayne Levinson, and Roberto G. Mendoza, and Joseph Cachey, Scott Scheirman, and Darren Dragovich from the Corporation. The meeting was called to order by Mr. Greenberg, who presided on behalf of the Board, and Ms. Holden, who presided on behalf of the Governance Committee, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

#### SOUTHWEST BORDER MONITOR UPDATE

Mr. Greenberg and Ms. Holden requested Mr. Cachey to provide an update regarding the steps and actions being taken by the Corporation to address the findings contained in the Southwest Border Monitor's Periodic Review dated June 7, 2011 (the "Status Report"), copies of which were previously provided to the Board and Governance Committee. Mr. Cachey discussed steps being taken by the Corporation to address recommendations included in the Status Report, including with respect to the Corporation's information technology systems, staffing, and money transfer sub-agents in Mexico, and reviewed the Corporation's action plan for achieving the Southwest Border Monitor's requirements. Mr. Cachey also described recent meetings that he and Mr. Stockdale held with the Arizona Attorney General and the Southwest Border Monitor. Lastly, Mr. Cachey discussed the potential engagement of an external consultant to assist the Corporation in addressing the recommendations set forth in the Status Report. During the discussion, Mr. Cachey responded to questions from the Board and Governance Committee members.

There being no further business to address, on a motion duly made and seconded, the joint meeting of the Board and Governance Committee was adjourned at 3:40 p.m. PT.

The joint meeting reconvened on Thursday, September 15, 2011 at 1:45 p.m. PT and was called to order by Mr. Greenberg, who presided on behalf of the Board, and Ms. Holden, who presided on behalf of the Governance Committee.

CONFIDENTIAL