# Exhibit 54

# THE WESTERN UNION COMPANY

### December 9, 2011

## MEETING OF THE
## CORPORATE GOVERNANCE AND PUBLIC POLICY COMMITTEE

A meeting of the Corporate Governance and Public Policy Committee (the "Corporate Governance Committee" or "Committee") of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held on December 9, 2011 at 8:00 a.m. ET in the Presentation Room at The Western Union Company Executive Offices at 505 Fifth Avenue, New York, New York. Present for the meeting were Committee members Betsy D. Holden, Michael A. Miles, Jr., Wulf von Schimmelmann, and Dennis Stevenson. Also present at the invitation of the Committee for all or a portion of the meeting were Board members Jack Greenberg and Hikmet Ersek, Joseph Cachey, Troy Deering, John Dye, Richard Krollman, and Darren Dragovich from the Corporation, George Davis from Egon Zehnder International ("Egon Zehnder"), Don Temple and Darren Donovan from KPMG LLP ("KPMG"), and Fred Lowinger and Paul Choi from Sidley Austin LLP ("Sidley"). The meeting was called to order by Ms. Holden, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

## APPROVAL OF MINUTES

Ms. Holden directed the Committee's attention to approval of the minutes from the July 21, 2011 and September 14-15, 2011 meetings of the Committee and noted that these minutes previously had been sent to each Committee member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

> **RESOLVED**, that the minutes of the July 21, 2011 and September 14-15, 2011 meetings of the Committee be, and hereby are, approved in the form presented to this meeting.

## GLOBAL COMPLIANCE UPDATE

Next, at Ms. Holden's request, Mr. Cachey provided a presentation titled "Global Compliance – Board Report – December 9, 2011," copies of which were previously provided to the Committee, during which he reviewed recent anti-money laundering ("AML") internal and external regulatory examination results, global regulatory developments, and significant AML cases and investigations in certain countries, including the United States, [Redacted – Non-responsive] Mr. Cachey then reviewed a presentation titled "CPCE – Southwest Border Program Board Report – As of November 15, 2011," copies of which were previously provided to the Committee, during which he provided an update regarding the Corporation's ongoing actions to address the findings contained in the Southwest Border Monitor's Periodic Review dated June 7, 2011 and draft Second Periodic Review recently circulated by the Southwest Border Monitor (the "Monitor"), copies of each of which were previously provided to the Commettee, and issues identified by the Monitor in meetings with the Corporation. Mr. Cachey explained that such actions include the recent appointment of

Mr. Deering to oversee the Corporation's relationship with the Monitor, and introduced Mr. Deering to the Committee. During the discussion, Mr. Cachey and Mr. Deering responded to questions from the Committee.

### KPMG - SOUTHWEST BORDER UPDATE

Ms. Holden then asked Mr. Temple and Mr. Donovan to review with the Committee documents titled "Progress Report on Implementation of the Monitor's Recommendations – December 9, 2011," and "Summary of Observations and Recommendations – December 9, 2011," copies of which were previously provided to the Committee. During the review, Mr. Temple explained that KPMG has been engaged by Sidley to review the Corporation's progress in addressing action items identified by the Monitor, and summarized KPMG's evaluation of such progress. During the discussion, Mr. Temple and Mr. Donovan responded to questions from the Committee. The discussions during this portion of the meeting are subject to attorney-client privilege.

### GLOBAL ANTI-MONEY LAUNDERING COMPLIANCE EMPLOYEE TRAINING POLICY

Next, Ms. Holden directed the Committee's attention to a document titled "Global AML Compliance Employee Training Policy," copies of which were previously provided to the Committee and the form of which is attached hereto as Exhibit A (the "AML Training Policy"). Mr. Cachey explained the purpose of the AML Training Policy and the Monitor's request that the Board consider and approve it at the parent company level. After discussion, upon a motion duly made and seconded, the following recital and resolution were unanimously approved.

> **WHEREAS,** the Committee has reviewed the AML Training Policy and deems it advisable and in the best interest of the Corporation to adopt, ratify, and approve the AML Training Policy.
>
> **NOW, THEREFORE, BE IT RESOLVED,** that the Committee hereby recommends to the Board that it adopt, ratify, and approve the AML Training Policy.

**Redacted - Non-Responsive**

2

The Western Union Company

Minutes of Meeting of the Corporate Governance and Public
Policy Committee held December 9, 2011

Exhibit A

Global Anti-Money Laundering Compliance Employee Training Policy

5



# Global AML Compliance Employee Training Policy

**EXECUTIVE SUMMARY:** The purpose of this Global AML Compliance Employee Training Policy is to provide an overview of Western Union's Global AML Compliance Employee Training Program. For questions on this policy, contact Mike Bingham at 720.332.4626.



| Global AML Compliance Employee Training Policy | Policy Number:<br>Effective Date: January 1, 2012<br>Revision Date:   November 7, 2011<br>Last Reviewed Date: November 7, 2011<br>Policy Owner: Joseph Cachey<br>Approving Authority: BOD |
|---|---|

## PURPOSE:

Western Union (the "Company") is committed to conducting its business in conformity with ethical standards, to preventing its services from being used for illicit purposes, and to complying with all applicable anti-money laundering and terrorist financing laws and regulations.

To this end, Western Union requires its employees to complete Global AML Compliance training on an annual basis as part of the Company's Global AML Compliance Employee Training Program.

## POLICY SCOPE:

- This Global AML Compliance Employee Training Policy applies to all global employees except for the following: Employees who have not been provided access to the Company's internal electronic learning management system; and
- Employees on a Company-approved leave for period during which training is to be completed.

## POLICY STATEMENT:

Western Union shall maintain a Global AML Compliance Employee Training Program to cover applicable AML Compliance laws, rules and regulations and Western Union's internal policies and controls.  Global AML Compliance Training is made available through the Company's internal learning management system.

## RECORDKEEPING

Training records will be retained in accordance with the Western Union Records and Information Management Retention Schedule, which at a minimum will be for the period required by applicable law or regulation.

## COMPLIANCE WITH POLICY:

All applicable employees of Western Union are required to follow this Policy. Global AML Compliance Training is mandatory for all applicable employees. Failure to successfully complete Global AML Compliance Training within the prescribed time period will result in disciplinary action, including but not limited to the following:

- Reduction or loss of merit increase and/or compensation
- A reduction or forfeiture of bonus
- Suspension
- Termination

## STANDARDS FOR COMPLETION:

**Each employee must complete the Anti-money Laundering module annually. Successful completion requires a score of 100% on the self-test at the end of the module.**

## EXCEPTIONS TO POLICY:

There are no exceptions to this policy.