# Exhibit 55



# Global Compliance – Board Report
*December 9, 2011*

*Confidential and Proprietary*

WU220_TEAMSTERS_0000161

CONFIDENTIAL



# Western Union Compliance Dashboard
## August-October 2011

## II. Global Developments

### A. Significant Current Risks

- **Redacted – Non-responsive**

- **SWB** – The monitor will be conducting unannounced agent visits. Concerns regarding potential agent challenge and unpredictable results are being mitigated by developing an operational guide for Monitor use and a communication plan with the agents.

- **United States** - Arizona Attorney General raised concerns regarding money-laundering risk shifting to Pre-paid and traditional financial institutions. To mitigate the risk of WUBS and Prepaid emerging as a risk to the SWB scope, Western Union is conducting an internal analysis on prepaid and preparing a presentation for the SWB monitor outlining the low product risk.

- **United States** - Western Union received civil investigative demands from the Offices of the Attorney General in Illinois, New Jersey, North Carolina, Ohio, Vermont and Washington regarding Western Union's Consumer Protection Program. These are some of the same state AG offices that were part of the 2005 National Association of Attorney Generals Agreement. Legal continues to meet with these AG offices to discuss the CIDs and their fulfillment.



# Western Union Compliance Dashboard
## August-October 2011

## II. Global Developments

### B. External Regulatory Examination Results

**WUFSI** – Multi-State exam report issued with an unsatisfactory rating. This rating was the direct result of the Arizona Attorney General's concerns arising from the perceived weaknesses in Western Union's Anti-Money Laundering program relative to Mexican sub-agents. The examiners adopted his findings. Additional findings include: inaccurate completion of CTRs, failure by agents to post signage, incomplete information in the Money Order logs completed by agents and inaccurate reporting of agents. Western Union is taking an aggressive stance on the sub-agent issue. Management response was submitted on 10/29/11 and a follow-up letter was provided on 11/11/11. Subsequently, the Company plans to visit Texas, Washington and Ohio to meet in person to discuss the examination and our Mexico business. The Company has asked for re-examination in March 2012.

**Redacted – Non-responsive**

*Confidential and Proprietary*
CONFIDENTIAL

WU220_TEAMSTERS_000163



# Western Union Compliance Dashboard
# August-October 2011

## II. Global Developments

### E. Significant Cases or Investigations

- Redacted – Non-responsive
- **Spain** – An investigation of an Agent in Spain that appeared on the Fraud Risk Index revealed approximately $442K in transactions that appear to be related to fraud. Activity consistent with FLA surfing and data integrity issues was also identified. In early 2011, this location was also the subject of a United States Secret Service investigation. Due to the excessive amount of fraud and previous exposure to U.S. law enforcement, the Agent was terminated and appropriate regulatory reports were filed.
- Redacted – Non-responsive

# Western Union Compliance Dashboard
## August-October 2011

## II. Global Developments

### E. Significant Cases or Investigations

- Redacted – Non-responsive

- **India** – Identified new fraud trend in India which involves consumers being phoned by fraudsters representing themselves as representatives of Microsoft (or reputable computer companies) to gain access to personal computers. Through this communication the criminals are gaining access to personal information such as credit card numbers which are then used to send money via WU.com. The most recent cases identified consisted of two Agent locations and involved over 380 transactions totaling more than $109K. A review of the WU.com transactions paid out in India is underway to identify the full scope of this issue.

- Redacted – Non-responsive

- **Russia** - An investigation of an Agent in Russia, revealed approximately 80% of pay transactions appeared to be related to 'Russian bride scams', totaling more than $700K. This was the second time this type of activity had been identified at the location. Due to the amount of questionable activity, as well as the inability of the Agent to control it, the location was suspended.

- Redacted – Non-responsive

*Confidential and Proprietary*
CONFIDENTIAL

WU220_TEAMSTERS_000165




# Western Union AML Compliance Dashboard 2011 YTD

## III. Key Risk Indicators

### Consumer Fraud Transactions

- Consumer fraud prevented by Western Union YTD is $168 Million representing an 158% increase vs. prior year.
- Reported principal lost by Western Union customers due to consumer fraud scams, is $79 Million YTD representing an increase of 8% vs. prior year compared with a 70% increase between 2009 and 2010.

*Confidential and Proprietary*
CONFIDENTIAL
WU220_TEAMSTERS_000166