# Exhibit 56

# THE WESTERN UNION COMPANY

### February 23, 2012

### MEETING OF THE
### CORPORATE GOVERNANCE AND PUBLIC POLICY COMMITTEE

A meeting of the Corporate Governance and Public Policy Committee (the "Corporate Governance Committee" or "Committee") of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held on February 23, 2012 at 12:30 p.m. ET in the Presentation Room at the Corporation's Executive Offices at 505 Fifth Avenue, New York, New York. Present for the meeting were Committee members Betsy D. Holden, Michael A. Miles, Jr., Dennis Stevenson, and Wulf von Schimmelmann. Also present at the invitation of the Committee for all or a portion of the meeting were Board members Jack M. Greenberg and Hikmet Ersek, and Troy Deering, Darren Dragovich, John Dye, and Richard Krollman from the Corporation, and George Davis and Andro Vrdoljak from Egon Zehnder International ("Egon Zehnder"). The meeting was called to order by Ms. Holden, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

### APPROVAL OF MINUTES

Ms. Holden directed the Committee's attention to approval of the minutes from the December 9, 2011 meeting of the Committee and noted that these minutes previously had been sent to each Committee member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

**RESOLVED**, that the minutes of the December 9, 2011 meeting of the Committee be, and hereby are, approved in the form presented to this meeting.

### COMPLIANCE AND REGULATORY UPDATE

Next, at Ms. Holden's request, Mr. Dye, Mr. Krollman, and Mr. Deering provided a presentation titled "Southwest Border Update – February 23, 2012," copies of which were previously provided to the Committee. During the presentation, Mr. Dye and Mr. Krollman provided an update regarding the Corporation's relationship and recent meetings with the Southwest Border Monitor (the "Monitor") appointed pursuant to the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc., a subsidiary of the Corporation, and the State of Arizona. Mr. Deering discussed the Corporation's progress in addressing the Monitor's recommendations, including those contained in the Monitor's December 2011 Periodic Report. Next, Mr. Krollman and Mr. Deering discussed the engagement by the Corporation of external experts to review the Corporation's anti-money laundering ("AML") compliance program. Mr. Krollman and Mr. Deering then identified certain AML compliance program enhancements under consideration by the Corporation, and the Committee and Mr. Greenberg discussed with Messrs. Ersek, Dye, Krollman, and

Deering the potential costs and benefits of such measures for the Corporation. During the discussion, Messrs. Ersek, Dye, Krollman, and Deering responded to questions from the Committee.

**Redacted – Non-responsive**

2

CONFIDENTIAL

WU220_TEAMSTERS_0000182