# Exhibit 57



# Western Union Governance Committee

## Southwest Border Update

February 23, 2012

Western Union Restricted ©2011 Western Union Holdings, Inc. All Rights Reserved.
Prepared at the Request of Counsel in Anticipation of Litigation. Attorney-Client Privileged Work Product.

WU220_TEAMSTERS_0000183

CONFIDENTIAL



Southwest Border Update – Governance Committee:  February 23, 2012

**Executive Summary**

## Southwest Border Program:  Key Messages

- The current status of the SWB program is improving across key fronts

  ### Redacted – Work Product

- We are addressing all issues identified in the December Monitor Periodic Report

- We are engaging external expertise to further enhance our ability to deliver SWB and enhance our AML capabilities

- We are planning for proactive  implementation of additional enhanced AML controls which will continue to establish Western Union as the AML industry leader

- Although we are cautiously optimistic, the next 120 days are critical for the SWB program

2

WU220_TEAMSTERS_0000184

CONFIDENTIAL

# WESTERN | UNION |

## Progress Report: February 23, 2012
## Overall Southwest Border Program

### SWB Recommendation Status

| Functional Team | # of Recommendations | % with Defined Plans/Timelines | % with Adequate Resources |
|---|---|---|---|
| Management Oversight and Independent Testing | 11 | 100% | 100% |
| Agent Management | 40 | 90% | 100% |
| Consumer / Transaction Management | 32 | 80% | 100% |
| Case Management | 4 | 100% | 100% |
| Culture of Compliance | 4 | 75% | 100% |
| Business Transformation | (Included above) | 100% | 100% |
| IT | (Included above) | 100% | 95% |
| **TOTAL** | **91** | | |

| Functional Team | In Progress Status (# of recommendations) | | | |
|---|---|---|---|---|
| | On Track | Minor Issues | Critical | Complete |
| Management Oversight and Independent Testing | 11 | 0 | 0 | 0 |
| Agent Management | 31 | 9 | 0 | 0 |
| Consumer / Transaction Management | 22 | 9 | 0 | 1 |
| Case Management | 4 | 0 | 0 | 0 |
| Culture of Compliance | 3 | 1 | 0 | 0 |
| Business Transformation | | | | |
| IT | 71 | 19 | 0 | 1 |

### IT (Specific) Project Status

| IT Sub-Project | Overall | Timing | Issues/Risk |
|---|---|---|---|
| Real-time Risk Assessment (RTRA) | | | |
| iWatch | | | |
| OV/Vigo Conversion | | | |
| FLA Controls | | | |

**Explanation of Planning, Resourcing, or Progress Status:**

Plan/Timeline Gaps (various functional teams not at 100%):
- Integrated project plan development has identified isolated recommendations which require project plan revision / additional detail. Plans will be refined and fully integrated by Feb 29.

IT Resources (Yellow - 95%):
- New FinCEN and Monitor requirements adding to iWatch scope received
- Current additions to iWatch requirements have been planned, scoped, and timeline defined
- Additional resources to deliver the new iWatch requirements are being reviewed

In Progress recommendations status:
- No red items
- 19 "Minor Issues" items – 7 expected to be short-term and tied to RTRA issue below

IT Sub-Project RTRA Status (Yellow):
- Initial scheduled conversion to RTRA version 2.0 was rolled back (early February)
- Issue believed to have been identified and remedied
- Revised plan for RTRA 2.0 conversion has been developed
- At this point, there is no long-term timeline impact from the RTRA conversion issue

3

CONFIDENTIAL

WU220_TEAMSTERS_0000185



**WESTERN UNION**

Progress Report: February 23, 2012
## Overall Southwest Border Program (continued)

### Recent Program Developments

Redacted – Work Product

- In January 2011, the Monitor engaged 10 new resources, including eight from Booz-Allen.

- The week of January 23 – 27, Western Union and the Monitor held collaborative onboarding sessions for the new Monitor team members.

- January 26-27, Western Union and Kip Holmes met to continue discussions related to the Risk Assessment model.

