Exhibit 58

## THE WESTERN UNION COMPANY

### May 23, 2012

### MEETING OF THE
### BOARD OF DIRECTORS

A meeting of the Board of Directors (the "Board") of The Western Union Company (the "Corporation" or "Western Union") was held on Wednesday, May 23, 2012, at 11:00 a.m. ET in the Presentation Room at the Corporation's Executive Offices at 505 Fifth Avenue, New York, New York. Board members Dinyar S. Devitre, Hikmet Ersek, Jack M. Greenberg, Linda Fayne Levinson, Richard A. Goodman, Betsy D. Holden, Roberto G. Mendoza, Michael A. Miles, Jr., Dennis Stevenson, and Wulf von Schimmelmann were present, or participated by teleconference. Also, at the invitation of the Board, Stewart Stockdale, Raj Agrawal, Robin Heller, John Dye, Scott Scheirman, Luella Chavez D'Angelo, Michael Kilbane, and Darren Dragovich of the Corporation were present for all or portions of the meeting. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

### ADMINISTRATIVE MATTERS

#### Approval of Minutes

Mr. Greenberg directed the Board's attention to approval of the minutes from the February 23, 2012 meeting of the Independent Directors of the Board and noted that these minutes previously had been sent to each Board member for review. Upon a motion duly made and seconded, the following resolution was approved by all Independent Directors. Mr. Ersek abstained from voting as he was not in attendance during the Independent Directors meeting.

> **RESOLVED**, that the minutes of the meeting of the Independent Directors of the Board held February 23, 2012 be, and they hereby are, approved in the form presented to this meeting.

Mr. Greenberg then directed the Board's attention to approval of the minutes from the February 24, 2012 meeting of the Board and noted that these minutes previously had been sent to each Board member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

> **RESOLVED**, that the minutes of the meeting of the Board held February 24, 2012 be, and they hereby are, approved in the form presented to this meeting.

# Redacted - Non-Responsive

# Redacted - Non-Responsive

**Corporate Governance and Public Policy Committee**

Next, Mr. Greenberg requested Ms. Holden to provide a report of the meeting of the Corporate Governance and Public Policy Committee (the "Governance Committee") held May 22, 2012. Ms. Holden reported that the Governance Committee reviewed an assessment from Sidley Austin LLP and Navigant Consulting, Inc. of the Corporation's anti-money laundering compliance program, and Ms. Holden summarized such assessment for the Board. Next, Ms. Holden reported that the Governance Committee received an update regarding the Corporation's relationship and recent meetings with the Southwest Border Monitor (the "Monitor") appointed pursuant to the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc., a subsidiary of the Corporation, and the State of Arizona, and reviewed proposed revisions to the "Global Anti-Money Laundering Compliance Employee Training Policy," copies of which were previously provided to the Governance Committee and the Board, and the form of which is attached hereto as Exhibit A (the "AML Training Policy"). Mr. Dye discussed the nature of such changes and explained that they were requested by the Monitor. Ms. Holden then indicated that the Governance Committee approved resolutions recommending that the Board approve the amended AML Training Policy. After discussion, upon a motion duly made and seconded, the following recital and resolution were unanimously approved.

6

WU220_TEAMSTERS_0000246

Global Anti-Money Laundering Compliance Employee Training Policy

**WHEREAS,** the Governance Committee has recommended to the Board that it approve the revised AML Training Policy, and the Board deems it advisable and in the best interest of the Corporation to adopt, ratify, and approve the AML Training Policy.

**NOW, THEREFORE, BE IT RESOLVED,** that the Board, acting on the recommendation of the Governance Committee, hereby adopts, ratifies, and approves the AML Training Policy.

# Redacted - Non-Responsive

7

WU220_TEAMSTERS_0000247

The Western Union Company

Minutes of Meeting of the Board of Directors held May 23, 2012

<u>Exhibit A</u>

Global Anti-Money Laundering Compliance Employee Training Policy

CONFIDENTIAL

CONFIDENTIAL



# Global AML Compliance Employee Training Policy

**EXECUTIVE SUMMARY:** The purpose of this Global AML Compliance Employee Training Policy is to provide an overview of Western Union's Global AML Compliance Employee Training Program.

For questions on this policy, contact Mike Bingham at 720.332.4626.

Western Union – Unrestricted Internal Use
November 2011 rev. April 2012

1

CONFIDENTIAL

WU220_TEAMSTERS_0000250



| | Policy Number: EC001 |
|---|---|
| **Global AML Compliance Employee Training Policy** | Effective Date: January 1, 2012 |
| | Revision Date:   April 9, 2012 |
| | Last Reviewed Date: April 9, 2012 |
| | Policy Owner: Richard Krollman |
| | Approving Authority: Board of Directors of The Western Union Company 23 May 2012 |

### PURPOSE:

Western Union (the "Company") is committed to conducting its business in conformity with ethical standards, to preventing its services from being used for illicit purposes, and to complying with all applicable anti-money laundering and terrorist financing laws and regulations.

To this end, Western Union requires its employees to complete Global AML Compliance Training on an annual   basis as part of the Company's Global AML Compliance Employee Training Program.

### POLICY SCOPE:

This Global AML Compliance Employee Training Policy applies to all global employees.

### POLICY STATEMENT:

Western Union shall maintain a Global AML Compliance Employee Training Program to cover applicable AML Compliance laws, rules and regulations and Western Union's internal policies and controls.   Global AML Compliance Training is made available through the Company's internal learning management system ("LMS").

- Employees who have not been provided access to the Company's internal LMS will be provided a hard copy of the same AML employee annual training module being delivered by LMS. Tracking of successful completion of annual AML training by employees without access to LMS will be recorded and retained by other appropriate means; and

- Employees on a Company-approved leave for the period during which training is to be completed are exempt from completing the required annual Global AML Compliance Training during the period in which the employee is on a Company-approved leave. Such employees will have 90 days from the date of their return

Western Union – Unrestricted Internal Use
November 2011 rev. April 2012

2

CONFIDENTIAL

from Company-approved leave to complete the required annual Global AML Compliance Training.

**RECORDKEEPING:**

Training records will be retained in accordance with the Western Union Records and Information Management Retention Schedule, which at a minimum will be for the period required by applicable law or regulation.

**COMPLIANCE WITH POLICY:**

All applicable employees of Western Union are required to follow this Policy. Global AML Compliance Training is mandatory for all applicable employees. Failure to successfully complete Global AML Compliance Training within the prescribed time period will result in disciplinary action, including but not limited to the following:

- Reduction or loss of merit increase and/or compensation
- A reduction or forfeiture of bonus
- Suspension
- Termination

**STANDARDS FOR COMPLETION:**

Each employee must complete the annual Global AML Compliance Training module. Successful completion requires a score of 100% on the self-test at the end of the module.

**EXCEPTIONS TO POLICY:**

There are no exceptions to this Policy.

Western Union – Unrestricted Internal Use
November 2011 rev. April 2012

3

CONFIDENTIAL

WU220_TEAMSTERS_0000252