# Exhibit 59

## THE WESTERN UNION COMPANY

September 13-14, 2012

## MEETING OF THE
## BOARD OF DIRECTORS

A meeting of the Board of Directors (the "Board") of The Western Union Company (the "Corporation" or "Western Union") was held on Thursday and Friday, September 13-14, 2012, at the offices of Western Union Business Solutions ("WUBS") at 65 Kingsway, London, United Kingdom (the "WUBS Offices"), and in the Halcyon and Ballroom B meeting rooms at the Four Seasons Hotel London at Park Lane, Hamilton Place, Park Lane, W1J 7DR, London, United Kingdom, beginning at 8:30 a.m. BST on September 13, 2012, and at 8:30 a.m. BST on September 14, 2012. Board members Dinyar S. Devitre, Hikmet Ersek, Jack M. Greenberg, Richard A. Goodman, Betsy D. Holden, Linda Fayne Levinson, Roberto G. Mendoza, Michael A. Miles, Jr., Wulf von Schimmelmann, and Solomon D. Trujillo were present. Also, at the invitation of the Board, Scott Scheirman, Raj Agrawal, Stewart Stockdale, Paula Larson, David Thompson, John Dye, Robin Heller, Khalid Fellahi, Jan Hillered, Jean Claude Farah, Odilon Almeida, Victoria Lopez-Negrete, Drina Yue, Kerry Agiasotis, Brian Harris, Paul Foster, Michael Kilbane, Michael Hafer, Rajiv Garodia, and Darren Dragovich from the Corporation, Manuel Orosco from Inter-American Dialogue, Karen Webster from Market Platform Dynamics, Nickolas Reinhardt from Afore Consulting sprl, and Dennis Stevenson as a guest were present for all or portions of the meeting. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

**Redacted – Non-responsive**

## ADMINISTRATIVE MATTERS

### Approval of Minutes

Mr. Greenberg directed the Board's attention to approval of the minutes from the July 20, 2012 and August 14, 2012 meetings of the Board and noted that these minutes previously had been sent to each Board member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

**RESOLVED**, that the minutes of the meetings of the Board held July 20, 2012 and August 14, 2012 be, and hereby are, approved in the form presented to this meeting.

**Redacted – Non-responsive**

### FINANCIAL REVIEW AND DIVIDEND DECLARATION

**Redacted – Non-responsive**

Mr. Scheirman also discussed the implementation of recommendations of the Southwest Border Monitor (the "Monitor") appointed pursuant to the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc., a subsidiary of the Corporation, and the State of Arizona.

**Redacted – Non-responsive**

3

CONFIDENTIAL

WU220_TEAMSTERS_0000301

**Redacted – Non-responsive**

<u>**Compliance and Regulatory**</u>

Next, Mr. Dye provided a presentation titled "General Counsel's Office – 2012 W1 Strategic Plan – September 13-14, 2012," copies of which were previously provided to the Board, during which he discussed the W1 strategic vision and objectives for the legal and compliance functions of the Corporation's General Counsel's Office ("<u>GCO</u>"). Mr. Dye outlined

6

specific plans with respect to the Corporation's anti-money laundering, privacy, Office of Foreign Assets Control, and anti-bribery compliance capabilities, fraud prevention activities, and government relations efforts. Mr. Dye also provided an overview of the current global regulatory environment and regulator expectations regarding the Corporation's compliance capabilities in the Southwest Border area and globally. **Redacted – Non-responsive** During the discussion, Mr. Dye responded to questions from the Board.

**Redacted – Non-responsive**

7

CONFIDENTIAL