# Exhibit 60




# General Counsel's Office
## 2012 W1 Strategic Plan

John Dye

Board of Directors Meeting

13-14 September 2012

Western Union Confidential & Privileged Information

WU220_TEAMSTERS_0000304

CONFIDENTIAL

# Executive Summary – Current versus Future State

**4**



**Current State Issues**

- Anti-Money Laundering (AML)
- Fraud Prevention

**Future State**

Scalable Global AML Program
- Staffing
- Polices & Procedures
- Technology
- Risk Assessment

Comprehensive Global Fraud Program
- Staffing
- Consumer/Agent/Education/Law Enforcement
- Analytics

Redacted – Non-responsive

*Western Union Confidential & Privileged Information*

# Global Regulatory Environment

Redacted – Attorney Client Privilege



Western Union Confidential & Privileged Information

CONFIDENTIAL
WU220_TEAMSTERS_0000306

## Global Regulatory Environment (cont'd)

# Redacted – Attorney Client Privilege



Western Union Confidential & Privileged Information

CONFIDENTIAL

WU220_TEAMSTERS_0000307

## GCO Financial Goals



*in millions*

| | 2012F | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| % of WU Revenue* | 2.3% | 2.1% | 2.2% | 2.1% |
| Growth | 34% | -6% | 7% | 5% |
| Total | $133 | $125 | $133 | $140 |
| Legal Business Support | $39 | $40 | $42 | $42 |
| Public Policy | $7 | $7 | $7 | $8 |
| AML Compliance | $55 | $61 | $68 | $74 |
| Legal Business Support (Purple) | $32 | $17 | $16 | $16 |

- Invest 12% in 2013 and 10% thereafter in core AML to enhance our programs globally, including Fraud Prevention
- Redacted – Non-responsive

*assumes WU Revenue growth of 3% in 2013, 5% in 2014 and 7% in 2015



*moving money for better*

*Western Union Confidential & Privileged Information*

CONFIDENTIAL  WU220_TEAMSTERS_0000308



# CPCE: Strategic Priorities

## Compliance

- Consolidate functions under Deputy Compliance Officer
- Recruit senior AML lawyer
- Reconfigure global group – experienced staff, more analytics
- Four Vice Presidents focused on field operations, business lines, programs, operations – consistent w/Southwest Border

## Consumer Protection (Fraud)

- Consolidate function under senior leader
- Focused on agents, consumers, law enforcement
- Heavy orientation to analytics, controls, education
- Improved regulatory relationships - Federal Trade Commission, Federal Bureau of Investigation, New York Police Department, the States, Payment Services Directive, Bundesbank and the Federal Financial Supervisory Authority (BaFIN), etc.
- Physical security network



Western Union Confidential & Privileged Information

CONFIDENTIAL
WU220_TEAMSTERS_0000309



13

## CPCE: Strategic Priorities (cont'd)

# Redacted – Non-responsive

**Southwest Border**

- Manage 2012 $30M budget down to $17M in 2013
- Successful completion of Southwest Border project
- Short-term project management – Navigant; long-term – senior AML lawyer
- Manage "out" consultants – manage "in" staff
- Cap total sustainable headcount at 50
- Merge group back into Compliance in 2014



Western Union Confidential & Privileged Information

WU220_TEAMSTERS_0000310
CONFIDENTIAL

# CPCE Financial Goals



*in millions*

| | 2012F | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| % of WU Revenue* | 1.5% | 1.3% | 1.4% | 1.4% |
| Total CPCE Growth | 48% | -10% | 7% | 8% |
| | $87 | $78 | $84 | $91 |

- Keep level of investment in SWB to sustain the program with 50 headcount (mix of FTEs and contractors), including 3 senior leaders, and IT support/development
- Enhance Fraud Prevention programs, investing in leadership and resources for fraud monitoring, investigation and prevention. Invest in RTRA development and monitoring, documentation and review of our programs
- Redacted – Non-responsive

*assumes WU Revenue growth of 3% in 2013, 5% in 2014 and 7% in 2015



WESTERN UNION
*moving money for better*

14

CONFIDENTIAL — Western Union Confidential & Privileged Information — WU220_TEAMSTERS_0000311