# Exhibit 61

# THE WESTERN UNION COMPANY

## July 19, 2012

### MEETING OF THE
### AUDIT COMMITTEE

A meeting of the members of the Audit Committee (the "Audit Committee" or "Committee") of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held on July 19, 2012 at 9:30 a.m. ET in the Board Meeting Room at the Corporation's Executive Offices at 505 Fifth Avenue, New York, New York. Committee members Richard A. Goodman, Linda Fayne Levinson, Roberto G. Mendoza, and Michael A. Miles, Jr. were present. Also present at the invitation of the Committee for all or a portion of the meeting in person or by teleconference were Board members Jack M. Greenberg and Hikmet Ersek, and John Dye, Markell Fluckiger, Robin Heller, Mary-Margaret Henke, Richard Krollman, Michael Salop, Scott Scheirman, Amintore Schenkel, Scott Stevens, David Thompson, and Darren Dragovich from the Corporation, and Judson Snyder from Ernst & Young LLP ("E&Y"). The meeting was called to order by Mr. Goodman, who presided, and a quorum was declared to be present. Mr. Goodman noted that Committee member Dinyar S. Devitre was excused from the meeting. Mr. Dragovich was requested to keep the minutes of the meeting.

### APPROVAL OF MINUTES

Mr. Goodman directed the Committee's attention to approval of the minutes from the May 22, 2012 and July 10, 2012 meetings of the Committee and noted that these minutes were previously provided to each Committee member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

**RESOLVED**, that the minutes of the May 22, 2012 and July 10, 2012 meetings of the Committee are approved in the form presented to this meeting.

**Redacted – Non-responsive**

> Redacted – Non-responsive

<u>GENERAL COUNSEL</u>

> Redacted – Non-responsive

<u>Compliance/Southwest Border Update</u>

Next, Mr. Dye and Mr. Krollman provided a presentation titled "Compliance Update – July 19, 2012," copies of which were previously provided to the Committee. During the presentation, Mr. Dye and Mr. Krollman reviewed the assessment and focus areas set forth in the Monitor's Periodic Review dated June 14, 2012, and provided an update regarding the Corporation's progress and efforts in addressing the Monitor's recommendations and requirements by July 2013, including with respect to changes to certain of the Corporation's

4

business practices, systems enhancements, and the use of external resources. During the discussion, Mr. Dye and Mr. Krollman responded to questions from the Committee.

**Redacted – Non-responsive**

There being no further business to address, upon a motion duly made and seconded, the meeting was adjourned at 12:50 p.m. ET.

A true record.

*[signature]*
Darren A. Dragovich, Secretary to
the meeting of the Audit Committee

5

CONFIDENTIAL	WU220_TEAMSTERS_0000260