# Exhibit 62



# Western Union Audit Committee

## Compliance Update

July 19, 2012

Western Union Restricted ©2011 Western Union Holdings, Inc. All Rights Reserved.
Prepared at the Request of Counsel in Anticipation of Litigation. Attorney-Client Privileged Work Product.

CONFIDENTIAL

WU220_TEAMSTERS_0000261



**WESTERN UNION**

Compliance Update – Governance Committee: July 19, 2012
Executive Summary

## Southwest Border Program: Key Messages

- June Monitor Periodic Report issues were largely known prior to the Report and are already part of the SWB program implementation plan. External resources, planned prior to the June Report, are actively supporting open issues.

- The SWB program remains largely on track with major milestones being delivered on a near constant basis per the program plan.

- SWB program risk remains rooted in our inability to fully control scope due to ambiguity in recommendation language, ongoing Monitor analysis, and inconsistent Monitor feedback.

WU220_TEAMSTERS_0000262
CONFIDENTIAL



Compliance Update – Governance Committee: July 19, 2012
**Executive Summary**

## Federal Trade Commission (FTC): Key Messages

- On June 19, 2012, Western Union (WU) met with senior personnel at the Federal Trade Commission (FTC), a meeting requested by the FTC. The purpose of the meeting was to outline for WU their observations regarding areas of weakness in our fraud prevention program.

- The results of that June 19, 2012 meeting were that WU must provide within sixty (60) days a fraud prevention program focused on consumer protection, agent oversight and law enforcement interaction. The FTC expects the program to demonstrate significant improvement over our current fraud prevention activities.

- WU has included several FTC Regional Managers in the process of enhancing our program and will continue to work with these managers as we outline changes, enhance processes and organize our resources to improve fraud prevention beyond the FTC requests. Our program will focus initially on specific high risk corridors and the prevention of "scam" activities with the objective of expanding the program "globally". The program will be reviewed with senior management and the Committees before submission in August, 2012.

WU220_TEAMSTERS_0000263
CONFIDENTIAL



Progress Report: July 19, 2012
# Overall Southwest Border Program

### Key SWB Recent/Upcoming Dates

FTC Meeting (Fraud)
**June 19**

FTC Meeting (Fraud)
**June 26**

iWatch Production (live)
**June 30**

OV Conversion
**July 14**

Status Hearing (Arizona Court)
**July 17**

Vigo Conversion
**July 28**

### Recent Program Developments

- June Monitor Periodic Report highlighted (largely) known issues remaining in what the Monitor called a "Roadmap" for the final year of the Agreement.

- June Periodic Report issues have already been integrated into the project plan
  - Dedicated sub-teams established for critical remaining issues
  - Most sub-teams have additional (external) support
  - Additional project management has been assigned to each sub-team
  - Significant progress is being made on remaining issues

- External resources including Protiviti, Navigant, and other firms are engaged in support of remaining open issues.

- Kip Holmes from the SWB Alliance made initial outreach to Western Union regarding possible extension of the Agreement to allow Western Union more time to complete implementation of recommendations.

- Major program milestones are now being achieved per plan. Recent examples:
  - iWatch (case management) in production
  - OV Conversion completed (July 14)

WU220_TEAMSTERS_0000264

CONFIDENTIAL



Progress Report: July 19, 2012
## Southwest Border Update

# Redacted – Confidential

## Redacted – Confidential

**5% Riskiest Agent List**
- Additional design sessions held with Monitor team in early June
- Revised model design completed end of June for Q2 (July) test
- Note: Previous Monitor feedback expressed satisfaction with 5% model

**Risk Assessment**
- Navigant engaged in Risk Assessment development
- Expected completion end of August

**OFAC/LPMT**
- Monitor disagrees with WU outside counsel on OFAC issues
- Navigant engaged for additional industry and regulatory OFAC view
- LPMT issues have been largely resolved with minor updates in progress (as noted in June Periodic Report)

**OV/Vigo Master Payer Issue**
- Monitor previously expressed satisfaction with OV/Vigo conversion plan
- OV conversion July 14
- Vigo conversion July 28
- Note: Prior discussions with the Monitor were held related to the feasibility and impact of other enhanced controls. No additional requirement or recommendation was made by the Monitor at that time.

