# Exhibit 63

# THE WESTERN UNION COMPANY

## October 25, 2012

## MEETING OF THE
## AUDIT COMMITTEE

A telephonic meeting of the Audit Committee (the "Audit Committee" or "Committee") of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held on October 25, 2012 at 7:10 p.m. ET. Present for the meeting were Audit Committee members Dinyar S. Devitre, Richard A. Goodman, Linda Fayne Levinson, Roberto G. Mendoza, and Michael A. Miles, Jr. Also present at the invitation of the Committee for all or portions of the meeting were Board members Jack M. Greenberg and Hikmet Ersek, and Scott Scheirman, John Dye, David Thompson, Markell Fluckiger, Mary Margaret Henke, Michael Salop, Amintore Schenkel, Scott Stevens, and Darren Dragovich from the Corporation, and Judson Snyder and Ryan Berry from Ernst & Young LLP ("E&Y"). Prior to proceeding, all participants confirmed that they could hear one another, and the Audit Committee members waived notice of the time, place, and purpose of the meeting. The meeting was called to order by Mr. Goodman, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

## APPROVAL OF MINUTES

Mr. Goodman directed the Committee's attention to approval of the minutes from the July 19, 2012 and August 1, 2012 meetings of the Committee and noted that these minutes were previously provided to each Committee member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

> **RESOLVED**, that the minutes of the July 19, 2012 and August 1, 2012 meetings of the Committee are approved in the form presented to this meeting.

**Redacted – Non-responsive**

> Redacted – Non-responsive

### INTERNAL AUDIT UPDATE

At Mr. Goodman's request, Ms. Henke provided a presentation titled "Internal Audit Update – October 25, 2012," copies of which were previously provided to the Committee, during which she discussed third quarter 2012 internal audit results. In doing so, Ms. Henke noted satisfactory progress to date on the Corporation's 2012 Sarbanes-Oxley Project and reported that no significant deficiencies or material weaknesses have been identified to date. Ms. Henke then summarized proposed changes to the Internal Audit Department Policies and Procedures Manual, which includes the Internal Audit Charter, copies of which were previously provided to the Committee. During the discussion, Ms. Henke responded to questions from the Committee. After discussion, upon a motion duly made and seconded, the following resolution was unanimously approved.

**RESOLVED,** that the Committee hereby approves the Internal Audit Department Policies and Procedures Manual and the Internal Audit Charter.

Messrs. Fluckiger, Salop, Schenkel, Snyder, Berry, Stevens, and Thompson were then excused from the meeting.

### GENERAL COUNSEL

> Redacted – Non-responsive

### Compliance/Southwest Border Update

Next, Mr. Dye referenced a presentation titled "Compliance Update – October 25, 2012," copies of which were previously provided to the Committee, and provided an update regarding the Corporation's progress and efforts to address by 2013 the recommendations and requirements of the Southwest Border Monitor appointed pursuant to the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc., a subsidiary of the Corporation, and the State of Arizona. During the discussion, Mr. Dye responded to questions from the Committee.

CONFIDENTIAL                                                                WU220_TEAMSTERS_0000313