Exhibit 64



# Western Union Audit Committee

## Compliance Update

October 25, 2012

Western Union Restricted ©2011 Western Union Holdings, Inc. All Rights Reserved.
Prepared at the Request of Counsel in Anticipation of Litigation. Attorney-Client Privileged Work Product.

WU220_TEAMSTERS_0000317

CONFIDENTIAL

Compliance Update – Governance Committee:  October 25, 2012

## Executive Summary

### Southwest Border Program:  Key Messages

- The SWB program remains largely on track as major milestones are being delivered per the program plan with some exceptions.

- SWB program risk remains rooted in our inability to fully control scope due to ongoing Monitor analysis and inconsistent feedback.  Additionally, the program and system efforts are extensive and challenging to accomplish in the timeline.

- We are planning for the Monitor's testing activity to commence in February 2013 but have identified select program deliverables that will be completed in Q1/Q2 2013.  The Monitor has indicated he will develop a comprehensive test plan measuring compliance to the recommendations and identifying gaps in programs.

WU220_TEAMSTERS_0000318

CONFIDENTIAL

2

Compliance Update – Governance Committee:  October 25, 2012

## Executive Summary

## Federal Trade Commission (FTC):  Key Messages

- On September 14, 2012, Western Union (WU) provided a 44 page document describing the Western Union Anti-Fraud Program to the Federal Trade Commission (FTC). The document explains how the company will execute the goals of the program which is to detect, prevent and respond to consumer fraud. The document explains in detail the creation of a new Fraud Risk Management Group that will focus exclusively on fighting consumer fraud. This team will be made up of three distinct units: Fraud Monitoring, Fraud  Controls and Consumer/Agent Education and Awareness. The document also highlighted the effectiveness of our current program which has resulted in the following year to date statistics: Prevented U.S. Consumer Fraud Principal + 51% / Paid U.S. Consumer Fraud Principal  - 29%

- On September 21, 2012, WU received a letter from the FTC requesting additional information on the WU Anti-Fraud Program. A meeting is planned to discuss the questions provided in this letter.

- The FTC has also requested a follow-up meeting in Washington to further discuss the overall WU program. This meeting is planned to take place in October.

WU220_TEAMSTERS_0000319

CONFIDENTIAL

Progress Report:  October 25, 2012

## Overall Southwest Border Program

**WESTERN UNION**

### Recent Program Developments

- Major program milestones achieved per plan.  Examples this period:
  - iWatch (US CTR, KYC, GEC, GFO & US SAR) in production
  - OV Conversion completed (July 14)
  - Vigo Conversion completed (Aug 4)
  - RTRA (iWatchRA, Enhanced Analytics, Agile Rules Engine, Enhanced Controls & Galatic ID)
  - FLA Controls – US Money Transfer (June 30)

- Succeeded in addressing the Monitor's issues with Sanctions and Interdiction(OFAC) without filing a formal new recommendation.  Implementation project initiated.

- The Monitor has raised new issues with FLA Controls – back end verification and authorization with FLAs.  We are negotiating potential solutions with the Monitor.

- Internal Audit began testing to validate the program.

- Tracking "Pencils Down Date" risk for Monitor's testing program.  We are elevating known risks and issues to senior leadership.

- Received multi-state, multi-week Report of Examination (ROE).
  - Participating states were: TX (lead), CA, OH and WV.
  - Received a rating of a 3(Marginal).
  - Primary areas of concern:  AML Risk Assessment; Foreign Agent/Subagent Due Diligence; Agent Oversight; Independent Review of AML Program; Consumer Complaint process; Capital Adequacy.

### Key SWB Recent/Upcoming Dates

WU Submitted Response to FTC (Fraud)
**September 14**

FTC Request for Information (Fraud)
**September 21**

FTC Meeting (Fraud)
**October**

Status Hearing (Arizona Court)
**September 26**

Received Multi-state Multi-week Report of Examination (ROE)
**September 19**

Multi-state Multi-week ROE Response Due
(on or before) **October 17**

CONFIDENTIAL

WU220_TEAMSTERS_0000320

Progress Report:  October 25, 2012
Southwest Border Update

WESTERN UNION

# Redacted – Confidential

## Redacted – Confidential

**5% Riskiest Agent List**
- Completed first cycle with revised model design.
- Reviewing revised 5% model's results with the Monitor in Washington DC Sept 27-28.

