# Exhibit 65

# THE WESTERN UNION COMPANY

### December 3, 2012

## MEETING OF THE
## CORPORATE GOVERNANCE AND PUBLIC POLICY COMMITTEE

A meeting of the Corporate Governance and Public Policy Committee (the "Corporate Governance Committee" or "Committee") of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held on Monday, December 3, 2012 at 2:30 p.m. ET via teleconference. Committee members Dinyar S. Devitre, Betsy D. Holden, Linda Fayne Levinson, Michael A. Miles, Jr., and Wulf von Schimmelmann were present. Also present at the invitation of the Committee for all or a portion of the meeting were Board members Jack M. Greenberg and Hikmet Ersek, John Dye, David Thompson, Richard Krollman, Tim Daly, and Darren Dragovich from the Corporation, George Davis from Egon Zehnder International, Ellen Zimiles from Navigant Consulting, Inc. ("Navigant"), and Larry Hammond and Kathy O'Meara from Osborn Maledon, P.A. Prior to proceeding, all participants confirmed that they could hear one another, and the Committee members waived notice of the time, place, and purpose of the meeting. The meeting was called to order by Mr. Devitre, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

## APPROVAL OF MINUTES

Mr. Devitre directed the Committee's attention to approval of the minutes from the July 19, 2012 meeting of the Committee and noted that the minutes previously had been sent to each Committee member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

**RESOLVED**, that the minutes of the July 19, 2012 meeting of the Committee be, and hereby are, approved in the form presented to this meeting.

## GLOBAL COMPLIANCE UPDATE

### Current U.S. AML Trends

At Mr. Devitre's request, Ms. Zimiles provided an overview of current trends in anti-money laundering ("AML") laws and regulations in the United States. During the discussion, Ms. Zimiles described an increased focus by government agencies on the AML programs of financial services companies and the key features of a recent settlement reached between MoneyGram International and the U.S. Department of Justice. Ms. Zimiles also discussed the relationship between the Corporation and the Southwest Border Monitor (the "Monitor") appointed pursuant to the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc., a subsidiary of the Corporation, and the State of Arizona. During the discussion, Ms. Zimiles responded to questions from the Committee.

### Southwest Border Update

Mr. Dye continued by discussing the Corporation's relationship with the Monitor and the Corporation's progress in implementing the Monitor's recommendations. Mr. Dye also discussed the Monitor's request to include Western Union Business Solutions ("WUBS") within the scope of his review, and the potential implications of the same for the Corporation's ability to implement the Monitor's recommendations by July 2013. Mr. Krollman then discussed a presentation titled "Compliance Update – December 3, 2012," copies of which were previously provided to the Committee, during which he provided a progress update regarding specific developments in the Corporation's AML program related to the Monitor's recommendations, including with respect to WUBS, money transfer sender and receiver information, global due diligence, and suspicious activity reporting. Mr. Krollman also described the Monitor's approach to testing the Corporation's compliance with his recommendations. Also in relation to the Monitor's recommendations, Mr. Thompson noted information technology enhancements being undertaken by the Corporation to its Office of Foreign Assets Control compliance processes. During the discussion, Messrs. Dye, Krollman, Hammond, and Thompson, and Ms. Zimiles responded to questions from the Committee.

Mr. Thompson, Ms. Zimiles, Mr. Hammond, and Ms. O'Meara were then excused from the meeting.

**Redacted - Non-Responsive**

2