# Exhibit 66

# Western Union Governance Committee
## Compliance Update

December 3, 2012

Western Union Restricted ©2011 Western Union Holdings, Inc. All Rights Reserved.
Prepared at the Request of Counsel in Anticipation of Litigation. Attorney-Client Privileged Work Product.

CONFIDENTIAL

WU220_TEAMSTERS_0000330



Compliance Update – Governance Committee: December 3, 2012
Executive Summary

## Southwest Border Program: Key Messages

The SWB Program is managing issues with the following components of the program :

- WUBS
- Beneficial Sender / Receiver Information
- Global Due Diligence
- Product Controls and Oversight
- Various Technology Projects (Sanctions & Interdiction, Attempted Transactions and Enhanced Data Integrity)

## Federal Trade Commission (FTC): Key Messages

- On September 14, 2012, Western Union (WU) a document describing the Western Union Anti-Fraud Program to the Federal Trade Commission (FTC). The document explains in detail the creation of a new Fraud Risk Management Group that will focus exclusively on fighting consumer fraud. This team will be made up of three distinct units: Fraud Monitoring, Fraud Controls and Consumer/Agent Education and Awareness. The document also highlighted the effectiveness of our current program which has resulted in the following year to date statistics: Prevented U.S. Consumer Fraud Principal + 51% / Paid U.S. Consumer Fraud Principal - 29%

- On September 21, 2012, WU received a letter from the FTC requesting additional information on the WU Anti-Fraud Program. A meeting is planned to discuss the questions provided in this letter.

- On October 23rd WU met with the FTC to discuss progress made in relation to our anti-fraud program. We highlighted the key components of the program, noted the significant progress that's been made since our June meeting, and reiterated WU's commitment to its anti-fraud program. We also made the offer to move forward cooperatively. The FTC was very complimentary of the program outlined in the report and the follow-up letter, and was responsive to the proposal that we work cooperatively going forward.

WU220_TEAMSTERS_0000332
CONFIDENTIAL

**Progress Report: December 3, 2012**
## Overall Southwest Border Program

### Key SWB Recent/Upcoming Dates

Multi-state Multi-week ROE Response Due (on or before) **November 15**

Status Hearing (Arizona Court) **January 23**

### Recent Program Developments

- **WUBS** - WUBS completed an initial program overview with the Monitor October 23. The Monitor made an initial document request and will review to determine next steps.

- **Beneficial Sender & Receiver Information** – Onboarding team to perform transactional analysis to identify gaps and determine scope of compliance remediation.

- **Global Due Diligence** - Work continues to progress slowly is unlikely to be completed by January 2013. Relationship issues persist with the agents. WU assigning a dedicated resource to support Master Agents in Mexico. Sales team supporting US work.

- **Access to SARs** - The Monitor would like access to SARs to evaluate and test the program. He believes that certification of WU's compliance program relies on his access to SARs. The Bank Secrecy Act prohibits WU from sharing SARs with the Monitor and so he has requested special dispensation from FINCEN for access to WU's SARs.

- **Alternative Testing Approach** – The Monitor is proposing an alternate approach to "pencils down" testing approach. We are planning to discuss options with the Monitor in November.

- Extension was granted **for WU's response to Report of Examination (ROE)** due on or before 11/15.

CONFIDENTIAL                    WU220_TEAMSTERS_000333

**Progress Report: December 3, 2012**
## Overall Southwest Border Program

| Program Sub-Process | Percent Complete | Risk Weight |
|---|---|---|
| Policy and Procedures | 5% | 5 |
| Escalation | 50% | 2 |
| Internal Controls | 0% | 4 |
| Oversight and Visibility | 33% | 3 |
| Internal Audit | 10% | 5 |
| Investigations | 55% | 5 |
| Fit and Proper | 25% | 5 |
| Monitoring and Analysis | 75% | 2 |
| FLA Controls | 50% | 4 |
| Remediation and Risk Management | 55% | 4 |
| Risk Assessment | 50% | 5 |
| Attempted Transactions | 10% | 5 |
| Sanctions and Interdiction | 10% | 5 |
| Product Controls | 25% | 4 |
| Beneficial Sender / Receiver Info | 0% | 5 |
| Regulatory Reporting | 90% | 1 |
| WireWatch/iWatch | 50% | 4 |
| OV/Vigo | 100% | 3 |
| Real-Time Risk Assessment (RTRA) | 80% | 3 |
| Agent Training | 55% | 5 |
| Employee Policies | 95% | 2 |
| Law Enforcement | 50% | 2 |
| Case Management | 50% | 4 |

WU220_TEAMSTERS_0000334
CONFIDENTIAL

**WESTERN UNION**

Progress Report: December 3, 2012
Southwest Border Update

# Redacted – Confidential

Redacted – Confidential

- **5% Riskiest Agent List**
  - Planned second review cycle with the Monitor.
  - Next review with the Monitor in Washington DC in December.

