# Exhibit 67

## THE WESTERN UNION COMPANY

### December 6-7, 2012

### MEETING OF THE
### BOARD OF DIRECTORS

A meeting of the Board of Directors (the "Board") of The Western Union Company (the "Corporation" or "Western Union") was held on Thursday and Friday, December 6-7, 2012, beginning at 3:00 p.m. ET on December 6, 2012, and at 8:00 a.m. ET on December 7, 2012, in the Presentation Room at the Corporation's Executive Offices at 505 Fifth Avenue, New York, New York. Board members Dinyar S. Devitre, Hikmet Ersek, Jack M. Greenberg, Linda Fayne Levinson, Richard A. Goodman, Betsy D. Holden, Roberto G. Mendoza, Michael A. Miles, Jr., Wulf von Schimmelmann, and Sol Trujillo were present. Also, at the invitation of the Board, Raj Agrawal, Odilon Almeida, Darren Dragovich, John Dye, Jean Claude Farah, Khalid Fellahi, Rajiv Garodia, Jan Hillered, Paula Larson, Victoria Lopez-Negrete, Scott Scheirman, Diane Scott, David Thompson, and Drina Yue of the Corporation were present for all or portions of the meeting. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

**Redacted – Non-responsive**

### APPROVAL OF MINUTES

Mr. Greenberg directed the Board's attention to approval of the minutes from the October 25, 2012 and September 13-14, 2012 meetings of the Board and noted that these minutes previously had been sent to each Board member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

**RESOLVED**, that the minutes of the meetings of the Board held October 25, 2012, and September 13-14, 2012 be, and hereby are, approved in the form presented to this meeting.

**Redacted – Non-responsive**

> **Redacted – Non-responsive**

### 2013 LEGAL AND COMPLIANCE STRATEGY

Next, Mr. Dye provided a presentation titled "Legal and Compliance Update – Preliminary 2013 W2 Operating Plan – December 6-7, 2012," copies of which were previously provided to the Board. During the presentation, Mr. Dye provided an update regarding the focus areas and key initiatives of the Corporation's General Counsel's Office (the "GCO"), including with respect to compliance with the recommendations of the Southwest Border Monitor (the "Monitor") appointed pursuant to the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc., a subsidiary of the Corporation, and the State of Arizona, consumer protection and fraud, the Dodd-Frank Wall Street Reform and Consumer Protection Act, and other global regulatory and compliance developments. **Redacted – Non-responsive** During the discussion, Mr. Dye responded to questions from the Board.

4

**Redacted – Non-responsive**

### Corporate Governance and Public Policy Committee

At Mr. Greenberg's request, Mr. Devitre provided a report regarding the meeting of the Corporate Governance and Public Policy Committee (the "Governance Committee") held on December 3, 2012. Mr. Devitre reported that the Governance Committee received a report from Navigant Consulting, Inc. regarding current trends in United States anti-money laundering regulations, and reports regarding the Corporation's relationship with the Monitor and progress in meeting the Monitor's recommendations by July 2013.

**Redacted – Non-responsive**

5