# Exhibit 68



WESTERN
UNION

# Global Compliance – Board Report

*December 7,2012*

*Confidential and Proprietary*

CONFIDENTIAL WU220_TEAMSTERS_0000368



# Executive Summary

## Consumer Protection, Compliance and Ethics (CPCE)

### Consumer Protection

- Establishment of new Fraud Monitoring team
- Chief Fraud Officer - search underway
- Emergency Fraud Paid complaints dropped over 70% and $11M in potentially fraudulent transactions blocked since implementation of RTRA rules to block transactions related to the Emergency Fraud Scam.

### Compliance

- 7th Annual Consumer Protection & Compliance Conference held in September

**Redacted – Non-responsive**

### Southwest Border

- Major components of the program at risk for July 2013 delivery include: WUBS, Beneficial Sender/Receiver Information, Product Controls and Oversight, Global Due Diligence and various technology projects.
- Scope of SWB expanded to include WUBS



# Appendix II: Global Developments

| Business Segment | | Issue |
|---|---|---|
| **Global Consumer Financial Services (GCFS)** | Significant Risks | • **SWB** - Major components of the program at risk for delivery by July 2013 are:<br>- Beneficial Sender / Receiver Information - Team to perform transactional analysis to identify gaps and determine scope of compliance remediation. Identified WU resource to lead analysis and sourced outside staff to start analysis in November.<br>- Global Due Diligence - Work continues to progress slowly and is unlikely to be completed by January 2013. Relationship issues persist. WU assigning a dedicated resource to support Master Agents in Mexico. Sales team supporting US work.<br>- Product Controls and Oversight - CIP for non face-to-face transactions and prepaid products may require IT development: We are reviewing legal and surrounding industry practices and are continuing discussions with the Monitor.<br>- Various technology projects (Sanctions & Interdiction, Attempted Transactions, FLA Controls & Enhanced Data Integrity)<br>**Redacted – Non-responsive**<br>• **Jamaica** – Western Union continues to work with Grace Kennedy in order to fight consumer fraud prevalent in Montego Bay region that caused the suspension of all 13 locations in the area in August. A number of controls and procedures continue to be worked on to enable the continued mitigation of the fraud risk in Jamaica. |

**Redacted – Non-responsive**



# Appendix II: Global Developments

| Business Segment | | Issue |
|---|---|---|
| **Global Consumer Financial Services (GCFS)** | Significant Cases/Investigations | • **United States** - An analysis of transactions paid in the amount of $1,000 and greater in the McAllen/Brownsville, TX area was conducted following a referral from ICE – Homeland Security Investigations (ICE–HSI) and an Agent investigation stemming from the SWB Top 5% Risk Assessment. A large consumer grouping and ten consumer networks were identified, consisting of approximately 700 payees who received 2,483 transactions totaling roughly $3.7 million. The majority of consumers involved in the questionable activity received two or more transactions from multiple senders located in multiple U.S. states and/or countries and did not appear to bear familial relationships with their senders. Interviews were conducted by phone with senders involved in the activity, some of whom stated that they sent funds in order to assist friends or relatives who were being smuggled across the border. Consumers involved in questionable activity were submitted for interdiction.<br>•<br>• **Redacted – Non-responsive** |



# Appendix II: Global Developments

| Business Segment | | Issue |
|---|---|---|
| **Western Union Business Solutions (WUBS)** | Significant Risks | • **SWB** - The court has agreed to include WUBS within the scope of the SWB Settlement agreement. SWB, the Monitor and representative from WUBS are meeting in October to begin the monitor's review of the Business Solutions Compliance Activities. If the past is any indication of the future, we will be forced to react to the monitor's recommendations that may involve significant changes to the Business Units internal systems and the client experience. |

**Redacted – Non-responsive**




# Appendix III: Consumer Fraud Metrics

WESTERN
UNION

## Consumer Fraud Transactions

Global Consumer Fraud Transaction Volume
Paid Txns
Prevented Txns
% Prevented
35,000
30,000
25,000
20,000
15,000
10,000
5,000
0
100%
80%
60%
40%
20%
0%
Oct-11
Nov-11
Dec-11
Jan-12
Feb-12
Mar-12
Apr-12
May-12
Jun-12
Jul-12
Aug-12
Sep-12
Global Consumer Fraud Transaction Principal
Paid Principal
Prevented Principal
% Prevented
Millions
$60
$50
$40
$30
$20
$10
$0
Global Top Consumer Fraud
Receive Countries (Rolling 12 Months)
Paid Transactions
Cumulative %
25,000
20,000
15,000
10,000
5,000
0
USA
INDIA
UK
NIGERIA
JAMAICA
SPAIN
MEXICO
CANADA
PHILIPPINES
CAMEROON
PERU
OTHER
Global Consumer Fraud Principal YTD Comparison
Paid $
Prevented $
$350
$300
$250
$200
$150
$100
$50
$0
$31.8
$39.6
$20.4
$27.9
$21.2
$37.3
$57.2
$65.0
$147.2
$71.9
$264.1
$50.5
2007
2008
2009
2010
2011
2012

- US originating consumer fraud principal losses in September 2012 are lowest since February 2009.
- Consumer Fraud principal prevented increased 80% YTD September 2012 vs. YTD September 2011.
- Consumer Fraud principal losses decreased 30% YTD September 2012 vs. YTD September 2011.
- Consumer Fraud principal losses decreased 19% in September 2012 vs. August 2012.
- Consumer Fraud principal prevented increased 24% in September 2012 vs. August 2012.

*Confidential and Proprietary*

9

CONFIDENTIAL

WU220_TEAMSTERS_0000373