# Exhibit 69

# THE WESTERN UNION COMPANY

### February 20, 2013

### MEETING OF THE
### CORPORATE GOVERNANCE AND PUBLIC POLICY COMMITTEE

A meeting of the Corporate Governance and Public Policy Committee (the "Corporate Governance Committee" or "Committee") of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held on February 20, 2013 at 3:35 p.m. PT in the Board Room at the Corporation's Offices at 185 Berry Street, Suite 1600, San Francisco, California. Present for the meeting were Committee members Dinyar S. Devitre, Betsy D. Holden, Linda Fayne Levinson, Michael A. Miles, Jr., and Wulf von Schimmelmann. Also present at the invitation of the Committee for all or a portion of the meeting in person or via teleconference were Board members Jack M. Greenberg and Hikmet Ersek, and John Dye, Wolfgang Maschek, Richard Krollman, and Darren Dragovich from the Corporation, Ellen Zimiles from Navigant Consulting, Inc. ("Navigant"), and David Graham from Sidley Austin LLP. Prior to proceeding, all participants confirmed that they could hear one another. The meeting was called to order by Mr. Devitre, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

### APPROVAL OF MINUTES

Mr. Devitre directed the Committee's attention to approval of the minutes from the December 3, 2012 and February 9, 2013 meetings of the Committee and noted that these minutes previously had been sent to each Committee member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

> **RESOLVED**, that the minutes of the December 3, 2012 and February 9, 2013 meetings of the Committee be, and hereby are, approved in the form presented to this meeting.

### GLOBAL COMPLIANCE AND REGULATORY UPDATE

#### Southwest Border Monitor Update

Next, at Mr. Devitre's request, Mr. Dye and Mr. Krollman provided presentations titled "Western Union Governance Committee Compliance Update – February 20, 2013" and "CPCE – Southwest Border 5% Agent List Program Board Report – As of January 30, 2013," copies of which were previously provided to the Committee. During the presentations, Mr. Dye and Mr. Krollman provided an update regarding the Corporation's relationship and recent meetings with the Southwest Border Monitor (the "Monitor") appointed pursuant to the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc., a subsidiary of the Corporation, and the State of Arizona (the "Agreement"). In doing so, Mr. Dye discussed the Corporation's progress in addressing the Monitor's recommendations by the scheduled end of the Monitor's term on July 31, 2013, the Monitor's desired approach to testing

the Corporation's compliance with the recommendations, the Monitor's resignation in late January 2013 and the appointment of a new Monitor, and the recent inclusion of Western Union Business Solutions within the scope of the Monitor's review. Mr. Krollman then provided a status update regarding the Corporation's progress on specific Monitor recommendations, including related to front-line associate controls and authentication, global due diligence review of agents, and beneficial sender and receiver identification, and the percentage of all recommendations complete to date. Mr. Krollman also provided an update on the Corporation's progress in identifying and monitoring agents in the Southwest Border area based risk. Ms. Zimiles then discussed the Monitor's approach to testing the Corporation's completion of the recommendations and the implementation of possible technology solutions with regard to certain recommendations. During the discussion, Mr. Dye, Mr. Krollman, and Ms. Zimiles responded to questions from the Committee.

**Redacted - Non-Responsive**

### COMPLIANCE COMMITTEE DISCUSSION

Next, Mr. Devitre led a discussion regarding the possible creation of the compliance committee of the Board. The Committee and Mr. Dye discussed the potential membership, responsibilities, and benefits of such a committee, and agreed to continue to discuss the matter further at future Committee meetings.

### CHIEF COMPLIANCE OFFICER AND CHIEF FRAUD OFFICER SEARCH UPDATE

At the request of Mr. Devitre, Mr. Dye provided an update on the Corporation's searches for a Chief Compliance Officer and Chief Fraud Officer, and discussed potential candidates for each position. During the discussion, Mr. Dye responded to questions from the Committee.

2

> **Redacted - Non-Responsive**

### PRIVATE MEETING WITH GENERAL COUNSEL

Next, at the request of the Committee, Mr. Ersek and Mr. Dragovich were excused from the meeting and the Committee and Mr. Greenberg met privately with Mr. Dye to discuss certain matters concerning the Corporation's regulatory compliance and anti-fraud programs.

### EXECUTIVE SESSION

Mr. Dye was then excused from the meeting and Mr. Graham joined the meeting to discuss Committee processes, including procedures for continued monitoring of the Corporation's progress in addressing the Monitor's recommendations. Mr. Graham was then excused and the Committee met in executive session with Mr. Greenberg.

There being no further business to address, upon a motion duly made and seconded, the meeting was adjourned at 6:00 p.m. PT.

CONFIDENTIAL                                                                WU220_TEAMSTERS_0000382