# Exhibit 70

# CPCE – Southwest Border 5% Agent List Program Board Report

## As of January 30, 2013

*Confidential and Proprietary*

WU220_TEAMSTERS_0000392

CONFIDENTIAL



# Southwest Border Top 5% Agent Program

## US Q3 2011 – Q3 2012[1] Top 5% Agents

| Quarter[1] | # of Agents on 5% List | Referrals - GMI to Field | | | Terminations |
| --- | --- | --- | --- | --- | --- |
| | | Level 1 | Level 2 | Level 3 | |
| Q3 2011 | 159 | 5 | 7 | 31 | 8 |
| Q4 2011 | 160 | 2 | 9 | 17 | 5 |
| Q1 2012 | 166 | 3 | 4 | 8 | 6 |
| Q2 2012 | 167 | 2 | 7 | 6 | 2 |
| Q3 2012 | 176 | 3 | 10 | 13 | 5 |

Level 1: Highest Risk Agent locations with potential complicity detected
Level 2: High Risk Agent locations with some indication of complicity detected
Level 3: Potential training and data integrity issues
Terminations: For Compliance reasons only

[2]Quarter represents the quarter whose data was used to conduct a review in the following quarter

## MX Q1 2011 – Q1 2012 [1]Top 5% Agents

| Quarter[1] | # of Agents on 5% List | Referrals - GMI to Field | | | Terminations |
| --- | --- | --- | --- | --- | --- |
| | | Level 1 | Level 2 | Level 3 | |
| Q3 2011 | 65 | 0 | 2 | 39 | 0 |
| Q4 2011 | 66 | 0 | 1 | 10 | 1 (suspension) |
| Q1 2012 | 66 | 0 | 4 | 8 | 0 |
| Q2 2012 | 65 | 0 | 0 | 1 | 0 |
| Q3 2012 | 89 | 1 | 4 | 16 | 0 |

Level 1: Highest Risk Agent locations with potential complicity detected
Level 2: High Risk Agent locations with some indication of complicity detected
Level 3: Potential training and data integrity issues
Terminations: For Compliance reasons only

[2]Quarter represents the quarter whose data was used to conduct a review in the following quarter

[1]All CPCE actions in Q2 2012, based on Q1 2012, data are not complete at this time. This update represents the status of the work as of the date of this document.

*Confidential and Proprietary*

CONFIDENTIAL

WU220_TEAMSTERS_0000393



# Southwest Border Top 5% Agent Program

## Overview

- **Top 5% Risk Model Highlights**
  - Western Union and the Monitor met in December 2012 to review model changes in light of program outcomes and evaluated improvements to be made.
  - Western Union provided an initial technical document to recreate the % Model for validation purposes.

- **Real-Time Rule Changes**
  - Enhanced Data Integrity Rules in Quality Assurance testing
    - Cross Field validation rules that check multiple fields for completion
    - ID Formatting Rules will check ID type correct format
  - All SWB Aggregation and Risk Rules targeted for deployment from Quality Assurance in February 2013

- Western Union met with SWB Alliance Members in May 2012 to exchange information related to SWB analysis and trends.

- **WU Compliance Examinations**
  - Generally have not identified meaningful patterns of complicity by Agents or front-line associates
  - Terminations result from regulatory findings or Agents' inability to maintain effective compliance programs
  - US Field investigations confirm seasonal presence of illegal migrants in SWB communities. Evidence of transactional patterns associated with illegal migration present at low levels
  - Increased attention to US/China Agent base which continues to present challenge. SWB Alliance confirms the US/China corridor is of significant interest to law enforcement

- **Staffing – Progressing.** US Staffing at 100%. Mexico field organization increased 13 headcount in 2012 with 1 open positions remaining. Monitor continues to assert we are understaffed

## Specific Findings

- Transactional risk driven by consumer activity as opposed to agent complicity continues to be present.
- Escalations were frequently characterized by consumer networks/groupings, geographic concentrations, banding, data integrity and "rapid fire" transactions
- Finalized in-depth analysis of McAllen/Brownsville,TX and Eastern Coachella Valley CA areas– Key findings included:
  - **McAllen/Brownsville,TX**
    - Identification of approximately 655 consumers who received higher-dollar transactions from senders located in various U.S. states and/or countries, with no apparent familial relationship. Activity amounted to 2,379 transactions totaling roughly $3.5 million.
    - Interviews with consumers that suggested activity may in part be related to potential human smuggling
    - While no indications of Agent complicity were identified, 85% of transactions were paid at Agents part of a Strategic Account Agent Network
  - **Eastern Coachella Valley, CA,**
    - Consumers that appear to have sent atypical amounts of money for the socioeconomic status of the surrounding area of the Eastern Coachella Valley
    - More than 90% of the transactions sent during the review period were for principal amounts under the $1,000, subsequently not requiring a consumer to present identification.
    - Higher volume months that did not correlate with migrant harvest season.
    - Consumers linked together based on common counterparties an common biographical data
- Transactions sent to Middle East (Pakistan and UAE) and China that appear to be related to the purchase of illicit pharmaceuticals
  - Transactions sent from SWB led to the identification of more than 3500 transactions totaling approximately $3M primarily from within the United States.
    - Only small percentage of this was sent from SWB
  - Interviews with consumers who admitted to purchasing steroids online via websites that list WU as payment methods.

*Confidential and Proprietary*

CONFIDENTIAL

WU220_TEAMSTERS_0000394