# Exhibit 71




# Western Union Governance Committee

## Compliance Update

February 20, 2013

Western Union Restricted ©2011 Western Union Holdings, Inc. All Rights Reserved.
Prepared at the Request of Counsel in Anticipation of Litigation. Attorney-Client Privileged Work Product.

Progress Report: February 20, 2013

# Southwest Border Program Overview and Key Dates

WESTERN UNION

## Program Overview / Key Highlights

- **Monitor Resignation -** On January 23, 2013, the Monitor resigned effective March 24, 2013. Western Union and the State of Arizona will confer in the near future regarding the Monitor's replacement. Western Union will continue to improve its AML/BSA program in the Southwest Border and the rest of the world. As the leader of the Money Service Business our program must set the standard for the industry.
- **Program Issues / Drivers**
  Western Union's SWB Program remaining issues are driven by one or a combination of factors: the business model, the technology supporting WU / POS and/or the complexity of WU's business relationships.
- **FLA Controls / Authentication**
  The ability of the SWB Project teams to advance this recommendation is at a standstill. The next course of action is to adopt an authentication project or for an Executive level negotiation with the Monitor and the State of Arizona to reframe the requirements.
- **Beneficial Sender & Receiver Information –** Scope of work required still under evaluation. Concluding analysis of transactional data to determine deficiencies and map responses to close issues. Responses required may require development, alignment of the relationship or contractual reviews.
- **Global Due Diligence -** Progress in approving applications remains slow. 32 completed files as of 1/21/13 (up from 29 reported in December).

## Key SWB Recent/Upcoming Dates

**Status Hearing** (Arizona Court)
2/14/13

**Texas Examination** - Western Union's response to the Texas led multi-state report of examination submitted 11/15/12. Updates on the status of examination findings reported to WUFSI Board on a quarterly basis.

Next scheduled Texas examination:
8/5/13 through 8/23/13

Progress Report: February 20, 2013

# Overall Southwest Border Progress

WESTERN UNION



| *Program Components* | *# Recs* | *Jan Percent Complete* | *Risk Weight* |
|---|---|---|---|
| Policy and Procedures | 2 | 50% | 5 |
| Escalation | 2 | 70% | 2 |
| Internal Controls | 1 | 10% | 4 |
| Oversight and Visibility | 4 | 80% | 3 |
| Internal Audit | 1 | 50% | 5 |
| Investigations | 10 | 55% | 5 |
| Fit and Proper | 11 | 30% | 5 |
| Monitoring and Analysis | 4 | 90% | 2 |
| FLA Controls | 4 | 50% | 4 |
| Remediation and Risk Management | 7 | 90% | 4 |
| Risk Assessment | 4 | 90% | 5 |
| Attempted Transactions | 1 | 30% | 5 |
| Sanctions and Interdiction | 1 | 20% | 5 |
| Product Controls | 1 | 35% | 4 |
| Beneficial Sender / Receiver Info | 2 | 30% | 5 |
| Regulatory Reporting | 9 | 90% | 1 |
| WireWatch/iWatch | 3 | 55% | 4 |
| OV/Vigo | 2 | 100% | 3 |
| Real-Time Risk Assessment (RTRA) | 14 | 80% | 3 |
| Agent Training | 6 | 70% | 5 |
| Employee Policies | 4 | 95% | 2 |
| Law Enforcement | 1 | 75% | 2 |
| Case Management | 4 | 55% | 4 |
| **Program Overall** | **98** | **56%** | |

| *In Progress Status (# of recommendations)* | | | |
|---|---|---|---|
| *On Track* | *Minor Issues* | *Critical* | *Complete* |
| 6 | 0 | 0 | 3 |
| 14 | 3 | 7 | 13 |
| 16 | 5 | 2 | 13 |
| 4 | 0 | 0 | 0 |
| 5 | 0 | 1 | 6 |
| **Totals** | | | |
| 47 | 14 | 4 | 33 |

**Note**:

(1) Program status does not include WUBS progress.

(2) Recommendation counts M33a-g as individual recommendations.

**SWB Program is 56% complete.**



CONFIDENTIAL

Progress Report: February 20, 2013

# Southwest Border Program Issues

WESTERN UNION

## Current Program Issues

- **FLA Controls / Authentication**

  Evaluation of "authentication" requirements for the Hypercom and H2H POS in response to MEL 24.8.4 and M23 demonstrates a significant shift in business model is required to coincide with the technology changes. In effect, the authentication process will require these POS and agents to move to a real time vs. batch environment with anticipated agent and transaction speed implications. Additionally, operational support to host authentication protocols around password assignment and maintenance will be required. The scope of the operational support implies maintenance of passwords for hundreds of thousands of FLAs across 5,000 Hypercom devices and 30+ H2H/ECR agents. Compliance to raise the issue with senior management to seek guidance and elicit support for such a project.

