# Exhibit 72

## THE WESTERN UNION COMPANY

### February 21, 2013

### MEETING OF THE
### BOARD OF DIRECTORS

A meeting of the Board of Directors (the "Board") of The Western Union Company (the "Corporation" or "Western Union") was held on Thursday, February 21, 2013, beginning at 10:30 a.m. PT in the Board Room at the Corporation's Offices at 185 Berry Street, Suite 1600 San Francisco, California. Board members Dinyar S. Devitre, Hikmet Ersek, Richard A. Goodman, Jack M. Greenberg, Betsy D. Holden, Linda Fayne Levinson, Roberto G. Mendoza, Michael A. Miles, Jr., Wulf von Schimmelmann, and Solomon D. Trujillo were present in person or by teleconference. Also, at the invitation of the Board in person or via teleconference John Dye, Darren Dragovich, Kahlid Fellahi, David Thompson, Diane Scott, and Scott Scheirman of the Corporation, David Graham of Sidley Austin LLP, and David Schindler of Latham & Watkins LLP were present for all or a portion of the meeting. Prior to proceeding, all participants confirmed that they could hear one another. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

**Redacted – Non-responsive**

### APPROVAL OF MINUTES

Next, Mr. Greenberg directed the Board's attention to approval of the minutes from the January 28, 2013 meeting of the Board and noted that these minutes previously had been sent to

## Corporate Governance and Public Policy Committee

Next, Mr. Greenberg requested Mr. Devitre to provide a report of the meeting of the Governance Committee held February 20, 2013. Mr. Devitre reported that the Governance Committee received an update regarding the Corporation's relationship and recent meetings with the Southwest Border Monitor appointed pursuant to the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc., a subsidiary of the Corporation, and the State of Arizona, and Mr. Devitre provided an update regarding the same.

**Redacted – Non-responsive**

15