# Exhibit 73

# THE WESTERN UNION COMPANY

## March 28, 2013

## MEETING OF THE
## CORPORATE GOVERNANCE AND PUBLIC POLICY COMMITTEE

A telephonic meeting of the Corporate Governance and Public Policy Committee (the "Corporate Governance Committee" or "Committee") of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held Thursday, March 28, 2013 at 10:00 a.m. ET. Present for the meeting were Committee members Dinyar S. Devitre, Betsy D. Holden, Michael A. Miles, Jr., and Wulf von Schimmelmann. Also present at the invitation of the Committee for all or a portion of the meeting were Board members Jack M. Greenberg and Hikmet Ersek, John Dye, Richard Krollman, and Darren Dragovich from the Corporation, David Graham and Connie Friesen from Sidley Austin LLP, Larry Hammond from Osborn Maledon, P.A., and Ellen Zimiles from Navigant Consulting, Inc. Prior to proceeding, all participants confirmed that they could hear one another, and all Committee members waived notice of the time and place of the meeting. The meeting was called to order by Mr. Devitre, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

## SOUTHWEST BORDER UPDATE

At Mr. Devitre's request, Mr. Dye provided an update regarding the Corporation's relationship and recent meetings with the State of Arizona Attorney General's Office and the Southwest Border Monitor appointed pursuant to the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc., a subsidiary of the Corporation, and the State of Arizona (the "Monitor"). Mr. Hammond and Ms. Zimiles also discussed such relationship and meetings, and each of them as well as Mr. Graham provided comments regarding the same. During the discussion, Messrs. Dye, Graham, Hammond, and Krollman, and Ms. Zimiles responded to questions from the Committee. The discussions during this portion of the meeting are subject to attorney-client privilege. Mr. Dye also provided an update regarding the Corporation's Chief Compliance Officer recruiting efforts and described compliance training provided to the Corporation's senior leadership at an all-day meeting held on March 20, 2013 in Washington, D.C., and responded to questions from the Committee regarding the same.

## APPROVAL OF MINUTES

Mr. Devitre directed the Committee's attention to approval of the minutes from the February 20, 2013 meeting of the Committee and noted that these minutes previously had been sent to each Committee member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

RESOLVED, that the minutes of the February 20, 2013 meeting of the Committee be, and hereby are, approved in the form presented to this meeting.

CONFIDENTIAL

## EXECUTIVE SESSION

Next, Messrs. Dye, Ersek, Krollman, Hammond, and Dragovich were excused from the meeting, and the Committee met privately with Ms. Zimiles, Ms. Friesen, and Messrs. Greenberg and Graham to further discuss relationships with the State of Arizona Attorney General's Office and the Monitor and potential improvement areas, and Ms. Zimiles' assessment of and recommendations regarding the Corporation's progress in addressing the Monitor's recommendations. Ms. Zimiles was then excused and the Committee and Mr. Greenberg met privately with Mr. Graham and Ms. Friesen

**Redacted – Attorney Client Privilege** The discussions with Mr. Graham and Ms. Friesen during this portion of the meeting are subject to attorney-client privilege. Mr. Graham and Ms. Friesen were then excused and the Committee met in executive session with Mr. Greenberg.

There being no further business to address, upon a motion duly made and seconded, the meeting was adjourned at approximately 11:30 a.m. ET.

A true record.

_____
Darren A. Dragovich, Secretary to the
meeting of the Corporate Governance
Committee

_____
Dinyar S. Devitre, Secretary to the meeting
of the Corporate Governance Committee for
the portions of which Mr. Dragovich was
not present

2

CONFIDENTIAL