# Exhibit 74




# Southwest Border Program Summary

March 28, 2013

Materials prepared as March 15, 2013

Rich Krollman

Western Union Restricted ©2011 Western Union Holdings, Inc. All Rights Reserved.
Prepared at the Request of Counsel in Anticipation of Litigation. Attorney-Client Privileged Work Product.

CONFIDENTIAL

WU220_TEAMSTERS_0000407



# SWB Program Dashboard – As of March 15, 2013

## Current Program Progress

**Management Oversight**
- 9 Total Recommendations
  - 4 Complete
  - 5 In Progress
- Issues
  - No Issues

**Agent Management**
- 37 Total Recommendations
  - 18 Complete
  - 6 In Progress
- Issues
  - 5 Minor Issues
  - 8 Critical Issues

**Consumer/Txn Management**
- 36 Total Recommendations
  - 14 Complete
  - 11 In Progress
- Issues
  - 9 Minor Issues
  - 2 Critical Issues

**Case Management**
- 4 Total Recommendations
  - 4 In Progress
- Issues
  - No issues

**Training and Policies**
- 12 Total Recommendations
  - 8 Complete
  - 3 In Progress
- Issues
  - 1 Critical Issue

<u>Overall program 62% complete.</u>

The remaining SWB Program issues are rooted in one of three factors: the business model, the technology supporting WU / POS or the complexity of WU's business relationships:

- The program has a dependency on our Agents to comply. The Agent touch points are vast and complex:
  - 10 Mexico Agent Networks
  - 91 US Agent Networks
  - 12,000+ Retail Agents under 3,366 unique relationships
  - Approximately 15,000 Commercial business relationships in scope
- Compliance of POS system is challenging due to the number and differences between the environments. This includes 45 different POS systems/relationships – H2H, ECR, and WU. Adding additional complexity is the integration with 14 different third party POS vendors.
- Each business relationship and configuration that we are doing business with must comply and requires communication, negotiation and potentially contractual changes.

Western Union Restricted ©2011 Western Union Holdings, Inc. All Rights Reserved.
Prepared at the Request of Counsel in Anticipation of Litigation. Attorney-Client Privileged Work Product.
*Confidential*

CONFIDENTIAL                                                                 WU220_TEAMSTERS_0000408

2



# Southwest Border Program Summary
## As of March 15, 2013

### Program Status/Trend

| | |
|---|---|
| Overall: Improving (yellow) | Execution: Improving (green) |
| Risks: Static (yellow) | Financials: → (red) |

### Key SWB Program Upcoming Dates

Meeting with the AZ Attorney General
**February 28, 2013 (COMPLETE)**

New Monitor Begins
**March 15, 2013**

Real Time Controls and Interdiction Capability Complete
**June 30, 2013**

Revised Program Policy and Procedure Documents Complete
**June 30, 2013**

Internal Controls Program Complete
**June 30, 2013**

Full Case Management and Functionality Available
**August 31, 2013**

### Business Updates
- New Monitor identified, onsite visit to Denver planned for early April.
- The Monitor's WUBS due diligence is underway. Site visits being scheduled for March and April.
- Currently tracking and monitoring several key program issues.

### Current Program Issues

- **Global Due Diligence**
  Progress in approving applications remains slow. Less than 1% of the files are complete.

- **Beneficial Sender & Receiver Information**
  Concluded analysis of transactional data to determine deficiencies and map responses to close issues. An additional 24 projects identified, currently working to resource project teams. Several projects are systematically complex and will require development. Due to the system dependencies, required projects will be brought to the Operating Committee for prioritization.

- **Implementation of the FLA Controls for RMO/ECR**
  (Integrated cash register POS for retail money order product) is behind schedule. The ECR POS methodology is used by 22 National Accounts and requires development on their part to implement. At this time, only two of the ECR agents have committed to a timeline for development. Valero by June 2013 and 7-Eleven by September 2013. The remaining ECR agents have not responded or have not committed to development. FLA Controls are represented under four separate recommendations and have a nexus with a fifth recommendation related to training.

