# Exhibit 75

# THE WESTERN UNION COMPANY

May 29-30, 2013

## MEETING OF THE
## BOARD OF DIRECTORS

A meeting of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held on Wednesday, May 29, 2013, beginning at 6:30 p.m. ET at the Milos Restaurant at 125 West 55th Street, New York, New York, and on Thursday, May 30, 2013, at 8:40 a.m. ET in the Presentation Room at the Corporation's Executive Offices at 505 Fifth Avenue, New York, New York. Board members Dinyar S. Devitre, Hikmet Ersek, Jack M. Greenberg, Richard A. Goodman, Betsy D. Holden, Linda Fayne Levinson, Roberto G. Mendoza, Michael A. Miles, Jr., and Solomon D. Trujillo were present. Also, at the invitation of the Board, Odilon Almeida, Raj Agrawal, John Dye, David Thompson, Scott Scheirman, Richard Williams, Luella Chavez D'Angelo, Michael Kilbane, Barry Koch, and Darren Dragovich of the Corporation and Manny Maceda, Sean O'Neill, Jason Heinrich, and Darcy Darnell (via teleconference) of Bain & Company ("Bain") were present for all or portions of the meeting. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Mr. Greenberg noted that Board member Wulf von Schimmelmann was excused from the meeting. Mr. Dragovich was requested to keep the minutes of the meeting.

## COMMITTEE REPORTS

On May 29, 2013, the Board met privately to receive reports from the Audit, Corporate Governance and Public Policy, and Compensation and Benefits Committees of the Board.

### Audit Committee

At Mr. Greenberg's request, Mr. Goodman provided a report of the meeting of the Audit Committee held May 29, 2013. Mr. Devitre reported that at such meeting, the Audit Committee received an independent auditor report regarding the plan, scope, and key considerations of Ernst & Young LLP's ("E&Y's") 2013 audit of the Corporation, including with respect to Western Union Business Solutions ("WUBS") internal controls and operating results, the Corporation's technology initiatives, and new and emerging product areas. Mr. Goodman reported further that the Audit Committee received an internal audit update, including with respect to an ongoing review by Deloitte & Touche of the Corporation's anti-money laundering ("AML") compliance program, processes and controls for certain aspects of the Corporation's AML compliance program in Mexico, and recent discussions regarding the Corporation's AML compliance testing framework between the Corporation's Internal Auditor and the Southwest Border Monitor (the "Monitor") appointed pursuant to the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc., a subsidiary of the Corporation, and the State of Arizona. Next, Mr. Goodman reported that the Audit Committee received updates regarding the Corporation's information technology strategy and projects and the Corporation's Enterprise Risk Management Program, and discussed the Corporation's capital structure strategy and global tax strategy. Lastly, Mr. Goodman reported that the Audit Committee received updates regarding ethics and litigation matters, and that all of the members of the Audit Committee attended the meeting of the Corporate Governance and Public Policy Committee of

the Board (the "Governance Committee") held May 29, 2013, at which an update regarding recent discussions and developments with the Monitor was provided. Lastly, Mr. Goodman reported that the Audit Committee approved resolutions regarding the 2013 independent audit plan, E&Y fees, and E&Y engagement letter, and indicated that the Audit Committee met privately with the Corporation's Internal Auditor and E&Y and in executive session.

### Corporate Governance and Public Policy Committee

Next, Mr. Greenberg requested Mr. Devitre to provide a report of the meeting of the Governance Committee held May 29, 2013. Mr. Devitre reported that the Governance Committee received a compliance and regulatory update from Mr. Dye, which included an introduction of Barry Koch, the Corporation's new Chief Compliance Officer, and a report regarding the Corporation's relationship and recent meetings with the Monitor. Mr. Devitre reported further that the Governance Committee received a presentation regarding the Corporation's "Agent Implementation and Management (AIM) Program" which includes tools being deployed and used by the Corporation's subsidiaries to analyze, enroll, and manage their [Redacted – Non-responsive] Next, Mr. Devitre reported that the Governance Committee reviewed and approved proposed revisions to the "Global Anti-Money Laundering Compliance Employee Training Policy," copies of which were previously provided to the Governance Committee and the Board, and the form of which is attached hereto as Exhibit A (the "AML Training Policy").

**Redacted – Non-responsive**

Next, Mr. Devitre reported that the Governance Committee discussed the designation of a Compliance Committee of the Board to assist in the review of the Company's AML compliance program and reviewed the proposed membership of the Compliance Committee, the proposed charter for such Committee, and proposed related amendments to the Governance Committee's Charter.

