# Exhibit 76



# Compliance Update and Southwest Border Program Overview – Initial Impressions

Board of Directors Meeting

May 30, 2013

Privileged and Confidential - Prepared at the Direction of an Attorney

CONFIDENTIAL

WU220_TEAMSTERS_0000452

**WESTERN UNION WU**
moving money for better

# Compliance Update and Southwest Border Program Overview - Initial Impressions

## Key SWB Completed/Upcoming Dates

Meeting with Monitor in Denver to discuss MIP
**May 13, 2013 (COMPLETE)**

WUBS Receipt of Monitor Recommendations
**May 23, 2013**
(WU will have 30 days to respond/finalize)

Meeting with Monitor in Denver to discuss MIP
**June 3, 2013**

Monitor Testing
**June, 2013**

Next Court Date
**June 14, 2013**

## Program Overview / Highlights

- **Overview** – Ongoing discussions regarding program extension (as of May 21). Meetings with the Monitor and team were held in Denver the week of May 13th and will reconvene in Denver the week of June 3rd. Updates were made to approximately half of the items in the Monitor Implementation Plan and will be completed during the upcoming session.

- **Overall Impressions** – Describe progress and accomplishments; describe risks and challenges; Monitor Testing forecast. Major Issues still open include/relate to Sanctions Screening (IT solutions); FLA Authentication; Beneficial Sender and Receiver Information; Global Due Diligence and KYA (SWB and Latin America); Risk Assessment.

- **WUBS** – Discuss progress at recent three-day off-site with the integration team; discuss Monitor's newly issued requirements.

- **Redacted – Non-responsive**

- 
- 
- 

Privileged and Confidential - Prepared at the Direction of an Attorney

WU220_TEAMSTERS_0000453
CONFIDENTIAL