# Exhibit 77

# THE WESTERN UNION COMPANY

### July 17, 2013

### MEETING OF THE
### COMPLIANCE COMMITTEE

A telephonic meeting of the Compliance Committee (the "Compliance Committee" or "Committee") of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held Wednesday, July 17, 2013 at 11:00 a.m. ET. Present for all or a portion of the meeting were Independent Committee Members Jack M. Greenberg and Michael A. Miles, Jr., and Non-Voting Committee Member Hikmet Ersek. Also present at the invitation of the Committee for all or a portion of the meeting were John Dye, Barry Koch, and Darren Dragovich of the Corporation, David Graham of Sidley Austin LLP, Larry Hammond and Kathleen Brody of Osborn Maledon, P.A., and Ellen Zimiles of Navigant Consulting, Inc. Prior to proceeding, all participants confirmed that they could hear one another, and all Committee members waived notice of the time, place, and purpose of the meeting. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Mr. Greenberg noted that Independent Committee Member Dinyar S. Devitre was excused from the meeting. Mr. Dragovich was requested to keep the minutes of the meeting.

### SOUTHWEST BORDER UPDATE

#### Southwest Border Agreement

At Mr. Greenberg's request, Mr. Dye provided an update regarding recent amendments extending the term of the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc. ("WUFSI"), a subsidiary of the Corporation, and the State of Arizona (the "Settlement Agreement") until October 31, 2013. Mr. Dye also summarized recent discussions with the State of Arizona Attorney General's Office regarding other potential amendments to the Settlement Agreement, including possible further extension of the Settlement Agreement. During the discussion, Mr. Dye responded to questions from the Committee. These discussions at the meeting are subject to attorney-client privilege.

#### Project Tracking

Next, Mr. Greenberg requested Mr. Koch to provide an update regarding the Corporation's progress in meeting the recommendations of the Southwest Border Monitor (the "Monitor") appointed pursuant to the Settlement Agreement. Mr. Koch first reviewed an internal project tracking report, copies of which were previously provided to the Committee, during which he discussed estimated completion dates for various Monitor recommendations, including those related to know-your-agent and "agent look-back" processes, and senior management's process for reviewing progress toward meeting the recommendations. Mr. Koch also described a project action plan being developed with the Monitor and recent discussions with the Monitor regarding standards for measuring compliance with the recommendations.

### Western Union Business Solutions

Mr. Koch then discussed recent discussions with the Monitor regarding the Monitor's recommendations concerning Western Union Business Solutions ("WUBS"). Mr. Koch described objections raised by the Corporation to certain of the recommendations and plans to discuss such matters further with the Monitor.

### AML Risk Assessment

Mr. Koch then provided an overview of a draft document titled "Anti-Money Laundering Risk Assessment of the Southwest Border Area between the United States of America and the United Mexican States," copies of which were previously provided to the Committee (the "Draft AML Risk Assessment"). Mr. Koch described the purpose of the Draft AML Risk Assessment as a foundation for WUFSI's risk-based anti-money laundering ("AML") compliance program, and the methodology and source documents used in drafting the Draft AML Risk Assessment. Mr. Koch, Mr. Dye, Ms. Zimiles, and the Committee also discussed inherent and residual AML risks related to WUFSI's agents, services, consumers, and geographic regions, overall AML risk ratings and trends, AML risks associated with WUBS, the oversight of AML risks by the Compliance Committee, the Board, and management, and other matters.

**Redacted – Non-responsive**

### Top 5% Agent List Update

Mr. Koch then reviewed a document titled "Southwest Border Top 5% Agent Program," copies of which were previously provided to the Committee. In doing so, Mr. Koch provided an overview of the purpose and specific findings of WUFSI's model for identifying the top 5% of money transfer agents in the Southwest Border Area and the process for subjecting such agents to additional scrutiny.

During the discussion, Messrs. Dye, Koch, Hammond, and Graham and Ms. Zimiles responded to questions from the Committee.

**Redacted – Non-responsive**

2

CONFIDENTIAL

WU220_TEAMSTERS_0000463

> Redacted – Non-responsive

### CONSUMER FRAUD METRICS

Mr. Koch reviewed a document titled "Consumer Fraud Metrics," copies of which were previously provided to the Committee, and summarized global trends in consumer fraud transaction volume and principal. During the discussion, Mr. Koch responded to questions from the Committee.

### PRIVATE MEETING WITH CHIEF COMPLIANCE OFFICER AND EXECUTIVE SESSION

At the request of the Committee, Messrs. Ersek, Dye, Dragovich, Hammond, and Graham, and Mss. Brody and Zimiles were excused from the meeting, and the Independent Committee Members met privately with Mr. Koch. During the private meeting, Mr. Koch and the Independent Committee Members discussed the Corporation's compliance department staffing and resources, the Draft AML Risk Assessment, the Corporation's culture of compliance, and the level of support from the Corporation's senior management regarding regulatory compliance matters. Thereafter, Mr. Koch was excused and the Independent Committee Members met in executive session.

There being no further business to address, upon a motion duly made and seconded, the meeting was adjourned at approximately 12:40 p.m. ET.

A true record.

_____
Darren A. Dragovich, Secretary to the
meeting of the Compliance Committee

3