# Exhibit 79




NAVIGANT

# Presentation to the Compliance Committee regarding the Draft SWB RA, as of July 1, 2013, Supporting the AML Compliance Program

WESTERN UNION WU
moving money for better

July 17, 2013

DISPUTES & INVESTIGATIONS • ECONOMICS • FINANCIAL ADVISORY • MANAGEMENT CONSULTING

Western Union Restricted ©2011 Western Union Holdings, Inc. All Rights Reserved.
Prepared at the Request of Counsel in Anticipation of Litigation. Attorney-Client Privileged Work Product.

CONFIDENTIAL WU220_TEAMSTERS_0000477

# Table of Contents

I. Introduction & SWB RA Purpose 3
II. Approach & Guidance 4
III. SWB RA Key Concepts 5
IV. SWB RA Governance 8
V. Summary of Risk Findings 9
VI. Conclusion 15

Page 2
DISPUTES & INVESTIGATIONS • ECONOMICS • FINANCIAL ADVISORY • MANAGEMENT CONSULTING

CONFIDENTIAL

WU220_TEAMSTERS_0000478

# I. Introduction & Purpose

A. Introduction

1. Western Union Financial Services, Inc. ("WUFSI") developed this Southwest Border Risk Assessment ("SWB RA") in accordance with the Financial Action Task Force ("FATF") Risk Based Assessment ("RBA") Guidelines, as required by Monitor Engagement Letter 14 ("MEL"), to facilitate its efforts to implement an effective risk-based AML Compliance Program ("ACP").

2. SWB RA focus:
   a. Evaluate the AML risks faced by WUFSI & WUBS in the SWB WU *and*
   b. Identify those areas most susceptible to money-laundering activities.

B. Purpose

An effective tool for management to:

A. Make informed decisions regarding risk issues,

B. Allocate resources efficiently to address priority risk issues, and

C. Implement proportionate measures to mitigate residual risk.

CONFIDENTIAL

# II. Approach & Guidance

A. Approach

WUFSI's approach in developing the SWB RA helps ensure:

1. Proactive risk management process
2. Evolves in response to changing circumstances
3. Compliance management has demonstrate expertise
4. Risk Categories and Factors are consistent with industry guidance
5. Based on industry best-practices governance principles

B. Guidance

Management drew on numerous sources in developing the SWB RA. The principles sources based on MEL 14 requirements and FATF authority are:

1. FATF RBA Guidance (June 2007)
2. FATF RBA Guidance for MSBs (July 2009)
3. FinCEN's Guidance for MSBs (2008)

# III. SWB RA Key Concepts

A. Risk Categories: Highest level at which risk is assessed:

1. Geography
2. Agent
3. Consumer/Customer
4. Product

B. Risk Factors: Threats and vulnerabilities impacting one or more Risk Categories. For example,

1. Geography: border area, corruption level
2. Agent: cash based-business, geography
3. Consumer : account-based *versus* one-off transactions
4. Product: anonymity and cross-border

Page 5

DISPUTES & INVESTIGATIONS • ECONOMICS • FINANCIAL ADVISORY • MANAGEMENT CONSULTING

CONFIDENTIAL WU220_TEAMSTERS_0000481



# III. SWB RA Key Concepts

C. Risk Scoring – Process assigning a Risk Level.

1. Inherent Risk: Risk of money laundering without internal controls
2. Mitigating Controls Risk ("Controls Risk"): Impact of Controls
3. Residual Risk: Risk after the impact of Control Risk

D. Risk Levels: Risk Levels help management:

1. Understand the impact of risk
2. Assist in prioritizing and dedicating resources

Very High: Immediate action required.

High: Prioritized action required.

Medium: Address in normal course.

Low: No short-term action required to address risk.

CONFIDENTIAL

# III. SWB RA Key Concepts

E. Roles and Responsibilities

Effective RBA is a company-wide effort:

1. Board: Establishes "*tone from top*"
2. Governance Committee: Recommends approval of the Anti-Money Laundering Compliance Program ("ACP") to Board and guides continual improvement.
3. CEO: Reinforces "*tone from top*" message and allocates resources
4. Chief Compliance Officer ("CCO"): Owner of ACP and SWB RA; manages execution of program; drives compliance culture
5. General Counsel: Partners with CCO & SM to regarding ACP
6. Senior Management ("SM"): Plays the "first-line-of-defense"

CONFIDENTIAL

# IV. SWB RA Governance

Sound governance practices are key to success

A. Compliance Culture: The ACP based on SWB RA is shared with the BOD and SM to provide guidance regarding risks and resource allocation

B. Approval & Authorization: Governance Committee reviews all iterations and up-dates to the ACP and SWB RA and recommends approval

C. Annual Review: CCO owns the program and is responsible for execution and continual evolution

D. Internal Audit: Provides independent verification of the Companies' adherence to the policies and procedures regarding the development of the ACP and SWB RA



# V. Summary of Risk Findings

## A. Overview

The overall risk assessment of WUFSI and WUBS in the SWB-WU is HIGH. Considering the current state of the ACP, coupled with the evolving implementation and maturation of mitigating controls, WUFSI's/WUBS' overall residual risk in the SWB-WU is trending toward a LOWER risk quadrant.

