# Exhibit 80

## THE WESTERN UNION COMPANY

### July 18-19, 2013

### MEETING OF THE
### BOARD OF DIRECTORS

A meeting of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held on Thursday and Friday, July 18-19, 2013, beginning at 8:30 a.m. ET on each date in the Atrium and Presentation Room at the Corporation's Executive Offices at 505 Fifth Avenue, New York, New York and at the Langham Place Hotel, 400 Fifth Avenue, New York, New York. Board members Dinyar S. Devitre, Hikmet Ersek, Jack M. Greenberg, Richard A. Goodman, Betsy D. Holden, Linda Fayne Levinson, Roberto G. Mendoza, Michael A. Miles, Jr., Solomon D. Trujillo, and Wulf von Schimmelmann were present for all or portions of the meeting. Also, at the invitation of the Board, Odilon Almeida, Raj Agrawal, Kerry Agiasotis, Luella Chavez D'Angelo, John Dye, Jean-Claude Farrah, Patrick Gaston, Michael Kilbane, Diane Scott, David Thompson, Scott Scheirman, Richard Williams, and Darren Dragovich of the Corporation and Manny Maceda, Sean O'Neill, Jason Heinrich, Darcy Darnell, and David Cho of Bain & Company ("Bain") were present for all or portions of the meeting. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Mr. Greenberg noted that Board member Wulf von Schimmelmann was excused from the portion of the meeting held July 18, 2013. Mr. Dragovich was requested to keep the minutes of the meeting.

Prior to inviting members of management to join the meeting, the Board met in executive session.

### ADMINISTRATIVE MATTERS

#### Approval of Minutes

Mr. Dye and Mr. Dragovich joined the meeting, and Mr. Greenberg directed the Board's attention to approval of the minutes from the May 29-30, 2013 meeting of the Board and noted that these minutes were previously sent to each Board member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

> **RESOLVED**, that the minutes of the meeting of the Board held May 29-30, 2013 be, and they hereby are, approved in the form presented to this meeting.

**Redacted – Non-responsive**

> **Redacted – Non-responsive**

Compliance Committee

Next, Mr. Greenberg provided a report regarding the meeting of the Compliance Committee held July 17, 2013. Mr. Greenberg reported that the Compliance Committee received an update from Mr. Dye regarding recent amendments extending the term of the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc. ("WUFSI"), a subsidiary of the Corporation, and the State of Arizona (the "Settlement Agreement") until October 31, 2013, and regarding recent discussions with the State of Arizona Attorney General's Office concerning other potential amendments to the Settlement Agreement, including possible further extension of the Settlement Agreement. Mr. Greenberg then reported that the Corporation's Chief Compliance Officer, Barry Koch, reviewed an internal project tracking sheet setting forth estimated completion dates for various recommendations by the Southwest Border Monitor (the "Monitor") appointed pursuant to the Settlement Agreement, and reviewed and provided a status update regarding the Monitor's recommendations with respect to Western Union Business Solutions ("WUBS"). Next, Mr. Greenberg reported that Mr. Koch led a review of a draft document titled "Anti-Money Laundering Risk Assessment of the Southwest Border Area between the United States of America and the United Mexican States" (the "Draft AML Risk Assessment"), during which he described the purpose of the Draft AML Risk Assessment as a foundation for WUFSI's risk-based anti-money laundering ("AML")

CONFIDENTIAL WU220_TEAMSTERS_0000495

compliance program, and the methodology and source documents used in drafting the Draft AML Risk Assessment. Mr. Greenberg also reported that Mr. Koch led a review regarding each section of the Draft AML Risk Assessment, and that Mr. Koch, Mr. Dye, Ellen Zimiles from Navigant Consulting, Inc., and the Compliance Committee engaged in detailed discussion, which included questions and comments from the Compliance Committee, regarding various matters addressed in the Draft AML Risk Assessment, including with respect to inherent and residual AML risks related to WUFSI's agents, services, consumers, and geographic regions (including the fact that "high" risk assessments are likely inherent given the nature of WUFSI's business), overall AML risk ratings and trends, AML risks associated with WUBS, the oversight of AML risks by the Compliance Committee, Board, and management, and other related items. Mr. Greenberg reported further that Mr. Koch described the Corporation's "Comprehensive Geographic Risk Model" as an ongoing risk-based approach to specific country AML and consumer fraud risks using a variety of internal and external factors, and reported on the purpose and specific findings of WUFSI's model for identifying the top 5% of money transfer agents in terms of AML risk in the Southwest Border Area (the "5% Agent List Report"). Mr. Greenberg reported that Mr. Koch also discussed the utility of the 5% Agent List Report and possible alternatives being explored with the Monitor. Mr. Greenberg also reported that Mr. Koch provided an update regarding certain regulatory developments, risks, and investigations in various countries, and that Mr. Koch summarized global trends in consumer fraud transactions and principal. Mr. Greenberg reported further that the Compliance Committee met privately with Mr. Koch to discuss the Corporation's compliance department staffing and resources, the Draft AML Risk Assessment, the Corporation's culture of compliance, and the level of support from the Corporation's senior management regarding regulatory compliance matters. Lastly, Mr. Greenberg reported that the Compliance Committee met in executive session.

**Redacted – Non-responsive**

3