# Exhibit 81

# Global Compliance—Board Report

July 2013

**WESTERN UNION**
*moving money for better*

WU220_TEAMSTERS_0000497

CONFIDENTIAL

# Executive Summary

- Southwest Border Update
    - Litigation and Extension Agreement
    - Agreed Action Plan: Approach, Timetable
    - Project Tracking (attached)
    - WUBS Recommendations: Submissions to Monitor
    - Five-percent Agent List
- Risk Assessment Update (attached)
    - Review and Detailed Discussion; Q & A
- Comprehensive Geographic Risk Model (attached)
- Selected Global Developments (attached)
- Consumer Fraud Metrics (attached)



Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

WU220_TEAMSTERS_0000498
CONFIDENTIAL

Case 1:17-cv-00474-KLM   Document 57-81   Filed 01/17/18   USDC Colorado   Page 4 of 13

# WUBS Recommendations



- Monitor issued on June 3; Company responded on July 2.
- Substantial agreement on stated goals, but objections to certain prescribed solutions that are better left to the Company to determine and implement (for example, prescribed locations of certain personnel and prescribed organizational reporting structure).
- In addition, certain prescribed solutions may require extensive and costly technology work that could be more effectively achieved through appropriate procedures and rigorous testing.
- Scheduled to meet with Monitor's team on July 16.

**Redacted – Attorney Client Privilege**

Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

3

WU220_TEAMSTERS_0000499

CONFIDENTIAL

# Southwest Border Top 5% Agent Program

**Overview** – In accordance with the SWB Settlement, the Company has created the "5% Model" to identify the Company's 5% riskiest Agents in the SWB Area. Those Agents are subjected to additional scrutiny in the form of on-site and off-site reviews

## US Q1 2012 – Q1 2013 Top 5% Agents

| Quarter* | # of Agents on 5% List | Total Agent Count | Referrals - GMI to Field | | | |
|---|---|---|---|---|---|---|
| | | | Level 1 | Level 2 | Level 3 | Terminations |
| Q1 2012 | 166 | 5725 | 3 | 4 | 8 | 6 |
| Q2 2012 | 167 | 5287 | 2 | 7 | 6 | 2 |
| Q3 2012 | 176 | 5602 | 3 | 10 | 13 | 5 |
| Q4 2012 | 193 | 5376 | 0 | 5 | 14 | 12 |
| Q1 2013 | 262 | 5233 | Working | Working | Working | 8 |

*Quarter represents the quarter whose data was used to conduct a review

## MX Q1 2012 – Q1 2013 Top 5% Agents

| Quarter* | # of Agents on 5% List | Total Agent Count | Referrals - GMI to Field | | | |
|---|---|---|---|---|---|---|
| | | | Level 1 | Level 2 | Level 3 | Terminations |
| Q1 2012 | 66 | ** | 0 | 4 | 8 | 0 |
| Q2 2012 | 65 | 2717 | 0 | 0 | 1 | 0 |
| Q3 2012 | 89 | 2704 | 1 | 4 | 16 | 0 |
| Q4 2012 | 78 | 1566 | 0 | 6 | 7 | 0 |
| Q1 2013 | 76 | 1482 | Working | Working | Working | 3 |

*Quarter represents the quarter whose data was used to conduct a review
**Unique MX Agent count was unavailable prior to Q2 2012

## 5% Model
- Total Agent Count is defined as all Agents that transacted within the previous quarter
- Q1 2012 – Q4 2012 - The final percentage of Agents reviewed was less than 5% due to exclusions made in agreement with the Monitor
- The Top 5% Agents are defined as the top 5% of the total population with indicators of perceived money laundering activity
- 5% Model built in accordance with MEL 24.6, which requires Western Union to risk rank agents and then conduct investigations and on-site reviews of those agents who appear on the 5% list
- Model factors are based on transaction data and are scored using a decision tree model methodology

## 5% Agent Review
- On-site and Off-Site reviews are conducted quarterly following the production of the 5% List
- Level 1 = Critical / High Risk,    Level 2 = Moderate Risk      Level 3 = Low Risk
- Level 1, 2 and 3 designations are assigned to agents on the 5% List after Global Monitoring and Investigations has completed a review of the agents' transactions
- Global Compliance actions in Q2 2013, based on the Q1 2013 5% List are not complete at this time.



