# Exhibit 82

# THE WESTERN UNION COMPANY

### September 9, 2013

### MEETING OF THE
### COMPLIANCE COMMITTEE

A telephonic meeting of the Compliance Committee (the "Compliance Committee" or "Committee") of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held Monday, September 9, 2013 at 12:30 p.m. ET. Present for all or a portion of the meeting were Independent Committee Members Jack M. Greenberg, Michael A. Miles, Jr., and Frances Fragos Townsend. Also present at the invitation of the Committee for all or a portion of the meeting were John Dye, Barry Koch, Christopher Gaskill, and Darren Dragovich of the Corporation, David Graham of Sidley Austin LLP, Larry Hammond and Kathleen Brody of Osborn Maledon, P.A., and Ellen Zimiles of Navigant Consulting, Inc. Prior to proceeding, all participants confirmed that they could hear one another, and all Committee members waived notice of the time, place, and purpose of the meeting. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Mr. Gaskill was requested to keep the minutes of the meeting.

### REVIEW OF MINUTES

Mr. Greenberg directed the Committee's attention to approval of the minutes from the July 17, 2013 and August 19, 2013 meetings of the Committee and noted that these minutes were previously provided to each Committee member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

**RESOLVED**, that the minutes of the July 17, 2013 and August 19, 2013 meetings of the Committee are approved in the form presented to this meeting.

### GLOBAL COMPLIANCE UPDATE

#### Southwest Border Update

##### Southwest Border Agreement

At Mr. Greenberg's request, Mr. Dye summarized recent discussions with the State of Arizona Attorney General's Office regarding potential amendments to the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc. ("WUFSI"), a subsidiary of the Corporation, and the State of Arizona (the "Settlement Agreement"), including possible further extension of the Settlement Agreement and the key features of such potential extension. During the discussion, Mr. Dye responded to questions from the Committee. These discussions at the meeting are subject to attorney-client privilege.

### Western Union Business Solutions

Mr. Koch then directed the Committee's attention to a presentation entitled "Global Compliance – Compliance Committee Report – September 9, 2013," copies of which were previously provided to the Committee (the "Global Compliance Update"), and slides contained therein regarding Western Union Business Solutions ("WUBS"). With reference to the presentation, Mr. Koch reviewed recent discussions with the Southwest Border Monitor appointed pursuant to the Settlement Agreement (the "Monitor") regarding the Monitor's recommendations concerning WUBS, including recommendations related to compliance with the rules of the United States Office of Foreign Assets Control ("OFAC"), the creation of a financial intelligence unit within WUBS, transaction monitoring, data integrity, and other items. During the discussion, Mr. Koch, Mr. Dye, and Ms. Zimiles responded to questions from the Committee.

### Agreed Action Plan Update

Mr. Koch next described a project action plan being developed with the Monitor (the "Agreed Action Plan") for the purpose of documenting standards for measuring compliance with the Monitor's recommendations and procedures for testing such compliance. Mr. Koch noted that he was working through modifications with the Monitor to the original draft Agreed Action Plan submitted to the Monitor in July 2013. Mr. Koch also discussed recent additions to the Corporation's compliance department leadership team, including a Deputy Chief Compliance Officer, a Chief Operating Officer, a Suspicious Activity Reporting Control Officer, and other senior leadership positions overseeing global compliance programs, policies and procedures, new products, and the Corporation's digital business. During the discussion, Mr. Koch responded to questions from the Committee.

### Risk Assessment Update

Mr. Koch then led discussion regarding a revised draft of the "Anti-Money Laundering Risk Assessment of the Southwest Border Area between the United States of America and the United Mexican States," copies of which were previously provided to the Committee (the "Draft AML Risk Assessment"). Mr. Koch began the discussion by reviewing the drafting process for the Draft AML Risk Assessment and the next steps in that process, including review of the Draft AML Risk Assessment by the Corporation's executive management. Ms. Zimiles then described specific changes made to the Draft AML Risk Assessment in response to the Committee's discussion at its meeting held August 19, 2013 and recommendations by members of management and the Monitor, including with respect to anti-money laundering ("AML") risk controls, network security, inherent and residual AML risk levels, and Board and Committee roles and responsibilities with respect to AML risk. Mr. Koch informed the Committee that the Monitor indicated he is generally satisfied with the content of and drafting process for the Draft AML Risk Assessment to date, and reviewed changes to the Draft AML Risk Assessment suggested by the Monitor. During this portion of the meeting, Messrs. Koch, Dye and Graham, Ms. Zimiles, and the Committee engaged in detailed discussion, which included questions and comments from the Committee and Mr. Graham, regarding various sections of the Draft AML Risk Assessment, including with respect to the matters described above by Mr. Koch and Ms. Zimiles.

CONFIDENTIAL

WU220_TEAMSTERS_0000521

**Redacted – Non-responsive**

<u>Consumer Fraud Metrics</u>

Mr. Koch then referenced a slide in the Global Compliance Update titled "Consumer Fraud Metrics" summarizing recent trends in consumer fraud transaction volume and principal paid and prevented.

<u>PRIVATE MEETING WITH CHIEF COMPLIANCE OFFICER AND EXECUTIVE SESSION</u>

At the request of the Committee, Messrs. Dye, Dragovich, Gaskill, Hammond, and Graham, and Mss. Brody and Zimiles were excused from the meeting, and the Independent Committee Members met privately with Mr. Koch.

There being no further business to address, upon a motion duly made and seconded, the meeting was adjourned at approximately 1:40 p.m. ET.

A true record.

_____
Christopher Gaskill, Secretary to the meeting of the Compliance Committee

3