# Exhibit 83



Global Compliance – Compliance Committee Report

September 9, 2013

WU220_TEAMSTERS_0000523

CONFIDENTIAL

# Executive Summary

## Southwest Border

- Meetings with the Monitor

  - A draft of the Agreed Action Plan was submitted to the Monitor on July 31st after extensive internal review and discussion with business partners.  Meetings with the Monitor and his team the week of August 12th, after which the document was revised to incorporate Monitor input.  Provided a revised AAP on August 26th, in advance of meetings scheduled in Washington D.C. the weeks of September 9th and September 16th.  Monitor also provided positive input to the SWB Risk Assessment; revised version, incorporating internal and Monitor comments, circulated for discussion at September 9th Committee meeting.

- Met with representatives of Arizona Attorney General's Office on August 22 to discuss Extension Agreement.  John Dye to provide update.

- On August 19, 2013, the Monitor issued 26 additional Recommendations to WUBS, which are in addition to the existing 91 Monitor Recommendations originally issued to WUFSI. There are also an additional 18 Recommendations that were written for WUFSI and are now being extended to WUBS.



Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

3

CONFIDENTIAL

WU220_TEAMSTERS_0000524

# Executive Summary ...continued

## Southwest Border

- Additional WUBs Recommendations

  - WUBS Basic Facts
    - Acquisitions of Custom House (2009) and Travelex Global Business Payments (2011)
    - Over 100,000 clients (at 8/31/2013)
    - 135 payment currencies (wires, drafts, ACH)
    - Spot FX, Forward Contracts, Exchange Rate Bids/Options Contracts
    - Bank partners in 70+ countries; licensed affiliates in 32 countries
    - >4,000 outbound payments per day
    - >USD 8 Billion annual volume
    - Approximately 2,000 employees and 80 offices worldwide
    - Transaction and Origin Information in SWB (through November 2012):
      - Customers:                        93
      - Principal:                        $87,000,000
      - Transactions:                     1,579
      - Total Revenue:                    $322,300
      - Average Transaction Value:  $55,000



Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

WU220_TEAMSTERS_0000525

CONFIDENTIAL

# Executive Summary ...continued

## Southwest Border

- New WUBS Recommendations ("headlines")
  - SWB Risk Assessment
  - New Products Risk Assessment
  - Review and Enhance Policies and Procedures (especially re: termination of customers for AML reasons)
  - Creation of Compliance Manual
  - KYC "Refresh" including development of customer risk ranking methodology
  - Enhanced Onboarding procedures (customer risk narrative, iWatch searches)
  - OFAC Enhancements
  - Enhanced PEPs policy and procedures
  - Create Financial Intelligence Unit
  - Enhanced training
  - Holistic view for investigators (IT upgrades)
  - Galactic ID
  - Data electronically searchable
  - Enhanced transaction monitoring
  - Enhanced Data Integrity
  - Compliance as a rating factor in non-Compliance staff annual review.



Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

WU220_TEAMSTERS_0000526

CONFIDENTIAL

# Appendix II: Global Developments

| Business Segment | Significant Risks | Issue |
|---|---|---|
| Global Consumer Financial Services (GCFS) | | **Redacted – Non-responsive**<br><br>• **Data Integrity Issues (Elektra)** - Reviewed continued data integrity issue originating from Elektra's practice of inputting its own telephone number instead of the actual consumer's telephone number into the compliance template when executing transactions. Discussion held between Mexico Compliance, SWB Compliance, SWB CCO, GMI, and Governance & Internal Controls to align on final course of action, which is to require valid telephone number for all transactions and rely on automation to enforce through WU data integrity control at the point of sale. Elektra will be advised of the requirement which will be enforced starting September 1st. |
| | Redacted – Non-responsive | **Redacted – Non-responsive** |



Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

WU220_TEAMSTERS_0000527

CONFIDENTIAL

# Appendix II: Global Developments

| Business Segment | Issue | |
|---|---|---|
| | Significant Cases/Investigations | |
| Global Consumer Financial Services (GCFS) | | **Redacted – Non-responsive**<br><br>• **Lithuania** – On information provided by Global Investigations, the Cyber Crime Department of the Lithuanian Criminal Police Bureau in cooperation with **Europol** have started a criminal investigation into a fraudulent travel agency selling nonexistent air tickets to customers from all over the world and requesting payments through WU. Global Investigations has established that this scam has been active since 2011 and about 300 transactions for almost $300K were sent by the victims. Since the detection of the fraudulent site, Global Investigations has managed to interdict all receivers and block most of the fraudulent transactions. |



Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

CONFIDENTIAL

WU220_TEAMSTERS_0000528

# Appendix III: Consumer Fraud Metrics

## Consumer Fraud Transactions







- As we continue to manage fraud controls through CCB program adjustments as well as the implementation of the receiver template reduction in July, consumer fraud principal losses continue to decrease. The US to MX Grandparent Scam adjustment in June also contributed to the reduction in consumer fraud losses in July.



Western Union Confidential | ©2013 Western Union Holdings, Inc. All Rights Reserved.

WU220_TEAMSTERS_0000529

CONFIDENTIAL