# Exhibit 84

## THE WESTERN UNION COMPANY

### October 11, 2013

### MEETING OF THE
### BOARD OF DIRECTORS

A meeting of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held on Friday, October 11, 2013, beginning at 8:00 a.m. ET in the Atrium and Presentation Rooms at the Corporation's Executive Offices at 505 Fifth Avenue, New York, New York. Board members Dinyar S. Devitre, Hikmet Ersek, Jack M. Greenberg, Richard A. Goodman, Betsy D. Holden, Linda Fayne Levinson, Roberto G. Mendoza, Michael A. Miles, Jr., Frances Fragos Townsend, Solomon D. Trujillo, and Wulf von Schimmelmann were present for all or portions of the meeting. Also, at the invitation of the Board, John Dye, Scott Scheirman, David Thompson, Diane Scott, Odilon Almeida, Raj Agrawal, Luella Chavez-D'Angelo, Jean-Claude Farah, Michael Kilbane, Barry Koch, Richard Williams, and Darren Dragovich of the Corporation, and Manny Maceda, Jason Heinrich, and David Cho of Bain & Company ("Bain") were present for all or portions of the meeting. The meeting was called to order by Mr. Greenberg, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

### EXECUTIVE SESSION

At Mr. Greenberg's request, prior to inviting members of management to join the meeting, the Board met in executive session. Among other items, the Board discussed the following, each of which individual Board members discussed with management during the week of September 23, 2013: (i) potential amendments (the "Amendments") to the Settlement Agreement (the "Settlement Agreement") dated February 11, 2010 entered into between Western Union Financial Services, Inc. ("WUFSI"), a subsidiary of the Corporation, and the State of Arizona (the "State"), including possible further extension of the Settlement Agreement and the key features of such Amendments; and (ii) the purpose and key features of the draft "Anti-Money Laundering Risk Assessment of the Southwest Border Area between the United States of America and the United Mexican States" (the "AML SWB Risk Assessment").

At the conclusion of the executive session, Messrs. Scheirman, Dye, Koch, and Dragovich joined the meeting.

### ADMINISTRATIVE MATTERS

#### Approval of Minutes

Mr. Greenberg directed the Board's attention to approval of the minutes from the July 18-19, 2013 meeting of the Board and noted that these minutes were previously sent to each Board member for review. Upon a motion duly made and seconded, the following resolution was unanimously approved.

> **Redacted – Non-responsive**

### SOUTHWEST BORDER SETTLEMENT AGREEMENT UPDATE

At Mr. Greenberg's request, Mr. Dye summarized recent discussions with the State of Arizona Attorney General's Office regarding the Amendments to the Settlement Agreement, including possible further extension of the Settlement Agreement and the key features of such Amendments. Mr. Dye referenced discussions between individual members of the Board and management regarding such matters during the week of September 23, 2013, including with respect to the proposed term of the extension, the requirements for the Corporation and WUFSI under the Amendments and the standards and process for measuring and testing successful completion of such requirements, the duties and responsibilities of the Corporation's Chief Compliance Officer, data production requirements, the State's potential remedies under the Amendments if the Corporation or WUFSI does not meet its obligations, and other matters, and the Committee discussed such items further with Messrs. Dye and Koch. During the discussion, Messrs. Dye and Koch responded to questions from the Board. After the discussion, the Board agreed to discuss the Amendments further at a subsequent meeting. These discussions at the meeting are subject to attorney-client privilege.

### SOUTHWEST BORDER RISK ASSESSMENT APPROVAL

Mr. Koch then referenced discussions held with individual Board members during the week of September 23, 2013, in which he briefed them regarding the purpose and key features of the AML SWB Risk Assessment, copies of which were previously provided to the Board, including with respect to WUFSI's anti-money laundering ("AML") risk controls, network security, inherent and residual AML risk levels, and Board and Committee roles and responsibilities with regard to AML risk. Mr. Koch also referenced a memorandum from him to the Board titled "Summary of SWB Risk Assessment for WUFSI and WUBS – September 20, 2013," copies of which were also previously provided to the Board. After discussion, upon a motion duly made and seconded, the following recitals and resolutions were unanimously approved.

