# Exhibit 85

<u>(Copy of memo previously provided to the Board)</u>

# MEMORANDUM

TO:        Members of the Board of Directors
           The Western Union Company

FROM:      Barry M. Koch, SVP and Chief Compliance Officer

DATE:      September 20, 2013

SUBJECT:   <u>Summary of SWB Risk Assessment for WUFSI and WUBS</u>

---

The Company's Southwest Border Anti-Money Laundering Risk Assessment is scheduled to be presented for adoption at the upcoming meeting of the Board of Directors. I have prepared the following summary to facilitate your discussion.

A financial institution's AML Risk Assessment is the foundational document upon which its risk-based AML Compliance program is based. Our SWB AML Risk Assessment is required by a specific Monitor Recommendation (MEL 14). Development and issuance of an AML Risk Assessment is also a regulatory expectation, evidenced in bank and MSB examination manuals, and is implicitly required by the AML "program requirement" of Section 352 of the USA PATRIOT Act and its implementing regulations.

The SWB Risk Assessment document, which addresses the money laundering and terrorist financing risks of both WUFSI and WUBS, is not a gap analysis or a program review, but rather it is a document that allows the Company to manage its AML/CTF compliance program by providing management with the ability to make informed decisions regarding ML/TF risk and then implementing appropriate measures and controls to mitigate those risk.

The document describes ML/TF risks associated with four traditional **risk attributes**: Geography, Agent, Consumer/Customer, and Products. It describes **risk factors** (e.g., anonymity of a product), **risk scoring** (Inherent, Controlled and Residual), **and risk levels** (Very High, High, Medium, Low). It describes the roles and responsibilities of the TWUC Board and the Board's Compliance Committee, the CEO, the General Counsel, the Chief Compliance Officer, Senior Management, and other parties, and discusses a governance structure (periodic updates, internal audit requirements, approval and distribution).

The Risk Assessment also describes the data and extensive source materials that informed the work. You will note that the identification and evaluation of ML/TF risk was based on a combination of **quantitative** information (e.g., transactional pattern analyses, and various applied statistical and mathematical analytics); and **qualitative** information (e.g., FinCEN and FATF Guidance, regulatory examination manuals, law enforcement publications, and industry benchmarking, as appropriate).

Initially, the Board can focus on the Preamble and Sections 1 and 2, contained in the first 32 pages (copy attached), which summarize the foregoing and characterize the **Inherent** and **Residual** risks of WUFSI and WUBS, and state whether the risks are trending higher or lower. **Overall, the ML/TF risk level of WUFSI and WUBS is currently rated as "High"** and is trending as reflected in the chart below. (The chart also reflects the component risk attributes).

| Risk Category | WUFSI | | | WUBS | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Inherent | Residual | Direction | Inherent | Residual | Direction |
| Geographic | Very High | High | ↓ | Very High | High | ↔ |
| Agent | High | High | ↔ | Moderate | Moderate | ↑ |
| Consumer/Customer | Very High | High | ↓ | High | High | ↓ |
| Products | High | High | ↓ | High | High | ↔ |
| Summary Rating | High | High | ↓ | High | High | ↔ |

Following Sections 1 and 2, the Risk Assessment contains a detailed description of the analysis, and interpretation, of the qualitative and quantitative data that were evaluated in reaching the various conclusions.

The Board's Compliance Committee reviewed and discussed the Risk Assessment at its July, August and September meetings, and the current version of the document incorporates their comments and suggestions. It also incorporates comments and suggestion provided by the Monitor in numerous discussions over the past few weeks. [1]

The Board's Compliance Committee will be recommending that the full TWUC Board approve the Risk Assessment after sufficient opportunity for discussion. Approval is consistent with the Monitor's current requirements and, according to Navigant, industry practice.

**Redacted – Confidential**

CONFIDENTIAL                                                                                                   WU220_TEAMSTERS_0000560

The Risk Assessment will be reviewed and updated on an annual basis (or more frequently if significant changes in the organization occur, such as major expansion to new geographies, significant increase in Agents, material change in consumer/customer makeup, development of new products or delivery channels, or strategic acquisitions that have a material impact on AML risk).

The Risk Assessment will be distributed to select senior business leaders over the next few weeks, after which John Dye and I, with Navigant's participation as appropriate, will lead a detailed discussion and review.