IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00474-KLM
    Consolidated with Civil Action No. 17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for One-Day Extension of Time to Respond to Consolidated Amended Class Action Complaint and Jury Demand Dkt. #40 Due to Martin Luther King Day Holiday** [#49] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#49] is **GRANTED**. The Motions to Dismiss [#52, #55] filed on January 16, 2018, are accepted as timely filed. The deadline for Plaintiffs to file Responses in opposition to the Motions to Dismiss is extended to **March 7, 2018**. The deadline for Defendants to file Replies in support of the Motions to Dismiss is extended to **April 6, 2018**.

    Dated:  January 17, 2018