**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00474-KLM
       Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

      Plaintiffs,

vs.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

      Defendants.

_____

**UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANTS' MOTIONS
TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT (DKT. ##53-57)**
_____

      Lead Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust ("Plaintiff"), through its undersigned counsel, respectfully requests an extension of time up to and including April 5, 2018, to file its Response in Opposition to Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, and Rajesh K. Agrawal's Motion to Dismiss the Consolidated Amended Complaint (Dkt. #53) and Defendant Barry Koch's Motion to Dismiss the Consolidated Amended Complaint (Dkt. #55), and to adjust the remaining briefing schedule accordingly, so that the Defendants' Replies in support of the Motions to Dismiss are due by May

1

25, 2018.  Under D.C.COLO.LCiv.R. 7.1A, Plaintiff's counsel certifies that they have conferred with Defendants' counsel, who indicated that Defendants agree to this relief.  In support of this motion, Plaintiff states as follows:

1. On January 16, 2018, Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, and Rajesh K. Agrawal filed a Motion to Dismiss the Consolidated Amended Class Action Complaint (the "Amended Complaint").  Also on January 16, 2018, Defendant Barry Koch filed a separate Motion to Dismiss the Amended Complaint.

2. By this motion, Plaintiff seeks an extension of time to April 5, 2018 to respond to Defendants' Motions to Dismiss by filing a Response in Opposition to Defendants' Motions to Dismiss.  Plaintiff's Response brief is currently due March 7, 2018, pursuant to this Court's Minute Order dated January 17, 2018. Dkt. #59. Under that same Minute Order, the current schedule provides that Defendants shall file Replies in support of their Motions to Dismiss no later than April 6, 2018. *Id.*

3. This is Plaintiff's first request for an extension of time to file its Response in Opposition to the Motions to Dismiss.

4. If the date for filing Plaintiff's Response in Opposition is extended as requested in this Motion, Defendants will require until May 25, 2018 to file their Replies, including because of scheduling commitments already entered into for the remainder of the month of April based on the previous schedule under which briefing in this matter was to have been completed by April 6, 2018.  Plaintiff and Defendants have agreed on that new date for Defendants' Replies.

5. Good cause exists for Plaintiff to have until April 5, 2018 to Respond to Defendants' Motions to Dismiss, and to adjust the remaining briefing schedule accordingly, for the following reasons:

(a)     Defendants' Motions to Dismiss include two briefs that span 112 pages of briefing and 89 exhibits spanning approximately 900 pages, challenging whether the Amended Complaint satisfies several elements of Plaintiff's claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

(b)     Defendants filed their Motions to Dismiss 71 days after Plaintiff filed the Amended Complaint.  Under the schedule being proposed in this Motion, Plaintiff would have 79 days from the filing of Defendants' Motions to Dismiss to file its Response in Opposition to those Motions.

(c)     This is Plaintiff's first request for an extension of time to file its Response in Opposition to the Motions to Dismiss.

(d)     Plaintiff recognizes that, in light of Plaintiff's requested extension, a new date for reply briefs is required and have agreed with Defendants on such a new date, i.e., May 25, 2018.

(e)     This extension of time is not unreasonable and no prejudice will result from such an extension.  Indeed, Defendants have consented to the extension.

6.     Plaintiff's counsel has served a copy of this motion on their clients pursuant to D.C.COLO.LCivR 6.1(c).

WHEREFORE, Plaintiff request that the Court enter an Order extending the deadline to April 5, 2018 for Plaintiff to file a Response in Opposition to Defendants' Motions to Dismiss the Amended Complaint; and adjusting the remaining schedule accordingly, so that Defendants shall file Replies in support of their Motions to Dismiss by May 25, 2018.

DATED:  February 8, 2018                    Respectfully submitted,

                                            */s/ Jeremy A. Lieberman*
                                            **POMERANTZ LLP**
                                            Jeremy A. Lieberman
                                            Michael Grunfeld
                                            600 Third Avenue, 20th Floor
                                            New York, NY  10016
                                            Telephone: (212) 661-1100
                                            Facsimile: (212) 661-8665
                                            Email:  jalieberman@pomlaw.com
                                                       mgrunfeld@pomlaw.com

                                            **POMERANTZ LLP**
                                            Patrick V. Dahlstrom (not admitted)
                                            10 South La Salle Street, Suite 3505
                                            Chicago, Illinois 60603
                                            Telephone: (312) 377-1181
                                            Facsimile: (312) 377-1184
                                            Email: pdahlstrom@pomlaw.com

                                            *Lead Counsel for Lead Plaintiff and the Putative Class*

                                            **BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
                                            Peretz Bronstein
                                            60 East 42nd Street, Suite 4600
                                            New York, NY 10165
                                            Telephone: (212) 697-6484
                                            Facsimile (212) 697-7296
                                            Email: peretz@bgandg.com

                                            *Additional counsel*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2018, a copy of the foregoing was filed electronically via the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman