IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-00474-KLM
      Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE WESTERN UNION COMPANY
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

      Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION TO REMOVE
STEWART STOCKDALE FROM CASE CAPTION**

---

      Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, Rajesh K. Agrawal, and Barry Koch, through their counsel, hereby move to remove Stewart Stockdale's name from the case caption because Mr. Stockdale is no longer a defendant in this action. Under D.C.COLO.LCivR. 7.1(a), Defendants' counsel certify that they conferred with Plaintiff's counsel, who does not oppose this motion. As grounds therefore, Defendants state as follows:

      1. Mr. Stockdale was named as a defendant in the Amended Complaint filed in this action. (*See* Dkt. No. 40.)

2. On November 16, 2017, prior to Mr. Stockdale's service of an answer or motion for summary judgment, Plaintiff voluntarily dismissed the action as to Mr. Stockdale without prejudice.  (*See* Dkt. No. 44.)

3. Pursuant to that voluntary dismissal, this Court terminated Mr. Stockdale as a defendant on the same day.  (*See* Dkt. No. 47.)

WHEREFORE, Defendants request that the Court remove Mr. Stockdale – who is no longer a defendant in this action – from the case caption.

/s/ David F. Graham

David F. Graham
Hille R. Sheppard
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603

Holly Stein Sollod
CiCi Cheng
HOLLAND & HART, LLP
555 17th Street, Suite 3200
Denver, Colorado 80202

*Attorneys for Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, Rajesh K. Agrawal, and Barry Koch*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on February 8, 2018, which sent notification of such filing to the following email addresses:

rusty@shumanlawfirm.com
mgrunfeld@pomlaw.com
ahood@pomlaw.com
jalieberman@pomlaw.com
henryr@rgrdlaw.com
kip@shumanlawfirm.com

/s/ David F. Graham
*Attorney for Defendants*
*The Western Union Company,*
*Hikmet Ersek, Scott T. Scheirman, Rajesh K.*
*Agrawal, and Barry Koch*