IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00474-KLM
      Consolidated with Civil Action No. 17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiffs' **Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss the Consolidated Amended Complaint (Dkt. ##53-57)** [#60] (the "Motion for Extension") and on Defendants' **Unopposed Motion to Remove Stewart Stockdale from Case Caption** [#61] (the "Motion to Remove").

      IT IS HEREBY **ORDERED** that the Motion for Extension [#60] is **GRANTED**. The deadline for Plaintiffs to file Responses in opposition to the Motions to Dismiss is extended to **April 5, 2018**. The deadline for Defendants to file Replies in support of the Motions to Dismiss is extended to **May 25, 2018**.

      IT IS FURTHER **ORDERED** that the Motion to Remove [#61] is **DENIED as moot**. Defendants ask to have former Defendant Stewart Stockdale removed from the case caption. On November 16, 2017, he was terminated from this lawsuit pursuant to the Notice of Voluntary Dismissal of Party [#44]. *See* [#47]. Since that date, Stewart Stockdale has appeared in the case caption of no filings in this case, including orders of the Court, with the exception of two Notices of Entry of Appearance [#50, #51] filed by Defendants themselves, and this oversight appears to have been corrected in later filings.

      Dated: February 12, 2018