**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00474-KLM
    Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

    Defendants.

_____

**DECLARATION OF MICHAEL GRUNFELD IN SUPPORT OF PLAINIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**
_____

I, Michael Grunfeld, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.    I am Of Counsel to the law firm of Pomerantz LLP, counsel to Lead Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motions to Dismiss the

Consolidated Amended Class Action Complaint.  I have personal knowledge of the facts and documents stated below.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the Consent Order entered into between the New York State Department of Financial Services and Western Union Financial Services, Inc. on January 4, 2018.

3.  Attached hereto as Exhibit 2 is a true and correct copy of a press release dated January 4, 2018 issued by the New York State Department of Financial Services, entitled "DFS Fines Western Union $60 Million for Violations of New York's Anti-Money Laundering Laws and for Ignoring Suspicious Transactions to Locations in China."

4.  Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of the transcript of Western Union's earnings call for the second quarter of 2013, which took place on July 30, 2013.

Executed this 5th day of April 2018, in New York, NY.

*/s/ Michael Grunfeld*
Michael Grunfeld