# EXHIBIT 3

| | | |
|---|---|---|
| Company Name: Western Union | Market Cap: 9,936.08 | Bloomberg Estimates - EPS |
| Company Ticker: WU US | Current PX: 17.835 | Current Quarter: 0.360 |
| Date: 2013-07-30 | YTD Change($): +4.225 | Current Year: 1.432 |
| Event Description: Q2 2013 Earnings Call | YTD Change(%): +31.043 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1401.435 |
| | | Current Year: 5526.444 |

## Operator

And our next question is from George Mihalos of Credit Suisse.

<Q - Ryan C. Davis>: Hello. This is Ryan Davis calling in for George. I have a few questions. First off, kind of following up on the question earlier on the second half of the year. Could you kind of give us an update on the July trends? Whether there's a big acceleration in transactions inter-quarter relative to second quarter?

<A - Scott T. Scheirman>: Hi, Ryan. This is Scott. Thanks for joining us this morning. But as customary with our past practice, we do not comment on trends within a quarter or during a quarter.

But what I will say is that we're cognizant of what those trends are and if you will led to the confidence to reaffirm our guidance for 2013. So we're pleased with how the year-to-date results have been through June and our outlook gives us confidence to reconfirm the guidance.

<Q - Ryan C. Davis>: Okay. Okay. Could you provide us some color on how the transactions progressed throughout 2Q monthly?

<A - Scott T. Scheirman>: Yeah. I'll just come back to my prior comments. Just consistent with past practices, we don't comment month-by-month.

<Q - Ryan C. Davis>: Okay.

<A - Scott T. Scheirman>: And the reason being is you have holidays or calendar impact and other things.

But again what we saw in the first quarter and the second quarter, again transactions increased from 2% in the first quarter to 7% in the second quarter. Very nice acceleration. And those price markets went up 17% growth. So all those things give us confidence that our strategy is working. Customers love the brand and the network. They're coming back in the front door. And so we did reaffirm guidance.

<Q - Ryan C. Davis>: Okay. And then one more. What's driving principal per transaction lower on a constant currency basis? I thought it was the growth of the online channel. Shouldn't that kind of be reversed?

<A - Scott T. Scheirman>: Yeah. Just to frame it, for the quarter it was down about 1%. I think one of the key points is C2C transactions grew 7%, so customers came back in the front door.

The one item that's having some impact on that and we called it out during the call is domestic money transfer. The high principal sends there were down somewhat. But overall what we really like about our business model is that if the transactions come in the door – what's the most important thing is getting the transaction. That really drives our revenue model.

<Q - Ryan C. Davis>: Okay. That's all I have for you. Thanks.

<A - Scott T. Scheirman>: Okay. Thanks, Ryan.

## Operator

And the next question is from Sara Gubins of Merrill Lynch.

<Q - David J. Chu>: Hey. This is David Chu for Sara. How should we think about pricing for the second half? So should we expect a more significant impact in 3Q versus 2Q, and then like less of an impact in 4Q, as you lap some of the Mexico initiative?

<A - Scott T. Scheirman>: Yeah. Hey, David, thank you for your question. How I'd frame it is from a customer transaction standpoint, we do expect transactions to accelerate in the second half of the year versus the first half of the year. As far as lapping pricing, we did start the pricing actions mid-November of 2012, so we'll begin lapping those in mid-November of 2013.



Company Name: Western Union  Market Cap: 9,936.08  Bloomberg Estimates - EPS
Company Ticker: WU US  Current PX: 17.835  Current Quarter: 0.360
Date: 2013-07-30  YTD Change($): +4.225  Current Year: 1.432
Event Description: Q2 2013 Earnings Call  YTD Change(%): +31.043  Bloomberg Estimates - Sales
Current Quarter: 1401.435
Current Year: 5526.444

**<A - Scott T. Scheirman>**: Yeah first, I think the important point is we very much have a culture of compliance and want to have best-in-class compliance programs, that's very important for our brand, protecting our customers, our agents and so forth. As we think about compliance broadly, we are doing things such as high principal dollar callback to protect the customer. That's what we want to do.

We have expanded that to other markets and other corridors. And we'll continue from time-to-time to implement things to protect the customers and to protect the agents.

**<Q - James Friedman>**: Thanks, Scott. And then...

**<A - Michael Alan Salop>**: For both wu.com and offline.

**<A - Scott T. Scheirman>**: Yeah, thank you, Mike. For both channels.

**<Q - James Friedman>**: Yeah. Okay, interesting. Thank you. And then with regard to wu.com, I was just wondering and I hadn't heard you mention this before, if you have I apologize, but being that wu.com is more of a one-to-many as opposed to a one-to-one model, are you seeing customers use it to remit to multiple countries? Or is that behavior any different than the typical pattern of one sender to one country?

**<A - Hikmet Ersek>**: Well if you look at our customer base, right, I mean let's assume a Filipino customer using online from here to send money to Philippines obviously uses that channel. But in the U.S. as you know, there are many ethnic groups, many migrants, many customer from different ethnic groups. And we do give them the ability to use different things.

So in the U.S. for instance I'm sending from my online account, from my iPhone to my father, Turkey, money. And it works pretty well. And my father in Turkey picks the money up.

So I think it's really the – what I wanted to say is that from one point you can serve 200 countries. You can serve one from Western Union dot France 200 countries. I think that's the huge advantage of Western Union.

**<Q - James Friedman>**: Thank you.

**<A - Hikmet Ersek>**: Thank you.

## Michael Alan Salop

Thanks, James. Thanks everyone for joining us and we hope you all have a good day. Thanks.

## Hikmet Ersek

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

 *© COPYRIGHT 2013, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*