# EXHIBIT 3

| | | |
|---|---|---|
| Company Name: Western Union | Market Cap: 9,936.08 | Bloomberg Estimates - EPS |
| Company Ticker: WU US | Current PX: 17.835 | Current Quarter: 0.360 |
| Date: 2013-07-30 | YTD Change($): +4.225 | Current Year: 1.432 |
| Event Description: Q2 2013 Earnings Call | YTD Change(%): +31.043 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1401.435 |
| | | Current Year: 5526.444 |

## Operator

And our next question is from George Mihalos of Credit Suisse.

<Q - Ryan C. Davis>: Hello. This is Ryan Davis calling in for George. I have a few questions. First off, kind of following up on the question earlier on the second half of the year. Could you kind of give us an update on the July trends? Whether there's a big acceleration in transactions inter-quarter relative to second quarter?

<A - Scott T. Scheirman>: Hi, Ryan. This is Scott. Thanks for joining us this morning. But as customary with our past practice, we do not comment on trends within a quarter or during a quarter.

But what I will say is that we're cognizant of what those trends are and if you will led to the confidence to reaffirm our guidance for 2013. So we're pleased with how the year-to-date results have been through June and our outlook gives us confidence to reconfirm the guidance.

<Q - Ryan C. Davis>: Okay. Okay. Could you provide us some color on how the transactions progressed throughout 2Q monthly?

<A - Scott T. Scheirman>: Yeah. I'll just come back to my prior comments. Just consistent with past practices, we don't comment month-by-month.

<Q - Ryan C. Davis>: Okay.

<A - Scott T. Scheirman>: And the reason being is you have holidays or calendar impact and other things.

But again what we saw in the first quarter and the second quarter, again transactions increased from 2% in the first quarter to 7% in the second quarter. Very nice acceleration. And those price markets went up 17% growth. So all those things give us confidence that our strategy is working. Customers love the brand and the network. They're coming back in the front door. And so we did reaffirm guidance.

<Q - Ryan C. Davis>: Okay. And then one more. What's driving principal per transaction lower on a constant currency basis? I thought it was the growth of the online channel. Shouldn't that kind of be reversed?

<A - Scott T. Scheirman>: Yeah. Just to frame it, for the quarter it was down about 1%. I think one of the key points is C2C transactions grew 7%, so customers came back in the front door.

The one item that's having some impact on that and we called it out during the call is domestic money transfer. The high principal sends there were down somewhat. But overall what we really like about our business model is that if the transactions come in the door – what's the most important thing is getting the transaction. That really drives our revenue model.

<Q - Ryan C. Davis>: Okay. That's all I have for you. Thanks.

<A - Scott T. Scheirman>: Okay. Thanks, Ryan.

## Operator

And the next question is from Sara Gubins of Merrill Lynch.

<Q - David J. Chu>: Hey. This is David Chu for Sara. How should we think about pricing for the second half? So should we expect a more significant impact in 3Q versus 2Q, and then like less of an impact in 4Q, as you lap some of the Mexico initiative?

<A - Scott T. Scheirman>: Yeah. Hey, David, thank you for your question. How I'd frame it is from a customer transaction standpoint, we do expect transactions to accelerate in the second half of the year versus the first half of the year. As far as lapping pricing, we did start the pricing actions mid-November of 2012, so we'll begin lapping those in mid-November of 2013.



Company Name: Western Union
Company Ticker: WU US
Date: 2013-07-30
Event Description: Q2 2013 Earnings Call
Market Cap: 9,936.08
Current PX: 17.835
YTD Change($): +4.225
YTD Change(%): +31.043
Bloomberg Estimates - EPS
Current Quarter: 0.360
Current Year: 1.432
Bloomberg Estimates - Sales
Current Quarter: 1401.435
Current Year: 5526.444

**\<A - Michael Alan Salop\>**: Yeah when you look at the reporting David, I mean the actions themselves are largely done. We've – after the end of the quarter – as of the end of the quarter, we completed most of the pricing. But when you look at the reporting, in the third quarter it probably is going to be the highest, because all the actions will be in place. And then we start anniversarying, as Scott said, in the fourth quarter.

**\<Q - David J. Chu\>**: Okay. No that's helpful. And maybe this is a little bit early, but are you seeing anything in the marketplace that suggests a meaningful pick up in compliance costs in 2014?

**\<A - Scott T. Scheirman\>**: What I'd say David, is that having a robust compliance program and a strong culture of compliance is very important to us. And so broadly as we think about the global landscape, the regulatory environment continues to move. So as I think about 2014 and 2015, right now I'd expect our compliance and regulatory costs to increase.

But what's important about that is that it protects the brand, it protects the customer, it protects our agents. And longer term we believe that's going to be a competitive advantage because of our scale and our scope of what we can do with compliance and the regulatory.

**\<A - Hikmet Ersek\>**: Yeah I'd just add on that, I do see that as a competitive advantage. We have really the culture in our company. And the most importantly, it protects the consumer. And it has been some investment done here. I believe it will continue to – we're going to have this investment.

But long term, as Scott said, I just want to repeat that. I believe it will be – given our scale, it will be a competitive advantage. Don't forget we are in 200 countries. We comply with all regulations world and try to be the best in class and leading our industry here.

**\<Q - David J. Chu\>**: Okay. And just one last one, if I may. So are most of your larger agent renewals for 2013 finished at this point? Or is there more in the second half?

**\<A - Hikmet Ersek\>**: If you look at our agent network globally, we have always negotiated constantly. Being in 200 countries, have a global and agent network. And as I said, we recently added new agent – had new agent negotiations. And we added new agents.

And one of the best one was probably the Riyadh Bank in Saudi Arabia, our 10,000 locations in Mexico. So it's constantly going. And we activated the SunTrust Bank in the U.S. So I think that that seasonality year by year it changes, but most of – we have constant negotiations with the agent. Most of the contracts are five-year contracts on average. So it comes every time.

**\<A - Scott T. Scheirman\>**: And what I'd add is I'd say we enjoy high renewal rates. The example I would give you is our top 40 agents have been with us for an average of 17 years. And they very much value the brand, the customers that we bring to their locations, and our network.

**\<Q - David J. Chu\>**: Okay. Thank you.

**\<A - Scott T. Scheirman\>**: Thanks.

**\<A - Hikmet Ersek\>**: Thank you.

## Operator

And the next question will come from Glenn Fodor of Autonomous Research.

**\<A - Scott T. Scheirman\>**: Hi, Glenn.

**\<A - Hikmet Ersek\>**: Hi, Glenn.

**\<Q - Glenn T. Fodor\>**: Hi good morning. Good morning. Thanks for taking my question.

