IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, Individually and on Behalf of All Other Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>THE WESTERN UNION COMPANY, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 17-cv-00474-KLM |

**ENTRY OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

　　　I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

　Lead Plaintiff, LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST

　　DATED at New York, New York this 11th day of April, 2018.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Marc I. Gross*
　　　　　　　　　　　　　　　　　　　　　　Marc I. Gross
　　　　　　　　　　　　　　　　　　　　　　POMERANTZ LLP
　　　　　　　　　　　　　　　　　　　　　　600 Third Avenue, Floor 20
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　　　Phone: 212-661-1100
　　　　　　　　　　　　　　　　　　　　　　Email: migross@pomlaw.com