**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00474-KLM
       Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

       Plaintiffs,

vs.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

       Defendants.

## ENTRY OF APPEARANCE

       I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants.

       DATED:  May 7, 2018         Respectfully submitted,

                                             *s/Claire Wells Hanson*
                                             Claire Wells Hanson
                                             HOLLAND & HART LLP
                                             555 Seventeenth Street  Suite 3200
                                             Denver, Colorado  80202-3979
                                             Telephone: 303-295-8000
                                             Facsimile: 303-295-8261
                                             cehanson@hollandhart.com

                                             *Attorneys for Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, Rajesh K. Agrawal, and Barry Koch*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2018, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    henryr@rgrdlaw.com
    jalieberman@pomlaw.com
    ahood@pomlaw.com
    kip@shumanlawfirm.com
    mgrunfeld@pomlaw.com
    rusty@shumanlawfirm.com

                                s/*Claire Wells Hanson*
                                Claire Wells Hanson

10941791_1