**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:17-cv-00474-KLM
      Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

      Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS
CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

---

      Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, Rajesh K. Agrawal, and Barry Koch (collectively "Defendants"), through their undersigned counsel, respectfully request an extension of time up to and including June 5, 2018, to file their Reply Briefs in support of their Motions to Dismiss the Consolidated Amended Class Action Complaint and Jury Demand.  Under D.C.COLO.LCiv.R. 7.1A, Defendants' counsel certifies that she has conferred with Plaintiff's counsel who indicated that Plaintiff agrees to this relief.  In support of this motion, Defendants state as follows:

1. On November 6, 2017, Plaintiff filed an Amended Complaint that is approximately 180 pages in length. Defendants filed their motions to dismiss on January 15, 2018 (Dkt. Nos. 53 and 55), and Plaintiff filed its opposition to the motions to dismiss on April 5, 2018 (Dkt. No. 63). Defendants' reply briefs currently are due on May 25, 2018 (*see* Dkt. No. 62).

2. By this motion, Defendants seek an extension of time to June 5, 2018, to file their reply briefs. Defendants seek this extension because Defendants' lead counsel, Mr. Graham, recently had a death in his family, and Defendants therefore require more time to prepare their reply briefs.

3. Good cause exists for Defendants to have until June 5, 2018, for the following reasons:

    (a) The Amended Complaint asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 78u-4 et seq. As noted, the Amended Complaint consists of 181 pages with 580 numbered paragraphs (not counting subheadings), names five defendants, and purports to allege false and misleading statements by Defendants over a period of more than five years, to wit, 2012 - 2017.

    (b) Defendants require a short extension to prepare their reply briefs because their lead counsel recently had a death in his family.

    (c) This extension of time is not unreasonable and no prejudice will result from such an extension. Indeed, Plaintiff has consented to the extension.

4. Defendants' counsel have served a copy of this motion on their clients pursuant to D.C.COLO.LCivR 6.1(c).

WHEREFORE, Defendants request that the Court enter an Order extending the deadline to June 5, 2018, for Defendants to file their reply briefs.

DATED:  May 14, 2018                                Respectfully submitted,

*s/Holly Stein Sollod*
Holly Stein Sollod
Claire E. Wells Hanson
HOLLAND & HART LLP
555 Seventeenth Street  Suite 3200
Denver, Colorado  80202-3979
Telephone: 303-295-8085
Facsimile: 303-975-5395
hsteinsollod@hollandhart.com
cehanson@hollandhart.com

David F. Graham
Hille R. Sheppard
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
dgraham@sidley.com
hsheppard@sidley.com

*Attorneys for Defendants The Western Union Company, Hikmet Ersek, Scott Scheirman, Rajesh K. Agrawal, and Barry Koch*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2018, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

rusty@shumanlawfirm.com
migross@pomlaw.com
mgrunfeld@pomlaw.com
ahood@pomlaw.com
jalieberman@pomlaw.com
henryr@rgrdlaw.com
kip@shumanlawfirm.com

s/*Holly Stein Sollod*

10972699_1