IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:17-cv-00474-KLM
      Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

      Plaintiffs,
v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

      Defendants.

**INDEX OF EXHIBITS TO DEFENDANTS THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN, AND RAJESH K. AGRAWAL'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

### GENERAL EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| 87 | Western Union May 9, 2012 Investor Day Transcript (excerpts) |
| 88 | Western Union June 12, 2012 Conference Call Transcript (excerpts) |
| 89 | Western Union July 24, 2012 Earnings Call Transcript (excerpts) |
| 90 | Western Union 2012 Q2 Form 10-Q; Filed August 2, 2012 (excerpts) |
| 91 | Western Union October 30, 2012 Form 8-K (excerpts) |
| 92 | Western Union November 7, 2012 Conference Call Transcript (excerpts) |
| 93 | Western Union February 12, 2013 Earnings Call Transcript (excerpts) |
| 94 | Western Union February 14, 2013 Conference Call Transcript (excerpts) |
| 95 | Western Union April 30, 2013 Earnings Call Transcript (excerpts) |
| 96 | Western Union May 8, 2013 Conference Call Transcript (excerpts) |
| 97 | Western Union July 30, 2013 Earnings Call Bloomberg Transcript (excerpts) |
| 98 | Western Union October 29, 2013 Earnings Call Transcript (excerpts) |
| 99 | Western Union February 11, 2014 Earnings Call Transcript (excerpts) |
| 100 | Western Union May 1, 2014 Earnings Call Transcript (excerpts) |

| | |
|---|---|
| 101 | Western Union May 7, 2014 Conference Call Transcript (excerpts) |
| 102 | Western Union September 11, 2014 Company Conference Presentation (excerpts) |
| 103 | Western Union February 16, 2010 Form 8-K (excerpts) |
| 104 | Western Union October 30, 2012 Earnings Call Transcript (excerpts) |
| 105 | Western Union July 30, 2013 Earnings Call Transcript (excerpts) |

**BOARD OF DIRECTORS DOCUMENTS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 106 | September 22, 2010 Governance Committee Meeting Minutes |
| 107 | September 22, 2010 Global Compliance Executive Board Report |
| 108 | June 15, 2012 Governance Committee Meeting Minutes |
| 109 | June 15, 2012 Governance Committee Meeting Presentation |