# Exhibit 87

## THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
### WU - Western Union Co. Investor Day

### EVENT DATE/TIME: MAY 09, 2012 / 12:30PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MAY 09, 2012 / 12:30PM, WU - Western Union Co. Investor Day

So with that, I want to thank you for your time. And it's my opportunity and pleasure to introduce you to Stewart Stockdale. Stewart leads our Global Consumer Financial Services.

Stewart?

---

**Stewart Stockdale** - *Western Union Co. - Head of Global Consumer Financial Services*

Thank you, everyone. It's a pleasure to be here to talk about Global Consumer Financial Services. Global Consumer Financial Services consists of two major businesses. One is the Global Money Transfer business that operates in over 200 countries and territories. It's managed through five geographic regions. And you're going to hear from some of the speakers later on today on each of those. We're also talking about our Bill Payment business that operates primarily throughout the Americas. And I'm going to touch on that as well.

If you look at 2011, we had the highest growth rate since 2008. And if you look at the fact that all of our regions grew, we feel very good that we have a little bit of a momentum in place going into 2012.

Our payments business also returned to growth. It has been growing actually fairly well in South America and our US business has been recovering because it was so highly fragmented into mortgages and auto finance. So that was part of the reason that that's coming back to growth and you saw growth in 2011.

Scott touched on it a second ago, and if you look at the last three years we certainly lived through tumultuous times. But we actually feel pretty good that the resiliency of the business saw a low of minus 2% which although we thought would be -- should have been better, the fact that we actually only did 2% through 2009, we think it shows the robustness of our business.

If you go back to 2011, all of our regions grew. We're very proud about the fact that North America return back to growth. And that was fueled by our successful turnaround by our DMT business which is our largest and one of the most profitable businesses in the Company.

Europe grew 3% despite a very difficult market environment throughout Europe. Middle East Africa grew 4% and our two fastest growth regions, Asia Pacific grew 10% and Latin America grew 7%. But if you factor into payments (inaudible) business on top of that, it would have grown over 10% -- it grew over 10%.

So we feel good about 2011. And a lot of what the team is focused on right now is how do we accelerate growth into this year and into the years ahead, and that's what I'm going to touch upon.

If you look at our priorities going into this year, it's how do we assert our leadership in retail. And you would say, well, you're already market leaders at retail. But what I'm challenging our teams in every part of the world is how do we make sure that we go out there and really make sure that our mark is felt and that we win and compete for all possible profitable locations in the marketplace.

How do we further expand our customer knowledge and that Hikmet talked about database. And it is about information, but it's how do you use information to really delight and get to know customers, to make sure that we're able to improve loyalty, usage, retention and metrics that are really important for us to move the business forward?

Adjacencies. In North America, 60% of our revenues stay in North America, and that's because we have a line up of products and services that complement our cross border business that really allow us to go, what I call, deep in that market. And you're going to see a little bit about that going to other markets around the world.

And last, but not the least, making sure there are operating model; it is scaled and fit for growth so that we cannot only implement the core business objectives but also put through the pipes other products and services as Hikmet illustrated earlier.

15

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MAY 09, 2012 / 12:30PM, WU - Western Union Co. Investor Day

Expanding the retail presence, accelerate location growth. I call it competitive takeaways. There are a number of very prominent competitors out there. We're very competitive in almost every region in the world. Sometimes they're global brands and sometimes they're very niche players.

But we're out there competing for all of the deals and making sure that we have our fair share of wins at the right margins for our business. Filling white spaces as well. There's a lot of non-sellers out there that we want to bring in to the franchise.

And you're going to hear from Victoria, but we've had a number of banks in North America like Bank of Montreal and [Axis] up in Canada. We've got UniCredit and Intesa Sao Paulo. So there's a number of global wins that we're seeing in just in the last few weeks and months that we'll continue to bring into the pipeline and add volume as they become active.

And last, but not the least, we're spending a lot of time and resources at building not only a sales culture, but a sales team that is unparalleled in the industry. In the last few months, we've added 150 salespeople across the world, primarily in those key send regions to make sure that we're competitive in winning those key accounts and white spaces in key send and receive locations around the world.

