# Exhibit 88

THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
WU - Western Union Co. at William Blair and Co LLC Growth Stock Conference

EVENT DATE/TIME: JUNE 12, 2012 / 6:30PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JUNE 12, 2012 / 6:30PM, WU - Western Union Co. at William Blair and Co LLC Growth Stock Conference

### CORPORATE PARTICIPANTS

**Bob Napoli** *William Blair & Co. - Analyst*

**Hikmet Ersek** *The Western Union Company - President, CEO & Director*

### PRESENTATION

**Bob Napoli** - *William Blair & Co. - Analyst*

Okay, we're going to get started. My name is Bob Napoli, the analyst for William Blair that covers Western Union. You can look at our disclosures on our website, www.williamblair.com.

We are honored to have with us today the President, Chief Executive Officer, and Director of Western Union Hikmet Ersek. We also have CFO Scott Scheirman and Mike Salop, Senior VP of Investor Relations.

Mr. Ersek began his financial services career at Europay MasterCard in 1986, joined GE Capital in '96. He was running their retailer sales, finance and card business. Joined Western Union in '99. Had several international leadership roles for the Company. Became the CEO on September 1st of 2010.

Western Union -- I mean, this is the leader in global money transfer. They have about 18% market share. Spun off from First Data in 2006. The Company was founded in 1851, did its first money transfer in 1871, just before Hikmet joined. But I find it funny. It's 1871 -- I get asked -- the number one question on Western Union is -- are they going to be here 10 years from now? But they've been here quite a few and I don't see them slowing down. I would like to see them speed up. The stock, we think it's a great value at the current price. It's trading at a 12% free cash flow yield. Their free cash flow is very stable. We think if they can drive a little higher revenue growth, that's going to revalue the Company. They are using that cash flow to buy back about 5% of the Company per year, just about.

But let Hikmet come up, and I know he's going to focus a lot on growth strategy.

**Hikmet Ersek** - *The Western Union Company - President, CEO & Director*

Thank you, Bob. I thought that you were talking about my birth date, 1800s. So, yes, we've been, indeed, for 161 years in the business and we are very proud that we've been surviving. I can assure that we're going to survive the next 10 years, if not the next 100s of years, because I believe we have a great brand, great business, and it's a very profitable business.

Thank you having me here. I really appreciate to talk about Western Union today. Please free to read this one. It's our safe harbor.

Since some of you are not so familiar about Western Union, I would like to give you a few minutes of overview of what we're seeing and what we are doing, what kind of company we are. If you look at our company, in 2011 we had about $5.5 billion of revenue. And our operating margins are just over 26%. The majority of the revenue is coming from the consumer-to-consumer money transfer business, primarily the cross-border, country-to-country money transfer business, which as many of you know that we are in 200 countries and serve about 16,000 corridors.

We are definitely the largest cross-border money transfer provider. Just to correct those, Bob, you don't send telegraphs anymore. The last telegraph we sent was about 8 years ago to the President Bush, and since then we don't send.

We are a electronic money transfer company, modern. We do every transaction electronically. We do 28 transactions a second electronically. The way the customers bring money to a location, [go-to funds,] could be different, but we are doing 28 transactions a second. We settle in multi-currencies. We pay out in 135 currencies. So it is very modern and has a huge future, this company.

And the good thing behind that is our business model is very little capital intense. We generate very strong cash flow. Our cash flow from operations last year was about $1.2 billion.

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**JUNE 12, 2012 / 6:30PM, WU - Western Union Co. at William Blair and Co LLC Growth Stock Conference**

Due to our business model, due to our strong cash flow, we are also generating -- a large portion of our cash flow is returning to the shareholders. Since 2009 we 4 times increased our dividends at 10% per share quarterly. And we are very active also in repurchasing our share because we believe it's a right investment. We believe our stock is undervalued. And since 2009 we have spent almost $2 billion to now -- to end of 2012 Quarter 1, about $2 billion in repurchase. And we are staying committed to return back to our shareholders -- funds to our shareholders moving forward.

Before I discuss about our future strategies, let me talk about the core strengths of Western Union, why this company is so -- what the core strengths are and, as Bob mentioned before, why the Company has this strength to be so successful on the market. Our core strengths are four areas, big four areas. First one is the global network. The second one is the strong brand awareness. The third one is the global organization and the resources that we have. And the fourth one is the regulatory and anti-money-laundering capabilities of Western Union. All this combination gives us a unique opportunity and unique fundamentals for Western Union. And it's really -- in the middle we put always the customer and build around that capabilities our business.

Let me start with the global network agent partners. As I started with the Company 13 years ago we had 68,000 locations. A month ago we celebrated our 500,000th locations in New York City. And we are in 200 countries. That gives us the capabilities to connect 200 countries, 16,000 corridors. There is no other company worldwide in money transfer who can combine 16,000 corridors with 500,000 locations.

