# Exhibit 89

THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
## WU - Q2 2012 Western Union Co. Earnings Conference Call

### EVENT DATE/TIME: JULY 24, 2012 / 12:30PM GMT

**OVERVIEW:**

WU reported 2Q12 EPS of $0.44. Expects 2012 GAAP EPS to be $1.68-1.72 and EPS, excluding TGBP, to be $1.73-1.77.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JULY 24, 2012 / 12:30PM, WU - Q2 2012 Western Union Co. Earnings Conference Call

All statements made by Western Union officers on the call are the property of The Western Union Company and subject to copyright protection. Other than the replay noted in our press release, Western Union has not authorized and disclaims responsibility for any recording, replay, or distribution of any transcription of this call. I'd now like to turn the call over to Hikmet Ersek.

**Hikmet Ersek** - *Western Union Co - President, CEO*

Thank you, Mike and welcome, everyone. We remain focused on delivering on our vision to become the premier financial service provider for the underserved around the globe, as we outlined at a recent Investor Day in May. Our foundation is strong with a solid, core business in consumer money transfer and significant competitive strength such as our agent network, our high brand awareness with the underserved around the world, our global compliance capabilities, and our global organization and resources.

We have the right strategies in place to capitalize on these strengths and drive accelerated growth over the long-term by focusing on expanding our network and increasing consumer retention in global consumer financial services, expanding penetration and added new services in business solutions, and developing and growing new services for the underserved in Ventures. The investments we have made in Business Solutions and Ventures are provided us diversified revenue streams and as we exhilarated the growth over the long-term, we expect to drive margin expansion.

We also continue to focus on generating strong cash flow and deploying it for our shareholders. In 2012, we remain on track for the revenue, earnings per share, and cash flow outlook we provided at the beginning of the year, despite economic challenges. In the second quarter, our consumer money transfer business, which represented over 80% of revenues, continued to deliver solid results. [Agency] constant currency revenue increase 3% with consistent year-over-year operating margins. There were some very strong large markets such as Germany, Saudi Arabia, and India that helped offset economic softness in Southern Europe and expected challenges in Mexico and Russia.

Westernunion.com online money transfer also continued to deliver strong growth. Interestingly, we are seeing some changes in consumer movements developing from the economic situation in Southern Europe. Portugal, which was historically being a primarily send market, is now almost even split between inbound and outbound. Although Greece is still primarily an outbound market, the inbound business increasing significantly and represented almost 30% of the country's mix through the first half of the year. Due to our global network and local market expertise, we are very well-positioned to react quickly to these changes in patterns.

We are also making more progress ramping up our agent location expansion, including some key retailers in Europe such as Lottomatica, in terms of locations, one of the largest retailers in Italy. We now have approximately 510,000 agent locations globally, but there are also an additional 50,000 money transfer touch points throughout ATMs and other transaction-capable spots. These are a great base to achieve our long-term goal of 1 million touch points.

Our access to consumers is even higher when you consider the millions of account holders that can utilize our services throughout online banking and mobile phones. We have agreed to add account based money transfers with large banks in India and China and we will continue to expand our services to offer even more convenience and choice to our consumers. Our account based money transfer momentum remains strong with revenue growth of 34% in the quarter.

Turning to business solutions, pro forma constant currency revenue growth was the same as the first quarter at 4%. Although we have tempered our 2012 expectation for this business, primarily due to the impact of slowdowns in global trade, we have not changed our long-term outlook. C2B business development remains strong as we recently signed new partners such as ICICI Bank, through which we will transact international student tuition payments from India on behalf of our university customers and IBInvestor in the US, a global business incubator for media companies.

We also expanded Business Solutions to its 26th active country, by partnering with our agent in Chile. We continue to believe we will obtain low double-digit revenue growth in B2B over the next several years as the global expansion and new customer acquisition become more material components of our business. In Ventures, westernunion.com continues to deliver strong growth while we invest in new capabilities. We are piloting new strategies and pricing actions to drive customer acquisition, upgrading platforms to increase functionality and improve the consumer experience, and building a highly skilled team at our new San Francisco office.

3

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



JULY 24, 2012 / 12:30PM, WU - Q2 2012 Western Union Co. Earnings Conference Call

global trade slowness. We do have new acquisitions; we do have new clients. As I mentioned before, ICICI Bank and the universities in the US and also, IB investor.

And we also opened a new country. As you recall, we started after, about 8 months ago, 10 months ago, we had 16 countries, now we are in 26 countries in the Western Union Business Solutions. At the new rate, revenue takes some time, it comes and our aim is expanding into new countries, but I would say that's mainly driven by global trade, has impacted our B2B business.

