# Exhibit 92

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

WU - Western Union Co. at Citi Financial Technology Conference

EVENT DATE/TIME: NOVEMBER 07, 2012 / 3:40PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



NOVEMBER 07, 2012 / 3:40PM, WU - Western Union Co. at Citi Financial Technology Conference

**Ashwin Shirvaikar** - *Citi - Analyst*

I wanted to sort of go back to the compliance question. Obviously, compliance is supposed to be an advantage for Western Union because you spent so much and presumably your competitors cannot spend as much. Why then is it that it's such a multi-year process to sort of fix what the monitor said what the agreement was? Why was Vigo sort of seemingly left out? How far away are you from fixing what you need to fix? And last point which you brought up a couple of times is you said it's going to be an advantage because everyone else will have to follow, which kind of leads to the simple question of aren't the rules the same for everybody?

**Hikmet Ersek** - *Western Union - President & CEO*

Well, let me -- that's a long question. Let me start with the first part. As I took over it was definitely I didn't know about many things. It was a surprise, for me personally surprise one of the parts, and I have to implement many -- we took the agreement what we signed and the monitor is since over a year in-house and we start to implement some action plans. And with our general counsel, John Dye and his team, we are very actively putting the Southwest border issue and focusing on that. Now, Southwest border issue is unique to Western Union. It's an agreement which has been signed in 2010 and we are implementing the actions, and I am very confident that the team is doing the right thing. I'm very confident that it's a long process, but we are doing that and it's no secret that doing business in that corridor currently is not that easy as doing business with the competitors. You have to be very open on that. And once we implemented all these actions, which is a quite high standard, which is good for the customer, good for the consumer, good for the company. I believe also as an industry leader that will be one day, and my hope is there that the industry standard that others have to follow and we have to do that.

Now, we are spending about $100 million in compliance. It's a lot of money. And we are spending in the right place and we have to do that and don't forget, also, that these standards, we are upgrading our compliance to global standard also then. And if you do one entry in the global cost for the money transfer services there are some standards you have fill that comply with the regulatory environment and I see that as a competitive advantage. Not many companies can enter in that market that easily without having that, and that's why we are investing. It's a good investment. We believe it will be a competitive advantage and also applying with regulatory environment will be definitely we have some work to catch up and we are doing it, but as an industry leader in the sector obviously we set the standards hopefully.

**Ashwin Shirvaikar** - *Citi - Analyst*

But I mean, I guess, the question really is with regards to does MoneyGram have the same standards? Does a particular corridor specialist say from Russia to Ukraine have the same standards?

**Hikmet Ersek** - *Western Union - President & CEO*

Well, every corridor as you know, Ashwin, and every country has their own specifics, right, and that's the beauty of that business that we apply to every corridor in a regulatory environment and we do apply with that, and that's beauty also in Western Union being in 200 countries. It has its costs, but also its advantages, obviously. Once again, the Southwest border issue, it's a unique issue, which we are working very hard on that and our team is working very hard. But Russia issue is different. Ghana issue is different. And we are being in 200 countries it has its price, and that's about $100 million currently.

## QUESTIONS AND ANSWERS

**Ashwin Shirvaikar** - *Citi - Analyst*

I just wanted to open it up to the audience. If there's a question, there should be a mic going around. If you could wait for it because (inaudible).

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

