# Exhibit 93

# THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
## WU - Q4 2012 Western Union Co. Earnings Conference Call

### EVENT DATE/TIME: FEBRUARY 12, 2013 / 9:30PM GMT

**OVERVIEW:**

WU reported 4Q12 consolidated revenue of $1.4b and reported EPS of $0.40. Expects 2013 constant currency revenue down low-single digits and GAAP EPS to be $1.33-1.43.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## FEBRUARY 12, 2013 / 9:30PM, WU - Q4 2012 Western Union Co. Earnings Conference Call

**Bryan Keane** - *Deutsche Bank - Analyst*

Want to ask, it looks like the pricing actions have gone to your expectations, and I know it's early, but as we go into '13 obviously you'll implement more. But how confident are you that you return to revenue growth and profit growth in '14 and '15? And maybe you can give us why you're confident on that.

**Hikmet Ersek** - *Western Union Co. - President & CEO*

Yes, Bryan, I am pretty confident because we did many pricing actions and every pricing action there were big investment of course. (Inaudible) has a question, but based on my experience, based on the Company experience, it takes about 12 to 18 months depending when you start with the pricing. And the pricings we start I'm confident that in '14 you will see positive impact here on the revenue impact. And so we are targeting 25%.

And Bryan as you remember, DMT pricing investment which we did about two years ago, in the beginning it has a transaction growth, high transaction growth and after about 12 to 18 months the revenue came also. And we were very pleased, and turned around this business. So based on all those experiences, I believe it will be successful.

**Scott Scheirman** - *Western Union Co. - EVP & CFO*

And Bryan the only thing I would add to what Hikmet said is pricing is one lever that we're looking at to grow the business in '14 and '15, but we're rapidly expanding westernunion.com, we're doing some really good things with account-based money transfer. We feel like we're on track to grow B2B faster in '13 than we did in '12. We expect some growth out of the C2B business. So, I think all those things combined give us confidence that in '14 and '15 we can grow revenues and profits.

**Bryan Keane** - *Deutsche Bank - Analyst*

And then thinking about pricing as we look out, it sounds like we're likely to go back to the typical 1% to 3% decline cycle that we were in previously. What gives you confidence that there's nothing in the compliance, or something that stings you that you don't know about? One of the ways to think about it is there's probably -- is there anything out there that could be as large as the situation that happened with Vigo and Orlandi Valuta that could have that kind of an impact on price?

**Hikmet Ersek** - *Western Union Co. - President & CEO*

Well from today points of view, I really believe that we're going to come to 1% to 3% pricing environment. The regulatory environment is challenging, it's obviously we are very in regulated market. But all our investments, about $100 million a year we invest in anti-money laundering and compliance are really putting us as an industry standard. Being a market leader puts us in an industry standard and we want to be a best-in-class and see that as a long-term competitive advantage. I think regulatories are looking also at us and we do have a duty to satisfy customer needs and we are working very hard on that.

**Bryan Keane** - *Deutsche Bank - Analyst*

Okay and then lastly for me two macro questions. I know pre the great recession, WU quoted that the construction vertical was about 20% to 25% of revenue. I'm curious what that number is now in 2012 after this year? And then secondly, immigration reform, a lot of talk about that in D.C., can you give us some thoughts on if you think that would be a positive or negative for Western Union? Thanks so much.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

