# Exhibit 94

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT
WU - Western Union Co. at Goldman Sachs Technology & Internet Conference

EVENT DATE/TIME: FEBRUARY 14, 2013 / 7:00PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**FEBRUARY 14, 2013 / 7:00PM, WU - Western Union Co. at Goldman Sachs Technology & Internet Conference**

## CORPORATE PARTICIPANTS

**Hikmet Ersek** *Western Union Company - President & CEO*

**Scott Scheirman** *Western Union Company - EVP & CFO*

**Mike Salop** *Western Union Company - SVP, IR*

## CONFERENCE CALL PARTICIPANTS

**Julio Quinteros** *Goldman Sachs - Analyst*

## PRESENTATION

**Julio Quinteros** - *Goldman Sachs - Analyst*

This is -- actually, today, we're going to wrap up with our IT services track. So for the last couple of days we've been sort of broken up between consulting, outsourcing, transaction, processing, and today, actually, we heard from Mastercard, yesterday Visa, FleetCor, MoneyGram, a whole lot of guys on the processing side. And so, you know, wrapping up with Western Union, really appreciate you guys coming out today and spending some time with us to do this -- just to kind of dig into the business a little bit.

So I'll let you guys kind of introduce yourselves by way of background. Hikmet Ersek is the President and CEO of Western Union, and Scott -- Sherman?

**Scott Scheirman** - *Western Union Company - EVP & CFO*

Scheirman.

**Julio Quinteros** - *Goldman Sachs - Analyst*

Scheirman, yes, Scheirman, Executive Vice President and CFO of Western Union, plus I think I saw Mike Salop is also here as well.

**Scott Scheirman** - *Western Union Company - EVP & CFO*

Yes, Mike Salop is also here.

**Julio Quinteros** - *Goldman Sachs - Analyst*

Investor Relations is also around. So maybe just to get everyone on the same page real quickly, either one of you want to just give us kind of a quick background, Western Union, who you guys are, where you compete, and a little bit about your space, okay?

**Hikmet Ersek** - *Western Union Company - President & CEO*

Well, Western Union, first of all, is a 62 years old company. We're unmatched global network, present in 200 countries, has a huge global brand (inaudible). Our business, especially the last 14 years, 15 years, has been growing very fast with our global expansion for inter-country, cross-border [residence] market. About a few years ago we had only -- 15 years ago we had only 75,000 locations. We are now in 200 countries with 510,000 locations. Besides that, we have about 100,000 ATMs globally that also serves Western Union transactions, so it's about touchpoints of about 600,000 more -- 600,000.

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**FEBRUARY 14, 2013 / 7:00PM, WU - Western Union Co. at Goldman Sachs Technology & Internet Conference**

Then we have a very strong -- so our biggest part is the C2C business; 80% of our revenue. A majority of our revenue is out of the US; internationally, about 80% in the C2C business, and we do also have a very strong electronic money transfer business, which means that sending money from electronic to -- globally to 200 countries. It's about $150 million revenue and growing last quarter by 46% on transactions.

So the beauty of Western Union is that connecting anywhere, anytime, anyhow. Is it from your digital phone or is it from a retail across the shop to anyone worldwide.

The second part of our business is the B2B business. We have also served small and medium enterprises for import/export. It's about $400 million business. We are, with that business -- actually, we started that about a year ago. We bought a company called Travelex, merged with our existing small business customers, and we call it now Western Union Business Solutions.

Western Union Business Solutions serves small entities, exporters, importers, SMEs for across-border payments. In today's world it's easy to send goods across border but if you buy goods from Indonesia today, from rural Indonesia you want to pay your bill, it's quite hard to send your bill, and that's what we are doing is serving worldwide SMEs to do their transactions.

Besides that, we do also have a small prepaid business, and we do have also bill payment business. It's about $700 million business or something like that, Scott?

**Scott Scheirman** - *Western Union Company - EVP & CFO*

Right, yes.

**Hikmet Ersek** - *Western Union Company - President & CEO*

Which you pay your bills -- our bill payment business for consumer bill payment business majorities in the US, and we have also a little bit business also in Argentina and South America. Totally, we are about a $5.6 billion revenue business, and our financial -- I'll let Scott talk about that. We have a financial very strong. We generate a lot of cash. I would say that we have seen those shareholder cash-friendly for shareholders, and last year we paid about $1 billion of cash to shareholders in form of dividends and in form of stock buyback -- about $770 million in stock buyback and the rest in dividends.

