# Exhibit 95

## THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## WU - Q1 2013 Western Union Co. Earnings Conference Call

## EVENT DATE/TIME: APRIL 30, 2013 / 8:30PM GMT

### OVERVIEW:

WU reported 1Q13 total consolidated revenue of $1.3b and reported EPS of $0.37.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## APRIL 30, 2013 / 8:30PM, WU - Q1 2013 Western Union Co. Earnings Conference Call

**Tien-Tsin Huang** - *JPMorgan Chase & Co. - Analyst*

Great. Thank you so much. Hikmet, I heard you mention compliance and regulatory actions a few times. Anything new that wasn't contemplated before? I heard UK and Spain I think. Any other countries that are new that are putting in some changes around remittances? And can you size maybe at a high level what the impact was on transactions if possible?

**Hikmet Ersek** - *Western Union Co. - President and CEO*

Well let me give you an overview and maybe I can give it also to Scott and he can be more in detail but we as a leading Company of Western Union are very committed to compliance and we see that as a long term competitive advantage. We do have some short-term adaptation on our rules and changing the rules in some countries, it is no secret that the financial service overall get more regulated and within that also we want to be best-in-class. We create this cultural compliance within our Company and so that's the environment we are in currently, and we see that as a long term competitive advantage. But we did have some impact in our business like Vigo. Maybe Scott you can give a little bit?

**Scott Scheirman** - *Western Union Co. - CFO and EVP*

Yes, Tien-Tsin, let me give you a little bit of color. As Hikmet said that we are committed to a strong culture of compliance and best in compliance programs and let me give you a flavor of maybe some things that have been ongoing not only in the first quarter, but prior quarters too. We're doing things to really protect the customer and protect the business. It might be things such as realtime risk assessment when the transaction happens at the point of sale, verification programs related to high principal transactions whereby we call back the sender and make sure the transaction is appropriate. But as Hikmet mentioned we believe this will be a long term competitive advantage for us. Near term there are some headwinds but it's the right investment to make in the business. We leave it will be a competitive advantage and we continue to work towards that. As far as specific models or specific countries we did mention the UK and Spain. Another one of my highlight is Venezuela where we had to do some things to reenroll or reregister our customers and we're largely through that in the middle of March from that standpoint but we will continue to comply with the letter of the spirit of the law and really see that as a competitive advantage long term.

**Tien-Tsin Huang** - *JPMorgan Chase & Co. - Analyst*

Okay that makes sense. And just to be clear, these are broader changes that apply to remittances or are they changes tied more towards broader payments if you will? I'm trying to understand how specific or narrow some of these rule changes are.

**Hikmet Ersek** - *Western Union Co. - President and CEO*

I think it's general, Tien-Tsin, if you look at the regulatories it starts with protection, which we are very focused on that. It's not only evidence, it's just general in the US, you're more similar to Dodd-Frank issues, are also the compliance issues, but also internationally it's more on the compliance, but also consumer protection activities. Plus also the regulatory environment, right? We are fortunate that we are licensed in 200 countries. So we are working very close to expand our relationship and adapting the regulatory environment. And it's not only the US, it's globally, where it's getting all in financial service the general trends to more regulated.

**Tien-Tsin Huang** - *JPMorgan Chase & Co. - Analyst*

Okay.

**Scott Scheirman** - *Western Union Co. - CFO and EVP*

I would just add Tien-Tsin, everything isn't necessarily black and white in a rule but we work with regulators in countries around the world to try to do the right thing for our business and for our customers.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



APRIL 30, 2013 / 8:30PM, WU - Q1 2013 Western Union Co. Earnings Conference Call

**Hikmet Ersek** - *Western Union Co. - President and CEO*

I just want to add-on that, Scott, Bryan, as you know business very well, it's, pricing is the not only thing we do. I'm very pleased with our expansion policy also on the network. We have more than 600,000 touch points if you include also ATM's here and recent signings, 10,000 additional locations are coming in Mexico, and that's doubling our Mexico networks. Also Egypt is a huge signing and Carrefour in Argentina, I think these are big signings coming and also more to expect to come, the teams are focused and that will give us also the expansion and gaining more transactions.

**Bryan Keane** - *Deutsche Bank - Analyst*

Okay. That's good to hear. And then just Hikmet, it sounds like we've troughed in the transaction growth numbers, you expect them to improve in the second quarter and then improve especially in the back half of the year. Just your confidence level. I know I've asked that question before but I think it's key to see the transition. How confident are you that the transaction numbers will start to turn because you've had a full quarter, at least a partial pretty good size quarter to see that the pricing actions take place. But the key to the story now is going to be to see the transaction numbers get better and that the first quarter was the trough.

**Hikmet Ersek** - *Western Union Co. - President and CEO*

Yes, I'm glad you are asking that question, Bryan. I'm very confident about that and the transaction, don't forget as I mentioned earlier, only 50% of the pricing actions has been implemented in the market and 75% just started to be activated and the early signings are very much looking very positive that, as you know usually after 12 months the revenue also picks back, and it comes back. One of the ones we did three years, our DMT pricing actions and it came back revenue. I'm very confident that 2014 and '15 will be great growth years of revenue.

**Bryan Keane** - *Deutsche Bank - Analyst*

Okay, last question for me. I guess Scott, just when you're talking about some of these compliance changes, I know that's been going on throughout the world over the last probably couple years almost, but I notice the guidance didn't change, so it doesn't seem like there's any change in the guidance due to kind of that ongoing kind of regulatory compliance issues that are out there.

**Scott Scheirman** - *Western Union Co. - CFO and EVP*

Yes Bryan, you're right. We reaffirmed our guidance today. And again the regulatory environment continues to evolve and change and it's based upon what we know today as we reaffirm our guidance and so forth, but our goal is to comply with the letter and spirit of the law, have best-in-class compliance programs and really protect our customers and protect our businesses. Near term it has been a little bit of a head wind but we think longer term it will put us in a better competitive position.

**Bryan Keane** - *Deutsche Bank - Analyst*

Do you think those comps get easier in 2014 for those, on a year-over-year basis for those compliance and regulatory charges?

**Hikmet Ersek** - *Western Union Co. - President and CEO*

Bryan, I think the general financial service industry is getting more regulated and we are very focused on that. I think we have a great compliance team in place and they are working hard. Generally I'd say also being a market leader here as a competitive advantage. It's one of our investments. We don't see that as a cost or something like that, it's our investment to protect our customers and protect the Company brand, I believe that's going to be a competitive advantage long term.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

