# Exhibit 96

# THOMSON REUTERS STREETEVENTS
## EDITED TRANSCRIPT
### WU - Western Union Co. at Jefferies Global Technology, Media and Telecom Conference

EVENT DATE/TIME: MAY 08, 2013 / 5:30PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MAY 08, 2013 / 5:30PM, WU - Western Union Co. at Jefferies Global Technology, Media and Telecom Conference

So I think we are looking at real [importantly] to be part of the domestic money transfer businesses. Impasa's a great company. We do transfer to Impasa mobile accounts from UK. I think it's more than 15% or 20% of the transaction from the UK to Impasa account (inaudible) Western Union. But people go to a location, send it to an account, Impasa mobile wallet, electronic wallet.

So I think it's a great company and we are working on the use cases base.

**Jason Kupferberg** - *Jefferies & Company - Analyst*

Okay. Let's move over to regulatory and legislative affairs. I guess from a regulatory standpoint, there's obviously been a number of compliance-related events that you guys have been sharing a lot of information on. Do you think the worst is over there? I mean, you've obviously been spending a lot of money. You mentioned it being a core competency, arguably a competitive advantage. So do you think the worst is over there?

And then just on the legislative side, your thoughts on the proposed immigration bill out of the US Senate. Who knows what form it will ultimately take. But what are your initial thoughts in terms of what it could mean for Western Union?

**Hikmet Ersek** - *Western Union Company - CEO*

Let me give a first global overview about the regulatory environment --

**Jason Kupferberg** - *Jefferies & Company - Analyst*

Okay.

**Hikmet Ersek** - *Western Union Company - CEO*

-- then about Western Union. I think its compliance culture is in our DNA [to mean well]. I think creating the cultural compliance is something that it's very important under my leadership. Because one of the -- not only complying to regulations, and the regulatory environment is getting tougher for all financial institutions, especially also for money transfer companies.

I believe really it's a competitive advantage. We have the financial strength. We have the [confidency]. We have the people to invest here. And we like that. We don't like that money. We like good money. And every transaction transforms peoples' lives, and we really promote that. I mean, if you send $150 to Bangladesh, you really decide if somebody goes to school or not.

I recently came from UK, $20 changes children's life there (inaudible). So it's very important that we have the good money and we transfer that as well. We have the -- so we invest a lot. (Inaudible) we invest about $100 million in the regulatory environment, compliance environment. We believe it's long-term competitive advantage.

Short term, we believe that it has impact to our business. You saw that. My wish were to regulate to law enforcement everywhere the same way, not only in some parts of the industry. I think that will be long term a competitive advantage. And we believe we can use that.

The second thing, on the immigration reform, it's a US-specific thing. We, as Western Union, welcome the immigration reform. We believe that when people have document, are documented, they will use us more because we are very regulated. We ask for right documentation. We like the good money. And we would welcome many people in our network. We have the best service. We are the largest, in worldwide, one of the, largest ones. And we would love to -- we are welcoming the immigration reform and we would love to have 1 million people have the right documents.

9

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

