# Exhibit 97

| | | |
|---|---|---|
| Company Name: Western Union | Market Cap: 9,936.08 | Bloomberg Estimates - EPS |
| Company Ticker: WU US | Current PX: 17.835 | Current Quarter: 0.360 |
| Date: 2013-07-30 | YTD Change($): +4.225 | Current Year: 1.432 |
| Event Description: Q2 2013 Earnings Call | YTD Change(%): +31.043 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1401.435 |
| | | Current Year: 5526.444 |

# Q2 2013 Earnings Call

## Company Participants

- Michael Alan Salop
- Hikmet Ersek
- Scott T. Scheirman

## Other Participants

- Tien-tsin Huang
- Bryan C. Keane
- Smittipon Srethapramote
- Roman T. Leal
- Greg Smith
- Ryan C. Davis
- David J. Chu
- Glenn T. Fodor
- James Friedman

## MANAGEMENT DISCUSSION SECTION

### Operator

Good morning and welcome to The Western Union Second Quarter 2013 Earnings Conference Call. [Operator Instructions]

Please note this event is being recorded.

I would now like to turn the conference over to Mike Salop, Senior Vice President of Investor Relations. Please go ahead, sir.

### Michael Alan Salop

Thank you and good morning, everyone. On today's call, Hikmet Ersek, Western Union's President and Chief Executive Officer, and Scott Scheirman, Executive Vice President and Chief Financial Officer, will discuss the company's second quarter results and take your questions. We expect the call to last about 45 minutes.

The slides that accompany this call and webcast can be found at westernunion.com under the Investor Relations tab and will remain available after the call. Additional operational statistics have been provided in supplemental tables with our press release.

Today's call is being recorded, and our comments include forward-looking statements. Please refer to the cautionary language in the earnings release and in Western Union's filings with the Securities and Exchange Commission, including the 2012 Form 10-K for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements.

During the call we will discuss some items that do not conform to generally accepted accounting principles. We have reconciled those items to the most comparable GAAP measures on our website, westernunion.com under the Investor



| Company Name: Western Union | Market Cap: 9,936.08 | Bloomberg Estimates - EPS |
|---|---|---|
| Company Ticker: WU US | Current PX: 17.835 | Current Quarter: 0.360 |
| Date: 2013-07-30 | YTD Change($): +4.225 | Current Year: 1.432 |
| Event Description: Q2 2013 Earnings Call | YTD Change(%): +31.043 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1401.435 |
| | | Current Year: 5526.444 |

Relations section.

All statements made by Western Union officers on this call are the property of The Western Union Company and subject to copy write protection. Other than the replay noted in our press release, Western Union has not authorized and disclaims responsibility for any recording, replay, or distribution of any transcription of this call.

I would now like to turn the call over to Hikmet Ersek.

## Hikmet Ersek

Thank you, Mike, and good morning all. Earlier this year we reoriented our strategy for growing our global business so we could return to revenue and profit growth in 2014 by strengthening Consumer Money Transfer, increasing customers' end usage in Business Solutions, and generating and deploying strong cash flow for our shareholders. We said we could restore our competitive position and drive future growth.

Now halfway through our transitional 2013, our second quarter performance shows we have made substantial progress in achieving these objectives and demonstrates the strength and resilience of our business model.

As we expected our second quarter Consumer Money Transfer transaction growth rates accelerated compared to the first quarter, as our pricing actions continued to build momentum with consumers. Electronic channels growth also increased with strong contributions from both westernunion.com and electronic account based money transferred through banks.

Western Union Business Solutions delivered a second consecutive quarter of solid growth and more importantly initiated new services, partnerships, and markets to drive future performance. And additionally Consumer Bill Payments improved with strong constant currency revenue growth in the quarter.

While consolidated operating margins are down from last year as expected, partially as a result of our strategic pricing and other actions, we remain solidly on track with our full year financial outlook. And we are affirming our 2013 guidance.

Before turning the call over to Scott to discuss our financial results in more detail, let me give you a few examples of progress on each of our key strategy priorities for 2013.

In Consumer Money Transfer we are seeing that our pricing actions are having the desired effect. In Mexico Western Union brand transactions increased 22% in the quarter. This was an improvement from the 9% growth in the first quarter and 2% in last year's fourth quarter when we first implemented the price reductions. We are regaining momentum in Mexico, which should also be aided by activating new agent locations over the next several quarters. The price actions in other corridors are also performing well. And overall we are meeting our transactions objectives for the price corridors.

Entering the second quarter we have completed about 75% of the planned pricing initiatives. In these price corridors, transactions increased 17% in the quarter or 11% if you exclude westernunion.com. Prior to implementing the pricings, transactions in these retail corridors were decreasing slightly. So we are seeing a good lift in consumer usage.

The westernunion.com online pricing actions are also yielding very strong results. Overall we are seeing in dot-com money transfer transaction growth accelerated to 68% in the quarter. As of end of June we have initiated substantially all of the previously planned pricing actions.

We also made progress in other areas to strengthen Consumer Money Transfer for the future by further increasing the number of the agent locations, expanding our electronic channels, introducing more direct-to-bank services, and becoming more mobile. Our total agent locations increased to 520,000 as of end of the quarter. We remain focused on adding productive new locations and other points of presence, although there have been some offsets as we remove some locations that were dormant or required compliance related changes.



| Company Name: Western Union | Market Cap: 9,936.08 | Bloomberg Estimates - EPS |
|---|---|---|
| Company Ticker: WU US | Current PX: 17.835 | Current Quarter: 0.360 |
| Date: 2013-07-30 | YTD Change($): +4.225 | Current Year: 1.432 |
| Event Description: Q2 2013 Earnings Call | YTD Change(%): +31.043 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1401.435 |
| | | Current Year: 5526.444 |

<A - Scott T. Scheirman>: Yeah first, I think the important point is we very much have a culture of compliance and want to have best-in-class compliance programs, that's very important for our brand, protecting our customers, our agents and so forth. As we think about compliance broadly, we are doing things such as high principal dollar callback to protect the customer. That's what we want to do.

We have expanded that to other markets and other corridors. And we'll continue from time-to-time to implement things to protect the customers and to protect the agents.

<Q - James Friedman>: Thanks, Scott. And then...

<A - Michael Alan Salop>: For both wu.com and offline.

<A - Scott T. Scheirman>: Yeah, thank you, Mike. For both channels.

<Q - James Friedman>: Yeah. Okay, interesting. Thank you. And then with regard to wu.com, I was just wondering and I hadn't heard you mention this before, if you have I apologize, but being that wu.com is more of a one-to-many as opposed to a one-to-one model, are you seeing customers use it to remit to multiple countries? Or is that behavior any different than the typical pattern of one sender to one country?

<A - Hikmet Ersek>: Well if you look at our customer base, right, I mean let's assume a Filipino customer using online from here to send money to Philippines obviously uses that channel. But in the U.S. as you know, there are many ethnic groups, many migrants, many customer from different ethnic groups. And we do give them the ability to use different things.

So in the U.S. for instance I'm sending from my online account, from my iPhone to my father, Turkey, money. And it works pretty well. And my father in Turkey picks the money up.

So I think it's really the – what I wanted to say is that from one point you can serve 200 countries. You can serve one from Western Union dot France 200 countries. I think that's the huge advantage of Western Union.

<Q - James Friedman>: Thank you.

<A - Hikmet Ersek>: Thank you.

## Michael Alan Salop

Thanks, James. Thanks everyone for joining us and we hope you all have a good day. Thanks.

## Hikmet Ersek

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2013, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

