# Exhibit 98

## THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
### WU - Q3 2013 Western Union Co. Earnings Conference Call

### EVENT DATE/TIME: OCTOBER 29, 2013 / 8:30PM GMT

**OVERVIEW:**

WU reported 3Q13 total consolidated revenues of $1.4b and reported EPS of $0.39. Expects full-year 2013 GAAP EPS to be $1.38-1.43.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## OCTOBER 29, 2013 / 8:30PM, WU - Q3 2013 Western Union Co. Earnings Conference Call

### CORPORATE PARTICIPANTS

**Mike Salop** *Western Union Co - SVP - IR*

**Hikmet Ersek** *Western Union Co - President & CEO*

**Scott Scheirman** *Western Union Co - EVP & CFO*

### CONFERENCE CALL PARTICIPANTS

**Tien-Tsin Huang** *JPMorgan Chase & Co. - Analyst*

**Ashwin Shirvaikar** *Citigroup - Analyst*

**Darrin Peller** *Barclays Capital - Analyst*

**Tim Willi** *Wells Fargo Securities, LLC - Analyst*

**David Chu** *BofA Merrill Lynch - Analyst*

**Bryan Keane** *Deutsche Bank - Analyst*

**James Friedman** *Susquehanna Financial Group / SIG - Analyst*

**Tom McCrohan** *Janney Capital Markets - Analyst*

**Rayna Kumar** *Evercore Partners - Analyst*

**Jason Kupferberg** *Jefferies & Company - Analyst*

### PRESENTATION

**Operator**

Welcome to the Western Union third quarter 2013 earnings conference call.

(Operator Instructions)

Please note, this event is being recorded. I would now like to turn the conference over to Mike Salop, Senior Vice President of Investor Relations. Please go ahead, sir.

---

**Mike Salop** - *Western Union Co - SVP - IR*

Thank you. Good afternoon, everyone. On today's call Hikmet Ersek, Western Union's President and Chief Executive Officer and Scott Scheirman, Executive Vice President and Chief Financial Officer will discuss the Company's third quarter results. Then we'll take your questions. The slides that accompany this call and webcast can be found at WesternUnion.com under the Investor Relations tab and will remain available after the call. Additional operational statistics have been provided in supplemental tables with our press release.

Today's call is being recorded. Our comments include forward-looking statements. Please refer to the cautionary language in the earnings release and then Western Union's filings with the Securities and Exchange Commission, including the 2012 Form 10-K for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements. During the call, we will discuss some items that do not conform to generally accounting principles.

We reconciled those items to the most comparable GAAP measures on our website WesternUnion.com under the Investor Relations section. All statements made by Western Union officers on this call are the property of the Western Union Company and subject to copyright protection. Other

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 29, 2013 / 8:30PM, WU - Q3 2013 Western Union Co. Earnings Conference Call

than the replay noted in our press release, Western Union has not authorized and disclaims responsible for any recording, replay or distribution of any transcription of this call. I will now turn the call over to Hikmet Ersek.

**Hikmet Ersek** - *Western Union Co - President & CEO*

Thank you, Mike. Good afternoon. As we enter 2013, we continue to implement our plans to make pricing and other investment and undertake efficiency initiative to better position our business for the future. Our focus this year has been on strengthening consumer money transfer, increasing customer end usage in business-to-business and generating and deploying strong cash flow for our shareholders. As we have now completed three quarters of the year, I remain pleased with the progress we are making. The third quarter results provided some very positive signs that our strategies are working.

In consumer money transfer, transaction growth accelerated to 9% or 10% for the Western Union brand, driven by our pricing actions and strong electronic channels growth. In business solutions, revenue increased 10% in constant currency terms, as we continue to execute well on expanded product offerings and increasing penetration. In consumer bill payments, revenue increased 9% constant currency, driven by South America and the US electronic bill pay business. The consumer money transfer pricing actions continue to produce strong results in transactions and usage.

In the corridors, where pricing actions have been implemented prior the beginning of the third quarter, transactions increased 20% or 14% excluding digital. In comparison, Western Union brand transactions in the non-priced corridors increased 6%. Mexico in particular, demonstrated more progress in recapturing momentum. Overall transactions, including Vigo in Orlandi Valuta, increased 15% in the country, while the Western Union brand of transaction increased even 24%. In the US, we are very pleased to increase our distribution through our new relationship with Walgreens.

