# Exhibit 99

THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
## WU - Q4 2013 Western Union Co. Earnings Conference Call

### EVENT DATE/TIME: FEBRUARY 11, 2014 / 9:30PM GMT

**OVERVIEW:**

WU reported 4Q13 consolidated revenues of $1.4b and reported EPS of $0.31. Expects 2014 GAAP revenues to be flat to low-single-digit growth and EPS to be $1.40-1.50.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2014 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



FEBRUARY 11, 2014 / 9:30PM, WU - Q4 2013 Western Union Co. Earnings Conference Call

**Operator**

The next question will come from Kevin McVeigh of Macquarie.

**Kevin McVeigh** - *Macquarie Research Equities - Analyst*

Great, thanks. It looks like, if I have it right, the incremental cost actions cost about $0.04 or $0.05 in Q4. Is that the right way to think about it?

**Raj Agrawal** - *Western Union Co - EVP, Interim CFO*

Yes, that's --

**Mike Salop** - *Western Union Co - SVP of IR*

Yes, we had about $33 million of non-recurring expenses related to the cost savings initiatives in Q4.

**Kevin McVeigh** - *Macquarie Research Equities - Analyst*

Great, and then just so I'm clear, is it $45 million incremental on top of the $15 million? Or the $15 million becomes $45 million for the cost savings in 2014?

**Mike Salop** - *Western Union Co - SVP of IR*

Yes, the $15 million becomes $45 million.

**Kevin McVeigh** - *Macquarie Research Equities - Analyst*

Great, and then just real quick. As you think about the business impact, the compliance costs of 3.5% to 4%, longer term, Hikmet, as you think about more incremental capacity coming to market just as more competitors exit, you're starting to see it in Mexico.

Is that something you expect to accelerate as we work our way through the year?

**Hikmet Ersek** - *Western Union Co - President, CEO & Director*

It's hard to say. But I can generally say that some part on the Mexico, we saw some positive impact to our transactions. But generally, I would not, from today's point of view, I would not build a model on that and saying that our revenue will increase.

My expectation is that the competition will also invest here on the compliance environment. And the people who can't do that, maybe they exit. We will see some in some markets. They can't afford it. Maybe they can't get the revenue here.

But generally I would say that we are very much focused on our compliance activities. We are doing DiSC to Leader. We are focused on that. We are driving it, and we would like to set up, and I believe it's long term. Long term I believe, yes, it's a competitive advantage, Kevin.

13

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2014 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

