# Exhibit 100

THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
## WU - Q1 2014 Western Union Co. Earnings Conference Call

EVENT DATE/TIME: MAY 01, 2014 / 8:30PM GMT

**OVERVIEW:**

WU reported 1Q14 total revenue of approx. $1.4b and reported EPS of $0.37. Expects 2014 EPS to be $1.40-1.50.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2014 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MAY 01, 2014 / 8:30PM, WU - Q1 2014 Western Union Co. Earnings Conference Call

**Sarah Gubbins** - *BofA Merrill Lynch - Analyst*

Got it, thank you.

**Operator**

Smitty Srethapramote of Morgan Stanley.

**Smitty Srethapramote** - *Morgan Stanley - Analyst*

Yes, hi. Just another question on compliance. Can you give us an update on the subpoena that you disclosed in your 10-K from the Middle District of Pennsylvania? And has there been any updates in the 10-K on that issue?

**Mike Salop** - *The Western Union Company - SVP IR*

Smitty, I would just refer you to our 10-Q that we are filing today. We don't really have more comments beyond that. It's early in the process and it's something that we are working through.

We have good monitoring systems in place. We have a multi-faceted program to provide consumer fraud and outreach program with consumers. That's about all we can say right now. And we're working through that.

**Smitty Srethapramote** - *Morgan Stanley - Analyst*

Got it. And then maybe just on the digital channel where you continue to see very good growth. Can you talk about how you're investing in westernunion.com and some of the other new solutions?

**Raj Agrawal** - *The Western Union Company - EVP and Interim CFO*

That team is doing a great job. I've spent a fair amount of time with them and they are hitting on all cylinders. The three key areas they're spending on -- first is around the consumer experience. They have a new platform in place, and we're rolling that out to more markets. We're also adding more funding capabilities in different markets.

Secondly, we're also adding more customers to the mix. And as Hikmet mentioned earlier, 80% of the customers that are visiting wu.com are new to the Western Union franchise. So, we're adding significant new customers.

And, lastly, we're expanding distribution, either through ourselves or through other partners. So, those are where the primary investments are. And they're paying off, as you can see. And we're very pleased with the results.

**Smitty Srethapramote** - *Morgan Stanley - Analyst*

Okay, great. Thank you.

**Operator**

Ashwin Shirvaikar of Citigroup.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2014 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

