# Exhibit 101

THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
WU - Western Union Co. at Jefferies Global Technology, Media & Telecom Conference

EVENT DATE/TIME: MAY 07, 2014 / 5:30PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2014 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MAY 07, 2014 / 5:30PM, WU - Western Union Co. at Jefferies Global Technology, Media & Telecom Conference

## CORPORATE PARTICIPANTS

**Hikmet Ersek** *Western Union - CEO*

## CONFERENCE CALL PARTICIPANTS

**Jason Kupferberg** *Jefferies - Analyst*

## PRESENTATION

**Jason Kupferberg** *- Jefferies - Analyst*

Okay, I think we're going to go ahead and get started here. I'm Jason Kupferberg, the Computer Services and IT Consulting analyst at Jefferies, and we're very pleased to have with us Hikmet Ersek, the President and CEO of Western Union.

We're going to do this session in a fireside chat format. We're going to leave plenty of time for you guys to ask questions, as well, and keep it interactive. So, Hikmet, thank you for being here, I appreciate it.

Why don't we just at a quick level tell the group a little bit about your business and strategy at a high level just for those who are newer to the story, and then we'll go into some questions.

---

**Hikmet Ersek** *- Western Union - CEO*

Sure. Well, we are a company, which is present in 200 countries with our original network, about 500,000 locations and 100,000 ATMs. And we do have a revenue of about $5.5 billion -- we generated $5.5 billion revenue in 2013; an operating profit about $1.1 billion; and cash flow from operating activities more than $1 billion -- $1.1 billion. So quite a healthy balance sheet.

And we are also very shareholder-friendly. We had, in 2013, a repurchase -- about $400 million repurchases. So group purchases and dividends, about $300 million dividend. So approximately $700 million return back to the shareholders.

This activity has been quite active (background noise) one, returning to the shareholders about $250 million also in form of dividends and stock buyback; $70 million about in dividends and the rest in stock buyback. So we've been a very active company on shareholder return.

Besides that, I think that we have a wonderful business model. Our competencies crossing money borders and currencies. Our C2C business is about 80% of the company. Our international business out of the US is about 80% of our company, our C2C business is about 80%. Then we have our C2B business, then we have about 7% vested in business solutions, and we have a very strong digital business, growing very strong. Last quarter it grew by about 45% revenues.

And the biggest thing we have is that once the money transfer crosses the border, our competency comes because we have a quite good compliance system. We can drop money in 121 currencies in minutes worldwide. And we have the regulatory license to operate in worldwide. We have a trusted friend. In many countries, our brand services more than 80% to 90%. People really trust us, and they give their money, hard-earned money, and we can drop it immediately worldwide.

I see, for the future, for the company quite bright because we are building on our existing fundamentals, Jason, that we have it, and we are going to new customer segment. Just to give you one figure, with our WesternUnion.com, 80% of our customers are new to the franchise. This is a significant amount, and I just started WesternUnion.com story two and a half years ago. It was only 1% of our revenue, less than 1%. Now it's about 6 --digital business, about 6% of our revenue. So it's a significant way to grow the business.

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2014 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MAY 07, 2014 / 5:30PM, WU - Western Union Co. at Jefferies Global Technology, Media & Telecom Conference

The trick on the Western Union that we are connected to hybrid economies -- to digital world with the physical world. The use cases in our digital environment in Miami, you use your mobile phone to send money. It is different than somebody wants to pick up the money in (inaudible) one's in cash. So connecting these two hybrid economies is the uniqueness of Western Union, and not many companies can do that better.

So that's a general environment about Western Union I just wanted to give for the people who are new to this stock or are interested in knowing about that.

**Jason Kupferberg** - *Jefferies - Analyst*

Very good. So now you've been CEO for four years. Just talk a little bit about what accomplishments over that period you're most proud of and maybe talk about the areas for improvement that you're focused on as you lead the business forward.

**Hikmet Ersek** - *Western Union - CEO*

Well, as I took over, one of the first things was that, how to diversify our portfolio to the new customer segments. Our strength was always retail money transfer business, and we had -- quite presently are in 200 countries. However, the use cases are changing, and how do you reach out to new customer segments?

