# Exhibit 102

THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
WU - Western Union Co at Deutsche Bank Technology Conference

EVENT DATE/TIME: SEPTEMBER 11, 2014 / 3:10PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## SEPTEMBER 11, 2014 / 3:10PM, WU - Western Union Co at Deutsche Bank Technology Conference

**Bryan Keane** - *Deutsche Bank - Analyst*

You know you mentioned 7% principal growth I think for the -- maybe that was first half of this year trending a little bit above probably the market. Can you talk about Western Union's goals to grow at or above market averages. How do we think about the comparison versus the market?

**Raj Agrawal** - *Western Union Company - EVP and CFO*

The market growth this year is 5% to 7%. That is the estimate depending on which data set you look at for principal growth. The next few years that market growth is estimated to be in the mid to high single-digit range. The market is comprised of the traditional cash based business but also the digital business and we are going to participate fully in that growth.

The cash-based business is growing at a lesser rate than that. The digital part of the business is growing at a faster pace, multiples of the overall growth because it is a relatively smaller portion of the overall business.

And so we see ourselves being well-positioned to be able to grow in line with the market. You know you've seen our gross year to date. Even in the last half of last year, we grew our principal at around 8%. So we've been able to grow in that range and as you boil it down to revenue, you have a couple of other things that impact the business, you've got pricing that typically takes place, you have some mix changes in the business and you also have some compliance related impacts. And you know that in our outlook for the year we have assumed a 1 to 2 point negative impact from compliance related actions.

So I think in terms of market growth, we are well-positioned and then we have got the specific things that we're working through in our business.

**Bryan Keane** - *Deutsche Bank - Analyst*

And maybe just for people who are a little bit less familiar, can you talk about what you guys have done on the compliance front over the last year?

**Raj Agrawal** - *Western Union Company - EVP and CFO*

Sure, sure. We have been investing heavily in our compliance area. What is key and critical to our business is to have good customers in our business, good transactions going through our business and good agents going through our business working with us. So we've been investing heavily in our compliance area. This year we plan to spend about 3.5% to 4% of our revenues in compliance and that spending is split between, you know -- it is half people oriented and the rest of it is split between technology and outside services.

And in the short-term, we have a need to really ramp up and make sure that we are doing things in the correct manner around the world. Longer-term we want to be more efficient with our compliance-related activities. We believe that the regulatory landscape isn't going to get any easier. It is going to continue to become more complex. It is a global effort. It is not just an effort in the United States and so as we operate around the world, we are going to continue to focus very heavily on compliance.

We believe that compliance can be a competitive advantage for us. It already is a competitive advantage and I believe it can be a bigger competitive advantage for us as we operate because it is very difficult for most other organizations to spend at the level that we are and we've been doing this for many years. This is not just a 2014 effort. We have been in the compliance area and investing there for quite some time.

**Bryan Keane** - *Deutsche Bank - Analyst*

You know with compliance being in that 3.5% to 4% of revenue, how do we think about 2015 and beyond? In particular, just wondering if there are some of those escalated costs or any one-time costs in there?

**THOMSON REUTERS STREETEVENTS** | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**SEPTEMBER 11, 2014 / 3:10PM, WU - Western Union Co at Deutsche Bank Technology Conference**

**Raj Agrawal** - *Western Union Company - EVP and CFO*

Yes, there are, Bryan. There are things that we will complete this year and they will come off of our plate. But if it is 10 countries this year, maybe we will have another 10 or 15 countries next year that we have to address in terms of specific regulatory requirements. So yes, there are things that will fall off and there are new things that will happen next year. We are always trying to do things as efficiently as we can. We don't like the fact that we're spending that much but we know that we have to do it to be in the right place from a compliance standpoint.

As I look at 2015, it is still early in the process but we believe that 3.5% to 4% is in the right range for next year. And over time, I think we can be more efficient but I would not expect that level of spending to come down in the short term.

