# Exhibit 104

THOMSON REUTERS STREETEVENTS
## EDITED TRANSCRIPT
WU - Q3 2012 Western Union Co. Earnings Conference Call

EVENT DATE/TIME: OCTOBER 30, 2012 / 8:30PM GMT

**OVERVIEW:**

WU reported 3Q12 consolidated reported revenue growth of 1% and reported EPS of $0.45. Expects 2012 constant currency revenues to increase 4-5% and GAAP EPS to be $1.60-1.63.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



OCTOBER 30, 2012 / 8:30PM, WU - Q3 2012 Western Union Co. Earnings Conference Call

**Jason Kupferberg** - *Jefferies & Co. - Analyst*

I wanted to get your read on how much of all this change in the outlook is a function of industry-wide factors versus Company-specific. It, frankly, sounds mostly Company-specific, but you keep talking about macro softness. What's your take on that? How much business is really specific to Western Union versus reflective of any broader industry trends?

**Hikmet Ersek** - *Western Union - President and CEO*

Sure. I think there are three big areas. First of all, as you said, it's the economic environment. Macro-economic environment does impact our business. We have some challenges in parts of the world which are increasing. And unfortunately, don't look very bright for the future. The second one is the compliance environment. As we have regulatory environments changing and we are investing more in being an industry leader, putting some compliance requirements for our customers which are tougher and higher than it was in the past. And I believe also that in the future that the competitors will adapt to this compliance environment. We are the industry leader. We are leading that and I think we are protecting our customer.

And the third part is definitely in some corridors we do have some competitive pricing pressures which impacted our business. And we recognize them, just to give you some numbers, in Q2, Scott. We were minus 2% principal. In Q3, we had minus 7% on the principal. And that was in the specific key markets. So we are reacting immediately to do some pricing promotions in that corridors to win the customer back. As you know, the last, we've been investing only 1% in 2011. And this year, it will be also about 1%.

**Scott Scheirman** - *Western Union - CFO, EVP, Global Operations*

About 1%, yes.

**Hikmet Ersek** - *Western Union - President and CEO*

1%, Scott, in this environment from our revenue, pricing investment. But, we were being a little conservative, but now we are reacting to immediate to fix these key markets.

**Jason Kupferberg** - *Jefferies & Co. - Analyst*

Okay. And can you just give us a little more color on which specific corridors had this sudden change in competitive dynamics over the last couple of months? It just seems a little unusual for things to change so quickly. Maybe you saw some initial signs of it a quarter or so ago. But can you just help us understand what specific corridors? Because the compliance stuff in Mexico, for example, I think was pretty well explained by you guys earlier this year. But it sounds like there may be some newer corridors that now are experiencing the need for a greater pricing investment. If that's the case, can you tell us which ones those are?

**Scott Scheirman** - *Western Union - CFO, EVP, Global Operations*

Jason, a couple of things related to that. Probably to reiterate what Hikmet said a minute ago, is that if you look at the cross-border principal that we transfer, it grew 2% in the first quarter. It was down 2% in the second quarter. It was minus 7% in the third quarter. So we did see some sudden changes. And there clearly have been some compliance challenges, as we've shared, and as you alluded to. Including not only Mexico, but we had to do things with the Vigo brand that impacted Latin America. So compliance is stretched beyond just Mexico, if you will, into some other corridors.

As far as pricing and actions, hopefully what you can appreciate from a competitive standpoint, I'm not going to do a lot of detail of where we're heading with some of our pricing actions, but we know they work. We've done hundreds of pricing actions. We know how to do these. And the key for us, it's about getting more transactions, more customers, improving our share. We know near term that will impact the financial results, but long-term that will help grow revenues and profits. But I don't want to give a lot of color on specific corridors for competitive reasons.

11

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2012 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

