# Exhibit 105

THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
## WU - Q2 2013 Western Union Co. Earnings Conference Call

EVENT DATE/TIME: JULY 30, 2013 / 12:30PM GMT

OVERVIEW:

WU reported 2Q13 total consolidated revenue of $1.4b and reported EPS of $0.36.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



| JULY 30, 2013 / 12:30PM, WU - Q2 2013 Western Union Co. Earnings Conference Call |
|---|

texture of things that we should be aware of or any rumblings, just to avoid any surprises over the coming quarters of new pricing, new large-scale pricing implementation.

**Hikmet Ersek** - *Western Union Co - President and CEO*

So far so good. Our pricing on price quarter is growing by 4%, 75% of our business. So far so good. I feel comfortable with the progress. Pricing in our business, it is only a part of our actions. As Western Union, we deserve the premium pricing. Our brand is very valuable. Or compliance programs are very valuable. We have protected to customers. Customers trust us. A we really do choose corridor by corridor. Pricing is nothing new for us. We did the last 10 years, 15 years corridor by corridor different pricing. But I do not see from today points of view, big investments, corrective investment transformations investments as we did in last year, 2012.

**Glenn Fodor** - *Autonomous Research - Analyst*

Thank you so much.

**Mike Salop** - *Western Union Co - SVP of IR*

Laura, we have time for one more question.

**Operator**

James Friedman, Susquehanna.

**James Friedman** - *Susquehanna Financial Group / SIG - Analyst*

I also wanted to ask about the regulatory. Earlier in the year, you had described the regulatory as getting hotter, and you had outlined the mandatory call back obligations. I was wondering, are those obligation mandatory callbacks extending to other corridors, and how would you characterize regulatory at WU.com versus WU offline.

**Scott Scheirman** - *Western Union Co - EVP and CFO*

First, I think the important point is that we have a culture of compliance and want to have best in class compliance programs. That is very important to our brand. Protecting our customers, our agents, and so forth. As we think about compliance broadly, we're doing things such as high principal dollar callbacks to protect a customer. That is what we want to do. We have expanded that to other markets in other corridors. We will continue from time to time to implement things to protect the customers and to protect the agents.

**James Friedman** - *Susquehanna Financial Group / SIG - Analyst*

Thanks, Scott.

**Mike Salop** - *Western Union Co - SVP of IR*

For both WU.com and offline.

15

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2013 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

