# Exhibit 106

# THE WESTERN UNION COMPANY

### September 22, 2010

### MEETING OF THE
### CORPORATE GOVERNANCE AND PUBLIC POLICY COMMITTEE

A meeting of the Corporate Governance and Public Policy Committee (the "Corporate Governance Committee" or "Committee") of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held on September 22, 2010 at 12:15 p.m. CT in the Fitzgerald Board Room at Elysian Hotel, 11 East Walton, Chicago, Illinois. Present for the meeting were Committee members Betsy D. Holden, Alan J. Lacy, Michael A. Miles, Jr., Dennis Stevenson and Wulf von Schimmelmann. Also present at the invitation of the Committee for all or a portion of the meeting were Board members Jack Greenberg and Hikmet Ersek, and Joseph Cachey, Sarah Kilgore and Martin Wong from the Corporation. The meeting was called to order by Mr. Lacy, who presided, and a quorum was declared to be present. Ms. Kilgore was requested to keep the minutes of the meeting.

### AML COMPLIANCE UPDATE

At the request of Mr. Lacy, Mr. Cachey and Mr. Wong discussed a memorandum titled "Proposed AML Compliance Board Report – September 7, 2010" and provided a presentation titled "AML Global Compliance – Executive Board Report – September, 2010," copies of each of which were previously provided to the Committee. During the discussion, Mr. Cachey and Mr. Wong provided an update regarding the Corporation's anti-money laundering ("AML") compliance program. Mr. Cachey and Mr. Wong also described certain AML risks and controls in various geographic regions. During the discussion, Mr. Cachey and Mr. Wong responded to questions from the Committee.

There being no further business to address, upon a motion duly made and seconded, the meeting was adjourned at 1:00 p.m. CT.

A true record.

Sarah J. Kilgore, Secretary to the meeting of the Corporate Governance Committee

CONFIDENTIAL

WU220_TEAMSTERS_0000093