# Exhibit 107





**Western Union AML Compliance Dashboard 2Q10**

**II.** **Global Developments**

  **A.** **Significant Change in Risk Assessment**

# Redacted – Non-responsive

   • **U.S. Prepaid Card Risk –** Business considering launching Prepaid Card in Southwest Border area. Risk Assessment prepared with highest risk being the Arizona Attorney General and law enforcement view that these types of cards are a newly emerging money laundering vehicle. Card limits mitigate the potential for actual abuse.

  **B.** **Internal Audit and External Regulatory Examination Results**

# Redacted – Non-responsive

   • **U.S. Southwest Border –** See separate attachment.

3

WU220_TEAMSTERS_0000095



**Western Union AML Compliance Dashboard 2Q10**

**II. Global Developments**

# Redacted – Non-responsive

## D. Significant Cases or Investigations

- **U.S. Southwest Border/California** – Arizona law enforcement advised Western Union of a large California Agent being the subject of an investigation. Western Union is working with law enforcement to investigate the underlying activity.

- **United Kingdom** – Five locations in the UK have been suspended because of fraud patterns detected by fraud risk analysis. It appears that the UK is an emerging jurisdiction being used by fraud scheme enterprises. In total, year to date, 67 UK locations have been terminated.

- **Japan** – Extra caution is being exercised due to the recent entry into this market. Almost immediately upon beginning business, a consumer complained of being a victim to fraud. Japan regulator is inquiring as to Western Union's and payout Agent's (located in U.K.) fraud controls.

4

