# Exhibit 108

## THE WESTERN UNION COMPANY

### June 15, 2012

### MEETING OF THE
### CORPORATE GOVERNANCE AND PUBLIC POLICY COMMITTEE

A telephonic meeting of the Corporate Governance and Public Policy Committee (the "Corporate Governance Committee" or "Committee") of the Board of Directors (the "Board") of The Western Union Company (the "Corporation") was held on June 15, 2012 at 11:30 a.m. MT in the CEO Conference Room at the Corporation's Offices at 12500 East Belford Avenue, Englewood, Colorado. Present for the meeting were Committee members Dinyar S. Devitre, Betsy D. Holden, Linda Fayne Levinson, Michael A. Miles, Jr., and Wulf von Schimmelmann. Also present at the invitation of the Committee were Board members Jack M. Greenberg and Hikmet Ersek, Troy Deering, John Dye, Richard Krollman, and Darren Dragovich from the Corporation, David Graham from Sidley Austin LLP ("Sidley"), and Larry Hammond from Osborn Maledon. Prior to proceeding, all participants confirmed that they could hear one another, and all Committee members waived notice of the time and place of the meeting. The meeting was called to order by Mr. Devitre, who presided, and a quorum was declared to be present. Mr. Dragovich was requested to keep the minutes of the meeting.

### AML ASSESSMENT UPDATE

At Mr. Devitre's request, Mr. Dye and Mr. Krollman provided a progress update regarding the implementation of recommendations contained in the assessment by Sidley and Navigant Consulting Inc. ("Navigant") of the Corporation's anti-money laundering ("AML") compliance program, as previously discussed with the Committee at its meeting held May 22, 2012 (the "Navigant Assessment"). During the discussion, Mr. Krollman reviewed the key recommendations of the Navigant Assessment, including **Redacted – Work Product** Also as part of the discussion, Mr. Graham discussed the potential engagement of Navigant going forward. During the discussion, Messrs. Dye, Krollman, and Graham responded to questions from the Committee.

### SOUTHWEST BORDER MONITOR UPDATE

Next, Mr. Dye discussed the Periodic Review dated June 14, 2012 (the "Periodic Review") issued by the Southwest Border Monitor (the "Monitor") appointed pursuant to the Settlement Agreement dated February 11, 2010 entered into between Western Union Financial Services, Inc., a subsidiary of the Corporation, and the State of Arizona. Mr. Dye provided an overview of the Monitor's assessment and the focus areas of the Periodic Review, **Redacted – Work Product**

[Redacted – Work Product] Mr. Dye also discussed progress toward meeting the Monitor's requirements by July 2013, and key considerations and challenges related to meeting such deadline. During the discussion, Messrs. Ersek, Dye, and Krollman responded to questions from the Committee.

There being no further business to address, upon a motion duly made and seconded, the meeting was adjourned at 12:05 p.m. MT.

A true record.

*[signature]*
Darren A. Dragovich, Secretary to
the meeting of the Corporate
Governance and Public Policy
Committee

2