# Exhibit 109



# CPCE – Southwest Border 5% Agent List Program Board Report

## As of June 13, 2012

*Confidential and Proprietary*

# Southwest Border Top 5% Agent Program



## US Q1 2011 – Q1 2012[1] Top 5% Agents

| Quarter[1] | # of Agents on 5% List | Referrals - GMI to Field | | | Terminations |
|---|---|---|---|---|---|
| | | Level 1 | Level 2 | Level 3 | |
| Q1 2011 | 157 | 2 | 8 | 32 | 11 |
| Q2 2011 | 174 | 0 | 15 | 20 | 7 |
| Q3 2011 | 159 | 5 | 7 | 31 | 8 |
| Q4 2011 | 160 | 2 | 9 | 17 | 5 |
| Q1 2012 | 166 | 3 | 4 | 8 | 6 |

Level 1: Highest Risk Agent locations with potential complicity detected
Level 2: High Risk Agent locations with some indication of complicity detected
Level 3: Potential training and data integrity issues
Terminations: For Compliance reasons only

[2] Quarter represents the quarter for which data was used to conduct a review in the following quarter

## MX Q1 2011 – Q1 2012 [1] Top 5% Agents

| Quarter[1] | # of Agents on 5% List | Referrals - GMI to Field | | | Terminations |
|---|---|---|---|---|---|
| | | Level 1 | Level 2 | Level 3 | |
| Q1 2011 | 59 | 0 | 5 | 3 | 0 |
| Q2 2011 | 60 | 0 | 2 | 8 | 0 |
| Q3 2011 | 65 | 0 | 2 | 39 | 0 |
| Q4 2011 | 66 | 0 | 1 | 10 | 1 (suspension) |
| Q1 2012 | 66 | 0 | 4 | 8 | 0 |

Level 1: Highest Risk Agent locations with potential complicity detected
Level 2: High Risk Agent locations with some indication of complicity detected
Level 3: Potential training and data integrity issues
Terminations: For Compliance reasons only

[2] Quarter represents the quarter for which data was used to conduct a review in the following quarter

## U.S. SWB Top 5% List – Repeat Agents

| Q1 2012 5% List Repeat Agents # of time on previous lists* | # of Agents |
|---|---|
| New to List | 100 |
| 1 | 15 |
| 2 | 26 |
| 3 | 18 |
| 4 | 41 |

*This represents the 5% List generated at the beginning of Q2 2012 based on Q1 2012 data

## MX SWB Top 5% List - Repeat Agents

| Q1 2012 5% List Repeat Agents # of time on previous lists* | # of Agents |
|---|---|
| New to List | 16 |
| 1 | 8 |
| 2 | 13 |
| 3 | 9 |
| 4 | 20 |

*This represents the 5% List generated at the beginning of Q2 2012 based on Q1 2012 data

[1] All CPCE actions in Q2 2012, based on Q1 2012, data are not complete at this time. This update represents the status of the work as of the date of this document.

Confidential and Proprietary

# Southwest Border Top 5% Agent Program



## Overview

- Model Highlights
  - Model run in Q2 2012 based on Q1 2012 data demonstrates a general flattening of Agent outliers and risk indicators
  - In conjunction with the State and Monitor's teams, the Model is currently being reviewed and its methodology enhanced
  - Model enhancements will be incorporated in the Q3 2012 run
- Repeat Appearances on the 5% List
  - Generally a result of volume and volume related factors. Planned Model enhancements should help remediate the issue of Agent volume as a predominant Model effect
  - Challenges may persist due to legitimate WU business expectations and the 5% requirement
- WU and the Monitor agreed in May 2012 to refocus the SWB Risk Assessment on criminal typologies. Initial work is underway
- Western Union met with SWB Alliance Members in May 2012 to exchange information related to SWB analysis and trends
- WU Compliance Examinations
  - Generally have not identified meaningful patterns of complicity by Agents or front-line associates
  - Terminations result from regulatory findings or Agents' inability to maintain effective compliance programs
  - US Field investigations indicate patterns indicative of seasonal migrants in SWB communities. Evidence of transactional patterns that could be associated with illegal migration is present at low levels
  - Increased attention to US/China Agent base which continues to present challenge. SWB Alliance confirms the US/China corridor is of significant interest to law enforcement
- Mexico Compliance Officers
  - Two new compliance officers have been hired in the cities of Tijuana and Monterrey to conduct on-site reviews; onboarding conducted week of 6/11/12; search for additional qualified candidates continues.

## Specific Findings

- Terminated Agents
  - U.S.: 6 for failure to comply with WU policy and maintain an adequate program
  - MX: No terminations, one location suspended
- Transactional Risk Patterns – by Global Monitoring & Intelligence ("GMI")
  - Patterns indicative of criminal behavior potentially related to human smuggling and purchase of counterfeit goods
  - Recent increase in "banding" of transactions below ID thresholds
  - Data entry comprised of incomplete or invalid information continues to be an issue for FLAs. Implementation of data integrity controls as well as agent training is ongoing
  - Concentration of Level 1 & 2 Agents in Los Angeles and Phoenix
  - Escalations were frequently characterized by consumer networks, banding, geographic concentrations, data integrity and "rapid fire" transactions
  - Consumer Fraud
    - Identified in: Nogales, Tijuana, Hermosillo, Los Angeles, Austin & San Antonio
    - Types: Internet purchases, emergency funds, jobs & kidnapping ransom fraud
  - GMI 6 Month Transaction Review – Corridors of concern within and outside the SWB Area as determined by higher than average concentrations of red flag indicators related to questionable activity
    - Receiving: Tijuana, Nogales, Nuevo Laredo, Reynosa, San Antonio, Houston, Austin, Shenzhen & Guangzhou
    - Sending: Houston, Phoenix, Dallas, Los Angeles, San Antonia, Phoenix & Monterrey
- Real-Time Rule Changes
  - Additional Enhanced Data Integrity Rules
  - Rules focused on Many-to-One patterns into the SWB Area
- No significant geographical shifts in risk with the SWB area

*Confidential and Proprietary*