# Exhibit D

View all Press Releases

## Western Union Holds 9th Annual Consumer Protection and Compliance Conference

September 17, 2014

ENGLEWOOD, Colo.--(BUSINESS WIRE)-- The Western Union Company (NYSE: WU), a leader in global payment services, is hosting its ninth annual Anti-Money Laundering, Anti-Fraud and Compliance Conference this week Englewood, Colo.

One of the largest events of its kind, the conference brings together diverse perspectives from industry experts in anti-money laundering, compliance, fraud and human trafficking to share best practices with some of Western Union's largest Agents, who offer Western Union services in more than 200 countries and territories.

Western Union CEO and President Hikmet Ersek addressed the more than 300 participants on Wednesday, Sept. 17, with an opening keynote emphasizing the importance of compliance.

"Western Union is committed to helping protect its customers against fraud and other financial crimes," said Barry Koch, chief compliance officer for Western Union. "It's the right thing to do for our customers and for our business. We believe the investments we're making now are the right ones for the long-term health of the company."

More than 40 experts from several organizations will speak, including Homeland Security Investigations, the Internal Revenue Service (IRS), the U.S. Postal Inspections Service (USPIS), the Drug Enforcement Agency (DEA), the Federal Bureau of Investigation (FBI) and law enforcement from across the U.S.

Discussion topics include trade-based money laundering, consumer protection and how financial professionals can help curb the practice of human trafficking.

Western Union actively educates its customers about fraud and provides them with tips and information they can use to help protect themselves. For more information, visit the company's online Consumer Protection Center:www.westernunion.com/stopfraud.

**About Western Union**

The Western Union Company (NYSE: WU) is a leader in global payment services. Together with its Vigo, Orlandi Valuta, Pago Facil and Western Union Business Solutions branded payment services, Western Union provides consumers and businesses with fast, reliable and convenient ways to send and receive money around the world, to send payments and to purchase money orders. As of June 30, 2014, the Western Union, Vigo and Orlandi Valuta branded services were offered through a combined network of over 500,000 agent locations in 200 countries and territories and over 100,000 ATMs. In 2013, The Western Union Company completed 242 million consumer-to-consumer transactions worldwide, moving $82 billion of principal between consumers, and 459 million business payments. For more information, visit www.westernunion.com.

Source: Western Union

**Western Union**

Kristin Kelly, 720-332-4751

kristin.kelly@westernunion.com

View all Press Releases

Contacts
Media Contacts
Contact Us
Customer Care
Consumer Protection

Useful Links
RSS Feed
WU Foundation
Press Releases
T&Cs
Intellectual Property
Privacy Policy

Follow us on

Sign up for email alerts
REGISTER NOW →