**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-00474-KLM
Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL**

---

Chuan ("CiCi") Cheng ("Withdrawing Counsel") respectfully requests this Court enter an Order granting her permission to withdraw as counsel for Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, Rajesh K. Agrawal, and Barry Koch ("Defendants"), effective immediately. As grounds for this motion, Withdrawing Counsel states as follows:

1. Withdrawing Counsel initially entered her appearance at inception in this matter on Defendant's behalf.

2. Withdrawing Counsel is leaving the firm and will no longer be associated with the firm of Holland & Hart LLP.

3. Attorney Holly Stein Sollod, also of Holland & Hart LLP, entered her appearance in this case on January 16, 2018, and will remain as counsel of record for Defendants.

4. Attorney Claire Wells Hanson, also of Holland & Hart LLP, entered her appearance in this case on May 7, 2018, and will remain as counsel of record for Defendants.

5. Defendants will incur no prejudice as a result of this change. Defendants are aware of and consents to the requested withdrawal and are aware of the obligation to appear in this matter via counsel admitted to the bar of this Court.

6. Pursuant to D.C.Colo.LAttyR 5, there is good cause to permit this withdrawal of counsel.

WHEREFORE, Withdrawing Counsel respectfully requests that this Court grant her permission to withdraw as counsel for Defendants.

Dated: July 19, 2018

Respectfully submitted,

*/s/ CiCi Cheng*
Chuan "CiCi" Cheng
Claire Wells Hanson
Holly Stein Sollod
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202-3979
Telephone: 303-295-8000
Facsimile: 720-545-9925
*ccheng@hollandhart.com*
*hsteinsollod@hollandhart.com*

*Attorneys for Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, Rajesh K. Agrawal, and Barry Koch*

## CERTIFICATE OF SERVICE

I hereby certify that on Dated: July 19, 2018, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

henryr@rgrdlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com
kip@shumanlawfirm.com
mgrunfeld@pomlaw.com
rusty@shumanlawfirm.com

*/s/ CiCi Cheng*

11045991_1