UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00474-KLM
       Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff,

vs.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

       Defendants.

**ORDER GRANTING MOTION TO WITHDRAW**

This matter having come before the Court upon the motion of Chuan ("CiCi") Cheng to withdraw as counsel for the Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, Rajesh K. Agrawal, and Barry Koch ("Defendants"), and the Court being otherwise sufficiently advised:

       IT IS HEREBY ORDERED that the Motion is GRANTED.


Dated: _____                            _____

                                                                                           U.S. District Court Judge