IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00474-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE WESTERN UNION COMPANY,
HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
RAJESH K. AGRAWAL, and
BARRY KOCH,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the Order #[77] entered by Magistrate Judge Kristen L. Mix on March 27, 2019 which order is incorporated by reference, it is

ORDERED that the Motion to Dismiss the Consolidated Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the PSLRA [53] is GRANTED.  It is

FURTHER ORDERED that the Motion to Dismiss the Consolidated Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the PSLRA [55] is GRANTED.  It is

FURTHER ORDERED the claims are dismissed with prejudice.  It is

FURTHER ORDERED that judgment enter in favor of Defendants The Western Union Company, Hikmet Ersek, Scott T. Scheirman, Rajesh K. Agrawal and Barry Koch and against Plaintiffs Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust and UA Local 13 Pension Fund.  It is,

FURTHER ORDERED that the Clerk of Court shall close this case.

 DATED at Denver, Colorado March 28, 2019.

FOR THE COURT:
Jeffrey P. Colwell, Clerk


By s/ L. Galera
   Laura Galera
   Deputy Clerk