# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-00474-KLM
    Consolidated with 1:17-cv-00648-KLM

LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated, and
UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

THE WESTERN UNION COMPANY, HIKMET ERSEK, SCOTT T. SCHEIRMAN, RAJESH K. AGRAWAL, and BARRY KOCH,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust, the Lead Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the March 27, 2019 Order of United States Magistrate Judge Kristen L. Mix of the United States District Court for the District of Colorado Granting Defendants' Motions to Dismiss (Dkt. No. 77) and the accompanying Final Judgment entered in this action on March 28, 2019 (Dkt. No. 78).

DATED this 26th day of April 2019    Respectfully submitted,

    **POMERANTZ LLP**

    */s/ Michael Grunfeld*
    Jeremy A. Lieberman
    Marc I. Gross
    Michael Grunfeld
    600 Third Avenue, 20th Floor
    New York, NY  10016
    Telephone: (212) 661-1100
    Facsimile: (212) 661-8665
    Email:  jalieberman@pomlaw.com
           migross@pomlaw.com

mgrunfeld@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom (not admitted)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Lead Counsel for Lead Plaintiff and the Putative Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile (212) 697-7296
Email: peretz@bgandg.com

*Additional counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted in the Court's Electronic Mail Notice List.

*/s/ Michael Grunfeld*
Michael Grunfeld