

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

Date: 4/29/2019

☐ Pro Se      ☒ Retained      ☐ Court appointed      ☐ USA
                                  (IFP Granted)

Case No: 17-cv-00474-KLM _____      ☐ Amended Notice of Appeal
                                              ☐ Other pending appeals
Date Filed: 4/26/2019 _____       ☐ Transferred Successive
                                                  §2254 or §2255

Appellant:  Lawrence  Henry  Smallen  and  Laura  Anne  Smallen  Revocable  Living  Trust

_____
☐ IFP forms mailed/given      ☐ Motion IFP pending      ☐ Appeal fee paid
                              ☐ IFP denied              ☐ Appeal fee not paid

Pro Se Appellant:
Retained Counsel:

☒ Appeal fee paid      ☐ Appeal fee not paid

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms and procedures concerning the requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record found on the Tenth Circuit's website, www.ca10.uscourts.gov.

Payment for this case or for motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 working days after the notice of appeal was filed in the Circuit Court. This form must contain the signature of the court reporter if transcripts are being ordered.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by:  s/ N. Marble
     Deputy Clerk

cc:   Clerk of the Court, Tenth Circuit Court of Appeals