APPEAL,CONMAG,JD1,LEAD,MJ CIV PP,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:17-cv-00474-KLM

| | |
|---|---|
| Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust et al v. Western Union Company, The et al<br>Assigned to: Magistrate Judge Kristen L. Mix<br>Cause: 15:0078j(b)ss - Stockholder Suit | Date Filed: 02/22/2017<br>Date Terminated: 03/28/2019<br>Jury Demand: Plaintiff<br>Nature of Suit: 850 Securities, Commodities, Exchange<br>Jurisdiction: Federal Question |

**Plaintiff**

**Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust**

*Individually and on Behalf of All Others Similarly Situated*

represented by **Marc Ian Gross**
Pomerantz LLP-New York
600 Third Avenue
20th Floor
New York, NY 10016
212-661-1100
Fax: 917-463-1044
Email: migross@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Alexander Hood , II**
Pomerantz LLP-New York
600 Third Avenue
20th Floor
New York, NY 10016
212-661-1100
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Michael Grunfeld**
Pomerantz LLP-New York
600 Third Avenue
20th Floor
New York, NY 10016
212-661-1100
Fax: 917-463-1044
Email: mgrunfeld@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Jeremy Alan Lieberman**
Pomerantz LLP-New York
600 Third Avenue
20th Floor
New York, NY 10016

|  |  |
|---|---|
|  | 212-661-1100<br>Fax: 212-661-8665<br>Email: jalieberman@pomlaw.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **UA Local 13 Pension Fund**<br>*Individually and on Behalf of All Others Similarly Situated* | represented by | **Henry Rosen**<br>Robbins Geller Rudman & Dowd, LLP-San Diego<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101<br>619-231-1058<br>Fax: 619-231-7423<br>Email: henryr@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Kip Brian Shuman**<br>Shuman Law Firm-San Francisco<br>Post-Montgomery Center<br>One Montgomery Street<br>Suite 1800<br>San Francisco, CA 94104<br>303-861-3003<br>Fax: 303-536-7849<br>Email: kip@shumanlawfirm.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Rusty Evan Glenn**<br>Shuman Law Firm-Denver<br>600 17th Street<br>Suite 2800 South<br>Denver, CO 80202<br>303-861-3003<br>Fax: 303-536-7849<br>Email: rusty@shumanlawfirm.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Western Union Company, The** | represented by | **Chuan Cheng**<br>Wheeler Trigg O'Donnell LLP-Denver<br>370 17th Street<br>Suite 4500<br>Denver, CO 80202-5647<br>404-934-7368<br>Email: cheng@wtotrial.com<br>*TERMINATED: 07/19/2018* |

**Claire Elizabeth Wells Hanson**
Holland & Hart LLP-Denver
555 17th Street
Suite 3200
Denver, CO 80202
303-295-8247
Email: cehanson@hollandhart.com
*ATTORNEY TO BE NOTICED*

**David Franklin Graham**
Sidley Austin LLP-Chicago
One South Dearborn Street
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
Email: dgraham@sidley.com
*ATTORNEY TO BE NOTICED*

**Hille von Rosenvinge Sheppard**
Sidley Austin LLP-Chicago
One South Dearborn Street
Chicago, IL 60603
312-853-7850
Fax: 312-853-7036
Email: hsheppard@sidley.com
*ATTORNEY TO BE NOTICED*

**Holly Stein Sollod**
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street
Suite 3200
Denver, CO 80201-8749
303-295-8085
Fax: 303-295-8261
Email: hsteinsollod@hollandhart.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hikmet Ersek** represented by **Chuan Cheng**
(See above for address)
*TERMINATED: 07/19/2018*

**Claire Elizabeth Wells Hanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Franklin Graham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hille von Rosenvinge Sheppard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Holly Stein Sollod**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott T. Scheirman** represented by **Chuan Cheng**
(See above for address)
*TERMINATED: 07/19/2018*

**Claire Elizabeth Wells Hanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Franklin Graham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hille von Rosenvinge Sheppard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Holly Stein Sollod**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rajesh K. Agrawal** represented by **Chuan Cheng**
(See above for address)
*TERMINATED: 07/19/2018*

