## TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal.**

Short Title: Smallen Revocable Living Trust, et al. v. Western Union Company, et al.
District Court Number: 1:17-cv-00474-KLM
District: United States District Court for the District of Colorado
Circuit Court Number: 19-1154
Name of Attorney/Pro Se Party: Jeremy A. Lieberman
Email Address: jalieberman@pomlaw.com
Name of Law Firm/Office: Pomerantz LLP
Telephone: 212-661-1100
Address: 600 Third Avenue, 20th Floor, New York, NY 10016
Attorney for: Lawrence Henry Smallen and Laura Anne Smallen Revocable Living Trust
Name of Court Reporter: _____
Name of Court Reporter (if ordering from more than one): _____

**PART II - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

*SECTION A* - **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
 [X] A transcript is not necessary for this appeal;
 [ ] The necessary transcript is already on file in District Court; or
 [ ] The necessary transcript was ordered previously in appeal number _____

*SECTION B* - **I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**
(Specify the date and proceeding in the space below)

Voir dire: _____  Opening Statements: _____
Trial proceedings: _____  Closing Arguments: _____
Jury Instructions: _____  Other Proceedings: _____
Post-Trial Hearings: _____  Other Proceedings: _____
(Attach additional pages if necessary)

[ ] I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.

[ ] This case is proceeding under the Criminal Justice Act.
 IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: _/s/ [signature]_  Date: 5/13/19

**PART III - To be completed by the court reporter after satisfactory financial arrangements have been made.**

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____  Date: _____