UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

FILED
United States Court of Appeals
Tenth Circuit

**February 25, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

| | |
|---|---|
| LAWRENCE HENRY SMALLEN AND LAURA ANNE SMALLEN REVOCABLE LIVING TRUST, individually and on behalf of all others similarly situated,<br><br>    Plaintiff - Appellant,<br><br>and<br><br>UA LOCAL 13 PENSION FUND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE WESTERN UNION COMPANY; HIKMET ERSEK; SCOTT T. SCHEIRMAN; RAJESH K. AGRAWAL,<br><br>    Defendants - Appellees,<br><br>and<br><br>BARRY KOCH,<br><br>    Defendant. | No. 19-1154<br>(D.C. No. 1:17-CV-00474-KLM)<br>(D. Colo.) |

_____

**JUDGMENT**
_____

Before **HARTZ**, **BALDOCK**, and **EID**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk
