# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | March 18, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** **19-1154, Smallen Revocable Living Trust, et al v. Western Union Company, et al**
Dist/Ag docket: 1:17-CV-00474-KLM

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's February 25, 2020 judgment takes effect this date.

Please contact this office if you have questions.

                                              Sincerely,

                                              Christopher M. Wolpert
                                              Clerk of the Court

cc:       Emma Gilmore
           Rusty Glenn
           David F. Graham
           Michael Grunfeld
           Jeremy Alan Lieberman
           Jonathan David Lindenfeld
           Henry Rosen
           Hille R. Sheppard
           Kip Brian Shuman
           Holly Stein Sollod
           Claire Elizabeth Wells Hanson

CMW/lab