- Western Union has selected Navigant ┊  Redacted – Work Product
  Redacted – Work Product ┊(to be engaged by Sidley Austin on behalf of the Board)
  - Navigant is an industry leading AML consulting firm

Redacted – Work Product

### Key SWB Upcoming Dates

**Q4 Risk Assessment Published**
February 28, 2012

**Next [Quarterly] Court Date**
March 5, 2012

**Monitor (Team) Visit to WU Costa Rica and WU Mexico City Operations Centers**
Week of March 12, 2012

**Next 6 Month Monitor Report Due**
June 2012

4

WU220_TEAMSTERS_0000186

CONFIDENTIAL



# WESTERN UNION

Progress Report: February 23, 2012
## Southwest Border Update

<u>Key Messages</u>

The current status of the SWB program is improving across key fronts

## Redacted – Work Product

We are addressing all issues identified in the December Monitor Periodic Report

We are engaging external expertise to further enhance our ability to deliver SWB and enhance our AML capabilities

We are planning for proactive implementation of additional enhanced AML controls which will continue to establish Western Union as the AML industry leader

Although we are cautiously optimistic, the next 120 days are critical for the SWB program

### Recent improvements are yielding positive results

● Western Union implemented a new SWB Governance model which improves our ability to execute (see next page)

● We have focused significant attention and resource effort to better defining, documenting, and integrating all recommendations into a single plan, with clear visibility across the program.

● We are continuing to execute against all recommendations with specific focus on critical areas (IT projects, Field investigative AML capabilities, Training, Risk Assessment, and Global Due Diligence)

● Recent 30 day interactions with the Monitor and (new) extended Booz-Allen team have been significantly more positive and collaborative than prior 12 months

● Resource additions in Project Management and AML areas are having a positive impact on our ability to execute within the required timeframe

5

CONFIDENTIAL

WU220_TEAMSTERS_0000187



Progress Report: February 23, 2012
Southwest Border Governance Structure – 2012+

WU220_TEAMSTERS_0000188

CONFIDENTIAL



**WESTERN UNION**

## Progress Report: February 23, 2012
## Southwest Border Update

### Key Messages

The current status of the SWB program is improving across key fronts

**Redacted – Work Product**

We are addressing all issues identified in the December Monitor Periodic Report

We are engaging external expertise to further enhance our ability to deliver SWB and enhance our AML capabilities

We are planning for proactive implementation of additional enhanced AML controls which will continue to establish Western Union as the AML industry leader

Although we are cautiously optimistic, the next 120 days are critical for the SWB program

---

**Redacted – Work Product**

- Project Management:
  - ☑ Formalized PMO structure
  - ☑ Developed integrated workplan (including all recommendations)
  - ☑ Allocated more Project Managers
  - ☑ Conducting weekly staff/project meetings (including the Monitor team)
  - ☑ Documenting evidence of completion of tasks (weekly updates developed and sent to Monitor and extended team)

- Systems:
  - ☑ Weekly monitoring of the status of all four key IT projects to ensure timely delivery

- Processes:
  - ☑ Established and staffed (internal and external resources) a team to review and document AML processes including:
    - Defining agent/sub-agent diligence processes
    - Establishing a process for updating policies
    - Define processes for security for field reviews

- 

**Redacted – Work Product**

WU220_TEAMSTERS_0000189

CONFIDENTIAL



## Progress Report: February 23, 2012
## Southwest Border Update

### Key Messages

The current status of the SWB program is improving across key fronts

Redacted – Work Product

**We are addressing all issues identified in the December Monitor Periodic Report**

We are engaging external expertise to further enhance our ability to deliver SWB and enhance our AML capabilities

We are planning for proactive implementation of additional enhanced AML controls which will continue to establish Western Union as the AML industry leader

Although we are cautiously optimistic, the next 120 days are critical for the SWB program

---

### All Issues identified in the December Periodic Monitor Report are being addressed

Nearly all of the issues identified in the December Monitor Periodic Report were already identified (and being worked) as recommendations. The Report served to highlight the issues that led to the additional recommendations. However, there were three other thematic issues identified in December which are actively being worked.