CONFIDENTIAL                    WU220_TEAMSTERS_0000265



## Redacted – Confidential

**Data Integrity**
- Additional measures suggested by Monitor in June Report reflect expanded scope as a result of onboarding Booz Allen team in 2012.
- Data integrity plan and timeline for additional requirements is in place for Q3/Q4 of 2012, resulting in increased Western Union SWB effort

**On-site Agent Reviews/ Secret Shopper Program**
- Proposals for assistance from outside security firms for locations not on the 5% list are being evaluated
- Secret Shopper enhancements are underway with the existing vendor

**Product Control Reviews**
- Currently part of active engagement with Navigant
- Product Control Reviews will be completed by the end of August

**Sender/Receiver Information**
- Monitor expressed issues with wu.com, TMT, and Prepaid controls
- Navigant has been engaged to review existing controls and provide industry/regulatory view of appropriateness of existing controls
- Western Union believes the current controls on these products are appropriate.

**Internal Control Reviews**
- Sub-team has been mobilized as part of the existing SWB project to refine Control Review procedures and templates to address feedback

WU220_TEAMSTERS_0000266
CONFIDENTIAL



## Redacted – Confidential

**AML Leadership Issues**
- Additional leadership headcount and structural changes have been identified by the Chief Compliance Officer
- Navigant has been engaged to provide interim AML leadership support
- During interim period, permanent AML leadership successor(s) will be sourced and onboarded

**Training**
- Agent and employee AML Training plan has been developed and agreed upon by the Monitor team
- External AML firm (Protiviti) has been engaged and is delivering material development/rollout of new training program in 2012.

**Independent Audit**
- Monitor feedback and issues have been provided to Audit leadership.
- Audit leadership is developing a plan to address findings

**Policies and Procedures**
- Various deficiencies in the documentation of policies and procedures were noted by the Monitor
- An ongoing project is already in place to identify areas of need
- External resources are being engaged to accelerate the development of policies and procedures where gaps are identified

7

WU220_TEAMSTERS_0000267
CONFIDENTIAL



Progress Report: July 19, 2012
# Southwest Border Update

The SWB program remains largely on track with major milestones being delivered on a near constant basis per the program plan.

Major program milestones being delivered in June/July/August

- iWatch case management system "single-source of truth"  (June)
- FLA Controls (July rollout)
- OV conversion to Western Union platforms (July)
- Vigo conversion to Western Union platforms (July)
- Real-time Risk Assessment system (July)
- 5% Riskiest agent model (July)
- Risk Assessment model (August)
- Product Risk Control Reviews (August)
- Agent and Employee AML Training program (late August / September)

WU220_TEAMSTERS_0000268
CONFIDENTIAL

**WESTERN UNION**

Progress Report: July 19, 2012
# Overall Southwest Border Program

## SWB Recommendation Status

| Functional Team | # of Recommendations | % with Defined Plans/Timelines | % with Adequate Resources | In Progress Status (# of recommendations) | | |
|---|---|---|---|---|---|---|
| | | | | On Track | Minor Issues | Critical | Complete |
| Management Oversight and Independent Testing | 11 | 100% | 100% | 6 | 2 | 0 | 3 |
| Agent Management | 34 | 100% | 80% | 13 | 16 | 5 | 0 |
| Consumer / Transaction Management | 32 | 100% | 100% | 17 | 11 | 2 | 2 |
| Case Management | 4 | 100% | 100% | 4 | 0 | 0 | 0 |
| Culture of Compliance | 10 | 100% | 100% | 5 | 1 | 1 | 3 |
| Business Transformation | (Included above) | | | | | | |
| IT | (Included above) | 100% | 100% | | | | |
| TOTAL | 91 | | | 45 | 30 | 8 | 8 |

## IT (Specific) Project Status

| IT Sub-Project | Overall | Timing | Issues/Risk |
|---|---|---|---|
| Real-time Risk Assessment (RTRA) | Green | Green | Green |
| iWatch | Green | Yellow | Green |
| OV/Vigo Conversion | Pink | Pink | Green |
| FLA Controls | Green | Green | Green |

## Explanation of Planning, Resourcing, or Progress Status:

**Agent Management (5 Recommendations are Critical)**
- Awaiting final solution related to security issues for 5% and non 5% locations (see p5)
- Enhancements to Secret Shopper program are in progress (see p5)

**Consumer / Transaction Management (2 Recommendations are Critical)**
- Awaiting final completion of OV/Vigo Conversion

**Culture of Compliance Resources (1 Recommendation is Critical):**
- Showing Agent Training Recommendation as critical pending full delivery of Agent training content from partner Protiviti.