**Risk Assessment**
- Navigant continues Risk Assessment development based on feedback from the Monitor; expected completion end of October.

**Sanctions & Interdiction**
- Proposal developed to address Sanctions & Interdiction issues.
- Plan reviewed and approved by the Monitor.
- Resulting agreement requires significant systems and program development. Funding obtained;  Project commenced;  Planned delivery October 2013.

**OV/Vigo Master Payer Issue**
- Monitor expressed satisfaction with OV/Vigo conversion: OV conversion occurred July 14 and Vigo conversion occurred on Aug 4.

**Data Integrity**
- Phase III planned January 2013; The Monitor approved as "directionally correct" and he continues to refine requirements.
- Changes impact Training deliverables.

WU220_TEAMSTERS_0000321

CONFIDENTIAL

Progress Report: October 25, 2012
# Southwest Border Update

## Redacted – Confidential

**On-site Agent Reviews/ Secret Shopper Program**
- Narrowed vendor selection to two vendors for the outside security firms for site visits to locations not on the 5% list (PwC and Control Risk).
- Secret Shopper enhancements implemented in the US; preparing to implement in Mexico in October.

**Product Control Reviews**
- Navigant engaged in program development.

**Sender/Receiver Information**
- Outside legal counsel provided interpretation with the Travel Rule and Recordkeeping Rule applicability to products.
- Sub-team continues to analyze transactional data and review existing controls.
- The analysis in progress will determine the scope of change and the timeline to complete. We are sourcing additional external support to complete the analysis and develop recommendations to mitigate risks.

**Internal Control Reviews**
- Core team onboarded and initiated program development; roadmap reviewed and approved by the Monitor.

**AML Leadership**
- Navigant providing interim AML leadership; sourcing permanent AML leadership successor(s) in progress.

CONFIDENTIAL

WU220_TEAMSTERS_0000322

Progress Report: October 25, 2012
## Southwest Border Update

## Redacted – Confidential

**Training**
- Agent and employee AML Training materials are in development with external AML firm (Protiviti).
- Training delivery has slipped due to extensive reviews by the Monitor.
- Rollout of new training program planned for Q4 2012.

**Independent Audit**
- Engaged external AML Audit resource from Deloitte.
- Monitor provided feedback to Audit leadership during September visit.
- Audit leadership is developing a plan to address findings.

**Policies and Procedures**
- Navigant engaged to accelerate the development of key policies and procedures.
- Sub-team has been mobilized to develop and refine policies and procedures.

7

CONFIDENTIAL

WU220_TEAMSTERS_0000323

**Progress Report: October 25, 2012**

# Overall Southwest Border Program

WESTERN UNION®

## SWB Recommendation Status

| Functional Team | # of Recommendations | % with Defined Plans/Timelines | % with Adequate Resources |
|---|---|---|---|
| Management Oversight and Independent Testing | 9 | 100% | 100% |
| Agent Management | 37 | 100% | 90% |
| Consumer / Transaction Management | 36 | 100% | 80% |
| Case Management | 4 | 100% | 100% |
| Culture of Compliance | 12 | 100% | 100% |
| Business Transformation [*complete*] | (Included above) | 100% | 100% |
| IT | (Included above) | 100% | 100% |
| **TOTAL** | 98* | | |

| | In Progress Status (# of recommendations) | | | |
|---|---|---|---|---|
| | On Track | Minor Issues | Critical | Complete |
| | 4 | 0 | 0 | 5 |
| | 17 | 8 | 2 | 10 |
| | 16 | 5 | 2 | 13 |
| | 4 | 0 | 0 | 0 |
| | 6 | 1 | 0 | 5 |
| | | | | |
| | | | | |
| | 47 | 14 | 4 | 33 |