- **Risk Assessment**
  - Navigant continues Risk Assessment development based on feedback from the Monitor; expected completion end of November.

- **Sanctions & Interdiction**
  - Project initiated in October; Planned delivery October 2013.

- **Data Integrity**
  - Phase III planned January 2013; Phase IV planned May 2013.
  - Changes impact Training deliverables.

- **On-site Agent Reviews/ Secret Shopper Program**
  - PwC selected as the outside security firms for site visits to locations not on the 5% list. Site visits commenced.
  - Secret Shopper enhancements implemented in Mexico in October.

- **Product Control Reviews**
  - Navigant engaged in policies and procedures development.

- **Sender/Receiver Information**
  - The analysis will determine the scope of change, recommendations to mitigate the risks and the timeline to complete.

- **Internal Control Reviews**
  - Staffing resources and program development in progress.

6

Progress Report: December 3, 2012
Southwest Border Update

## Redacted – Confidential

**AML Leadership**
- SWB CCO hired; start date late December 2012; Navigant continues providing interim AML leadership;
- Continued sourcing of Chief Compliance Officer.

**Training**
- Training delivery delayed to January due to IT, QA and resource constraints.

**Independent Audit**
- Engaged Deloitte to conduct external AML Program Audit for the SWB.

**Policies and Procedures**
- Development of policies and procedures in progress.

CONFIDENTIAL    WU220_TEAMSTERS_0000336

# WESTERN UNION

**Progress Report: December 3, 2012**
## Overall Southwest Border Program

### SWB Recommendation Status

| Functional Team | # of Recommendations | % with Defined Plans/Timelines | % with Adequate Resources | In Progress Status (# of recommendations) | | | |
|---|---|---|---|---|---|---|---|
| | | | | On Track | Minor Issues | Critical | Complete |
| Management Oversight and Independent Testing | 9 | 100% | 100% | 4 | 0 | 0 | 5 |
| Agent Management | 37 | 100% | 90% | 17 | 8 | 2 | 10 |
| Consumer / Transaction Management | 36 | 100% | 80% | 16 | 5 | 2 | 13 |
| Case Management | 4 | 100% | 100% | 4 | 0 | 0 | 0 |
| Culture of Compliance | 12 | 100% | 100% | 6 | 1 | 0 | 5 |
| WUBS | (None formally identified) | 0 | N/A | | | | |
| IT | (Included above) | 100% | 100% | | | | |
| TOTAL | 98* | | | 47 | 14 | 4 | 33 |

### IT (Specific) Project Status

| IT Sub-Project | Overall | Timing | Issues/Risk |
|---|---|---|---|
| Real-time Risk Assessment (RTRA) | | | |
| iWatch | | | |
| Attempted Transactions | | | |
| FLA Controls | | | |
| Sanctions & Interdiction | | | |

### Explanation of Planning, Resourcing, or Progress Status:

Agent Management (2 Recommendations are Critical)
- Negotiating solution related to FLA Controls back end verification and authorization of FLAs with the Monitor (see p6)

Consumer / Transaction Management (2 Recommendations are Critical)
- Beneficial Sender & Receiver Information impact and scoping analysis underway (see p4,p7 & p10)
- Global Due Diligence encompasses three large scale look back efforts conducted by the same team of resources (see p4 & p7)
- Analysis for Credit Card Attempted Transactions solution in progress

IT Programs
- IT Programs subject to additional requirements from the Monitor

Note(*): The total count of recommendations is 91. The recommendations status count reflects M33 as seven individual recommendations (M33a – M33g).

CONFIDENTIAL WU220_TEAMSTERS_0000337

**Progress Report: December 3, 2012**
**Southwest Border Update**

## Conclusions

- Program focusing on recommendations with issues driven by compliance and/or regulations. The areas of greatest concern are:

  - WUBS
  - Global Due Diligence
  - Products related Beneficial Sender & Receiver Information
  - Policies & Procedures Documentation
  - IT Programs Development and Enhancements

- WUBS scope and timeline dependent on the Monitor's review of their program. We are currently fulfilling document requests from the Monitor.

- Although challenging, given the existing scope for Western Union we believe all plans are in place to complete the Southwest Border work by July 2013.