- **FLA Training**

  Agent training content has been developed in three languages. Rollout is scheduled for late January. Training delivery available online, in person and over the phone. The challenge to train hundreds of thousands of FLAs by July is inhibited by the size of the task, the delivery mechanisms and the inability to track training systemically due to the Hypercom and H2H authentication issues.

- **Beneficial Sender & Receiver Information**

  Concluding analysis of transactional data to determine deficiencies and map responses to close issues. Preliminary results indicate an issue with data collection around the Mobile product, beneficial receiver concerns with Prison Pay and various issues within the Quick Collect Product. Responses required may require development, alignment of the relationship or contractual reviews. Scope of work required still under evaluation.

- **Global Due Diligence (Mexico, United States & Commercial Partners)**

  29 completed files as of 1/21/13 (compared to 29 reported in December). Suspension of agents within the US/SWB for failure to return GDD forms began January 7th and will continue through February 7th. The initial list of potential suspensions includes 1,438 locations in the SWB and 1,039 locations in MX outside of the SWB. Progress in approving applications which have been received remains slow.

- **Increased Oversight of the Agent Base and 3rd Parties**

  The Monitor's December Periodic Report highlights deficient agent and third party oversight programs and the continuing need to increase staffing levels to address. The Compliance programs associated with agent oversight as well as the third party/intermediary oversight programs are under development and believed sufficient by WU pending additional staff to support the program effectively. The Monitor will not define the scope of oversight required until the risk assessment is delivered. This is an open risk in terms of the number of oversight reviews required and subsequently the staffing impacts.

- **Evaluation of Design & Controls for Specific Products**

  The Monitor will not engage in detailed discussions related to Products, their design and AML Controls applied until the risk assessment is complete and adopted. This is an open risk as core issues related to products and/or current controls may be criticized by the Monitor with the potential to lead to additional development or program support efforts.

Progress Report: February 20, 2013

# Southwest Border Summary of Accomplishments




## AML Compliance Program Accomplishments since October 2010

- Established Project Governance structure and team of Project Managers to support the implementation of six work streams and underlying 91 recommendations
- Added 91 SWB staff members, inclusive of 3 senior leaders and a dedicated GMI, GEC and GFO organization. 17 additional positions have been approved and are under way
- Conducted legal review of BSA, FATF, Recordkeeping regulations and interpreted guidance to inform relationship, program and policy decisions and conduct gap analysis.
- Contracted two independent reviews (KPMG in 2009 and Navigant 2012)

---

- Completion of a SWB Risk Assessment inclusive of consumer, agent, transaction , product and geographic risk assessment
- Establishment of a risk analytic team which conducts analysis against risk and designs and implements real time and back office monitoring rules
- Development and implementation of a higher risk agent model (Top 5%) to alert and prompt investigations

---

- Overhaul of GDD policies, processes and systems to support GDD requirements under the SWB. New management structure and substantially increased number of staff added and trained
- Mexico "photo" project completed for GDD exercise

---

- POS Conversion and training of 400+ Quick Cash subscriber relationships to correct collection of sender/beneficial receiver recordkeeping

---

- Ground up build of an Internal Controls program. New management structure and staff established
- Ground up build of a Partnership oversight program inclusive of GDD, transaction monitoring, investigative reviews, oversight reviews, new case management functionality (pending), risk assessment, policies and procedures

Progress Report: February 20, 2013

# Southwest Border Summary of Accomplishments



**AML Compliance Program Accomplishments** since October 2010 (continued):

- Development and launch of a SWB Mystery Shopping program for US and Mexico agents
- Ground up build of a Mexico GFO/Oversight team. Taking the team from 2 which managed at the Master Agent level to a team of 17 managing at the location level
- Development and implementation of an agent control/remediation program
- Established enhanced law enforcement outreach in the SWB inclusive of fostering relationships between our agents and law enforcement representatives.