- **Product Controls**
  Monitor has yet to review or provide feedback on Product or Product Controls until the Risk Assessment has been approved and adopted. Discussions with Monitor illustrate he has specific concerns around Prepaid controls, Consumer ID practice for non face-to-face transactions and more specific concerns around Quick Collect offerings (e.g. Prison Pay).

- **Agent Dependencies**
  Several remaining recommendations or issues require action by our Agents. In some cases, our Agents are unable or unwilling to execute on required actions.

- **WUBS**
  The Monitor commenced due diligence in Washington DC January 8-9. Additional onsite visits planned for March and April. Program scope needs to be defined.

3

Western Union Restricted ©2011 Western Union Holdings, Inc. All Rights Reserved.
Prepared at the Request of Counsel in Anticipation of Litigation. Attorney-Client Privileged Work Product.

CONFIDENTIAL    WU220_TEAMSTERS_0000409    Confidential



# Southwest Border IT Program Summary
## As of March 15, 2013

The SWB IT Program health is 'yellow' as three core projects have deployment dates past the July settlement end date, and a high probability for scope expansion exists -- eight possible projects are under negotiation with the Monitor. IT target end date – December 31, 2013.

### Key IT Project Updates

- **Templates – 3/23/13**
  *Status:* On track for March 23 deployment of SWB US and Mexico templates.
  *Risks:* H2H rollouts expected to go past Settlement end date.

- **RTRA Enhanced Data Integrity and SWB Rules – 6/30/13**
  *Status:* EDI rules targeted to production in April. Monthly deliverables planned through June 2013.

- **iWatch Phase 2 – 6/30/13**
  *Status:* Fraud Case Management on track for May delivery. Mexico Suspicious Reporting, GDD and Agent Training analysis/design/build in progress.
  *Risk:* Requirements not yet received for Subpoena and Product Ventures. Six new projects pending approval and prioritization for larger systems enhancements.

- **Attempted Transaction Monitoring – 8/31/13**
  *Status:* Design, Build and QA Planning phases are underway in parallel. Plan to review overall design with IT Monitor in April.
  *Risks:* Many of the design tasks have slipped, therefore project schedule of 8/31 is at risk.

- **Government Sanctions and Interdiction – 12/31/13**
  *Status:* Finalize high level approach by March end, then work on Functional Spec. GNR training scheduled 3/26-3/27. Preliminary installation of GNR in progress,
  *Issues:* GSI project schedules are not fully developed yet. Due to size and scope of work, this date could very well extend into 2014.

- **FLA Controls – TBD**
  *Status:* FLA Controls for MT and RMO in production. CSC and TMT controls targeted for production by 3/31/13.
  *Issues:* FLA Controls issues exist where solutions still undefined with Monitor - four potential IT projects related to FLA Controls.

| IT SWB Projects Delivery Summary | |
|---|---|
| # Completed | 19 |
| # Active – Planned Deployment by 5/31 | 10 |
| # Active – At Risk for Deployment by 5/31 | 9 |
| # Active – Deployment Planned after 5/31 | 8 |
| # Potential – Not Started – Pending Monitor Decision | 8 |
| Total SWB IT Projects | 54 |

### Key SWB IT Project Upcoming Deployments

US and Mexico Compliance Templates
**March 23, 2013**

FLA Controls – CSC and TMT
**March 31, 2013**

RTRA US and Mexico EDI Rules
**April 30, 2013**

iWatch – Fraud & Agent Training Case Management
**May 31, 2013**

US MTbP Hypercomm Compliance Template
**May 31, 2013**

iWatch – GDD, Mexico Rpting, Subpoena
**June 30, 2013**

RTRA SWB Rules
**June 30, 2013**

4

Western Union Restricted ©2011 Western Union Holdings, Inc. All Rights Reserved.
Prepared at the Request of Counsel in Anticipation of Litigation. Attorney-Client Privileged Work Product.
Confidential