**Redacted – Non-responsive**

Lastly, Mr. Devitre reported that the Governance Committee met in executive session to discuss certain matters related to the Corporation's regulatory compliance programs.

**Redacted – Non-responsive**

CONFIDENTIAL

WU220_TEAMSTERS_0000446

**Redacted – Non-responsive**

### RESOLUTIONS

Mr. Greenberg then referenced resolutions approved by the Governance Committee at its meeting held May 29, 2013, and a report received by the Board regarding such meeting. After discussion, upon a motion duly made and seconded, the following recitals and resolutions were unanimously approved.

#### Global Anti-Money Laundering Compliance Employee Training Policy

**WHEREAS,** the Governance Committee has recommended to the Board that it approve the revised AML Training Policy in the form attached hereto as Exhibit A, and the Board deems it advisable and in the best interest of the Corporation to adopt, ratify, and approve the AML Training Policy.

**NOW, THEREFORE, BE IT RESOLVED,** that the Board, acting on the recommendation of the Governance Committee, hereby adopts, ratifies, and approves the AML Training Policy.

**Redacted – Non-responsive**

CONFIDENTIAL

The Western Union Company

Minutes of Meeting of the Board of Directors held May 29-30, 2013

Exhibit A

Global Anti-Money Laundering Compliance Employee Training Policy

11

CONFIDENTIAL

WU220_TEAMSTERS_0000448



# Global AML Compliance Employee Training Policy

**EXECUTIVE SUMMARY:** The purpose of this Global AML Compliance Employee Training Policy is to provide an overview of Western Union's Global AML Compliance Employee Training Program.

For questions on this policy, contact Mike Bingham, Sr. Manager, at 720.332.4626.



| Global AML Compliance Employee Training Policy | Policy Number: EC001<br>Effective Date: January 1, 2012<br>Revision Date: May 2013<br>Last Reviewed Date: May 2013<br>Policy Owner: John Dye, General Counsel<br>Approving Authority: Board of Directors of The Western Union Company |
|---|---|

### PURPOSE:

Western Union (the "Company") is committed to conducting business in conformity with ethical standards, to preventing its services from being used for illicit purposes, and to complying with all applicable anti-money laundering and terrorist financing laws and regulations.

To this end, the Company requires employees to complete Global AML Compliance Training on an annual basis as part of the Company's Global AML Compliance Employee Training Program.

### POLICY SCOPE:

This Global AML Compliance Employee Training Policy applies to Company employees.

### POLICY STATEMENT:

Western Union shall maintain a Global AML Compliance Employee Training Program to cover applicable AML Compliance laws, rules and regulations and Western Union's internal policies and controls. Global AML Compliance Training is made available through the Company's internal learning management system ("LMS"). Employees who have not been provided access to the Company's internal LMS will be provided a hard copy of the same AML employee annual training module being delivered by LMS. Tracking of successful completion of annual AML training by employees without access to LMS will be recorded and retained by other appropriate means.

Employees on a Company-approved leave for the period during which training is to be completed are exempt from completing the required annual Global AML Compliance Training during the period in which the employee is on a Company-approved leave. Such

employees will have 90 days after the date of their return from Company-approved leave to complete the required annual Global AML Compliance Training.

**RECORDKEEPING:**

Training records will be retained in accordance with the Western Union Records Information Management Policy and Retention Schedule, which at a minimum will be for the period required by applicable law or regulation.

**COMPLIANCE WITH POLICY:**

Company employees are required to follow this Policy. Global AML Compliance Training is mandatory for Company employees. Failure of a Company employee to successfully complete Global AML Compliance Training within the prescribed time period will result in disciplinary action, subject to applicable law, including but not limited to the following:

- Rating for Compliance objective for employee's annual performance review for applicable review period shall be a rating of "1" ("Does Not Meet")
- Reduction or loss of merit increase and/or compensation
- A reduction or forfeiture of bonus, if applicable
- Suspension
- Termination

**STANDARDS FOR COMPLETION:**

Company employees must complete the annual Global AML Compliance Training module no later than 90 days after the date of assignment. Successful completion requires a score of 100% on the self-test at the end of the module.

**EXCEPTIONS TO POLICY:**

There are no exceptions to this Policy.

CONFIDENTIAL                                                                                   WU220_TEAMSTERS_0000451