RESIDUAL RISK LEVELS

Materiality
WUBS Agent
Geography
Agent
Product
Consumer
Drive Residual Risk to Lower Risk Quadrant
Probability

**Keys to Lowering Residual Risk**

Board & Executive Management Support

Timely Execution of Project Plans

Retaining Qualified Personnel

Adequate Resources Allocations

Enhancing Data Integrity

Robust Employee/Agent Training

# V. Summary of Risk Findings

B. Geographic Risk: The overall risk of the SWB WU is, per se, HIGH as determined by the U.S. Office of National Drug Control Policy.

1. Inherent Risk: VERY HIGH
   High volumes of trade and law-enforcement challenges provide an environment for criminals to exploit the SWB WU.

2. Mitigating Controls: MITIGATING
   The following are enhancements to the control environment at varying stages of implementation designed to reduce the risk of WUFSI's activities in the SWB WU.

   a. Agents & employee training,
   b. Agent compliance reviews,
   c. Real-time risk assessment (of transactions) ("RTRA"), and
   d. Enhanced back-office transaction monitoring.

3. Residual Risk: HIGH
   The referenced Mitigating Control have a positive impact on the risk of WUFSI's activities in the SWB WU, and do work to LOWER risk. Such controls, however, require further maturation to be fully effective.

# V. Summary of Risk Findings

C. Agent Risk: The overall Agent risk in WUFSI the SWB WU is HIGH. WUBS is MODERATE due to limited activity.

1. Inherent Risk: HIGH

   Agents are the first line of defense. If the Agents are unknowledgeable of, complicit in, or willfully blind to criminal activity, they present a vulnerability.

2. Mitigating Controls: NEUTRAL IMPACT

   a. Agents AML compliance training,

   b. Compliance Templates for Enhanced Data Integrity, and

   c. Enhanced Agent Diligence and Oversight.

3. Residual Risk: HIGH

   Mitigating Control have a positive impact and will work to LOWER risk.

   a. Require further improvement to be fully effective; and

   b. Need longer period of implementation to evaluate effectiveness.

# V. Summary of Risk Findings

D. Consumer Risk: Considering the anonymity of consumer activity in the light of mitigating controls, the overall Consumer Risk in the SWB WU is HIGH.

1. Inherent Risk: VERY HIGH
   Anonymity associated with such transactions makes environment very high risk.

2. Mitigating Controls: MITIGATING IMPACT

   a. Employee and Front-line AML compliance training

   b. RTRA rules to prevent money laundering at Point of Sale

   c. Enhanced back-office transaction monitoring through iWatch

3. Residual Risk: HIGH
   Effectiveness of the mitigating controls has been validated and demonstrated a positive impact, thereby driving Consumer Risk to a LOWER risk quadrant.

CONFIDENTIAL

# V. Summary of Risk Findings

E. Customer Risk: The anonymity of consumer activity in an account environment in the light of mitigating controls creates a HIGH risk.

1. Inherent Risk: VERY HIGH
   Despite the due diligence process for account opening, the on-line, anonymous environment is very high risk.

2. Mitigating Controls: MITIGATING IMPACT

   a. Employee AML compliance training

   b. Enhanced account opening procedures

   c. Back-office transaction monitoring

3. Residual Risk: HIGH
   While additional CIP and back-end controls are needs to manage Customer Risk, the mitigating controls drive Customer Risk to a LOWER risk quadrant.

# V. Summary of Risk Findings

F. Product Risk: Product risk in the SWB WU is HIGH due to anonymity, cash, high volumes, and cross-border.

1. Inherent Risk: HIGH
   The Risk Factors related to Product Risk of WUFSI's products in the SWB WU provide ample opportunity to the criminal element to exploit WUFSI's products.

2. Mitigating Controls: NEUTRAL IMPACT
   a. Intermediary Due Diligence enhancements
   b. Employee and Agent AML Training modules
   c. Improved CIP validation for prepaid client of intermediaries

3. Residual Risk: HIGH
   Mitigating Control have a positive impact and will work to LOWER risk.
   a. Require further improvement to be fully effective
   b. Need longer period of implementation to evaluate effectiveness

# VI. Conclusion

The overall risk environment of WUFSI in the SWB WU is **HIGH.**
Positive influence of implemented controls drive risk **LOWER** risk quadrant.
Maturation/enhancement of controls will contribute further to Residual Risk.

## Five Key Areas Planned to LOWER Residual Risk

AGENT OVERSIGHT
▪Increase Agent Knowledge to Fortify "First Line of Defense"
▪Enhanced Agent Oversight through Program Reviews
▪Strengthen Sub-agent Oversight
▪PWC Review Key Mexico Agents
BACK-OFFICE MONITORING
▪Galactic ID
▪Migration to iWatch System
▪64 New Business Rules
TRAINING
▪Enhanced Training Content for Employees and Agents
▪New Tracking System for Agents and Escalation Process
Real-time Risk Assessment - RTRA
▪Rolling Structuring Activity
▪Sanctions
▪Many-to-One Rule
▪Internal Interdiction List
▪Cross-field ID Validation
DATA INTEGRITY / OTHER
▪Agent Compliance Template to Standardized Consumer Information
▪Enhanced Due Diligence Procedures – Agents and Intermediaries