4

Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

CONFIDENTIAL

WU220_TEAMSTERS_0000500

# Southwest Border Top 5% Agent Program



## Overview

*Real-Time Rule Changes*

- LPMT (Large Principal Money Transfer) Rule went live for APAC to SWB on June 21, lowering the threshold for review from $15K to $7.5K, lowering the risk of LPMT transactions into the SWB by increasing the level of control. This aligns the APAC region with the LPMT threshold of $7.5K already in place for the rest of the world into the SWB
- Additional RTRA control implemented that requires agents who are on the 5% list to collect additional customer information to include 2 forms of ID, provide their occupation, date of birth and country of birth at $500 single transaction and an aggregate $1000 in a 24 hour period. The standard was to request this information at transactions $1000 or greater.

*WU Compliance Examinations*

- Terminated one agent location in Corpus Christi, TX when during a compliance review the agent CO admitted that he has conducted illegal transactions involving gambling. Agent suspended/terminated on the same day.
- Suspend to Terminate 3 locations in the Northern Mexico Border:
  - Sasabe & Altar, Sonora, 2 Telecomm locations suspended to terminate due to intelligence gathered which indicated that the region and the locations are participating in human smuggling and other illicit activities, and opposing cartel groups control the surrounding municipalities, including local law enforcement;
  - General Teran, Nuevo Leon, 1 Banamex Aqui location suspended to terminate due to numerous AML related functions that were being disregarded by the management of the locations (sharing operator ID's, timeliness of money transmissions, data integrity).
- Implemented monitoring controls at FLA level. Enhanced agent oversight processes to include FLA findings during inspections results. Most findings related to shared user IDs and/or FLA IDs not being up to date
- Communication improvements between GFO and GMI and its positive impact on the referral and V.P. Signoff processes; samples retrieved from GFO Monthly Reports:
  - An agent located in Lancaster, CA made a first-time appearance on the Top 5% list and was escalated as an L2 risk by GMI to GFO due to flipping, consumer networks, and questionable Agent activity. The location has been suspended and is scheduled for termination as a result of having an unsatisfactory compliance program and findings on the follow-up review. This case underwent the V.P. Signoff process and was approved for the suspension to termination decision.
  - A strategic account located in the Rio Grande Valley was escalated as an L2 risk by GMI (to GFO) as a result of identifying patterns similar to those discussed in GMI's Rio Grande assessment (described below); ties to human smuggling were confirmed through consumer interviews. As a proactive measure, a task force comprised of representatives from GFO, GMI, and GEC was created to strengthen the partnership with the strategic account and RTRA is working to inhibit the many-to-one and one-to-one activity. This case underwent the V.P. Signoff process and was approved.
  - Piedras Negras and Ciudad Acuna, Coahuila identified by GFO as high risk area due to a number of agents being located in close proximity to immigrant shelters; the nearby agents were referred to GMI. Investigations are underway and GMI is considering a review of the general area as a proactive measure.

*SWB Targeted Training*

- SWB Targeted Agent Training was provided in California, Texas and Arizona in the last three months to support various recommendations as part of the settlement agreement. The training included participants from Strategic Accounts, Networks, and Independent Agent locations. The topics covered were the SWB Enhanced Program, typologies and the current risk factors identified that are specific to SWB patterns. Over 250 Agent participants attended these targeted training sessions and Western Union Compliance received positive feedback on this latest Agent partnership.

Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

CONFIDENTIAL  WU220_TEAMSTERS_0000501

# Southwest Border Top 5% Agent Program

## Specific Findings

- Transactional risk driven by consumer activity as opposed to agent complicity continues to be present
- Completed all Agent investigations for the Q1 2013 5%. List  Approximately 18% of the 335 Agent investigations resulted in escalations.
- Escalations were most frequently characterized by consumer networks/groupings, geographic concentrations, data integrity and transaction patterns often found to be associated with human smuggling.
  - In total, 28 cases (14 in the United States and 14 in Mexico) from the 5% process identified confirmed instances of Human Smuggling.
  - Cases of Human Smuggling identified in the United States occurred primarily in Texas (13 of 14)
  - Cases of Human Smuggling identified in Mexico occurred in Culiacan, Sonora and Tamaulipas
- Higher Risk Cases:
  - An Agent in Corpus Christi, Texas was reviewed after appearing on the Q1 2013 5%. List. Investigation revealed a higher volume of transactions going to Pakistan, most banded in amounts just below the Western Union $1K threshold, that amounted to nearly $54K.  All of the transactions were paid out at the same Agent location in Pakistan, and timing patterns were apparent regarding all of the identified activity.  Activity was confirmed to be associated with "8 Liners" also known as illegal or underground gambling halls. Agent Middle Eastern Market and Deli has been terminated.
  - A small Credit Union (consisting of only a single branch) in Florida was reviewed due to the identification of multiple bank accounts receiving a large number of WU Money Orders.  A total of 3,906 WU MOs, totaling $2.6 million, were identified in WU SARs as having been deposited into these bank accounts between 2/28/2012 and 4/9/2013.  These MOs were purchased at various WU Agent locations all over the United States and deposited into several bank accounts at the Credit Union.  These bank accounts appeared to belong to various casas de cambio in Mexico as well as a business that was named in a criminal complaint for money laundering.  Many of these bank account numbers were sequential and many of the MOs were originally purchased several months before they were cashed.  Case was identified as being associated with Melek Services, a small network in El Paso, Texas.  Melek Services has been terminated.
  - This Agent was reviewed by Global Monitoring and Intelligence (GMI) after appearing on the Q1 2013 5%. List.  GMI conducted a review of the Agent's Money Transfer and Money Order activity taking place between 1/1/2013 and 5/4/2013 and had the following findings:  On the send side, Questionable Consumer Activity (QCA) involving a consumer grouping comprised of consumers sending banded transactions between $900-$950 which were paid out in Jamaica, Costa Rica and Nigeria.  Additionally, three (3) consumer networks were identified sending both higher and smaller dollar transactions which were paid out primarily in Jamaica, but in Costa Rica, Vietnam, Lebanon, and Mexico as well.  The consumers in these networks were primarily associated by common counterparties. Much of the information entered into the Western Union system appeared fictitious. The Agent entered false names such as James and Leroy Bond. Agent Idaho Market has been terminated.
- Finalized follow up assessment of Rio Grande Valley area – Key findings included:
  - Assessment included both US and MX side of border (first assessment focused on US side only)
  - Identification of questionable transactions paid on either side of the border from senders located in various U.S. states and/or countries, with no apparent familial relationship. Activity amounted to more than 14,000 transactions totaling roughly $13.1 million
  - Interviews with consumers suggest activity may in part be related to potential human smuggling
  - Questionable transactions  identified in lower principal amounts from $500 - $999, where previous assessment identified transactions  greater than $1, 000
  - No indications of Agent complicity were identified



Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

6

WU220_TEAMSTERS_0000502

CONFIDENTIAL

# Risk Assessment for the SWB

- WUFSI and WUBS: products, transactions, and geographies in which they operate are often considered high risk according to traditional risk-rating attributes for financial institutions.
- Risk Assessment intended to fulfill obligation under Paragraph 14 of the Monitor Engagement Letter; it is the foundation upon which the AML program is built: a "constitutional" document.
- Scheduled to meet with Monitor's team on July 16.