**WHEREAS**, the Board has reviewed the proposed AML SWB Risk Assessment, to be approved by WUFSI in connection with discussions with the Southwest Border Monitor (the "Monitor") appointed pursuant to the Settlement Agreement; and

**WHEREAS**, the Board has been apprised by counsel for the Corporation of the discussions and relationship with the Monitor and, after considering the potential financial, regulatory, and reputational consequences of the AML SWB Risk Assessment,

3

and based on the recommendation of the Board's Compliance Committee (the "Compliance Committee"), has determined that it is in the best interest of the Corporation and its stockholders for WUFSI to approve the AML SWB Risk Assessment with such changes as the Chair of the Compliance Committee and Independent Compliance Committee Member Dinyar S. Devitre deem necessary or appropriate.

**NOW, THEREFORE, BE IT RESOLVED,** that the Board, based on the recommendation of the Compliance Committee, deems it advisable and in the best interest of the Corporation and its stockholders for WUFSI to approve the AML SWB Risk Assessment with such changes as the Chair of the Compliance Committee and Independent Compliance Committee Member Dinyar S. Devitre deem necessary or appropriate; and

**FURTHER RESOLVED,** that the proper officers of the Corporation and/or WUFSI are hereby authorized and directed to (i) take any and all such actions as such officers, or any of them individually, in their discretion deem necessary or appropriate to memorialize, effectuate and carry out the AML SWB Risk Assessment, including the execution and delivery of any agreement, letter of intent, memorandum of understanding, acknowledgment, certificate, consent, direction or other document or instrument related thereto upon such terms and conditions as are approved by any such officer in accordance with the policies of the Corporation, and (ii) make any and all necessary filings and seek any and all consents and/or regulatory approvals, regarding the AML SWB Risk Assessment and any related agreements, as such officers, or any of them individually, deem necessary or appropriate.

**Redacted – Non-responsive**

CONFIDENTIAL

**Redacted – Non-responsive**

**Committee Reports**

Audit Committee

At Mr. Greenberg's request, Mr. Goodman provided a report of the meeting of the Audit Committee held October 10, 2013. Mr. Goodman reported that at such meeting, the Audit Committee received updates regarding ethics and litigation matters, and recent discussions with

15

the State regarding the Amendments to the Settlement Agreement, including possible further extension of the Settlement Agreement and the key features of such Amendments. Mr. Goodman also reported that the Audit Committee received updates regarding the AML SWB Risk Assessment and the draft project action plan titled "Draft Western Union Financial Services Inc. Agreed Action Plan Under the Settlement Agreement Amendment with the State of Arizona" (the "Draft Agreed Action Plan") and that the Audit Committee received a report from the Chair of the Compliance Committee regarding that Committee's discussions concerning Southwest Border and other compliance matters at its meeting held October 7, 2013.

**Redacted – Non-responsive**

**Redacted – Non-responsive**

16

> **Redacted – Non-responsive**

Compliance Committee

    Next, Mr. Greenberg provided a report regarding the meeting of the Compliance Committee held October 7, 2013. Mr. Greenberg reported that the Compliance Committee received an update from Mr. Dye regarding recent discussions with the State concerning the Amendments, and that the Compliance Committee intends to discuss the Amendments further at a subsequent meeting. Next, Mr. Greenberg reported that Mr. Koch reviewed with the Compliance Committee the AML SWB Risk Assessment and the Draft Agreed Action Plan, and that the Compliance Committee approved resolutions recommending that the Board approve the AML SWB Risk Assessment. Mr. Greenberg also reported that the Compliance Committee discussed with Mr. Koch the potential resources needed in 2014 and thereafter with respect to execution of the Draft Agreed Action Plan, and that the Compliance Committee asked management to assess and report back to it at a subsequent meeting regarding such resource needs and the potential revenue impact of the recommendations by the Monitor appointed pursuant to the Settlement Agreement. Mr. Greenberg reported further that the Compliance Committee agreed that any discussions with the Committee to date regarding the potential resource needs and revenue impact associated with the Draft Agreed Action Plan have been preliminary and that further analysis and discussion regarding those matters is needed at a subsequent Compliance Committee meeting. During the discussion, Mr. Greenberg responded to questions from the Board.

> **Redacted – Non-responsive**

    There being no further business to address, on a motion duly made and seconded, the meeting was adjourned at 4:10 p.m. ET.

CONFIDENTIAL

WU220_TEAMSTERS_0000551