We've very proud of our leadership in postal networks around the world. They've been a cornerstone of Western Union for the last few years. Part of our objective is continue to grow and diversify our class of trade. And in the last few -- couple of years, we've talked about penetrating the banks in North America. And if you go back only four years ago, we had a very small number of bank and retail locations in the United States.

Victoria will talk more about it, but we made great progress on banks in North America. We're accelerating on the other side. North America grew up with retail. In Europe, we grew up with post banks and with banks. And now retail is becoming much more important growth area for us in that particular market. And I'll talk a little bit more about that in a second.

And last but not least, we're also talking about flagship locations that are locations that we run and operate ourselves, our introduction into ATMs with over 30,000 ATMs already, kiosks and self-serve type locations and convenience stores. So if you think about it, think of a Coca-Cola model that within a few miles or few steps from every location you are, we want to make sure that you're able to have a Western Union service location where you could send/receive money or transact a number of other products.

Just a little deep dive on North America banking. We started really penetrating the category as I said four years ago. It's continued to build momentum. We recently signed a number of major signings, and we think that there's more in the pipeline.

Very importantly, ABMT or what we call Account-Based Money Transfer which is a transaction that originates from an online account holder at that particular bank and ends up either at retail or at another account -- has now become 20% of our volume in our banking class-of-trade in North America. And we really only just started launching that.

Also very importantly, our ABMT product line across the world is going at 45%. So that's part of our electronic channel strategy that is really paying dividends. Also very importantly, we believe and know as fact that as customers come in to the banking class-of-trade, it's usually a new type of customer who's actually putting more through the pipes or sending more principal on each one of those transactions.

So it's a new customer. It's a very profitable customer. And if you look at the commissions that we pay to the banks, they're not all that different than we pay retail, so it's not something that we have to worry about as far as margin.

On the other hand, if you look at our European distribution base over the last number of years, last two or three years, we've acquired Costa, Finint, and FEXCO. So that gives us direct line of sight to those agent locations in most of Europe.

Jan Hillered will speak more about it, but what's really important is we've now consolidated that operation under a common sales leader that really will take that go-to-market, integrate those three acquisitions and really operate more of as us being the master agent in Europe. And the results are very promising so far.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MAY 09, 2012 / 12:30PM, WU - Western Union Co. Investor Day

So in summary Latin America and the Caribbean has shown 10% cargo in revenues in the last five years to diversifying its revenue. That revenue diversification not only enables the growth but also we strengthen our strategic position. And so, our strategic position today is much stronger than it used to be five years ago and that's why I firmly believe that you can expect strong and continuous profitable growth in Latin America and the Caribbean going forward.

Thank you.

**Unidentified Speaker**

Ladies and gentlemen, we will now take a 15-minute break. Please be sure and visit our products and services gallery in the lobby. We will resume in the theater at 11:10. Thank you.

(Break)

**Unidentified Speaker**

Ladies and gentleman please welcome president Western Union Business Solutions Raj Agrawal.

**Raj Agrawal** - *Western Union Co. - President, Business Solutions*

Namaste, and good morning, everyone, I'd like to tell you a little bit more about Business Solutions and why we believe this is such a great growth opportunity for Western Union for many years to come. As we look at the business it's clear to us that the business has the ability in the low double digit range for the next several years. And I'll tell you why we believe this.

First long-term trade growth is expected to grow at two times the rates of GDP for the next several years and that's an important factor in this business, it's a key driver for us.

Second, you know that we have a very low share of this market, less than 2% share of a $24 billion revenue opportunity as you've hear Hikmet say. So lots of opportunities for us to grow and we're doing a number of things this year to lay the foundation for long-term growth and share gains, whether it's geographic expansion, product diversification, channel expansion or expansion of customers that we are targeting.

Our goals this year are very much to achieve a revenue of roughly $400 million and we're starting with a base of 1,900 employees and approximately 95,000.

As we've brought the two businesses together clearly both organizations have a lot of strengths that they brought to the table. In particular for Western Union it's very much about the balance sheets strength, the global brand and the global licensing and compliance capability. These are going to be key assets for us as we grow globally around the world.

For Travelex the organization brought great platforms for finance institutions, law firms, universities, and strong product and functionality capabilities. Now as we go to customers our value proposition is much stronger than it ever has been before and it's showing in our new customer acquisition.