We have agent locations -- large banks or post banks, also small mom-and-pop shops. 75% of our locations international are banks and financial institutions. We are in the rural areas. We are really on a [basis] where other financial institutions don't even exist, don't even go, but we are first there and we have this network. So this is a huge competitive advantage, being in 200 countries and being in that environment with our agent network.

Our second strength is our global brand. We have a huge brand awareness around the globe, particular to the underserved customers, so-called underserved customers. There are about 2 billion customers worldwide that are underserved by different financial institutions. Just to correct -- our customers are not under-banked. They are just underserved with certain financial products. 75% of our customers do have a bank account, have a banking relationship. But they are underserved. They choose us to use the service.

Our brand awareness globally is about 80%. In the USA we have an 80% brand awareness; in Australia, for instance, 91%; in Morocco, 97%; in the Philippines, 90%; in India, 91%. And approximately we have globally -- our customers, our consumers are very loyal to us. We have about 70 million consumers who are sending Western Union globally. And out of the 70 million senders we have about 19 million loyalty card holders. They are loyal; they use -- collect points and they are long-term customers with us. Then [beside] the 70 million senders we have also millions and millions of receivers globally who receive the money. So the brand awareness is very important.

And the other thing is also -- if you think about our business, it's about receiving and sending. For instance, in the Philippines we have programs for brand awareness. Before the people leave the country we give them a package, a [receiving] package which they already know when they arrive in Saudi Arabia or UAE or US or UK, they already know which agent location they can use, where to go, and what the fees are to send money back to their loved ones to Philippines.

Another strength of Western Union is the global organization [agent] resources. As I mentioned, we have a very strong balance sheet and we have a very strong cash flow position. Many agents -- I said before 75% of our agents are banks and post offices. They choose us, our global brands, big brands, choose us because we have a strong balance sheet. We maintain A-minus credit rating; I know that's always a discussion to the minus credit rating because of your borrowing amounts. But I think the financial strength allows that many partners choose us and stay with us. It's important for them.

Our agents relationships are 5 to 7 years of agreement and they are choosing rather than -- as a competitive advantage our brands than the other brands because they want to work with a very strong partner who has a strong balance sheet.

The other thing is also, one of the strengths, that we have 500,000 locations, as I mentioned and we have millions and millions of (inaudible) associates who are our daily ambassadors serving our customers at the 500,000 locations. We do have relationships to these (inaudible) associates who serve our brands on the day-to-day business.

3

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



JUNE 12, 2012 / 6:30PM, WU - Western Union Co. at William Blair and Co LLC Growth Stock Conference

One of our very strong competitive advantage is our regulatory environment, our regulatory and anti-money-laundering competency capabilities. It scares to death the competition to enter this market, the regulatory environment. And I always say -- I know it's sometimes tough, but I always say it's good that the regulatory environment, that we as Western Union have these capabilities to serve the customers and give the trust to the customers they believe at Western Union.

And we spend about $60 million yearly on the anti-money-laundering activities. We have about 600 employees really looking after the regulatory environment on the day to day. And don't forget, we are not only regulated in the US or in the UK; we are regulated in 200 countries. We do have different regulatory environment in 200 countries and Western Union has the competency to serve the customers. And it's not easy to get a money transfer license in Tajikistan. It's not easy to have a money license in Gabon and Brazil or other states I'm talking about. So it's a competitive advantage for Western Union and we are very proud of that.

So I talked about our fundamental strengths. How do we see the future? Today our core business are serving about 200 million consumers, migrants, and their families back home. That's our main business, cross-border, money-transfer business.

But we define our customer segment as 2 billion underserved customers because we do, besides the money transfer business, we want to serve them also with other financial products and with other channels than retail money transfer. These customers are not all under-banked, but they have limited access to the financial services. And Western Union, with the core competencies, has the strength to serve these customers.

Besides that business on the consumer side, the other side is that small business entities. There's a huge market, about 140 million small businesses, including 28 million of them -- they have cross-border money-transfer needs, importers and exporters. And we define them also our customer segment. They're also underserved by many financial institutions, the SMEs, to do money transfers. It's not easy if you import, let's say, coffee beans from Columbia to Texas, to send money back to Columbia or to Brazil in a small business entity. I believe that Western Union has a huge opportunity here to serve also the small business entities in the cross corridor.

Around that, putting the customers in the middle, we designed our organization in three main growth areas. One is the Global Consumer Financial Services. Second one is the Business Solutions, serving the SMEs. And third one is the Ventures. It's a new services area which today includes digital and stored value accounts, which means the prepaid cards or stored value mobile phones.