**Tien-Tsin Huang** - *JPMorgan Chase & Co. - Analyst*

Okay. The compliance costs moving up, do you think this will eventually apply to some of your smaller peers as well and perhaps, ease some of the competition, especially in pricing, going forward?

**Hikmet Ersek** - *Western Union Co - President, CEO*

I think, Tien-Tsin, it's upgrading our compliance. As you know, we're very focused here and we are very serious. It's a competitive advantage, long-term. I think we are investing heavily here to be, really I think as an industry leader, we are setting the tone here and I think we are very focused here and I see that as definitely a competitive advantage.

**Tien-Tsin Huang** - *JPMorgan Chase & Co. - Analyst*

Okay. Very good, thank you.

**Operator**

Glenn Fodor, Morgan Stanley.

**Glenn Fodor** - *Morgan Stanley - Analyst*

To follow up on Tien-Tsin's question on B2B, just the whole market share issue, people, I believe, are expecting you guys to offset any macro weakness with share gains. Just straight up, do you think you're winning share yet? And if not yet, when do you expect this to happen?

**Hikmet Ersek** - *Western Union Co - President, CEO*

I believe we are gaining share, we are getting new customers, we're really getting share. In some parts where we had existing customers, we had some global trade issues, but generally, we are expanding and we are gaining share. I just want to repeat, again, we have only 2% market share globally and it can go only up and the team is very focused to signing new sales efforts. I think, Glenn, we are definitely on the road, gaining share.

**Glenn Fodor** - *Morgan Stanley - Analyst*

On a normalized basis excluding integration costs, looks like you made some progress by our calculations in the operating margin in B2B from 1Q to 2Q. Can this trajectory continue even without an acceleration of the top line over the near term, just from synergies and cost optimization?

8

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JULY 24, 2012 / 12:30PM, WU - Q2 2012 Western Union Co. Earnings Conference Call

**Kartik Mehta** - *Northcoast Research - Analyst*

Thank you very much.

**Operator**

Tom McCrohan, Janney Montgomery Scott.

**Tom McCrohan** - *Janney Capital Markets - Analyst*

Circling back to the guidance questions, again, given the macro headwinds, the slowdown in global trade and other challenges that are impacting the core consumer business, you still kept your full-year revenue guidance unchanged. I'm wondering if there were some offsets that you can call out as far as other areas of the business that are exceeding expectations or maybe just add some other comments around why you kept the revenue guidance unchanged given those factors?

**Scott Scheirman** - *The Western Union Company - CFO, EVP*

Overall, if you look at the C2C business, it's 80% of our revenues and that's had good, solid, consistent performance on a year-to-date basis. You're seeing growth very strong there at the 4% range, so we're at the higher end, just on a year-to-date basis. WesternUnion.com continues to grow well. We've seen growth rates in the 20s and 30s from a revenue standpoint. Although Business Solutions has been a tad bit softer than we expected, it is about 6% of our top line.

But we believe long term only having a 2% market share, leveraging our brand, our distribution, our global footprint, we can continue to grow in the low double-digits on a long-term basis. But overall, the core C2C business is strong, it's solid. We had consistent margins with a year ago and so we feel good about where that business is at and where we're heading.

**Tom McCrohan** - *Janney Capital Markets - Analyst*

Great. If I could ask a follow-up on WesternUnion.com, which seems to be a bright spot for you folks. What kind of trends are you witnessing in that business in terms of the metrics like customer retention and pricing? If you can compare that to the traditional agent business and although it's only 2% of revenue today, you had some great growth there. Just trying to understand the economics there and some of those metrics like customer retention?

**Hikmet Ersek** - *Western Union Co - President, CEO*

Sure. What we are doing here is building on our fundamentals of our global network, global compliance capabilities, and global brands. We are connecting electronic with locations, with retail. No one but Western Union can connect 16,000 corridors with electronic and locations. No one else can send money from US to New Zealand in minutes or to Chad or to Morocco in minutes than us. We can do that. What we are doing is seeing here huge growth.

It's also a different customer. The cannibalization, it's very, very low here. It's not the customers who are using retail to retail money transfer, it's the new customer segment. The cannibalization is really very low and it helps to grow our business. That helps our patterns.

Pricing-wise, it's the similar pricing we use it here. We do use some corridors, pricing in some corridors to respond, but that's the similar also in the retail money transfer business. Corridor by corridor, you adapt your prices, but generally I would say their margins are similar and excluding the investment we did, I would say the similar business.

**THOMSON REUTERS STREETEVENTS** | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