Our yield today is about 3.5%, depending on the stock price, so it's also high dividend. The beauty of also Western Union is being global. I think that's the -- you know, the global opportunity and then we have a portfolio, which we can really manage the opportunities and the risks.

**Julio Quinteros** - *Goldman Sachs - Analyst*

That's great. 2012, you know, kind of looking back on the year and kind of the things that sort of transpired -- maybe, as a way of kind of getting everybody the context of some of the major events and highlights along the way as we kind of got to this -- the reset of terms of expectations at the end of the third quarter. Just -- if you can kind of maybe give us, like, maybe the plays, if you will, that sort of said, okay, these were the things that happened, and then we got to the end of the year, and we had to kind of go through this process of sort of deciding the 2012 had to change and then we can kind of talk about 2013. But I just want to get, kind of, your best sort of sense of what sort of transpired through 2012 that led to the [region] of expectations and then kind of where we're going from there.

**Hikmet Ersek** - *Western Union Company - President & CEO*

In 2012 was, despite the strong financial results, which we, again, as I've said, $1 billion to the shareholders, was we had some headwinds in some regulatory environment in the C2C business and headwinds also some on the competitive environment.

3

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



FEBRUARY 14, 2013 / 7:00PM, WU - Western Union Co. at Goldman Sachs Technology & Internet Conference

On the traditional retail money transfer C2C business, we did some investments in -- announced some investments in 2002 third quarter saying that we're going to invest about $300 million in pricing, which is about 5% of our total revenue. We're going to reset in some corridors, which is about 25% of our business; we're going to reset our business.

We started with some pricing actions in certain corridors in late November, early December, so it's too early to say how the pricing actions are going, but I have to say so far so good. First indication looks pretty good. The investments there, what we did is, after a month, again, I would like to say but it's working, working.

Our pricing actions from France to Africa are going pretty well. Our pricing actions from US outbound to Mexico for the Western Union branded transactions are doing pretty well. Just to give you an indication -- Banco de Mexico came with data, last December data, and we did beat the Banco de Mexico data. The market shows that it's declining, slightly declining, and Western Union branded transactions where we did pricing actions are growing about mid single digits.

The first indications are very good, and our aim is to really bring in -- back customers to our network. And once they're in network, we know that, long term, we were going to grow to profit and revenue again. All actions are designed to bring the Company into profit growth again, and so we're going to have this year, a decline of revenue about mid single-digit decline, and but long term we believe that we are going to grow this revenue and profit again, and that's our objective. By 2014, 2015, we should see that also.

That's one action we are doing on the traditional retail money transfer business -- investing in the pricing actions.

The second thing we are doing also is we are pushing our WesternUnion.com electronic money transfer very fast. As we are at, Julio, today in San Francisco, we opened a year ago an office in San Francisco called our digital office. And the transactions there are doing very well. It's only 4% of our business, revenue-wise, but growing by 46%. And the beauty of Western Union is that being present in 200 countries having all these systems, regulatory environment, multi-settlement system, basically are connecting one retail, which is called WesternUnion.com to 200 countries. And you could sit in San Francisco or in Berlin in Germany or in Istanbul, Turkey -- you can use your WesternUnion.com and send to 200 countries, to 500,000 locations or 200,000 ATMs and pick up the money.

And this business is growing very fast. It's about $150 million business, and we believe that we have a [tracking] plan to have that business by 2015 at $500 million, and we think that connecting the physical with digital, it's one of the big beauties of Western Union.

The third part, which we are very focused is the Western Union B2B business. The Western Union B2B business, we believe that we're going to grow here, this year faster than we did last year, and we have a plan to bring that business long term to lower double digit growth -- Western Union B2B business. And our focus is very much on sales and expanding to new countries.

Just to give you some indication, as we started a year ago, we were in 23 countries with Western Union Business Solutions. Now we are in 30 countries with Western Union Business Solutions. And our new revenue is growing faster than the existing revenue. Last year we grew Western Union B2B business, Western Union Business Solutions business by double-digits in transaction growth. The revenues were a little bit slower because the principal amount, due to global trade, did not match our expectations, so the revenue was lower but, again, transaction-wise, we grew double digits on that one. So these are the three areas we are focused besides the other new ventures areas.