Walgreens is the largest drugstore chain in the country, with over 8,000 locations. We will be adding our consumer money transfer and bill payment services there beginning in 2014, providing more choice and convenience for consumers. In Europe, we renewed our agreement with our largest global agent, La Banque Postale, which has been offering our services in France for the last 17 years. We extended our services to over 3,000 additional locations. Expanding electronic channels is also a major part of our strategy to increase choice and convenience. Electronic channels once again delivered strong growth in the third quarter.

Electronic channels revenue increased 24% with C2C transaction through WesternUnion.com growing 68%. Electronic account -- money transfer transactions increasing 55%. In addition, to online banking access and WesternUnion.com, our money transfer services available to approximately 115,000 ATMs around the world. Electronic channels remains our fastest-growing area. Now represents 5% of total Company revenue. They are also bringing us new consumers, as we have consistently seen over 80% of our new WesternUnion.com customers being new to the franchise in the past 12 months.

We have recently added to our capabilities by expanding our direct-to-bank services to China from various markets and extending our relationship with US Bank to include mobile money transfer services. We also signed new mobile money transfer agreements in Nigeria, Tunisia and Nepal. We released an enhanced version of WesternUnion.com mobile app, which has been received a good response. Turning to Western Union business solutions. Revenue increased 6% in the quarter or 10% in constant currency terms.

I am pleased with our business and sales execution and our global expansion. We are well-positioned for long-term growth in business-to-business. Some of the recent initiatives in business solutions include the launch of options products in France and further global expansion of tuition payments for international students. We also continued to deliver on our third strategy initiative for 2013, which is to generate strong cash flow and deploy it for shareholders. Year-to-date through September, we generated $811 million of cash flow from operating activities and returned $543 million to shareholders. We expect to generate approximately $1 billion of operating cash flow for the year and returning nearly $700 million to shareholders, representing around 7% of the current market capitalization.

I also want to discuss the recent compliance and regulatory environment. As year-over-year regulatory requirements and expectations around financial service companies are escalating around the world. Some banks have recently faced large fines and some have announced billions of dollars of incremental investments in compliance areas. The environments continue to evolve. In the US, for example, we recently initiated agent procedures at our 50,000 agent locations to comply with the Dodd-Frank remittance transfer rule. I am pleased to report that the procedure was

3

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 29, 2013 / 8:30PM, WU - Q3 2013 Western Union Co. Earnings Conference Call

implemented in time for the October 28 deadline. As we mentioned earlier this year, we have previously implemented new anti-money laundering and fraud prevention enhancements in countries such as Spain and the UK.

In the US, we are now working with our third monitor on the Southwest border agreement. As noted, in our 8-K filed today, we have agreed to an additional short-term expansion to this agreement to continue to discussing advancements. We could not conclude discussions on a normal expansion under the previous timeframe for reasons, including the recent passing of Arizona's primary attorney on the matter. Overall, we have increased our investment compliance significantly in recent years. A few months ago, we hired a new Chief Compliance Officer. He has brought on some highly experienced leaders to help us strengthen our compliance programs in the increasingly complex demanding and very fast changing global regulatory environment.

Based on all these new and evolving requirements, our ongoing discussions and agreements with regulators around the world and our own reviews, we now anticipate significant initial investment in 2014, including adding more resources and new technology. We believe the compliance actions we are taking are the right ones for the long-term health of the Company. We are very well-positioned to adjust to this new environment. Although it is too early to establish a full 2014 financial outlook, we are pleased with the momentum of the business.

We continue to expect revenue growth next year. However, due to recent change in both, the expected incremental compliance expenses, as well as the potential business impact from new compliance procedures, we do not expect growth in operating profit in 2014 at this time. But we will undertake additional efficiency initiatives to optimize our overall cost structure over time. We plan to continue to work through our budgeting process. We will give you further color early next year, when we report 2013 results. This brings me back to this year.

We have affirmed our financial outlook for 2013. Including narrowing our earnings per share outlook to a higher end of the previous range and increasing our anticipated cash flow from operating activities to approximately $1 billion. Overall, our consumer money transfer strategies are delivering the desired results. In fact, in the third quarter, we produced the highest quarterly transaction growth rate in three years. Business solutions is executing well and growing its business. Cash flow generation remains strong. I am pleased with the progress we are making. I remain confident in our business, positioning and long-term opportunities. Now to give you a more detailed review of the financial results for the quarter I will turn the call over to Scott.