We started to launch our WesternUnion.com business. And we opened an office in San Francisco, and I remember, we had only two people. Now, I asked head of Africa to run this business, and everybody said to me why head of Africa? Because I needed somebody who understands the real world but also connecting the digital world with the different use cases.

So Khalid Fellahi went to San Francisco and opened -- we have about 250 new people. They are now -- we generated $200 million revenue last quarter -- last year -- and we are on the path to -- we have a plan to (inaudible) on million dollar revenue by end of 2015.

So approximately we put a plan, we said we want to issue the $500 million revenue. Currently, we have the largest money transfer unit. We are in 24 countries connecting to 200 countries worldwide. (inaudible) that's one of the -- I am very proud of that, that we are diversifying our portfolio and connecting our digital world with the retail world.

The second one is definitely the -- expanding the Western Union Business Solutions and reaching out to the new customer segments who want to move money, sending to exporter/importers want to move money across border. And that business is about $400 million business, and it has been growing. We've done acquisitions there. We bought the Travelex business and combined with our custom business. We called it Western Union Business Solutions, and it's currently growing double-digit, third consecutive quarter revenue growing double digits here, and the team has been doing a good job.

There is a market segment that is untapped, underserved, only we have only two-person market share. Probably we have the largest in the segment, but we have only two-person market segment as a loan bank. And I believe that more and more banks, also, are asking us to serve their customers with Western Union (inaudible).

So these are things that diversifying the portfolio, taking the company to a next level, reaching out to a new customer segment has been, besides turning around the core business, has been successful. Well, I had some bumps on the way there, also. As you know, our stock was underpriced the last two years twice mainly due to evolving regulatory environment. It surprised me and surprised the team sometimes how fast that was growing. The good news is that I'm not on the financial service CEO to get impacted of that. That news is that we have been worth a lot.

But now, suddenly, I turned that to a competitive advantage. In the beginning it was another cost to be doing actually and have to 4% of our revenue along this year on to money laundering activity and compliance activities in a global fast-changing environment.

3

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2014 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MAY 07, 2014 / 5:30PM, WU - Western Union Co. at Jefferies Global Technology, Media & Telecom Conference

But I are start to see as a competitive advantage, the investment, because more -- or law enforcement are really looking up to us also saying that, hey, you would be great as the leader. You are leading the market, and be the best practice. And so we see it in Mexico, we're gaining market share there. Part of the market share gain is because we didn't mess with the compliance (inaudible) London, the smaller ones, or the banks, are getting out of the business. Customers are using us.

This kind of investment in the technology in the -- on to money laundering, I had to take some money and risk there, but it's a long-term investment. I believe long term it will pay back.

**Jason Kupferberg** - *Jefferies - Analyst*

Okay. Just to do a quick clarification on the electronic channels, or the digital channels, maybe to be more specific. The $500 million target for next year, because we get asked about this all the time, and I just want to make sure that we're on the same page with it.

So the $500 million target -- should we think of it now as $500 million for the full year 2015? Or would it be more like a $500 million run rate as you exit the year? And the reason I ask is that you pointed out $200 million last year, right? Growing rapidly again this year but even if you grew at 50% this year and 50% next year, you'd be at 450. So just for the sake of clarity, how are you encouraging investors to think about that?

**Hikmet Ersek** - *Western Union - CEO*

I always said approximately $500 million. Don't (inaudible).

(crosstalk)

I think what happens in the digital business, Jason, the big difference is that return customers. Once they sign in the digital world, they use you more often. And as I mentioned earlier, 80% of the customers are new to franchise Western Union, and we know it from our data. They did not use Western Union the last 12 months.

So they are coming to us and using us and once they use it, you know your customer is there. The customer relationship is built, they use it more often. And the online customers are more repeat customers than the retail customers.

**Jason Kupferberg** - *Jefferies - Analyst*

Interesting, okay.

**Hikmet Ersek** - *Western Union - CEO*

And that drives our revenue also. So the other thing is also we know from our database that those online customers are a different new customer segment for us. They are still migrant background, but they still have relatives cross-border, but they are more white-collar workers, they are younger, they do use mobile --

**Jason Kupferberg** - *Jefferies - Analyst*

More educated.

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2014 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