**Bryan Keane** - *Deutsche Bank - Analyst*

Thinking about compliance in the competitive advantage kind of the moat around the business, have you seen any other competitors get out of the business or have to escalate costs so much that they have been impeded on kind of expansion plans?

**Raj Agrawal** - *Western Union Company - EVP and CFO*

You know we haven't seen a big trend there. Although we have seen in a couple of markets, Mexico is one that I would call out in particular, where we have seen some competitors exit the market over the last 12 or 18 months. We have also seen some competitors exit in Russia. But it is not a big trend.

Our focus continues to be to make sure that we are investing in the right ways in compliance. We want it to be a bigger competitive advantage for us long-term. And in the long run I believe that we will win because of the investments that we are making and it is going to be more challenging I believe for others to be able to do the things that we are doing from a compliance standpoint.

**Bryan Keane** - *Deutsche Bank - Analyst*

Yes I was going to ask that. With you guys at kind of leading the market with those compliance changes, do you see the market having to move and catch up and spend actually more now to catch up to kind of with your compliance that you guys have set the standard?

**Raj Agrawal** - *Western Union Company - EVP and CFO*

Eventually, the entire market has to do what we are doing. So if you are going to be in this business and you are going to do cross-border money transfer, it is not an easy thing to accomplish for any competitor. And all competitors are going to have to do this at some point in time if they are not already doing it. We believe that we are doing all the right things. We have deep relationships with regulators around the world. In all the countries in which we operate, we have agent relationships so we have the advantage of being able to anticipate the things that are coming.

We have a roadmap in place with many of our regulators on they know what we are doing this year, they know what we are going to do next year. They know the processes that we are putting in place and it is in agreement with them. And so I think that gives us a confidence about the future.

We've also put a brand new compliance team in place as of the middle of last year. We hired a new chief compliance officer. He has brought in a very heavy weight team if you will. And they come with a lot of experience in the industry and we have got good processes internally to really anticipate and put these new programs in place.

7

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**SEPTEMBER 11, 2014 / 3:10PM, WU - Western Union Co at Deutsche Bank Technology Conference**

**Raj Agrawal** - *Western Union Company - EVP and CFO*

Yes, the key is really managing the risk around that funding, that kind of a transaction. So we could turn on ACH today, instant ACH. It is not -- technically it is easy do. But what you need to do is you need to manage the risk around the funding of that transaction because if you have a $300 transaction, if you moved all the principle of the transaction, that is quite expensive to manage. So that is why we want to make sure we get the risk parameters right in that business. But once we do get the risk parameters right, it has the opportunity to help us on the bottom line because as you said, it is very cheap to fund an ACH transaction. Today it is largely funded through credit card or debit card in our business. But when we can fund it through an ACH transaction and we can manage the risk around it to be much smaller, then yes, it does have the ability to help us there.

And also on the receipt side, we see a different consumer need. Our consumers that are receiving cash, they like to receive cash and they want to keep receiving cash. But there is a growing population that likes to receive money into a bank account. So again if you can do it on both sides of the equation, that is really the powerful opportunity that we have to drive greater profitability in that business. So it is a matter of time. It is not a question if we are going to get there, it is really when we will get there.

**Bryan Keane** - *Deutsche Bank - Analyst*

On Tuesday we had the announcement of Apple moving into payments. Just wanted to get your thoughts on do you see Apple more as a friend or a foe?

**Raj Agrawal** - *Western Union Company - EVP and CFO*

I am not sure what to make of their announcement yet. I don't know enough about it. I would say that our primary focus is on cross-border money movement. So moving money for consumers and moving money for businesses and that is really our primary focus. I don't believe that is where their product that they announced is really headed and so I think we're really well-positioned whether it is an off-line transaction or an online transaction or if it is a business or if you want to do a transaction through your bank or other means, we have a lot of different options available for consumers. And it is about the global compliance capability that we have. That is not easy to replicate, the global operational capability. So we have a lot of advantages that will keep us well-positioned I believe.