**Claire Elizabeth Wells Hanson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Franklin Graham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hille von Rosenvinge Sheppard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Holly Stein Sollod**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Defendant** | | |
| **Barry Koch** | represented by | **Chuan Cheng** <br> (See above for address) <br> *TERMINATED: 07/19/2018* |
| | | **Claire Elizabeth Wells Hanson** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **David Franklin Graham** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Hille von Rosenvinge Sheppard** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Holly Stein Sollod** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Stewart Stockdale** <br> *TERMINATED: 11/16/2017* | | |
| **Movant** | | |
| **UA Local 13 Pension Fund** | represented by | **Henry Rosen** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Kip Brian Shuman** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Rusty Evan Glenn** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2017 | 1 | COMPLAINT against Rajesh K. Agrawal, Hikmet Ersek, Scott T. Scheirman, The Western Union Company (Filing fee $ 400,Receipt Number 1082-5390734)Attorney Jeremy Alan Lieberman added to party Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust(pty:pla), filed by Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. (Attachments: # 1 Exhibit Certification, # 2 Exhibit Schedule A, # 3 Civil Cover Sheet, # 4 Summons)(Lieberman, Jeremy) (Entered: 02/22/2017) |

| 02/22/2017 | 2 | Case assigned to Magistrate Judge Kristen L. Mix. Text Only Entry. (rvill, ) (Entered: 02/22/2017) |
|---|---|---|
| 02/22/2017 | 3 | SUMMONS issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (rvill, ) (Entered: 02/22/2017) |
| 02/22/2017 | 4 | NOTICE *of Entry of Appearance* by Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust (Hood, Joseph) (Entered: 02/22/2017) |
| 03/09/2017 | 5 | ORDER SETTING SCHEDULING/PLANNING CONFERENCE by Magistrate Judge Kristen L. Mix on 3/9/17. Scheduling Conference set for 6/22/2017 9:30 AM in Courtroom A401 before Magistrate Judge Kristen L. Mix. (Attachments: # 1 Attachment 1, # 2 Attachment 2) (lgale, ) (Entered: 03/10/2017) |
| 03/15/2017 | 6 | NOTICE of Entry of Appearance *for Holly Stein Sollod* by Holly Stein Sollod on behalf of Rajesh K. Agrawal, Hikmet Ersek, Western Union Company, TheAttorney Holly Stein Sollod added to party Rajesh K. Agrawal(pty:dft), Attorney Holly Stein Sollod added to party Hikmet Ersek(pty:dft), Attorney Holly Stein Sollod added to party Western Union Company, The(pty:dft) (Sollod, Holly) (Entered: 03/15/2017) |
| 03/15/2017 | 7 | CORPORATE DISCLOSURE STATEMENT. (Sollod, Holly) (Entered: 03/15/2017) |
| 03/15/2017 | 8 | NOTICE OF CASE ASSOCIATION by Holly Stein Sollod on behalf of Rajesh K. Agrawal, Hikmet Ersek, Western Union Company, The (Sollod, Holly) (Entered: 03/15/2017) |
| 03/15/2017 | 9 | NOTICE of Entry of Appearance *for Chuan "CiCi" Cheng* by Chuan Cheng on behalf of Rajesh K. Agrawal, Hikmet Ersek, Western Union Company, TheAttorney Chuan Cheng added to party Rajesh K. Agrawal(pty:dft), Attorney Chuan Cheng added to party Hikmet Ersek(pty:dft), Attorney Chuan Cheng added to party Western Union Company, The(pty:dft) (Cheng, Chuan) (Entered: 03/15/2017) |
| 03/22/2017 | 10 | NOTICE of Entry of Appearance by Hille von Rosenvinge Sheppard on behalf of Rajesh K. Agrawal, Hikmet Ersek, Scott T. Scheirman, Western Union Company, TheAttorney Hille von Rosenvinge Sheppard added to party Rajesh K. Agrawal(pty:dft), Attorney Hille von Rosenvinge Sheppard added to party Hikmet Ersek(pty:dft), Attorney Hille von Rosenvinge Sheppard added to party Scott T. Scheirman(pty:dft), Attorney Hille von Rosenvinge Sheppard added to party Western Union Company, The(pty:dft) (Sheppard, Hille) (Entered: 03/22/2017) |
| 03/22/2017 | 11 | NOTICE of Entry of Appearance by David Franklin Graham on behalf of Rajesh K. Agrawal, Hikmet Ersek, Scott T. Scheirman, Western Union Company, TheAttorney David Franklin Graham added to party Rajesh K. Agrawal(pty:dft), Attorney David Franklin Graham added to party Hikmet Ersek(pty:dft), Attorney David Franklin Graham added to party Scott T. Scheirman(pty:dft), Attorney David Franklin Graham added to party Western Union Company, The(pty:dft) (Graham, David) (Entered: 03/22/2017) |