*Issue Identified:*

Redacted – Confidential

*Action Taken:*    Western Union convened a workshop (to include the Monitor team) in December which yielded a plan with specific initiatives designed to address this concern. These initiatives are now part of the SWB _____ project plan and are on track for Q2 2012 implementation.

*Issue Identified:*

Redacted – Confidential

*Action Taken:*    Western Union has approved 10 additional full-time resources for the AML organization on the US side of the SWB area. The resources are in the process of being sourced and onboarded. Additional resources will be added as necessary.

*Issue Identified:*

Redacted – Confidential

*Action Taken:*    Western Union conducted a week-long AML Training strategy workshop in January of 2012 to define the strategy and roadmap to address the Monitor identified gaps.

In addition, Western Union has engaged Protiviti, a leading AML services consulting firm, to further define the strategy, curriculum, design, and (potentially) development of the enhanced AML training program.

WU220_TEAMSTERS_0000190

CONFIDENTIAL

# WESTERN UNION

llll



## Progress Report: February 23, 2012
# Southwest Border Update

### Key Messages

The current status of the SWB program is improving across key fronts

## Redacted – Work Product

We are addressing all issues identified in the December Monitor Periodic Report

**We are engaging external expertise to further enhance our ability to deliver SWB and enhance our AML capabilities**

We are planning for proactive implementation of additional enhanced AML controls which will continue to establish Western Union as the AML industry leader

Although we are cautiously optimistic, the next 120 days are critical for the SWB program

---

Significant external expertise has been engaged since December 2011

## Redacted – Work Product

NAVIGANT

**Deloitte.**

**Independent Review of Risk Assessment Model**
Engaged Deloitte to conduct an independent assessment of our Risk Assessment model including the factors, variables, and selection criteria for identifying our riskiest agents.



**AML Training Strategy and Development**
Engaged Protiviti, a leading AML consulting firm to help develop a training strategy and implementation plan for enhanced agent and employee AML training.

Experis
enVision

**External Program Management support**
Engaged additional external project management experts to fully staff all SWB teams, develop integrated project plan documents, and improve frequency and quality of progress reporting.

9

CONFIDENTIAL

WU220_TEAMSTERS_0000191



Progress Report: February 23, 2012

## Outline of AML Independent Evaluation

**About Navigant:**

Navigant (NYSE: NCI) is a specialty consulting firm, which provides dispute, investigative, economic, operational, risk management, and financial and risk advisory solutions to governmental agencies, legal counsels, and large companies facing the challenges of uncertainty, risk, distress, and significant change in the United States, the United Kingdom, and internationally.

Among other services, Navigant's Global Investigations and Compliance practice:

- Assesses and enhances compliance programs, including internal control systems
- Develops and implements training programs
- Deploys proprietary technological and investigative due diligence protocols for some of the word's largest companies.

# Redacted – Work Product

CONFIDENTIAL

WU220_TEAMSTERS_0000192



**WESTERN UNION**

Progress Report: February 23, 2012
# Southwest Border Update

## Key Messages

The current status of the SWB program is improving across key fronts

## Redacted – Work Product

We are addressing all issues identified in the December Monitor Periodic Report

We are engaging external expertise to further enhance our ability to deliver SWB and enhance our AML capabilities

**We are planning for proactive implementation of additional enhanced AML controls which will continue to establish Western Union as the AML industry leader**

Although we are cautiously optimistic, the next 120 days are critical for the SWB program

---

**Additional self-imposed AML controls are being implemented – creating an industry leading position**

- Require identification to be presented to Agent (and keyed into the system) for all transactions above $1 being sent to China and/or Mexico on the US side of the SWB
  - Current WU threshold is $1k (law requires $3k US)
  - ID at $1 is already required on the Mexico side
  - China is considered a current threat for trade based money laundering (US to China to Mexico)
  - This would be industry leading (expect revenue impact)
  - We have developed a regulatory outreach plan to attempt to pressure other MSBs to adopt the same rule
  - Expected implementation date is 5/15/12