**OV/Vigo Conversion Status (Yellow):**
- OV conversion date (July 14) appears likely
- Vigo conversation date (July 28) may be at risk to allow for additional testing prior to conversion. Any impact to the date would likely be approximately 2 weeks delay. No decision as of July 2.

CONFIDENTIAL  WU220_TEAMSTERS_0000269



Progress Report: July 19, 2012
## Southwest Border Update

SWB program risk remains rooted in our inability to fully control scope due to ambiguity in recommendation language, ongoing Monitor analysis, and inconsistent Monitor feedback.

### Inability to limit scope/changes to scope
- Monitor has authority to issue/change recommendations
- Monitor continues to onboard resources to evaluate program and add/change requirements or issue new recommendations

### Ambiguity of recommendations results in changes to scope/complexity
- Recommendations as written are broad, sometimes ambiguous, and susceptible to Monitor unilateral re-interpretation
- Monitor onboarding of consulting firm nearly 2 years into the Agreement has resulted in significant change to interpretations of existing recommendations
- Monitor regularly "rethinking" interpretation of previously defined recommendations resulting in significant rework
  » Examples: 5% Riskiest Agent model; Data Integrity

### Regulatory changes during the Agreement period have resulted in new/additional development efforts for SWB projects
- US/Mexico Regulatory filing rules

CONFIDENTIAL                                                                 WU220_TEAMSTERS_0000270

**Progress Report: July 19, 2012**
# Southwest Border Update

## Examples of challenges with ambiguous recommendations and changing Monitor requirements:

**Recommendation M01**

"Create a Southwest Border Area intelligence group that will be the "single source of truth" on Agent compliance. **All** of Western Union's information on any Individual Agent's behavior in the Southwest Border Area would converge in this group, with systems integration of data..."

- Monitor interpretation adds Global Due Diligence, Agent Training, and Attempted Transactions data to iWatch system
- Regulatory changes from FinCen related to CTR and SAR filing
- Result: Additional iWatch requirements and releases (beyond June 2012)

**Recommendation M13**

"**Improve data integrity** (quality and completeness) of data collected at the point-of-sale throughout the Southwest Border Area..."

- Monitor (team) interpretation adds requirements for RTRA system
- Result: Additional RTRA system releases and (potential) POS requirements

11

CONFIDENTIAL WU220_TEAMSTERS_0000271



Examples of challenges with ambiguous recommendations and changing Monitor requirements:

Recommendation
MEL 24.8.3

"... include measures to assure that these authorized delegates/Agents: identify, verify, and enter into the transaction data record the identity of each such customer conducting or attempting to conduct a transaction at or above $500 by physical examination of the customer's identification document(s) at the time the transaction is being conducted, to include the following information: the name and social security number or taxpayer identification number, **if any**, of the individual presenting the transaction . . ."

- Monitor interpretation is that a secondary ID is required to show taxpayer ID, even though research shows second IDs are not prevalent in Mexico and it is not an industry practice
- Result: further system modification and addition of fields, bringing on added effort and costs

WU220_TEAMSTERS_0000272
CONFIDENTIAL



Progress Report: July 19, 2012
# Southwest Border Update

## Conclusions

- The June 2012 Monitor Periodic Report highlighted issues and feedback which were largely previously known by Western Union.
- Plans and resources to address the issues identified in the June Monitor Report (characterized by the Monitor as the "Roadmap" for the final year) are in place.
- Significant progress continues to be made against major project milestones.
- The SWB Alliance (Kip Holmes) has indicated a desire to extend the Agreement.
- Although challenging, given the existing scope and interpretation of requirements, we believe we can still complete the work by the July 2013 date.
- Risk to completion of the required work by Agreement expiration is driven by:
  - Additional recommendations not currently envisioned
  - Changes to requirements caused by Monitor (re) interpretation
  - New recommendations or changes to existing recommendations resulting from additional Monitor analysis
  - Regulatory changes or enforcement emphasis requiring additional work

WU220_TEAMSTERS_0000273
CONFIDENTIAL