### Explanation of Planning, Resourcing, or Progress Status:

Agent Management (2 Recommendations are Critical)
- Negotiating solution related to FLA Controls back end verification and authorization of FLAs with the Monitor (see p4)

Consumer / Transaction Management (2 Recommendations are Critical)
- Product Controls Program development in progress (see p9)
- Beneficial Sender & Receiver Information impact and scoping analysis underway (see p6 & p10)
- Sanctions & Interdiction is an extensive systems and program project planned for October 2013 (see p4,p5 & p10)

IT Programs
- IT Programs subject to additional requirements from the Monitor

Note(*):  The total count of recommendations is 91.  The recommendations status count reflects M33 as seven individual recommendations (M33a – M33g).

## IT (Specific) Project Status

| IT Sub-Project | Overall | Timing | Issues/Risk |
|---|---|---|---|
| Real-time Risk Assessment (RTRA) | | | |
| iWatch | | | |
| Attempted Transactions | | | |
| FLA Controls | | | |
| Sanctions & Interdiction | | | |

CONFIDENTIAL

WU220_TEAMSTERS_0000324

Progress Report:  October 25, 2012

# Overall Southwest Border Program

**WESTERN | |°**
**UNION | |**

We are managing to the internal "pencils down date" of January 31, 2013 to prepare for the Monitor's testing program to begin in February 2013.  Elements of the program are at risk to complete by January or are planned to deliver after January.  These items have been documented and are being reviewed with the CCO and Legal Counsel monthly.

| Program Area | Status | Risk Factors |
|---|---|---|
| Mexico and US Look Back | January readiness risk | • Documents returned incomplete requiring rework<br>• Dependent on agents to respond<br>• One of three large scale look back effort conducted by same team of resources |
| Agent Training | January readiness risk | • IT development resources to prevent FLA's transacting prior to training is at risk due to limited development resources and possible infrastructure concerns related to the learning management system<br>• Iterative input from the Monitor resulting in re-work |
| FLA Controls for RMO | January readiness risk | • Complexity to implement with 27 Host-to-Host relationships<br>• Limited influence with vendors supporting integrated cash register devices |
| Product Controls Program | January readiness risk | • Compliance resource constraints, mitigation plan being executed<br>• Risk Assessment dependency<br>• Obtain agreement on scope with the Monitor |
| Policies & Procedures | January readiness risk | • Several programs in development; policy and procedure work dependent on program definition<br>• Substantial scope, additional resources (Navigant) support a limited scope of work |

9

CONFIDENTIAL

WU220_TEAMSTERS_0000325

Progress Report:  October 25, 2012

## Overall Southwest Border Program

### Program area risk (continued)

| Program Area | Status | Risk Factors |
|---|---|---|
| Mexico On-Site Program Reviews | Planned April 2013 | • Security risk for sites in Mexico continues<br>• Mitigation plan being executed<br>• At risk status trending down |
| Attempted Transactions | Planned May 2013 | • Scope agreed by the Monitor<br>• Development extensive |
| Commercial Look Back | Planned Q2 2013 | • One of three large scale look back efforts conducted by same team of resources<br>• Dependent on commercial entity to respond |
| Beneficial Sender / Receiver Information | TBD | • Analysis of products and relationships underway<br>• Sourcing external resource to support analysis<br>• Scope and timeline dependent on analysis<br>• Need obtain agreement with the Monitor |
| Sanctions & Interdiction | October 2013 | • Plan agreed by the Monitor<br>• Program and systems development extensive |

10

CONFIDENTIAL

WU220_TEAMSTERS_0000326



Progress Report: October 25, 2012
# Southwest Border Update

## Conclusions

- Significant progress continues to be made. Risk to completion of the required work by Agreement expiration is driven by changes to requirements caused by Monitor (re) interpretation or resulting from additional Monitor analysis. The areas of greatest risk are:

  - Products
  - Policies & Procedures
  - IT Programs

- Although challenging, given the existing scope and interpretation of requirements, we believe we can still complete most of the work by the July 2013 date.

11

CONFIDENTIAL

WU220_TEAMSTERS_0000327