9

CONFIDENTIAL
WU220_TEAMSTERS_0000338

Progress Report: December 3, 2012
Southwest Border Update

# ADDENDUM

WU220_TEAMSTERS_0000339
CONFIDENTIAL

**WESTERN UNION**

Progress Report: December 3, 2012
# Management Oversight & Independent Testing

Recommendation: **Status**

| Management Oversight & Independent Testing Sub-Process | Percent Complete | Risk Weight |
|---|---|---|
| Policy and Procedures | 5% | 5 |
| Escalation | 50% | 2 |
| Internal Controls | 0% | 4 |
| Oversight and Visibility | 33% | 3 |
| Internal Audit | 10% | 5 |



Critical Issues 0%
Minor issues 0%
In progress 44%
Complete 56%

| Program Areas | Status | Risk Factors |
|---|---|---|
| Policies & Procedures | January readiness issue | • Several programs in development; policy and procedure work dependent on program definition<br>• Substantial scope, additional resources (Navigant) support a limited scope of work |

CONFIDENTIAL    WU220_TEAMSTERS_0000340

# WESTERN UNION

**Progress Report: December 3, 2012**

## Agent Management

### Recommendation: Status

| Agent Management Sub-Process | Percent Complete | Risk Weight |
|---|---|---|
| Investigations | 55% | 5 |
| Fit and Proper | 25% | 5 |
| Monitoring and Analysis | 75% | 2 |
| FLA Controls | 50% | 4 |
| Remediation and Risk Management | 55% | 4 |



Pie chart: Complete 27%, In progress 46%, Minor issues 22%, Critical Issues 5%

| Program Areas | Status | Risk Factors |
|---|---|---|
| Mexico and US Look Back | January readiness issue | • Documents returned incomplete requiring rework<br>• Dependent on agents to respond<br>• One of three large scale look back effort conducted by same team of resources |
| FLA Controls | January readiness issue | • Complexity to implement authentication with Hypercom & Host-to-Host relationships<br>• Complexity to implement Retail Money Order with 27 Host-to-Host relationships and limited influence with vendors supporting integrated cash register devices |
| Mexico On-Site Program Reviews | Planned April 2013 | • Mitigation plan being executed; issue status trending down<br>• Relationships issues in Mexico persist with the Master Agents |

12

CONFIDENTIAL

WU220_TEAMSTERS_0000341

# Progress Report: December 3, 2012
## Consumer & Transaction Management

### Recommendation: Status

| Consumer and Transaction Management Sub-Process | Percent Complete | Risk Weight |
|---|---|---|
| Risk Assessment | 50% | 5 |
| Attempted Transactions | 10% | 5 |
| Sanctions and Interdiction | 10% | 5 |
| Product Controls | 25% | 4 |
| Beneficial Sender / Receiver Info | 0% | 5 |
| Regulatory Reporting | 90% | 1 |
| WireWatch/iWatch | 50% | 4 |
| OV/Vigo | 100% | 3 |
| Real-Time Risk Assessment (RTRA) | 80% | 3 |



- Critical Issues 6%
- Minor Issues 14%
- Complete 36%
- In progress 44%

| Program Area | Status | Risk Factors |
|---|---|---|
| Attempted Transactions | Planned May 2013 | • Development extensive ; scope does not include credit card attempted transactions; analysis for separate solution in progress |
| Product Controls Program | January readiness issue | • Mitigation plan being executed; Obtain agreement on scope with the Monitor<br>• Staffing resources and program development in progress<br>• Risk Assessment dependency |
| Commercial Look Back (GDD of our partnerships) | Planned Q2 2013 | • One of three large scale look back efforts conducted by same team of resources<br>• Dependent on commercial entity to respond |
| Beneficial Sender / Receiver Information | TBD | • Scope & timeline dependent on analysis of products and relationships;<br>Onboarding resources to support analysis<br>• Need obtain agreement with the Monitor |
| Sanctions & Interdiction | October 2013 | • Plan agreed by the Monitor; Program and systems development extensive |

CONFIDENTIAL

WU220_TEAMSTERS_0000342

## Progress Report: December 3, 2012
## Case Management

| Culture of Compliance Sub-Process | Percent Complete | Risk Weight |
|---|---|---|
| Case Management | 50% | 4 |

### Recommendation: **Status**



In progress 100%

Complete 0%
Minor issues 0%
Critical Issues 0%

| Program Areas | Status | Risk Factors |
|---|---|---|
| iWatch | Planned May 2013 | • Phased functionality release January thru May 2013 |

14

# Progress Report: December 3, 2012
## Culture of Compliance

| Culture of Compliance Sub-Process | Percent Complete | Risk Weight |
|---|---|---|
| Agent Training | 55% | 5 |
| Employee Policies | 95% | 2 |
| Law Enforcement | 50% | 2 |

### Recommendation: Status



- Critical Issues 0%
- Minor issues 8%
- Complete 42%
- In progress 50%

| Program Area | Status | Risk Factors |
|---|---|---|
| Agent Training | January readiness issue | • Target implementation date delayed to January 15, 2013 due to IT, QA and resources constraints.<br>• IT development resources to prevent FLA's transacting prior to training is at risk due to limited development resources and possible infrastructure concerns related to the learning management system |

15