- Development and roll out of employee and agent training curriculum (employee roll out in October/agent roll out to begin late January). Content written and approved for 10+ training courses in three languages with multiple distribution methods (on-line, over the phone, in person and available on Agent Portal). Supplemental agent job aids developed and delivered to the field.
- Employee culture of compliance, training policy, compliance incentive program, performance review objectives and sanctions rolled out
- Modification of new agent on-boarding policy and process in support compliance agent oversight and training

- Development of a SWB intelligence group (hired, trained) and supporting policies and procedures
- Enhancement of internal audit protocols to measure risk remediation in addition to regulatory compliance testing (pending roll out)
- Creation of SWB oversight committee to direct policy and address escalated issues

***Accomplishments since October 2010 inclusive of policies, procedures, staff augmentation, training, systems development, agent communications, legal, HR and finance support. Additionally, most of the above required transformation of the business model, business practices and relationship negotiations with agents/master agents.***



CONFIDENTIAL

WU220_TEAMSTERS_0000388

Progress Report: February 20, 2013

# Southwest Border Summary of Accomplishments

WESTERN UNION

## Systems / Technology Accomplishments since October 2010

- Project Reset – the successful conversion of the OV and Vigo POS and back office systems onto the WU platform and the alignment of similar controls. This is inclusive of the operational exercise of replacing thousands of POS terminals in use by the agents and training of the agents on the new POS. Reset touched systems, settlement, operations, CSC and Compliance functions among other processes which have been torn down and rebuilt in support of the conversion.
- Implemented ID collection at $1k for OV/Vigo to align with WU controls

- Rebuilt the RTRA platform, hardware and interface to accommodate the scale of volume and rapid response required in the SWB.

- Implemented a global galactic ID protocol for all consumers and the associated aggregation of activity by consumer.

- Launched a case management system, iWatch. 50% of functionality is in production and in use for investigations and regulatory monitoring and disclosures, 50% is in development.
- Migrated US SAR and CTR monitoring and electronic filing from WireWatch to iWatch. Enabling WU to monitor at $1 and with enhanced aggregation and rule sets

- Launch of full suite of FLA Controls program for WUPOS and Translink POS. Launch of 3 of 4 FLA recommendations for H2H and Hypercom POS. (Note exceptions in Mexico for H2H and US/RMO/ECR which are pending and RMO which is rolling out at this time)

- Three iterations of data integrity rules implemented to enhance the collection and accuracy of consumer data

- Development and clean up of Agent management database and connection of location level agent ID's into a unique ID allowing for fundamental aggregation and control of agent relationships.

Progress Report: February 20, 2013

# Southwest Border Continued Efforts

WESTERN UNION

## AML Compliance – Continued Program Development Efforts

- Adopt risk assessment and review product design and controls against understood/acknowledged risk
- Agree risk assessment document with Monitor
- Mature/expand Partnership oversight program (very early stages at this time)
- Mature/expand Internal Controls program (very early stages at this time)
- Mature/expand Program document, policies and procedures (very early stages)
- Mature/expand Field investigations/agent oversight and remediation: 120 program reviews, 95% etc (very early stages)
- Complete analysis and gap resolution for sender/receiver information (M27/28)
- Complete Agent training roll out and solution for M23
- Address Mexico Security limitations
- Resolve outstanding staffing needs as mentioned in the December periodic report
- Complete GDD efforts associated with US, Mexico and Partnership oversight

## Systems / Technology - Continued Development Efforts

- Remaining case management functionality in iWatch (Mexico SAR reporting, Fraud, GDD, Subpoena, Product/Partner Oversight, attempted transactions, agent training, sanctions/interdiction, "reresolve" of galactic ID and 360 degree risk assessment
- Government Sanctions/Interdiction process enhancement
- Remaining FLA Controls (address authentication for H2H/Hypercom, deploy RMO/Hypercom and RMO/ECR, decision Blackhawk/Incomm)
- Deploy enhanced RTRA front/back end monitoring rules
- Deploy revised US/Mexico compliance templates
- Complete systems enhancements to monitor and report attempted transactions (associated policy, procedures, staff, training, etc)
- Complete implementation of enhanced data integrity phase 3

## WUBS AML Compliance Program Integration and Supporting Technology



CONFIDENTIAL

WU220_TEAMSTERS_0000390

## Summary / Conclusions

- The Monitor is proceeding with WUBS due diligence site visits
- Western Union continues focus to complete the implementation of the SWB Program by July 2013 (with known exceptions of select program areas scheduled past July).
- The next course of action is for an Executive level negotiation with the Monitor and/or the State of Arizona to reframe the requirements to resolve the SWB Program remaining issues driven by the business model, the technology supporting WU / POS and/or the complexity of WU's business relationships.