**Redacted – Attorney Client Privilege**

- The Risk Assessment is informed by many source documents (regulatory, industry, law enforcement) as well as case studies, trending and corridor analysis, data analytics, industry benchmarking, employee interviews, etc.



Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

7

WU220_TEAMSTERS_0000503

CONFIDENTIAL

# Comprehensive Geographic Risk Model
### responsive to Monitor Recommendation



Western Union's *Comprehensive Geographic Risk Model* was created to provide an ongoing risk-based approach to country risk, specific to Western Union. A country's risk ranking is calculated using a variety of internal and external risk factors targeting AML, Fraud, and CFT risk. These factors include but are not limited to:

**Internal Risk Factors:**
- Global Compliance agent investigations
- Reported transactions (e.g. SARs)
- Consumer networks and abnormal transaction patterns

**External Risk Factors:**
- FATF- High-Risk and Non-Cooperative Jurisdictions
- State Department - International Narcotics Control Strategy Report
- World Bank - Regulatory Quality & Government Effectiveness

**Global Compliance actions based on the *Comprehensive Geographic Risk Model***
- GMI Monthly Monitoring of Top 10 High Risk, Top 10 Emerging, and the U.S., Sudan and Myanmar (23 Countries)
  - Consumer cases are selected in each of the Top 10 countries
  - Agent cases are selected from CMPS and Exception Reports (MT/MO Spike Report, etc). Cases may also be initiated based on referrals from Regulatory Reporting, Regional Compliance, Corporate Security, etc.
  - Enhanced monthly monitoring is conducted for China using the Enhanced Monitoring Tool in Tableau

### Top 10 High Risk Countries

| Country Name | Comp Geo Risk Rank | Inherent Risk Rank | Revenue Rank |
|---|---|---|---|
| CHINA | 1 | 22 | 15 |
| LIBYA | 2 | 18 | 60 |
| RUSSIA | 3 | 24 | 12 |
| ANGOLA | 4 | 20 | 37 |
| EGYPT | 5 | 46 | 42 |
| SAUDI ARABIA | 6 | 93 | 9 |
| VIET NAM | 7 | 42 | 35 |
| CONGO | 8 | 30 | 62 |
| TURKEY | 9 | 115 | 16 |
| YEMEN | 10 | 23 | 99 |

### Countries with Emerging and Ongoing Risk

| Country Name | Comp Geo Risk Rank | Inherent Risk Rank | Revenue Rank |
|---|---|---|---|
| SYRIA | 13 | 41 | 113 |
| IRAQ | 19 | 29 | 88 |
| MEXICO | 25 | 103 | 8 |
| MALAYSIA | 29 | 120 | 28 |
| UKRAINE | 42 | 39 | 27 |
| PERU | 53 | 133 | 41 |
| PARAGUAY | 95 | 79 | 43 |
| COLOMBIA | 136 | 104 | 21 |
| SPAIN | 142 | 144 | 17 |
| CHILE | 200 | 199 | 47 |

Emerging and Ongoing Risk Countries are based on Global Monitoring and Intelligence (GMI) investigative concerns, regional feedback or geopolitical events.

8

Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

CONFIDENTIAL                                             WU220_TEAMSTERS_0000504

# Selected Global Developments



| Business Segment | Issue | |
|---|---|---|
| Global Consumer Financial Services (GCFS) | Redacted – Non-responsive | Redacted – Non-responsive |
| | Redacted – Non-responsive | Redacted – Non-responsive |
| | Significant Cases/Investigations | • **India** –State Bank of India in Kangpokpi, India appeared on the March-April WU Fraud Policy Report. Analysis conducted on pay activity between 4/1/2013 and 5/26/2013 identified that confirmed and potential fraud account for more than a third of paid transactions, all were sent from United States consumers. Senders reported being victims of *"advance fee for loan"* and *"charitable donation funds"* scams. Multiple transactions were paid out minutes apart each day. Multiple or common dates of birth and ID numbers were entered for multiple payees. The activity at this location increased approximately 300% beginning in March 2013. Despite the availability of three Operator IDs, all transactions appear to be recorded by a single Operator ID. A Critical Escalation was sent to Regional Compliance. |
| | | Redacted – Non-responsive |

Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

WU220_TEAMSTERS_0000505

CONFIDENTIAL

| Business Segment | Significant Cases/Investigations | Issue |
|---|---|---|
| Global Consumer Financial Services (GCFS) | | • Redacted – Non-responsive<br>• <br>• **United States – Pennsylvania** – Sunrise Convenience Store, located in Pennsylvania, appeared on the March-April 2013 WU Fraud Policy Report. Transaction and fraud complaint analysis conducted between 4/1/2013 and 5/28/2013 identified a spike in pay volume, instances of transactions of the same and/or similar dollar amounts paid out minutes apart to multiple payee names, single payees with transactions from multiple senders (no apparent familial relationship between senders and the payee), instances of single individuals sending transactions to two receivers (no apparent familial relationship between the sender and payees, and transactions are typically received minutes apart by the payees). Confirmed fraud accounted for 22% of the pay volume; however, nearly all pay transactions exhibited the same pattern suggesting that fraud could account for nearly 100% of the pay activity for this Agent. Fraud Risk Management suspended the Agent on 5/31/13 pending investigation. An interview with the Agent owner did not reveal that rehabilitation may be possible. Fraud Risk Management is moving to terminate this location. |



10

Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

WU220_TEAMSTERS_0000506

CONFIDENTIAL

# Selected Global Developments

| Business Segment | | Issue |
|---|---|---|
| Western Union Business Solutions (WUBS) | Significant Risks | • Redacted – Non-responsive<br>• Recent announced retirements and resignations, one in APAC at the Director level, and one in the UK at the Senior Manager level pose risks to the programs within their jurisdictions. Given the recent SWB recommendations for the WUBS line of business, failure to staff accordingly could limit our ability to address said recommendations. Requisitions for replacements have been submitted. |
| | Redacted – Non-responsive | • Redacted – Non-responsive |
| Western Union Product and Channel Support | Significant Risks | • **Mexico** - Mexico D2B service with Scotiabank still available to consumers. Continuing this service in Mexico heightens SWB risks associated with M27 & M28 recommendations. AML requirements were provided, along with working with regional compliance and business partners on KYC enhancement options. Product & Channel Support presenting issue to Legal for recommendation. |
| | Redacted – Non-responsive | |



Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

11

WU220_TEAMSTERS_0000507

CONFIDENTIAL

# Consumer Fraud Metrics

## Consumer Fraud Transactions



Global Consumer Fraud Transaction Volume

Global Consumer Fraud Transaction Principal



Global Consumer Fraud Principal Prevented YTD Comparison

| Year | Prevented $ |
|---|---|
| 2007 | $17.0 |
| 2008 | $15.2 |
| 2009 | $11.0 |
| 2010 | $26.9 |
| 2011 | $68.3 |
| 2012 | $119.1 |
| 2013 | $307.5 |



Global Consumer Fraud Principal Paid YTD Comparison

| Year | Paid $ |
|---|---|
| 2007 | $22.7 |
| 2008 | $17.0 |
| 2009 | $16.9 |
| 2010 | $31.5 |
| 2011 | $42.6 |
| 2012 | $31.5 |
| 2013 | $2.9 |

- Consumer fraud losses have been trending downwards since Q2 2011. In March 2011, Western Union senders reported losing $10.7 M to consumer fraud scams compared to $2.6M reported losses in May 2013. This trend is primarily attributable to 3 factors: 1.) Program Management Strategy; 2.) Organizational Structure Changes; 3.) Program Investment.



Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

12

CONFIDENTIAL

WU220_TEAMSTERS_0000508