I thought I would just spend a few minutes in comparing and contrasting the two organizations, the money transfer, the consumer to consumer business and the Business Solutions.

And so, just to give you a little bit of background on how the business operates. The similarities are pretty clear, cross border payments services, both organizations focus on that. We also focus on the underserved customer. And we operate under a global brand which is very important for growth in this business.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MAY 09, 2012 / 12:30PM, WU - Western Union Co. Investor Day

The differences stand out even more. The consumer business is primarily a retail to retail business. It's expanding into other areas as you've seen but it's primarily retail to retail. And the B2B business is primarily account to account.

The principle for transactions is also very different. A few hundred dollars here and tens of thousands of dollars here and we also transfer millions of dollars for many customers. Revenue is primarily driven by transaction fee on this side and a little bit of FX and it is primarily FX over here and a little bit of fee, very little fee.

The [RPT] is a result of those factors. And then the key difference is the sales channel between the two organizations.

On the consumer side it's very much about customers finding our brand, walking into our stores and doing a transaction with us, whereas on the B2B side we are going out and acquiring customers through our direct selling channel, and so, very different sales propositions.

Here is a snapshot of our customer set just to give you a little bit of background. In all cases we spend time with our customers to understand what their needs are and we provide them solutions that address their pinpoints.

And so, for the importer in the first case here which is our bread and butter customer this is the primary customer that we have targeted historically, we'd provide them a solution however they want us, and so, branch, electronic and different payment options as well.

For the exporter this is a customer set that we have not focused on in the past but it's a fantastic opportunity for us in this business.

If you can just imagine the power of converting every single one of the export is that we know we touch in the payment process today into a customer of our, it's going to be very powerful for us to turn this into new customers and we're focusing on that with new products later this year and who better than Western Union to connect these importers and exporters together just like we've done in the consumer side of the house.

And so, we've created send and received dynamics in the consumer business, we're going to create the same thing in this business by connecting our importers and exporters through a payment hub and that's absolutely where we're headed.

Lastly we have many different kinds of corporate customers, this is just one example, [Mercer]. We are delivering several thousand pension payments for Mercer across the world in 80 countries every single month.

Now why does Mercer work with us? They work with us because we can make the payment process for them very simple.

We take their information however they give it to us and we deliver that payment stream on a regular basis very effectively and very cost-efficiently as well. So they like it because we make it simple for them -- simplify the payment process.

This is the other side of our customer set. We work with a lot of vertical and channel partners. These are the four key vertical areas that we're focused on. Financial institutions is a global opportunity for us.

We already have over 700 financial institution relationships in the B-to-B business. And as you look at broader Western Union, as you know, we have also lots of banks and post banks as our relationships. So there's a great cross sell opportunity between the two organizations.

Education institutions -- we work with the top universities and schools in the world including Columbia University here in New York City. We collect student payments from international students and we reconcile those payments and we deliver those back to the universities. And again, it simplifies the payment process for the universities and it's a value-added service.

Law firms -- they have various payments needs and we have a specific platform geared towards meeting those needs. Then, in charities -- is a very exciting opportunity for us. We already work with several hundred charities around the world, but we know that there are hundreds of thousands of charities around the world that are our opportunity set.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MAY 09, 2012 / 12:30PM, WU - Western Union Co. Investor Day

And we're creating some new product sets for these charities later this year that will allow them to come to one place to be able to receive and send payments in any way they want -- so, in cash, in -- by an account, through an account, through a card and to manage their donor relationships. There's no product that exists like this in the market, but we'll be introducing it later this year and it's going to be very powerful for us.

We have many different kinds of products and services. But if you simplify down the three basic product sets, it's these -- spot payments which was simple payments that need to be made right away.

Forward contracts allow you to manage the risk around a future payment need, and then option contracts allow you to give you more options of the time of the delivery of a payment. And then we can of course deliver the payment however the customer would like to have it.

I thought I would spend a few minutes on our distribution channels to give you some background. We have four basic distribution channels. The first one is the branch model and that's our primary distribution vehicle.

Think about this as offices that are owned by us with our own people with various functions that are going out and acquiring customers and servicing those customers on a daily basis. That's the primary distribution vehicle we have and this exists in most of the developed markets that we operate in today and we also like to place these offices in markets where we believe it's a key advantage to be direct in that market.