Let's just start with our core business Global Consumer Financial Services. The global migration will continue. Despite all these discussions -- economic and environment -- I think there's a need for migration because the demographics for the many countries and the economic development supports the migration. Even in the big dip of 2009 our business has been very growth and we had only, in 2009, the remittance market growth was minus 8%. Western Union revenues were about minus 2%. But you could see that the business returning to growth, all the statistics worldwide saying that there is a need for remittance market and it will grow. So our business from the potential, the global consumer business has a huge potential for the future.

To serve the customers in a better way we continue to add our locations and our touch points worldwide. We have a vision of having 1 million touch points in the longer term. The reason is very simple; if we don't do it somebody else will do it. The second thing, if you put touch points your market share grows. Look at the statistics in the past -- 1996 we had about 86,000 locations. In 2011 we had about 500,000 locations. Our market share growth from in 2001 7%; now about 17% globally. So adding touch points, serving the customer in a better way, is also gaining market share. And talking about new products, which I am going to talk about in a few minutes, you'll see that it's very important having the touch points globally.

I believe also there is huge white spot globally in Asia. In Asia we still have to cover white spots there. We have currently about 200,000 locations in Asia, 100,000 approximately, for instance, in India. But I believe still there is huge room to grow that.

In Europe we believe -- normally we have their banks and post offices because their regulatory environment asks for that. I believe that also the retail opportunity in Europe is big. With the PSD license we have already about 10,000 retail locations in Europe which serves the cus- -- some of them are open 24/7 serving the customers in a longer and a better way.

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



JUNE 12, 2012 / 6:30PM, WU - Western Union Co. at William Blair and Co LLC Growth Stock Conference

Today is it mainly going in a location and putting good funds in and getting good funds out in our other locations in 200 countries. Tomorrow it could be sending money from your iPad -- and it is existing already -- and picking it up at any of the 500 [sic] locations globally.

It could be also sending money from your iPhone to an iPad or to a stored value or to a mobile stored value card, prepaid card and sending the money. And that's the direction we are going. And the only way you can do that is you need the fundamentals as Western Union and that's why many companies have been trying to enter that environment have not been successful, because the fundamentals, the competencies, are missing. And I think Western Union has that, to grow that business in a very fast way.

Now if you look at the numbers and the portfolio, Western Union portfolio, how we want to grow the next few years, is -- I think that gives a little bit environment. Today our core business is about almost 80%, 79% of our business, growing 4%. We want to accelerate that growth. On the C2B business, we would like to grow at single digit. But the exciting part is definitely on the B2B business, today growing at 13%, we are committed to grow it low double digits. And on the digital part, we would like to grow it -- it's 2% of our business today, growing by 31%, and we would like to grow it 40% to 50%. And on the stored value we believe it's a long-term opportunity. It's about 1% of our revenue, growing 30%, and we would like to grow that higher because the opportunities also here are huge.

The big thing is that, given the fundamentals, there are 2 billion, 2 billion underserved consumers. They are waiting for us and we have the opportunity there.

In summary, I would like to say that we have a very strong foundation and it supports our core business and protects our healthy growth core business. We have very, very profitable $5 billion-plus business with high margins. And we feel that we have the right strategies to drive the growth for long-term growth for this company.

Thank you.

## QUESTIONS AND ANSWERS

**Bob Napoli** - *William Blair & Co. - Analyst*

(Inaudible - microphone inaccessible.) I guess the number 1 question on disintermediation risk people will bring up frequently -- well, why wouldn't I just send money cross-border on PayPal? What disintermediation risks do you most fear? And why is somebody wrong to suggest that something like a PayPal or an iTunes could end up being a significant risk for you, or the mobile communications companies?

**Hikmet Ersek** - *The Western Union Company - President, CEO & Director*

Well, first of all, I got this question already 13 years and it has not been proven that somebody will take away our business. And despite that we will grow in -- even in the real economic challenges 2009 we had only minus 2% revenue growth.

I think first of all you have to build the fundamentals we have done for many, many years. We be now in, as I mentioned, in 500,000 locations in 200 countries -- somebody has to do that. It's not easy to build that. You have to get the regulatory environment -- somebody has to do that. It's not easy to do that. You have to [go down to] money laundering -- somebody has to do that. You have to settle in 135 currencies. How do you settle in 135 currencies in minutes? Somebody has to do that. So that has been definitely something we are very proud. We built that. And has to be really done by someone else.

The second thing is also -- don't understand wrong. There is competition and there will be competition. Thanks God they keep us fit. There will be competition. But they are mainly corridor-to-corridor competitors. They're focusing on certain corridor and they are competing with us with pricing, with everything and we -- our response has been always good to that. Our pricing, if you look at the last few years, has been investment in between 1% and 3%. And not that we had to go down with our pricing significantly to compete against that, the (inaudible) of that, why we can do that,

6

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