**Julio Quinteros** - *Goldman Sachs - Analyst*

Maybe go back to some of -- the situation in Mexico, kind of, the regulatory issues as well. Just kind of help us decouple the events that led to the elimination of the agents, the 7,000 Vigo agents, and then how the pricing part of that, I guess, kind of translates into you're trying to recover there because that, I think, was -- one part of it was driven by the regulatory side. It wasn't really competition, if you will, but you're trying to recover some volume there. So maybe just decouple those a little bit in terms of the regulatory from the competition itself.

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**FEBRUARY 14, 2013 / 7:00PM, WU - Western Union Co. at Goldman Sachs Technology & Internet Conference**

**Hikmet Ersek** - *Western Union Company - President & CEO*

I think it's an excellent question because there has been some confusion of the price investment about 5%, what is the 5%, how much is regulated, depend on how much is really competition, everything, right?

So, first of all, long-term, we believe that we're going to have next year also our pricing investment will be going to the normal level of 1% to 3% by 2014. And we believe that we --

**Julio Quinteros** - *Goldman Sachs - Analyst*

Those would be annual declines --

**Hikmet Ersek** - *Western Union Company - President & CEO*

Annual decline --

(cross talk)

**Hikmet Ersek** - *Western Union Company - President & CEO*

-- 1% to 3% investments of our revenue that has been (inaudible) depending on the year. Part of the investment pricing investment is very much related to the regulatory environment. We had to make some changes there, especially in Southwest border area, which we had to upgrade our -- due to an agreement we signed with the attorney general in Arizona, we have to upgrade our compliance activities in Southwest border, and we have an agreement that we will work very hard on that to upgrade that.

By the way, we are very committed to, on the regulatory environment. I am spending about $100 million globally for the compliance activities of Western Union. So we believe that its long term industry standard and the competitive advantage for us and for people who do that because I think we are investing a lot from that.

So on the pricing investment work we did in Mexico is that we looked at our network, we looked at our Western Union branded transactions and non-Western Union branded transactions. At the Western Union branded transaction, we were pretty much good with the market environment, right? But we also feel some competitive pressure there given our network. We lost some network. We had 18,000 locations. We are now at 7,000 locations in Mexico, and we lost some exclusivity in Mexico.

To match that, we did some investments also on the Western Union branded transactions. That gave us all the first indications that it's working.

On the Vigo and Orlandi Voluta transactions, we still have some network issues and some compliance upgrades to do. We are on -- we are decreasing significantly, we are at minus 50% -- 40%, 50%, right, Scott?

**Scott Scheirman** - *Western Union Company - EVP & CFO*

Correct, yes.

**Hikmet Ersek** - *Western Union Company - President & CEO*

On the Orlandi Voluta, so we are losing their market share. It will take some time on non-Western Union branded transactions that we recover. I believe that at the end of 2012-2013 that we will see also better both there on that part.

5

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**FEBRUARY 14, 2013 / 7:00PM, WU - Western Union Co. at Goldman Sachs Technology & Internet Conference**

**Julio Quinteros** - *Goldman Sachs - Analyst*

Okay, great. Maybe let's switch gears a little bit and kind of dig into some of the stuff that's going on with the online and, obviously, there's an IPO going on, and people have been asking about that all week. What does it mean to you guys when you sort of see these online competitors that are kind of emerging? Obviously, you have your entire WU.com initiative as well. Maybe juxtapose the competitive advantages that you would have, disadvantages, and how you sort of see that channel evolving? And probably one of the very specific questions that people tend to ask a lot is channel conflict. Like, does this really create channel conflict for you guys or not? Maybe just some thoughts around that.

**Hikmet Ersek** - *Western Union Company - President & CEO*

I think since two years under my leadership, it's one of the biggest bets we did that and WesternUnion.com, and it's working. I am very satisfied. Actually, as we sit in San Francisco, we opened a digital office here. We have about 100 people here. We are on the focus to expand the Western Union, our digital business. The people are being great. We have people from -- hired people from the Bay Area, and the head of this office was running, actually, Africa for us, but now he's also running digital and I'm very satisfied with the results. As I said, it's growing very fast.