**Scott Scheirman** - *Western Union Co - EVP & CFO*

Thank you, Hikmet. As mentioned, we are pleased with the progress we are making this year. We are affirming our full year financial outlook for 2013. Third quarter total consolidated revenue of $1.4 billion, declined 1% compared to the prior-year period, primarily due to the previously implemented pricing investments in the C2C business. On a constant currency basis, revenue was flat in the quarter. Key drivers in the quarter included strong growth in our electronic channels and from both business solutions and consumer bill payments. In the consumer-to-consumer segment, revenue declined 2% or 1% constant currency, as transaction growth was offset by the impact of previously implemented price reductions in certain corridors.

Total transaction growth accelerated to 9% in the third quarter, compared to 3% in the second quarter. Western Union branded transaction increased 10%, compared to 7% last quarter. The third quarter growth rate improvement compared to the second quarter was driven by continued acceleration from the pricing investments and increased growth in corridors where pricing investments were not made. Total Company transaction growth is still being impacted by a previous input on compliance enhancements in some countries, as we discussed earlier in the year.

C2C cross-boarder principal increased 8% in the quarter. Western Union branded cross-border principal increased 9% with no impact from currency. Principal per transaction declined 1%. The spread between the C2C transaction growth and the revenue decline in the quarter was 11 percentage points, including a negative 1% impact from currency. For C2C, the impact of net price decreases was approximately 8% in the quarter, while mix had a negatively impact of approximately 2%.

Turning to the regions, all of the geographic regions delivered improved transaction growth rates relative to the second quarter. In the Europe and CIS region, C2C revenue decreased 2% year-over-year including a positive 2% impact from currency. Transactions in the region increased 7%,

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 29, 2013 / 8:30PM, WU - Q3 2013 Western Union Co. Earnings Conference Call

driven by success of the pricing actions and led by growth in key markets such as Germany, France and the UK. North America revenue declined 7% from the prior year, due primarily to price reductions, while transactions increased 5%.

As Hikmet mentioned, we're making significant progress in Mexico. We continue to grow faster than the market based on the latest Banco de Mexico data available through August, which show the market growing transactions at mid- single-digits in the first two months of the quarter. Our Mexico transactions increased 15% in the quarter. Western Union branded transaction increased 24%. Mexico revenue including Vigo in Orlandi Valuta, declined 10%, while revenue declined 12% for the Western Union brand. In the middle of the quarter, we reach the anniversary of the Vigo and Orlandi Valuta compliance related changes implemented last year, which also aided our growth rate compared to previous quarters.

Turning to the US domestic money transfer, revenue was down 1% in the third quarter on transaction growth of 6%. Lower principal bans and domestic money transfer continued to perform well, but these were offset by declines in higher principal transactions. Revenue in the Middle East and African region increased 1% compared with the year ago quarter, with no impact from currency. Transactions grew 10% in the quarter. Transactions from the Gulf states are delivering strong growth. Our pricing actions from Europe to Africa continue to gain traction.

Asia-Pacific region revenue declined 3% in the quarter included a negative 2% from currency translation, while transaction growth in the region accelerated to 10%. Both the Philippines and India contributed to the strong growth, with India aided by both pricing initiatives and the depreciation of the Indian rupee. The Latin America and Caribbean region revenue was down 3% from the prior-year period, including a negative 8% impact from currency, while transactions increased 4%. Constant currency revenue in the region was positively impacted by a geographic and product mix.

Turning to our digital business, WesternUnion.com delivered strong results in the quarter, with money transfer transaction growth of 68% and a revenue increase of 24% in the quarter. US originated online transactions increased 70% in the quarter. As Hikmet mentioned earlier, we are pleased with our digital channel performance. Total electronic channels revenue, which includes WesternUnion.com, account based money transfer through banks and mobile increased 24% in the quarter. Electronic account based money transfer through banks revenue increased 29%. We now have over 75 banks launched with account based money transfer service.