**Bryan Keane** - *Deutsche Bank - Analyst*

You know in the future when mobile transactions, mobile-to-mobile become more popular, do you see the margins changing in the business as a result of that?

**Raj Agrawal** - *Western Union Company - EVP and CFO*

Not necessarily. You know the yield in our dot-com business today is higher than in our retail business. So although principal amounts are lower, we have a higher yield there and we know again that the incremental transaction can be a good contributor to our bottom line. So it is really about driving more volume through the business.

For us again, we are not seeing cannibalization from our dot-com business. It is really an incremental customer. And in fact, 40% of the transactions that are initiated in the US on our dot-com business are initiated through a mobile device. And so we see increasing usage of mobile devices to do transactions but it is really part of a new customer base I would say that we see in our business.

**Bryan Keane** - *Deutsche Bank - Analyst*

When you look at the competitive landscape, any changes or things you have seen. Obviously Xoom gets a lot of interest from investors. Just your thoughts around Xoom and the competitive landscape.

11

**THOMSON REUTERS STREETEVENTS** | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**SEPTEMBER 11, 2014 / 3:10PM, WU - Western Union Co at Deutsche Bank Technology Conference**

**Raj Agrawal** - *Western Union Company - EVP and CFO*

I can't comment on specific competitors but again when you look at our -- what we are doing in our dot-com business, we operate and 24 markets today. We allow consumers to send cash to 200 countries and territories around the world and we can also, we also let consumers send money into 50 markets around the world into a bank account. All right. So we are much more broad and global in our scope and we want to be in more markets over time than the 24 in which we operate.

We also want to have more funding and payout options and we want to include the cash part of the equation. It is important to our business and it is a different business today. Most of our transactions are paid out in cash from the dot-com business whereas some of our competitors are more focused on account to account. We believe the account to account part of our business is a growing opportunity for us. In fact that is the fastest growing area of our dot-com business, the account to account.

So I really believe that we are extremely well-positioned. Nobody else has the global compliance capabilities that we have, the global operational capabilities. You know we operate in every country of the world and that is not an easy infrastructure to replicate and so that is why I feel good about where we are.

**Bryan Keane** - *Deutsche Bank - Analyst*

We all spend most of our time talking about the remittance business but maybe you can just specifically talk about the outlook for C2B and business solutions.

**Raj Agrawal** - *Western Union Company - EVP and CFO*

Yes, C2B business is a good business for us. Just to remind you, it is comprised of a US business and a South America business which is largely in Argentina. And it is also offered through both electronic and walk-in means. The electronic portion of the business is doing quite well and we see good growth there in the US. The walk-in business in the US has been in decline just given the trends in the industry but it is a good really good profitable business for us.

In South America, when you look at it on a constant currency basis, the business is performing really well. It is a local bill payments business in Argentina which we call Pago Facil, and it is a good grower for us. It has been growing really well. It is a good profitable business.

Currency has an impact obviously to the top line and that is something that we just manage through. We have been in that market for many years and we will continue to be there. So it is a good overall business for us.

For B2B, year-to-date growth is 5%. And given the performance we had in the second quarter, we don't believe we are going to get to the low double-digit number this year. We believe it is still a long-term growth opportunity for us. But this year given the flat growth we had in the second quarter, that is going to be more challenging this year.

And that business, we operate in a $20 billion revenue market in the B2B space. And so we believe that it is an opportunity for us to continue to go and get more share in that space. And we are relatively small there and so I think we can continue to grow at a good rate. And we have shown that. In the prior three quarters, we grew that business in the low double-digit range. So I think it is well-positioned.

**Bryan Keane** - *Deutsche Bank - Analyst*

I want to ask about operating margins. I think you guys moved the GAAP margins to 19.5% to 20% for the year. So just thinking about the operating margin and the leverage in the business, how should we think about the potential for future leverage as we go forward?

12

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2015 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