| | | |
|---|---|---|
| 03/23/2017 | 12 | NOTICE of Entry of Appearance *(Amended)* by David Franklin Graham on behalf of Rajesh K. Agrawal, Hikmet Ersek, Western Union Company, The (Graham, David) (Entered: 03/23/2017) |
| 03/23/2017 | 13 | NOTICE of Entry of Appearance *(Amended)* by Hille von Rosenvinge Sheppard on behalf of Rajesh K. Agrawal, Hikmet Ersek, Western Union Company, The (Sheppard, Hille) (Entered: 03/23/2017) |
| 03/23/2017 | 14 | Unopposed MOTION to Consolidate Cases by Defendants Rajesh K. Agrawal, Hikmet Ersek, Western Union Company, The. (Attachments: # 1 Proposed Order (PDF Only))(Sollod, Holly) (Entered: 03/23/2017) |
| 03/27/2017 | 15 | MOTION to Consolidate Cases , MOTION to Appoint Counsel *NOTICE OF MOTION AND MOTION OF LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL* by Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. (Attachments: # 1 Proposed Order (PDF Only))(Lieberman, Jeremy) (Entered: 03/27/2017) |
| 03/27/2017 | 16 | BRIEF in Support of 15 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION AND MOTION OF LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL* filed by Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. (Lieberman, Jeremy) (Entered: 03/27/2017) |
| 03/27/2017 | 17 | MOTION for Appointment *as Lead Plaintiff*, MOTION to Appoint Counsel by Movant UA Local 13 Pension Fund. (Attachments: # 1 Proposed Order (PDF Only))(Rosen, Henry) (Entered: 03/27/2017) |
| 03/27/2017 | 18 | DECLARATION of *Jeremy A. Lieberman* regarding MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION AND MOTION OF LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL* 15 by Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. (Attachments: # 1 Exhibit A - Press Release, # 2 Exhibit B - Certification, # 3 Exhibit C - Loss Chart, # 4 Exhibit D - Firm Resume) (Lieberman, Jeremy) (Entered: 03/27/2017) |
| 03/27/2017 | 19 | DECLARATION of *Henry Rosen* regarding MOTION for Appointment *as Lead Plaintiff* MOTION to Appoint Counsel 17 by Movant UA Local 13 Pension Fund. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Rosen, Henry) (Entered: 03/27/2017) |
| 04/10/2017 | 20 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 4/10/17 re: [3-1] Consent/Non-Consent Form Pursuant to D.C.COLO.LCivR 40.1(c) Direct Assignment to Magistrate Judges. Consent Form due by 4/24/2017. (lgale, ) (Entered: 04/11/2017) |
| 04/13/2017 | 21 | NOTICE of Entry of Appearance by Rusty Evan Glenn on behalf of UA |