- Also currently evaluating additional investment in enhanced data analytics

11

CONFIDENTIAL

WU220_TEAMSTERS_0000193



# WESTERN UNION

Progress Report: February 23, 2012
## Southwest Border Update

### Key Messages

The current status of the SWB program is improving across key fronts

Redacted – Work Product

We are addressing all issues identified in the December Monitor Periodic Report

We are engaging external expertise to further enhance our ability to deliver SWB and enhance our AML capabilities

We are planning for proactive implementation of additional enhanced AML controls which will continue to establish Western Union as the AML industry leader

**Although we are cautiously optimistic, the next 120 days are critical for the SWB program**

---

**There are significant key activities through June 2012 which will have a large influence on the ultimate success of the SWB program**

- Delivery of large IT projects representing significant portion of requirements (June 30)

- Continued effort / attention to developing improved Monitor relationships (ongoing)

- Management of Monitor "discovery" activities (Q1 – Q2)
  - Unannounced agent visits
  - Operating Center (Mexico City and Costa Rica) evaluations
  - Mystery shopping

12

CONFIDENTIAL

WU220_TEAMSTERS_0000194



**Appendix A:**

**Detailed Governance Model and Recommendation Alignment**

WU220_TEAMSTERS_0000195

CONFIDENTIAL



Progress Report: February 23, 2012
## Southwest Border Governance Structure – 2012+

WESTERN UNION

**Executive Leadership**

Executive Steering Committee

GCFS Leadership

Project Reset Steering Committee

H Ersek
S Stockdale
S Scherman

J Dye
R Krollman
PM T Deering

**Program Leadership**

SWB Implementation Leadership Committee

Business Transformation (Project Reset)
Owner: T Bortoletto
PM Lead: T Leone

R Krollman
T Deering
J Larsen
R Gallagher
H Baugh
N Ayres
N Kinikar

V Lopez Negrete
K Griffith
B Newby
P Hopkins
P Caratalia
K Wolf
T Bortoletto
E Deffenbach

**Functional Leadership**

| Mgmt Oversight and Independent Testing | Agent Management | Consumer/ Transaction Mgmt | Case Management | Culture of Compliance |
|---|---|---|---|---|
| Owner: K Griffith PM Lead: M Metzler | Owner: J Larsen/P Carratala PM Lead: B Montgomery | Owner: B Newby PM Lead: N Kearney | Owner: J Larsen PM Lead: H Terning | Owner: N Ayres PM Lead: C Axelrod |

Information Technology

**Enabling Capabilities Leadership**

| | | | | |
|---|---|---|---|---|
| Owner: N Kinikar PM Lead: M Wilson/A Moresi | | | | |

Field Testing

| | | | | |
|---|---|---|---|---|
| Owner: April 1 start PM Lead: April 1 start | | | | |

Legal

| | | | | |
|---|---|---|---|---|
| Owner: R Gallagher PM Lead: Not Applicable | | | | |

Communications

| | | | | |
|---|---|---|---|---|
| Owner: J Engerman PM Lead: A Castle | | | | |

SWB Program Accounting (SWB Expenses, Cost Tracking, etc)

| | | | | |
|---|---|---|---|---|
| Owner: K Wolf PM Lead: B Cambron | | | | |

14

WU220_TEAMSTERS_0000196

CONFIDENTIAL



**WESTERN UNION**

SWB Program Governance Functional Team Detail

# Management Oversight and Independent Testing

**Description:**
Refers to the set of controls, processes, and capabilities required to ensure that management at all levels of the company has established proper strategy, policy, visibility, and (ultimate) authority for the AML processes and issues of the company.

**Team Composition:**
- Owner:
- PM Lead:
- Core Team:

K Griffith
M Metzler
J Larsen
V Towery
S Nasalroad
N Ayres
*Others TBD*

A Barrett
B Gofstein
M Porter
B Nazzaro

**Functional Sub-Processes and SWB Recommendation Alignment (as of 17-Jan 2012):**

Management Oversight and Independent Testing

| Policy and Procedures | Escalation | Internal Controls (AML Strategy) | Product Governance | Oversight and Visibility |
|---|---|---|---|---|

**Policy and Procedures**
- KPMG 25a Policy Update
- KPMG 38d Training Mods in Policies
- KPMG 58c Quality Assurance P&Ps
- KPMG 58f Interdiction P&Ps