The next channel we have is the partner channel. I talked about the four vertical areas that we're focused on. These partners take these platforms and they either use them for themselves, for their own payment needs, or for their customer needs. And in many cases, they end up servicing their own needs without interacting with us once they have a platform and they've been onboarded. So that's the -- channel.

The third channel we have is a simplified Web-based platform. So the online platform where we acquire customers without interaction from a sales person, these customers find us. They register with us and they start to do transactions with us. So it's a low touch model in terms of how we acquire customers.

I'll speak about the fourth channel in just a minute. As we brought the two organizations together and we think about growth, we're very focused on these four areas to develop the best products and services for our customers.

So, geographic expansion -- we currently operate in 25 countries around the world as you heard Hikmet say. And our goal is to be much more global in nature which we know we can be. We'll focus on the top priority markets first, but then expand as much as we can globally just like broader Western Union.

Our product development pipeline -- I talked about a few of the products. So the product for charities are coming later this year. We're also adding retail to our account business. So account to retail, nobody else in the world can provide the retail payout ability like Western Union. So it's going to be a competitive advantage vis-à-vis any other competitor in the market.

We're also introducing a new F.I. platform for banks. That will be later this year. And as you've seen, we've announced a business payments wallet which is functional in the US and Canada today.

From a channel standpoint, I talked about the three direct channels -- the direct, the online, and the partner channel. And then, we have an emerging channel in the agents. The Western Union Agents is a new channel for us and I believe it's going to be very successful for us over time. It's in the early stages however.

We're testing out a few different models in a few different markets. The agents are very excited about it. We're very excited because it's a new distribution channel that we didn't have before and that's going to help us round out how we take this product to market.

And then, our target customers -- the mass payments opportunities continue to be great opportunities for us because it creates a very sticky relationship with these customers and we're able to do it really well.

31

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MAY 09, 2012 / 12:30PM, WU - Western Union Co. Investor Day

And then, the exporter, you know, category just expands to the exporter category of customers. It's going to allow us to increase a number of customers in this business dramatically and we're creating special products -- specific products for the exporters later this year.

As we look at growing around the world, we want to grow everywhere as I said before. We'll prioritize the top markets first. We're in 25 (inaudible) countries today. We are able to send payments to anywhere in the world and we can do it in more than 135 currencies and we also have our direct clearing network in more than 70 countries around the world.

So we can deliver payments locally into our own bank accounts effectively and efficiently for customers. That's what gives us a competitive advantage over other players.

I've highlighted two specific areas of particular interest to us. European expansion -- you heard Jan Hillered had mentioned earlier today that we have a Western Union bank which is based in Austria. This gives us licensing capability throughout the entire EU 27 countries. And it gives us the ability to expand those markets which we will do today -- this year and in the next few years.

Asia, India and China continue to top our lists as priority markets for us. You heard Mr. (inaudible) earlier today speak about the opportunities for the B-to-B business in India. We'll be testing some things out with him and with others in that market and with some banks in that market as well.

For China, it's very much about currency liberalization. So as we're able to deliver local currency into the Chinese market, we can now capture more of the value chain in that foreign exchange spread that we were missing out on before. It's a very manual effort today because we've got to educate customers, but that's the path that we're headed down.

So as we look at our execution priorities for this year, they have not changed. Our goals are to deliver on our growth objectives and at the same time to build the foundations for a long-term growth and share gain. So it's geographic expansion, product expansion, customer expansion to our exporter base and expansion of our channels.

At the same time, we're heavily involved in the integration process today with the acquisition that we did of the Travelex organization late last year and we're setting the business up to get efficiencies out of the combination and to drive long-term profitability and growth in this business.

So those are our priorities for this year. I hope that gives you an idea of the B2B business. I'd like to have you watch a short video before I call up my colleagues.

So could you please play the video?

(Video Plays)

**Raj Agrawal** - *Western Union Co. - President, Business Solutions*

So I hope you enjoyed that video.

I'd like to now introduce our head of our APAC business, [Carrie] (inaudible).

[Carrie]?

**Unidentified Company Representative**

Thank you, Raj. Well, my name is (inaudible). I'm the regional managing director of our Asia Pacific business for the business solutions division.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