So -- the business has a huge potential. It's $150 million business. Transaction-wise, the revenues last year grew by 27%. And last quarter, transaction-wise, we were growing by 46%. So I think it's a very scalable business, and the good news is that 80% of the customers are new to Western Union brand -- eighty -- eight-zero. They never visit Western Union so it's really a total new customer segment, which we are attracting.

The reason for that is not only because they're visiting our digital network, because we offer the customer the world suddenly to 200 countries with our trusted brands and payout in minutes, and we already have our settlement system, we have the (inaudible) system, we have everything there that we don't have to build it. So we are really building on our existing fundamentals and new channel on the sense I called WesternUnion.com. That's the biggest advantage.

I see that business in two years being in 2015 a $500 million business, $0.5 billion business. We have a plan to get there. And also margin-wise, I am very optimistic because today most of the customers are using credit cards to pay their online transactions, which is very linked to an interchange fee. It costs them more, right?

In future, and it's very fast growing, is we're going to be ACH transaction, or direct debit transactions, which, with the lower interchange fee, which helps us, our profitability on that [percent]. We don't have to send agents payments. Once again, 80% of the transaction, Julio, 80% of the customers are new to the brand of WesternUnion.com.

**Julio Quinteros** - *Goldman Sachs - Analyst*

Maybe just on that point -- credit versus ACH. The majority of the transactions today are still credit and debit?

**Hikmet Ersek** - *Western Union Company - President & CEO*

Credit/debit in the US.

**Julio Quinteros** - *Goldman Sachs - Analyst*

And then the change to ACH, then, I think it was a subtle point, but I think it was an important one in terms of you being able to connect directly for bank --

9

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**FEBRUARY 14, 2013 / 7:00PM, WU - Western Union Co. at Goldman Sachs Technology & Internet Conference**

**Hikmet Ersek** - *Western Union Company - President & CEO*

And it was on the US DMT pricing action. And globally, in other parts of the world, we keep the pricings, you know, still premium. We are reacting market-by-market, and normally the pricing actions are paying back after 12 to 18 months. The transaction -- you could immediately see the transaction growth and the revenues coming back up are up to 12 to 18 months, and the customers stay with our network.

**Julio Quinteros** - *Goldman Sachs - Analyst*

Anyone else a question?

**Unidentified Audience Member**

I heard what you said about 16,000 different corridors and different pricing in each of those, trying to take advantage of -- or evidently getting the maximum price that you can get on each of those corridors. We're seeing completely the opposite approach by some of your competitors that are seeing explosive growth -- granted, off of a small base, who are just using a simplicity approach, a flat rate price across all customer segments, all different types of business. Haven't you provided an enormous umbrella from which other competitors can operate underneath you by having all this incredibly complex pricing strategy? Wouldn't you be better off having a much simpler approach and using it globally?

**Hikmet Ersek** - *Western Union Company - President & CEO*

I don't think so. That's exactly not -- I believe our existing pricing model how we work will continue to be -- I'll give you some examples. As I was running region personally, we were adapting our prices to the customer needs. Even like airlines, we even have dynamic pricing over the weekends. We adapt our foreign exchanges, our system, our IT system, our people on the field, our agents, are communicating with us constantly that we can adapt our pricings after the need.

We do also exit marketing. For instance, we have Mother's Day pricing, we have next-day pricing, we have Christmas pricing, we have Orthodox Christmas pricing, we have [eight] pricing, we have pricing different from UK to Pakistan different than Italy to Pakistan. You really adapt your, like an airline or like in FedEx or DHL, over to the customer needs. And that's the beauty of that. With that you could keep the environment, and you could keep the profitability and that's going to be our approach, I believe.

**Unidentified Audience Member**

Thanks. Just talking about an event that's not yet happened, but should immigration reform gain some traction here in the United States, what does that potentially mean for you and your business?

**Hikmet Ersek** - *Western Union Company - President & CEO*

Well, as you can imagine, we are in favor for immigration reform. We believe that it will have a positive impact to our business; people having proper paperwork, proper registration, will probably -- people still have their relatives across other side of the world. They want to use, then, more Western Union than all these regulated services than, you know, they feel probably more comfortable using Western Union and our service. So we are in favor with the -- for the immigration reform, and we believe that the people may use more Western Union.

**Julio Quinteros** - *Goldman Sachs - Analyst*

Okay. Does anyone else want more questions?

**THOMSON REUTERS STREETEVENTS** | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