Moving to the consumer to business segment. Revenue increased 3% in the quarter or 9% in constant currency terms. The US electronic in the South American businesses continue to grow, partially offset by declines in US cash walk-in business. Business solutions performed well, as revenue increased 10% on a constant currency basis or 6% reported. Strong performance in Asia-Pacific and the UK led the growth.

Turning to consolidated margins, the third quarter GAAP operating margin was 21.0% compared to 25.7% in the prior-year period. As expected, the margin decline was primarily the result of pricing driven revenue declines and other strategic investments, lower compensation expense in the third quarter last year and higher compliance costs. There were approximately $6 million of expenses related to the cost-saving initiatives in the quarter. EBITDA margin was 25.8% compared to 30.0% a year ago.

Reported earnings per share in the quarter was $0.39 compared to $0.45 in the prior year. The C2C operating segment margin was 24.0% compared to 29.4% in the prior-year period, with the decline primarily driven by the same factors as overall Company margins. The consumer-to-business operating margin was 19.2% compared to 25.3% in the prior-year period. The margin benefited from higher revenue compared to the prior-year, which was offset by higher bank fees, the pass-through to billers of Durbin related debit card savings and IT investments.

Business solutions reported an operating loss of $3 million for the quarter compared with a loss of $7 million during the same period last year. The reduction in operating loss was primarily due to revenue growth and lower travel ex integration expense partially offset by increased other operating expenses. The third quarter's $3 million loss included $16 million of depreciation and amortization and $4 million of travel ex integration expense. In the third quarter of last year, depreciation and amortization was $17 million while integration expense was $10 million.

Turning to our cash flow and balance sheet. Year-to-date cash flow from operations was $811 million. Capital expenditures were $59 million in the third quarter. At the end of the quarter, the Company had debt of $4 billion and cash of $1.7 billion. Approximately 50% of the cash was held by United States entities. During the third quarter, we repurchased just over 1 million shares at an average price of $17.89, totaling $20 million. In

5

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 29, 2013 / 8:30PM, WU - Q3 2013 Western Union Co. Earnings Conference Call

**Hikmet Ersek** - *Western Union Co - President & CEO*

Yes, they were dormant.

**David Chu** - *BofA Merrill Lynch - Analyst*

Okay. That's helpful. Your trends have improved nicely. Competitors have seen a strong trend as well. Is there anything you can point to from a macro or secular perspective that possibly is increasing demand here?

**Hikmet Ersek** - *Western Union Co - President & CEO*

I think I am very pleased on our general overall transaction growth. I'm not sure if everyone is so pleased that I am pleased overall in global if you're in 200 countries. Let me get Mexico, I believe that is the question. On Mexico, we did have better transaction growth than the Banco de Mexico did announced. I am pleased with our Mexico business here. But I would say that generally, there has been some in Europe some better environment global economic environment. Our business in Europe, Italy has been improving, in southern Europe, Spain I see improvement. I see our Germany and France and UK business has always been good. Supporting our part, Asia has been performing well, it's about right. What else? Also Africa, Middle East are delivering good numbers. Generally there is a more positive environment two or three quarters ago. Now it -- I see a better economic environment. Also agents are telling us that.

**Scott Scheirman** - *Western Union Co - EVP & CFO*

I would just add that the team is executing well. So when you look at each of the regions third quarter compared to second quarter had better transaction growth. The things that we have done to improve the consumer value proposition, those transactions grew 20% in the Western Union price corridors. But even the corridors where we're not doing pricing were up 6%. Then we've talked a lot on this call about digital and account based money transfer, but it is all those things that we're putting together to give the consumer choice and convenience. The team is just executing well in the field.

**David Chu** - *BofA Merrill Lynch - Analyst*

Okay. Thank you.

**Operator**

Bryan Keane, Deutsche Bank.

**Bryan Keane** - *Deutsche Bank - Analyst*

Just more questions about the compliance cost. Do competitors have these additional compliance costs as well?

**Hikmet Ersek** - *Western Union Co - President & CEO*

Well I can't make comment on the competitors, but we believe that's the industry standard, what we are setting here. We are really following the regulatory requirements. We are looking at our compliance environment. We are investing on that. As a market leader, I assume that will be the industry standard. We are not doing more than the -- I don't think -- that long-term. We will do additional -- we serve the customer, we serve the

13

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us



©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.