| | | |
|---|---|---|
| | | Local 13 Pension FundAttorney Rusty Evan Glenn added to party UA Local 13 Pension Fund(pty:mov) (Glenn, Rusty) (Entered: 04/13/2017) |
| 04/13/2017 | 22 | NOTICE of Entry of Appearance by Kip Brian Shuman on behalf of UA Local 13 Pension FundAttorney Kip Brian Shuman added to party UA Local 13 Pension Fund(pty:mov) (Shuman, Kip) (Entered: 04/13/2017) |
| 04/17/2017 | 23 | BRIEF in Support of 15 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION AND MOTION OF LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF MOTION OF LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS* filed by Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. (Lieberman, Jeremy) (Entered: 04/17/2017) |
| 04/17/2017 | 24 | BRIEF in Opposition to 15 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION AND MOTION OF LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL* filed by Movant UA Local 13 Pension Fund. (Rosen, Henry) (Entered: 04/17/2017) |
| 04/24/2017 | 25 | CONSENT to Jurisdiction of Magistrate Judge by Defendants Rajesh K. Agrawal, Hikmet Ersek, Western Union Company, The All parties consent.. (Cheng, Chuan) (Entered: 04/24/2017) |
| 04/27/2017 | 26 | ORDER OF REFERENCE Upon Consent to Jurisdiction of Magistrate Judge: Upon consent of the parties evidenced by Docket Entry #25, this case is referred to Magistrate Judge Kristen L. Mix for all purposes pursuant to D.C.COLO.LCivR 72.2(d) and 28 U.S.C. § 636(c). by Chief Judge Marcia S. Krieger on 4/27/17. Text Only Entry (msksec, ) (Entered: 04/27/2017) |
| 05/01/2017 | 27 | RESPONSE to 15 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION AND MOTION OF LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF MOTION OF LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL, AND IN OPPOSITION TO COMPETING MOTIONS* filed by Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. (Lieberman, Jeremy) (Entered: 05/01/2017) |
| 05/01/2017 | 28 | REPLY to Response to 17 MOTION for Appointment *as Lead Plaintiff* MOTION to Appoint Counsel filed by Movant UA Local 13 Pension Fund. (Rosen, Henry) (Entered: 05/01/2017) |
| 05/03/2017 | 29 | MINUTE ORDER granting 14 Unopposed Motion to ConsolidateRelated |

| | | |
|---|---|---|
| | | Cases. The Clerk of Court is directed to consolidate Civil Action No. 17-cv-00648-KMT with this matter assigned to the undersigned Magistrate Judge. The Clerk of Court is further directed to amend the caption in this matter to include Plaintiff UA Local 13 Pension Fund. All further filings shall be made under this case number, by Magistrate Judge Kristen L. Mix on 5/3/2017. (jgonz, ) (Entered: 05/03/2017) |
| 06/12/2017 | 30 | Joint MOTION to Vacate 5 Order, by Defendants Rajesh K. Agrawal, Hikmet Ersek, Western Union Company, The. (Attachments: # 1 Proposed Order (PDF Only))(Sollod, Holly) (Entered: 06/12/2017) |
| 06/13/2017 | 31 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 6/13/17. Joint Motion to Vacate June 22,2017 Scheduling Conference and Related Deadlines 30 is GRANTED. (lgale, ) (Entered: 06/13/2017) |
| 09/06/2017 | 32 | ORDER granting 15 Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; ; denying 17 Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. The Scheduling Conference vacated on June 13,2017, see Minute Order 31 , is RESET to 11/1/2017 10:00 AM in Courtroom A 401. The parties shall submit the proposed scheduling order no later than October 26, 2017, by Magistrate Judge Kristen L. Mix on 9/6/2017. (jgonz, ) (Entered: 09/06/2017) |
| 09/11/2017 | 33 | NOTICE of Entry of Appearance by Michael Grunfeld on behalf of Lawrence Henry Smallen and Laura Anne Smallen Revocable Living TrustAttorney Michael Grunfeld added to party Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust(pty:pla) (Grunfeld, Michael) (Entered: 09/11/2017) |
| 09/20/2017 | 34 | Joint MOTION to Set Schedule for Filing of Amended Complaint and Briefing on Motion to Dismiss and to Vacate November 1, 2017 Scheduling Conference and Related Deadlines by Defendants Rajesh K. Agrawal, Hikmet Ersek, Western Union Company, The. (Sollod, Holly) (Entered: 09/20/2017) |
| 09/21/2017 | 35 | MINUTE ORDER granting 34 Joint Motion to Set Schedule for Filing of Amended Complaint and Briefing on Motion to Dismiss and to Vacate November 1, 2017 Scheduling Conference and Related Deadlines. The Scheduling Conference set for 11/1/2017, at 10:00 a.m. is VACATED. Plaintiffs shall file an Amended Class Action Complaint no later than 11/6/2017. Defendants shall file a Motion to Dismiss no later than 12/21/2017. Response in opposition to the Motion to Dismiss no later than 2/5/2018. Defendants may file a Reply in support of the Motion to Dismiss no later than 3/7/2018. So ordered by Magistrate Judge Kristen L. Mix on 9/21/2017. (jgonz, ) (Entered: 09/21/2017) |
| 09/25/2017 | 36 | WAIVER OF SERVICE Returned Executed by Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. Western Union Company, The waiver sent on 9/20/2017, answer due 11/20/2017. (Lieberman, Jeremy) (Entered: 09/25/2017) |
| 09/25/2017 | 37 | WAIVER OF SERVICE Returned Executed by Lawrence Henry Smallen |