**Escalation**
- M43 VP Signoff Process
- M44 VP Sign-off Tracking Form

**Internal Controls (AML Strategy)**
- KPMG 25b Proactive ID of issues

**Oversight and Visibility**
- KPMG 25c Creation of AML Comm.
- M05 (pt2) CCO Dashboard
- M10 SWB Corridor Analysis
- KPMG 58e Share Pgrm Review Findings

**Legend:**
Systems Recommendation
Non-Systems Recommendation

15

CONFIDENTIAL

WU220_TEAMSTERS_0000197

# SWB Program Governance Functional Team Detail
## Agent Management



**WESTERN UNION**

**Description:**
The set of AML processes, systems, and controls required to effectively manage the full lifecycle of the Western Union agent, from initial diligence, through ongoing monitoring and review, to remediation and/or termination (if necessary).

**Team Composition:**
- Owner:
- PM Lead:
- Core Team:

J Larsen / P Carratala
B Montgomery
B Gofstein
N Brandt
S Nasalroad
K Van
H Shull
D Holcomb
N Ayres
P Driver
D Brown

P Hopkins
J Lewis Pedersen
N Kinikar
W Barnard
J Haughton
M Bingham
A Hall
S Francos
*Others TBD*

## Functional Sub-Processes and SWB Recommendation Alignment (as of 17-Jan 2012):

### Agent Management



**Fit and Proper**
- M30 List of Terminated Agents
- M07 Enhanced KYA Program
- M26 GDD of Agents/Sub-Agents
- M29 Strawman Prevention
- MEL 23.1.4 Diligence on Foreign Agents
- MEL 24.4 Agent Approval by Non-Interested Party
- MEL 24.5 DD > than 10% Ownership
- MEL 24.6c Previous Owner Terminated
- MEL24.7 AZ Agent Background Checks
- M33 OV/Vigo GDD Process

**Agent Training**
- KPMG 38c Newsletters in Policies
- KPMG 37 Initial Phone Training to Agent
- M19 Specialized FLA Training
- M23 Updated Agent Training
- MEL 23.1.3 Enhanced Agent Materials
- KPMG 38b Modify Call Script

**FLA Controls**
- M11 FLA ID Controls
- M12 FLA Transaction Transparency
- MEL 24.7b Operator ID enforcement
- MEL 24.8.4 Authorized Access

**Risk Assessment**
- KPMG 24a SWB Risk Assess. Components
- M04 Revision of RA Method. For SWB
- MEL 24.6a Risk Ranking the Top 5%

**Investigations**
- KPMG 58a Prg Review Questions
- KPMG 58d Strengthen Existing Controls
- M20 AML Program Review Rev
- M42 Pgm Review Documentation
- M45 Qtrly Onsite Rows of Top 5%
- MEL 24.6b Enhanced Agent Revs
- W01 Expansion of AZX Program
- MEL 24.1 Agent Location Security

**Monitoring and Analysis**
- M35 Unique Location ID
- MEL 24.3 Additional Risk Factors
- M21 Secret Shopping Enhance.

**Remediation/ Risk Mgmt**
- W04 Payout Limits
- M05 (pt 1) 5% List Protocol
- KPMG 72c Repercussion/Response Protocols
- M03 SWB Agent Escalation
- M06 SWB Agent Escalations
- MEL 23.1.6 Enhanced Disciplinary Proceed.

**Legend:**
Systems Recommendation
Non-Systems Recommendation

16

WU220_TEAMSTERS_0000198



**WESTERN UNION**

SWB Program Governance Functional Team Detail

# Consumer and Transaction Management

**Description:**
A series of controls which address end to end customer and transaction AML management. Includes front-end Know-Your-Customer (KYC), sender and receiver information, real-time transaction controls, transaction monitoring, intervention/interdiction, and regulatory reporting.