| | | |
|---|---|---|
| | | and Laura Anne Smallen Revocable Living Trust. Rajesh K. Agrawal waiver sent on 9/20/2017, answer due 11/20/2017. (Lieberman, Jeremy) (Entered: 09/25/2017) |
| 09/25/2017 | 38 | WAIVER OF SERVICE Returned Executed by Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. Scott T. Scheirman waiver sent on 9/20/2017, answer due 11/20/2017. (Lieberman, Jeremy) (Entered: 09/25/2017) |
| 09/25/2017 | 39 | WAIVER OF SERVICE Returned Executed by Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. Hikmet Ersek waiver sent on 9/20/2017, answer due 11/20/2017. (Lieberman, Jeremy) (Entered: 09/25/2017) |
| 11/06/2017 | 40 | AMENDED COMPLAINT *CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND JURY DEMAND* against Rajesh K. Agrawal, Hikmet Ersek, Scott T. Scheirman, Western Union Company, The, Barry Koch, Stewart Stockdale, filed by Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust.(Lieberman, Jeremy) (Entered: 11/06/2017) |
| 11/16/2017 | 41 | WAIVER OF SERVICE Returned Executed by Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. Stewart Stockdale waiver sent on 11/15/2017, answer due 1/16/2018. (Lieberman, Jeremy) (Entered: 11/16/2017) |
| 11/16/2017 | 42 | WAIVER OF SERVICE Returned Executed by Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. Barry Koch waiver sent on 11/15/2017, answer due 1/16/2018. (Lieberman, Jeremy) (Entered: 11/16/2017) |
| 11/16/2017 | 43 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 40 Amended Complaint, by Defendants Rajesh K. Agrawal, Hikmet Ersek, Scott T. Scheirman, Western Union Company, The. (Sollod, Holly) (Entered: 11/16/2017) |
| 11/16/2017 | 44 | NOTICE of Voluntary Dismissal of Party *Stewart Stockdale* by Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust (Lieberman, Jeremy) (Entered: 11/16/2017) |
| 11/16/2017 | 45 | NOTICE of Entry of Appearance by Hille von Rosenvinge Sheppard on behalf of Scott T. ScheirmanAttorney Hille von Rosenvinge Sheppard added to party Scott T. Scheirman(pty:dft) (Sheppard, Hille) (Entered: 11/16/2017) |
| 11/16/2017 | 46 | NOTICE of Entry of Appearance by David Franklin Graham on behalf of Scott T. ScheirmanAttorney David Franklin Graham added to party Scott T. Scheirman(pty:dft) (Graham, David) (Entered: 11/16/2017) |
| 11/16/2017 | 47 | Party Stewart Stockdale terminated pursuant to the 44 NOTICE of Voluntary Dismissal of Party filed in this case on 11/16/2017. Text Only Entry (jgonz, ) (Entered: 11/17/2017) |
| 11/20/2017 | 48 | MINUTE ORDER granting 43 Unopposed Motion for Extension of Time to Respond to Consolidated Amended Class Action Complaint and Jury Demand Dkt. #40. The deadline for Defendants to file a Motion to Dismiss |