**Team Composition:**
- Owner:
- PM Lead:
- Core Team:

| | |
|---|---|
| B Newby | J Larsen |
| N Kearney | K Van |
| B Gofstein | L Leuenberger |
| N Brandt | N Kinikar |
| T Bortoletto | K Lee |
| T Nieto | |
| M Porter | |
| Others TBD | |

## Functional Sub-Processes and SWB Recommendation Alignment (as of 17-Jan 2012):

### Consumer and Transaction Management

**Know Your Customer**
- M27 Receiver Beneficial Info
- M28 Sender Beneficial Info
- M25 Standardization of Threshold
- W03 ID Threshold Standardization
- MEL 24.2 3rd Party Question
- MEL 24.8.3 Template Collection
- MEL 24.9.1 $3k in 5 days
- MEL 24.9.2 $25k in 12 months
- MEL 24.8.1 High Volume Consumers

**Reporting**
- M38 SAR Timing 30 Days
- M39 SAR Policy on Agent Termination
- M40 SAR Policy on Attempted Transactions
- M41 SARs on Top 5% Locations and FLAs
- KPMG 72b SAR Narrative Analysis
- MEL 23.1.7 Update Interdiction Decision Matrix

**Consumer/ Transaction Aggregation**
- M14 OV/Vigo Txn Integration
- M15 OV/Vigo Data Routing
- M13 Data Integrity Improve.
- MEL 24.10 Enhanced Data Integrity
- KPMG 66a Affinity Creation

**Transaction Monitoring**
- MEL 23.1.10 Wirewatch Additions
- MEL 23.1.11 Enhanced Rules
- KPMG 71c Suspicious Activity Referral
- KPMG 71a Decision Matrix Tuning
- KPMG 72a Decision Matrix Usage

**Controls and Remediation**
- MEL 23.1.2 Real-time Cons. Matching
- MEL 23.1.8 Real-Time Risk Assessment
- MEL 23.1.9 Galactic ID
- MEL 24.8.2 Enhanced Systematic Controls
- W05 Pattern-based RTRA rules
- M22 Product Controls and ID requirements
- KPMG 58g Consumer Watch List P&Ps

**Legend:**
Systems Recommendation
Non-Systems Recommendation

17

CONFIDENTIAL

WU220_TEAMSTERS_0000199

# SWB Program Governance Functional Team Detail

## Case Management

**WESTERN UNION**

**Description:**
Refers to the capabilities required to identify, assign, track, follow-up, report, and close all information required and relevant to AML cases (and case history) of multiple types (consumer, agent, network, law enforcement, or geography specific).

**Team Composition:**
- Owner:
- PM Lead:
- Core Team:

J Larsen
H Terning
B Gofstein
S Nasalroad
V Kumar
*Others TBD*

P Hopkins
N Kinikar
K Desmond

**Functional Sub-Processes and SWB Recommendation Alignment (as of 17-Jan 2012):**

### Case Management

| Consumer Cases | Agent Cases | Consumer Network Cases | Law Enforcement Cases | Geographic Cases |
|---|---|---|---|---|

- MEL 23.1.1 iWatch

- M01 SWB Intelligence Group
- M34 Watch Tool Inclusion
- KPMG 58b Monitoring Prg Rvw Issues

Legend:
Systems Recommendation
Non-Systems Recommendation

18



# WESTERN UNION

## SWB Program Governance Functional Team Detail
## Culture of Compliance

**Description:**
Capabilities designed to imbed compliance and AML principles into the fabric (culture) of the company via policies, training, and processes both internal and external (law enforcement cooperation).

**Team Composition:**
* Owner:
* PM Lead:
* Core Team:

N Ayres
C Axelrod
K Butler
P Hopkins
*Others TBD*

**Functional Sub-Processes and SWB Recommendation Alignment (as of 17-Jan 2012):**

### Culture of Compliance

| Employee Policies | Training | Law Enforcement |
|---|---|---|
| • M16 Perf Review Incentives<br>• M17 AML Training Reqt Sanctions | • M18 SWB Specific Training | • M32 Law Enforcement Cooperation |

Legend:
Systems Recommendation
Non-Systems Recommendation

WU220_TEAMSTERS_0000201

CONFIDENTIAL



**Appendix B:**

# Redacted – Work Product

20

WU220_TEAMSTERS_0000202

CONFIDENTIAL

Progress Report: February 23, 2012

Appendix:          **Redacted – Work Product**

**WESTERN UNION**

## Agents – Due Diligence

**MEL 24.4:**   Assigning the final Agent approval process to a department that engages in risk management and is independent from the sales and marketing function.