| | | |
|---|---|---|
| | | the Amended Complaint is extended to 1/15/2018, by Magistrate Judge Kristen L. Mix on 11/20/2017. (jgonz, ) (Entered: 11/20/2017) |
| 01/10/2018 | 49 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 40 Amended Complaint, by Defendants Rajesh K. Agrawal, Hikmet Ersek, Scott T. Scheirman, Western Union Company, The. (Sollod, Holly) (Entered: 01/10/2018) |
| 01/16/2018 | 50 | NOTICE of Entry of Appearance by Holly Stein Sollod on behalf of Rajesh K. Agrawal, Hikmet Ersek, Barry Koch, Scott T. Scheirman, Western Union Company, TheAttorney Holly Stein Sollod added to party Barry Koch (pty:dft) (Sollod, Holly) (Entered: 01/16/2018) |
| 01/16/2018 | 51 | NOTICE of Entry of Appearance by Chuan Cheng on behalf of Rajesh K. Agrawal, Hikmet Ersek, Barry Koch, Scott T. Scheirman, Western Union Company, TheAttorney Chuan Cheng added to party Barry Koch(pty:dft), Attorney Chuan Cheng added to party Scott T. Scheirman(pty:dft) (Cheng, Chuan) (Entered: 01/16/2018) |
| 01/16/2018 | 52 | NOTICE of Entry of Appearance by Hille von Rosenvinge Sheppard on behalf of Barry KochAttorney Hille von Rosenvinge Sheppard added to party Barry Koch(pty:dft) (Sheppard, Hille) (Entered: 01/16/2018) |
| 01/16/2018 | 53 | MOTION to Dismiss for Failure to State a Claim by Defendants Rajesh K. Agrawal, Hikmet Ersek, Scott T. Scheirman, Western Union Company, The. (Graham, David) (Entered: 01/16/2018) |
| 01/16/2018 | 54 | BRIEF in Support of 53 MOTION to Dismiss for Failure to State a Claim filed by Defendants Rajesh K. Agrawal, Hikmet Ersek, Scott T. Scheirman, Western Union Company, The. (Graham, David) (Entered: 01/16/2018) |
| 01/16/2018 | 55 | MOTION to Dismiss for Failure to State a Claim by Defendant Barry Koch. (Sheppard, Hille) (Entered: 01/16/2018) |
| 01/16/2018 | 56 | BRIEF in Support of 55 MOTION to Dismiss for Failure to State a Claim filed by Defendant Barry Koch. (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Exhibit Ex. C)(Sheppard, Hille) (Entered: 01/16/2018) |
| 01/17/2018 | 57 | Exhibits in Support of 54 Brief in Support of Motion *to Dismiss* by Defendants Rajesh K. Agrawal, Hikmet Ersek, Scott T. Scheirman, Western Union Company, The. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit |

|  |  |  |
|---|---|---|
|  |  | 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, # 78 Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 Exhibit 85, # 86 Exhibit 86)(Graham, David) (Entered: 01/17/2018) |
| 01/17/2018 | 58 | NOTICE of Entry of Appearance by David Franklin Graham on behalf of Barry KochAttorney David Franklin Graham added to party Barry Koch (pty:dft) (Graham, David) (Entered: 01/17/2018) |
| 01/17/2018 | 59 | MINUTE ORDER granting 49 Unopposed Motion for One-Day Extension of Time to Respond to Consolidated Amended Class Action Complaint and Jury Demand Dkt. #40 Due to Martin Luther King Day Holiday by Magistrate Judge Kristen L. Mix on 1/17/2018. (jgonz, ) (Entered: 01/17/2018) |
| 02/08/2018 | 60 | MOTION for Extension of Time to *RESPOND TO DEFENDANTS MOTIONS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT (DKT. ##53-57)* by Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. (Lieberman, Jeremy) (Entered: 02/08/2018) |
| 02/08/2018 | 61 | Unopposed MOTION for Order to *remove Stewart Stockdale from case caption* by Defendants Rajesh K. Agrawal, Hikmet Ersek, Barry Koch, Scott T. Scheirman, Western Union Company, The. (Graham, David) (Entered: 02/08/2018) |
| 02/12/2018 | 62 | MINUTE ORDER granting 60 Unopposed Motion for Extension of Time to Respond to Defendants Motions to Dismiss the Consolidated Amended Complaint (Dkt. ##53-57); denying as moot 61 Unopposed Motion to Remove Stewart Stockdale from Case Caption, by Magistrate Judge Kristen L. Mix on 2/12/2018. (jgonz, ) (Entered: 02/13/2018) |
| 04/05/2018 | 63 | BRIEF in Opposition to 55 MOTION to Dismiss for Failure to State a Claim , 53 MOTION to Dismiss for Failure to State a Claim *PLAINIFFS OPPOSITION TO DEFENDANTS MOTIONS TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT* filed by Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. (Lieberman, Jeremy) (Entered: 04/05/2018) |
| 04/05/2018 | 64 | DECLARATION of Michael Grunfeld regarding Brief in Opposition to Motion, 63 by Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. (Attachments: # 1 Exhibit 1 - Consent Order, # 2 Exhibit 2 - Press Release, # 3 Exhibit 3 - Excerpt of the Transcript) (Lieberman, Jeremy) Modified to correct title on 4/9/2018 (cthom, ). (Entered: 04/05/2018) |
| 04/09/2018 | 65 | Exhibits in Support of 64 Declaration, *CORRECTED EXHIBIT 3* by Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. (Lieberman, Jeremy) (Entered: 04/09/2018) |
| 04/11/2018 | 66 | NOTICE of Entry of Appearance by Marc Ian Gross on behalf of Lawrence |

| | | |
|---|---|---|
| | | Henry Smallen and Laura Anne Smallen Revocable Living TrustAttorney Marc Ian Gross added to party Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust(pty:pla) (Gross, Marc) (Entered: 04/11/2018) |
| 05/07/2018 | 67 | NOTICE of Entry of Appearance by Claire Elizabeth Wells Hanson on behalf of Rajesh K. Agrawal, Hikmet Ersek, Barry Koch, Scott T. Scheirman, Western Union Company, TheAttorney Claire Elizabeth Wells Hanson added to party Rajesh K. Agrawal(pty:dft), Attorney Claire Elizabeth Wells Hanson added to party Hikmet Ersek(pty:dft), Attorney Claire Elizabeth Wells Hanson added to party Barry Koch(pty:dft), Attorney Claire Elizabeth Wells Hanson added to party Scott T. Scheirman(pty:dft), Attorney Claire Elizabeth Wells Hanson added to party Western Union Company, The (pty:dft) (Wells Hanson, Claire) (Entered: 05/07/2018) |
| 05/14/2018 | 68 | Unopposed MOTION for Extension of Time to File Response/Reply as to 55 MOTION to Dismiss for Failure to State a Claim , 53 MOTION to Dismiss for Failure to State a Claim by Defendants Rajesh K. Agrawal, Hikmet Ersek, Barry Koch, Scott T. Scheirman, Western Union Company, The. (Sollod, Holly) (Entered: 05/14/2018) |
| 05/15/2018 | 69 | MINUTE ORDER granting 68 Unopposed Motion for Extension of Time to File Reply Briefs in Support of Motions to Dismiss Consolidated Amended Class Action Complaint, by Magistrate Judge Kristen L. Mix on 5/15/2018. (jgonz, ) (Entered: 05/16/2018) |
| 06/05/2018 | 70 | REPLY to Response to 53 MOTION to Dismiss for Failure to State a Claim filed by Defendants Rajesh K. Agrawal, Hikmet Ersek, Scott T. Scheirman, Western Union Company, The. (Attachments: # 1 Exhibit List, # 2 Exhibit 87, # 3 Exhibit 88, # 4 Exhibit 89, # 5 Exhibit 90, # 6 Exhibit 91, # 7 Exhibit 92, # 8 Exhibit 93, # 9 Exhibit 94, # 10 Exhibit 95, # 11 Exhibit 96, # 12 Exhibit 97, # 13 Exhibit 98, # 14 Exhibit 99, # 15 Exhibit 100, # 16 Exhibit 101, # 17 Exhibit 102, # 18 Exhibit 103, # 19 Exhibit 104, # 20 Exhibit 105, # 21 Exhibit 106, # 22 Exhibit 107, # 23 Exhibit 108, # 24 Exhibit 109)(Graham, David) (Entered: 06/05/2018) |
| 06/05/2018 | 71 | REPLY to Response to 55 MOTION to Dismiss for Failure to State a Claim filed by Defendant Barry Koch. (Attachments: # 1 Exhibit D)(Graham, David) (Entered: 06/05/2018) |
| 07/19/2018 | 72 | MOTION to Withdraw as Attorney by Defendants Rajesh K. Agrawal, Hikmet Ersek, Barry Koch, Scott T. Scheirman, Western Union Company, The. (Attachments: # 1 Proposed Order (PDF Only))(Cheng, Chuan) (Entered: 07/19/2018) |
| 07/19/2018 | 73 | ORDER granting 72 Motion to Withdraw as Attorney. Attorney Chuan Chang is relieved of any further representation of Defendants. The Clerk of Court is instructed to terminate Attorney Chang as counsel of record, and to remove this name from the electronic certificate of mailing. Defendants shall continue to be represented by Attorneys Clair Hanson, David Graham, Hille Sheppard, and Holly Sollod. by Magistrate Judge Kristen L. Mix on 7/19/2018. Text Only Entry (klmlc2, ) (Entered: 07/19/2018) |
| | | |