# Redacted – Work Product

## Our Actions/Response:

1. Current process (today) is that each three entities (Global Due Diligence, Credit, and AML Compliance) reviews each agent during the enrollment process.
2. <u>Any</u> one of the current three above entities can cancel an agent's ability to progress through the process.
3. To date, our mutually agreed approach with the Monitor has been to address this Recommendation through a policy which clearly articulates that an entity <u>outside of sales</u> has the final authority for enrollment decisions.
4. Updated Know-Your-Agent (KYA) Policy has been drafted.
5. A single, end-to-end owner of the enrollment process has been defined in the Operations organization (outside of the sales and marketing function).

21

WU220_TEAMSTERS_0000203



**WESTERN UNION**

Progress Report: February 23, 2012

Appendix: **Redacted – Work Product**

### Agents – Due Diligence

**MEL 24.6c:** Whenever Western Union terminates an Agent for AML compliance reasons, it will not allow any controlling person of that Agent to be a controlling person at any Western Union Agent for at least three years thereafter.

**M29:** Put in place controls within the Company to prevent an Agent that has been terminated for compliance or AML reasons from reopening as an Agent with the Company, whether in their own name or through the use of a "strawman" beneficial owner.

# Redacted – Work Product

### Our Actions/Response:

1. US Global Due Diligence does (currently) have access to CreditTrac.
2. The Southwest Border (SWB) leadership team has approved an incremental headcount to the Credit department for the express purpose of leveraging CreditTrac as part of the enrollment approval.
3. Mexico has only recently terminated agents. Therefore, despite the existence of the new "negative file", the process by which that data is to be used is not as yet defined.
4. Full-time Project Management/Process Improvement resources were dedicated to the SWB GDD team in mid-November expressly to address this (and related) process design need.
5. Long-term solutions leveraging the Agent Master database (ACM) are being explored to more systematically address the need.

22

CONFIDENTIAL

WU220_TEAMSTERS_0000204

WESTERN||`
UNION||`

Progress Report: February 23, 2012
Appendix:                    Redacted – Work Product



**Agents – GMI**

**MEL 23.1.7:** Adding scenarios customized to transactions facilitated in the Southwest Border Area to the interdiction decision matrix.

# Redacted – Work Product

**Our Actions/Response:**

1. Today, there are two separate interdiction matrices (both fed by Wirewatch) which include SAR and the Customer Interdiction Tool (also known as Enhanced Consumer Matching) which is a SWB specific interdiction matrix which has been in place for several quarters.
2. These represent separate matrices, in place today, either of which can result in interdiction.
3. The SWB Monitor's December 2011 Implementation Plan Progress specifically notes that "Four additional SWB-specific scenarios added to the Customer Interdiction Tool [ECM] decision matrix on 7/7/2011."

23

CONFIDENTIAL

WU220_TEAMSTERS_0000205



# WESTERN UNION

## Redacted – Work Product

### Systems – iWatch

**MEL 23.1.10:**  Monitoring transaction data involving all transactions (i.e. starting at $.01), fed into WireWatch+ and sorted by Consumer, through the creation of "Affinities".

**M22:**  "… Integrate spend data for Western Union-branded pre-paid cards (Gold Card and MoneyWise) into AML monitoring systems."

# Redacted – Work Product

### Our Actions/Response:

1. As to MEL 23.1.10, we will be utilizing existing RTRA consumer matching protocols to address the creation of affinities. This is planned and on-track for June 2012.

2. Western Union has completed it's analysis of cost and feasibility of including Prepaid spend analysis, and does not believe it yields expected control value.

3. The analysis was presented to the SWB Monitor on December 2, and he is also unconvinced that Prepaid spend data yields incremental value, but has noted it is of specific concern to the State.

4. To date, no further requests or inquiry has been made by the State related to Prepaid spend data.

24

CONFIDENTIAL

WU220_TEAMSTERS_0000206