| 10/05/2018 | 74 | KLM CIVIL MOTIONS PRACTICE STANDARDS by Magistrate Judge Kristen L. Mix on 10/5/18. (lgale, ) (Entered: 10/09/2018) |
|---|---|---|
| 10/15/2018 | 75 | SUPPLEMENT/AMENDMENT *Notice of Supplemental Authority in further support of Motions to Dismiss Consolidated Amended Complaint* by Defendants Rajesh K. Agrawal, Hikmet Ersek, Barry Koch, Scott T. Scheirman, Western Union Company, The. (Attachments: # 1 Exhibit A) (Graham, David) (Entered: 10/15/2018) |
| 10/19/2018 | 76 | RESPONSE to 75 Supplement/Amendment, *PLAINTIFFS RESPONSE IN OPPOSITION TO DEFENDANTS NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS MOTIONS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT* by Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Grunfeld, Michael) (Entered: 10/19/2018) |
| 03/27/2019 | 77 | ORDER by Magistrate Judge Kristen L. Mix on 3/27/19 GRANTING 53 Defendants Motion to Dismiss for Failure to State a Claim; and GRANTING 55 Defendant Motion to Dismiss for Failure to State a Claim. The claims are dismissed with prejudice and the Clerk of Court is directed to enter Final Judgment in favor of Defendants and close this case. (nmarb, ) (Entered: 03/27/2019) |
| 03/28/2019 | 78 | JUDGMENT on 3/28/19 in favor of Defendants Western Union Company, Barry Koch, Hikmet Ersek, Rajesh K. Agrawal and Scott T. Scheirman and against Plaintiffs Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust and UA Local 13 Pension Fund re: 77 Order (lgale, ) (Entered: 03/28/2019) |
| 04/26/2019 | 79 | NOTICE OF APPEAL as to 78 Judgment, 77 Order on Motion to Dismiss for Failure to State a Claim,,, by Plaintiff Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust (Filing fee $ 505, Receipt Number 1082-6655239) (Grunfeld, Michael) (Entered: 04/26/2019) |